program, especially hospital rotations, was apparent among American students. Unfortunately, recruiters minimize the importance of language acquisition by assuring prospective applicants they can rely on interpreters during their hospital rotations. The basic sciences are a standard curriculum similar to medical schools in the USA except that clinical medicine experience in internal medicine begins in the second year. The fourth academic period gives little choice in terms of electives but foreign students may complete up to 16 weeks of electives in their own countries. There are five state hospitals and numerous specialty clinics in Poznan. A historic campus is scattered throughout the central city with dorm facilities available for students in the English language medical program. There is a U.S. recruitment office in New York.

## Medical School of Lublin, Lublin

Lublin is a University town with one of the country's newer medical schools, established in 1944. There is a private organization that markets the program in the United States. The medical school is part of a larger University complex containing a broad range of facilities. The English language curriculum is four or six years with more intensive Polish language instruction than found in other programs. However, the U.S. placement institute assured our prospective applicant that interpreters could be used in the third and fourth year rotations. There is a small population of American and Asian students in this program, many of whom paid a substantial fee of $7,900 to a placement agency in the United States to be guaranteed a seat. Other nationalities in the program applied directly to the school. There are approximately 300 medical students admitted to the regular and English language programs. There was a total of about 170 Americans enrolled in the four and six year programs. Although there are 5 hospitals and a number of smaller clinics, patient contact is low due to the large number of trainees. There are opportunities for rotations at a limited number of hospitals in the USA for students placed through the private organization. To qualify for rotations in the United States, the student must first pass the USMLE Step I, then pay up to $200.00 per week for hospital fees at U.S. affiliates. It is recommended, however, that the third year be completed in Poland.

## Silesian University School of Medicine, Katowice

Katowice is a large industrial city still suffering the consequences of years of unchecked severe pollution that still plagues Eastern Europe. The city is a major university center with one of the largest medical school student populations in Poland. There are two huge campuses and many modern facilities. There is a four-year and six-year English language program with much the same student body profile as found in Lublin. There were about 180-190 American citizens present during our site visit. The same placement institute sends students to Silesian as to Lublin. There is intense language instruction but recruiters still gave the impression that the third and fourth year clerkships could be mastered with the use of interpreters. Although there are ten hospitals serving a larger geographical area and many specialty clinics, the medical school admits so many students each year that there is competition for good teaching cases. American citizens sent to Katowice by the placement institute are eligible for clerkship rotations in U.S. hospitals if they first pass Step I and agree to pay weekly Hospital fees of up to $200.00 per week. It is recommended that third year rotations be completed in Katowice.

CZECH REPUBLIC

**First Faculty of Medicine, Charles University, Prague/Hradec Kralove**
Prague is truly the queen city of Eastern Europe and full of marvelous cultural opportunities. Charles University in one of the oldest Eastern European Universities founded in 1348. An application to the English language program may result in admission to the more competitive seats at the Medical Faculty of Prague or result in acceptance at another campus. There is second Charles University Medical Faculty about 60 miles away in the pretty town of Hradec Kralove. Although it is a much newer facility (established 1945), the English language program curriculum is the same as at the main campus. As in other medical schools, there is a broad mix of students in the English language program. Czech programs are six years in duration and the English language program is nearly identical to the curriculum followed by Czech medical students. An entrance examination is required for all foreign students to determine proficiency in undergraduate sciences. Language instruction is intensive in the basic science curriculum and it is clearly stated that proficiency in Czech is required for communicating with patients. Americans are a smaller percentage of students in both English language programs. There are about 200 total students in the English language curriculum, primarily composed of Scandinavians, Western Europeans, Greek citizens and students from Middle Eastern countries. Both campuses have highly computerized library and research facilities and are part of the Socrates/Erasmus Programme which links major European universities. Prague has a much larger patient base but the hospitals are scattered throughout the city and supported by smaller, decentralized specialty clinics. The centralized 1600 bed University Hospital in Hradec Kralove, however, was more than sufficient for teaching purposes.

**Palacky University Faculty of Medicine, Olomouc**
Olomouc is the fifth largest city in the Czech republic located in a primarily agricultural section of the country. The city has a lovely historical section which incorporates part of the University. Facilities range from massive 19th century lecture theaters to modern computerized labs. Czech language courses are taught seriously and intensively. The library is highly computerized and allows students to have access to Ovid Medline. The English language program began in 1993 and has remained a small program with few North Americans. Testing follows the European oral tradition but there is some attempt on the part of the faculty to provide multiple choice testing options. Palacky is unique in that the medical school has its own 1700 bed hospital serving the 100,000 inhabitants of Olomouc and surrounding rural communities.

HUNGARY

**Albert Szent Gyorgyi Medical University, Szeged**
This University has one of the oldest English Language programs in Eastern Europe (16 years) and recently opened a German language program. Hungarian medical schools are regulated by strict state codes that all students must follow. The standard curriculum is six years. Hungarian language is taught intensively and fluency is expected by the time the student enters clerkships in the last two years. There is a social service internship year that follows graduation from medical school. Graduates of Hungarian medical schools must write a thesis and pass a

state board exam. The basic curriculum is well organized with standard American and English medical texts. The patient base, clinical and hospital facilities are adequate for the size of the student body.

**University Medical School of Debrecen, Debrecen**
Debrecen has one of the oldest Universities in Hungary. It is the second largest city in Hungary but located in a geographically stunning area characterized by a national park and old spas with thermal baths. The English language program opened 12 years ago but adheres more to traditional European educational standards. There is a required entrance exam for all students and the curriculum for students in the English language program is almost identical to that of the six year regular program. Foreign students may receive advanced standing of one year with sufficient premedical preparation. Hungarian is a difficult language to master and taught to all students. It is clear that language proficiency is expected by the time the student reaches clerkships. There is a social service internship year that follows the graduation from medical studies. Graduates of Hungarian medical program must write a thesis and pass a state board exam.

## PROVISIONAL STATUS

**Semmelweis University, Budapest**
Semmelweis has the advantage of being located in Budapest, one of the larger historic capitals of Eastern Europe with easy access to Austria and Germany. It is a large University and medical school located in the historic area of the city. The English language program, which is about seven years old, was found by the evaluators to be quite small and disorganized in terms of a curriculum and schedule. No one could tell us exactly how many Americans were enrolled or where to find them. We did meet Scandinavian and German students who stated there were few Americans in the program. It is a fully functional medical school but the English language program is lacking in organization and facilities. The hospitals and patient base are more than sufficient to provide challenging clinical experiences.

## PROGRAMS NOT EVLAUATED:

**Medical University of Gdansk:**
The English language program is attended primarily by Western European students. There are approximately 10 Americans according to the U.S. recruitment office. Gdansk does not yet qualify for FFEL loans but has applied. A private recruitment organization in the U.S. charges a $5,000 placement fee.

**Carol Davila, Bucharest, Romania**
Despite email requests, AAIMG did not received sufficient information about the English language program to merit a visit at this time.

**Medical Academy of Latvia, Riga Stradins University, Riga Latvia:**
New Program, little information available at this time.

top

Eastern European medical programs provide a viable alternative for young Americans unable to gain acceptance into U.S. medical schools. A majority of the programs are cost effective and train competent physicians. The problems encountered by Americans studying in Eastern Europe have little to do with the quality of medical school or differences in curriculum. Personal traits involving motivation, adaptability and willingness to learn a foreign language is the key to successful completion of a medical education in any foreign country.

top

- Be skeptical of information you receive from stateside recruiters, especially programs marketed by private placement organizations that charge high fees. Be wary of any program that minimizes the importance of learning the native language.
- All serious applicants should travel to Eastern Europe to visit medical schools in the final selection pool. A personal visit allows the applicant to speak with faculty, other students in the program and evaluate the facilities. It is money well spent and will avoid later problems.
- Apply directly to the medical school and avoid paying high fees to placement agencies. Eastern European medical schools using placement agencies have ample "seats" for qualified students. Applicants would be better off using the funds to take a vacation to Europe to evaluate the programs and apply directly.
- Expect to attain fluency in the native language for maximum adjustment and to maximize learning in clerkships. Communication is the key to the physician-patient relationship. It is difficulty to treat patients properly if you totally rely on an interpreter.
- Make sure that the curriculum and facilities available to students in the English language program are comparable to those allocated for local students.
- Avoid living in dorms or housing with segregated housing for English language program students. Living with a local family or having a roommate who speaks the native language will accelerate your language skills significantly.
- Absolutely avoid programs that promise advanced standing, especially for chiropractors, podiatrists or other allied health care professionals. AAIMG has received complaints from chiropractors who enrolled in a program in the former Soviet Union and lost a great deal of money. This program is no longer in existence.
- Take advantage of the proximity of Eastern Europe to other countries and use vacation time to explore and enrich your cultural knowledge base. A friendly, considerate manner will overcome many obstacles along the way.

## AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES

### RESULTS AND CONCLUSIONS

#### Medical Schools in the Caribbean Basin

We are pleased to release a preliminary report of our first set of evaluations of medical schools located in the Caribbean Basin. Our evaluation teams visited a total of 14 medical schools on various islands. In this region, six medical schools were identified as meeting or exceeding 75 % of stated criteria in all evaluation categories. In presenting the names on the list below, AAIMG does not endorse any single school or program. The following list identifies medical school programs in a variety of locations that have met the minimum evaluation criteria of this organization.



- Medical schools meeting or exceeding AAIMG evaluation criteria in the Caribbean basin

#### Medical Schools in Mexico and Central America

We are pleased to release a report of evaluations of medical schools with English language programs or programs that accepts students from the United States. The Federal Government of Mexico has done an exemplary job in regulating medical school education in that country. Governments in Central America vary in their regulation of post secondary and professional education.

- Medical schools meeting or exceeding AAIMG evaluation criteria in Mexico and Central America

#### Provisional

This category covers new medical schools that meet the 75% AAIMG evaluation criteria relative to the school's level of development. AAIMG will monitor the this school's application for review by the California Medical Board as well as the ramifications of a U.S. campus opened in the state of Maine.

- **St. Matthew's University School of Medicine**
  Belize, Central America



# AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES

FACTOIDS FOR INTERNATIONAL MEDICAL STUDENTS

1. It is significantly more difficult to be accepted into medical school today than 10 years ago. MCAT scores and grade point requirements are higher. Thousands of talented, well- qualified, individuals therefore are denied admission each year.



2. Failure to gain admission to a U.S. medical school should not be interpreted as a sign of failure. If you have the motivation, there are acceptable programs abroad.

3. You do not have to be gifted in a foreign language to study abroad. Many international schools have English language programs or are located in English speaking countries.

4. Over 25% of all practicing physicians in the United States are International Medical Graduates. U.S. citizens who train abroad are now a significant part of the IMG physician population.

5. There are roughly 15,000 U.S. graduates a year and approximately 21,500 postgraduate residency positions available. The number of residency programs has increased every year for the past 30 years. International Medical Graduates are needed to fill these surplus residencies.

6. The highest concentrations of IMG's are in the specialties of Internal Medicine, Psychiatry, Anesthesiology and Primary Care.

7. Over the past decade IMG's with high USMLE scores from reputable foreign programs have been able to obtain residencies in more competitive areas such as Surgery, Radiology and Obstetrics and Gynecology.

8. All medical students now take one exam called the United States Medical Licensure Exam series (USMLE). There are two additional exams for IMG's: The Clinical Skills Assessment exam (CSA) and a language proficiency exam, the TOEFL.

9. The passing rate for American and Canadian International Medical Graduates on the Clinical Skills Assessment Exam exceeds that of other foreign trained physicians.

10. Today, there is far more scrutiny of U.S. citizens studying medicine abroad

by state licensing boards than existed 10 years ago. It is therefore important to study at an established, stable school that will keep permanent records.

11. Residency Training Programs, however, appear to be more receptive to U.S. citizen IMG's than they were 10 years ago. A United States Citizen does not need a special visa. Furthermore, because most American IMG's have done clerkship rotations in U.S. hospitals, they often integrate quickly and with fewer difficulties into training programs.

12. After passing the USMLE Step I & II, the CSA and TOEFL exams, IMG's are eligible to participate in the National Residency Matching Program. Unlike U.S. medical students, IMG's are free agents and may sign residency training contracts with programs outside of the MATCH.

13. There is no doctor glut in the United States. There is a significant mal-distribution of physicians with high concentrations in urban areas and a severe shortage of qualified physicians in rural locations.

14. Despite recent publicity, a majority of U.S. residency training programs are not decreasing training positions. An increase in Primary Care postgraduate programs balances cut backs in specialty areas. Physicians are retiring or decreasing practice at an earlier age than anticipated. This accounts for the current shortage of Anesthesiologists, for example.

15. For several years, there has been discussion in Congress of limiting Medicare funding to residency training programs accepting IMG's. Although it is a remote possibility, such action should not affect foreign trained U.S. citizens who are permanent residents and tax payers.

16. In 1999, the AMA declared that there are now sufficient Primary Care physicians. Future residents, including IMG's, can feel free to apply for more competitive specialties.

17. Patients are more concerned with the quality of care physician's provide that where you attended medical school. A combination of knowledge, skill and genuine concern are what count.

18. Today there are excellent options for study abroad in a variety of countries. World Health Organization (WHO) listing alone does not, however, guarantee a quality education. A medical school, particularly if it was established within the last 10 years, should be thoroughly investigated before a student attends. Read the Words of Wisdom Section of the web page.

Top

American Association of International Medical Graduates



## AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES

WORDS OF WISDOM 03
PROSPECTIVE MEDICAL STUDENTS

AAIMG'S WORDS OF WISDOM TO PROSPECTIVE
INTERNATIONAL MEDICAL SCHOOL APPLICANTS

**The Following Words of Wisdom
Are the Best Advice You Will Ever Receive.
Read Each Item Carefully Before You Study Abroad**

1. The first word of wisdom is that you can receive an excellent education abroad and a competitive residency in the United States. You must first do your homework and study only at a reputable school with rigorous academic standards.



2. More medical schools in the Caribbean, Mexico and Central America have failed than have succeeded. Study only at established schools and be highly skeptical of newly established schools. If this information is not included in the catalog, ask each school for the following:
   **a. The USMLE Step I and Step II passing rates**
   **b. A complete list of all training hospitals and their locations**
   **c. A list of graduates and their residency placements**
   **d. The names and credentials of all full-time faculty members.**
   **e. Proof of listing with the World Health Organization**

3. Follow the same procedure for established European Medical Schools with English language programs. Make sure you have the same access to faculty, library and lab facilities as local students in the regular program. Be prepared to attain language fluency before you begin third and fourth year clerkships.

4. Do not believe what you read in a flashy catalog or on an internet site. Avoid any school where recruiters engage in pressure tactics or make personal concessions for you. Visit the admission office and basic science campus of each school in your final selection pool. Attend lectures and interview several current students.

5. During a personal visit, look for signs of adequate staffing and permanency. Evaluate the faculty credentials and make sure the teaching staff is full-time and in residence. Avoid schools that hire local MD practitioners on a part-time basis to teach basic science courses normally taught by Ph.D. level faculty (physiology, biochemistry, microbiology etc.)

6. Carefully evaluate the integrity of the library, laboratories and classroom facilities. Many of the newer medical schools rent space in local hotels,

converted garages, or private homes. Look for a permanent, fully functioning campus and remember that a school that rents a few classrooms has little incentive to remain open during hard times.

7. Be very wary of any school that will allow you to complete part of your basic science studies in the United States or England. To avoid future licensing problems, your entire basic science curriculum should be completed in the country listed by the World Health Organization.

8. Be equally wary of schools that have substandard basic science campuses and guarantee clerkship rotations in the United States. Many of the newly established schools with poor to non-existent basic science campuses use this tactic to attract new students. This is a tried and true con game that could be very costly in terms of money and wasted time.

9. Go only to schools where the duration of the Doctor of Medicine program is at least 38 months and demand that you have full-time attendance at the campus. Beware of programs that require that you be present only 6-8 weeks or place you on directed study back in the United States.

10. If you are unable to make a personal visit, interview several current students and graduates before you make a choice. Do not go to schools that refuse to give you a list of clinical training hospital sites or do not list the clinical sites in the catalog.

11. Look for medical schools with external loan programs. A school with Stafford, FFEL, TERI, or I HELP loans has a source of oversight and regulation if it is receiving funding from one of these groups.

**Click here for more Words of Wisdom**

American Association of International Medical Graduates

**AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES**

UPDATES FROM
THE PRESIDENT



AAIMG is pleased to release the results of site visits that were conducted during 2003. The first site visits to foreign medical schools were made in 1999 and focused on the so called "off shore" programs. The report was revised again in 2001 and included new material about rapidly growing Eastern European programs. The proliferation of medical school programs catering to North Americans requires continued vigilance on the part of any applicant.

International Medical Graduates continue to make important contributions to the U.S. health care system. Residency training programs remain in surplus and the outlook is favorable for well trained IMG's who pass the difficult USMLE examinations and possess a solid clinical skill base. Post 9/11 visa requirements are more stringent, as are rules about registration and travel across international borders. Therefore, the U.S. citizen who has studied abroad is attractive as a potential resident to training directors.

Nevertheless, there are still hurdles, particularly in the area of medical licensure. The trend in many states is to demand more detailed documentation from international medical graduates. In 1986, a significant number of programs in the Dominican Republic and Mexico were investigated and eventually closed due to poor standards and unsavory practices such as selling medical degrees. Unfortunately, a parallel process started in the late 1990's with the rapid growth of so many new medical schools in the Caribbean, Central America and in the Pacific.

Each week AAIMG receives hundreds of emails and letters. We remain committed now, as in the past, to answering all serious inquiries in a timely manner.

**Thomas Moore, MD**
**President, AAIMG**

American Association of International Medical Graduates



CONTACT US

AMERICAN ASSOCIATION OF INTERNATIONAL
MEDICAL GRADUATES

**1802 North Carson Street**
**Suite 212-2161**
**Carson City, Nevada 89701 USA**

PRESIDENT:
**Thomas Moore M.D.**
**e-mail: presaaimg@hotmail.com**

M.D. EXECUTIVE SECRETARY:
**Sarah B. Weinstein**
e-mail: execsecaaimg@hotmail.com

Link to:

- http://www.ecfmg.org
- http://www.medicalstudent.com
- http://www.amsa.org
- http://www.ifmsa.org
- http://www.snma.org
- http://www.valuemd.com

MSN Search: link:aaimg.com                                  http://search.msn.com/results.aspx?FORM=MSNH&srch_type=0&q...

**Web** News Images Desktop Encarta

link:aaimg.com                                          Search     Near Me

+Search Builder   Settings   Help   Español                                        Search

Web Results

1-35 of 37 containing **link:aaimg.com** (0.11 seconds)

LINKS

.. Montana State Residents Scholarships  Professional Health Sites       American Academy of Physicians Assistants
   American Association of Colleges of Pharmacy   ...

www.mtech.edu/wminoment/Departments/Pre-Professional%20Health/Health%20Links/links.htm   Cached page

http://www.rit.edu/~premdwww/links.shtml

Acupuncture Natural Healers National Certificatioin Commission on Acupuncture and Oriental Medicine Allopathic
Medicine American Academy of Family Physicians American Academy of Physicians Assistants ..

www.rit.edu~premdwww.links.shtml   Cached page

College of Science and Math - Health Professions Advising

HEALTH PROFESSIONS LINKS Admissions Tests/Entrance Exams Dental Admissions Test Graduate Record Exam
Medical College Admissions Test MCAT Student Manual - What's on the test? ...

www.csaboh.edu~csm/machealth/links.htm   Cached page   6/7/2005

Application Process for Advanced Study in Health Fields

Cornell University Career Services Home       Students       Alumni     . . Study Away/Transfer Students ▸ Health Care
Issues/Bioethics Explore Health Fields Advising Network ...

www.career.cornell.edu/HealthCareers/applicationProcess.html?refresh=true&cat_id=83   Cached page

Foreign Medical Schools

... TO FIND OUT ABOUT THEM, A LIST OF A FEW STRONG ONES, AND SOME GOVERNMENT PUBLICATIONS
NOTE: Information provided on this server relating to goods and services offered by third parties is provided ...

www.sunysb.edu/health/foreign.html   Cached page

The old site history

.. The Old Site History T his page gives, for the most part, a daily account of all the information that we have put
on our web site going back to February 7, 2000, about ...

www.sunysb.edu/health/ancient.html   Cached page

   Show more results from "www.sunysb.edu".

Health Sciences.

Kalamazoo College, Health Sciences Curriculum Information Resources for students >> Professional School ... Health
Sciences at Kalamazoo College [40 kb pdf]: Description of the Health Sciences curriculum with ...

www.kzoo.edu/hsci/Resources.html   Cached page

Saint James School of Medicine :: View topic - Recent students who are ...

SJSM Forum Saint James School of Medicine Forum Index » Opinions and Questions » Recent students who are in
clinicals and recent graduates Goto page 1 . 2   Next   View previous topic :: View next topic ...

www.sjsm.org/forum/viewtopic.php?t=18&highlight=&sid=41e34a4c013da945a48b96o491969276   Cached page

Department of Biology - Health Professions - Links

Health Professions - Links   Health Professions Advising Seton Hall's Health Professions Committee Medical Schools
AAMC List of Medical Colleges and Links to Each School ...

artsci.shu.edu/biology/healthprofessions/links.htm   Cached page

Table of Contents Frame in Health Professions

Health Professions Advising Seton Hall's Health Professions Committee Medical Schools AAMC List of Medical
Colleges and Links to Each School AMCAS Information - Including Electronic Filing ...

artsci.shu.edu/biology/f_oldsite/frcontent.htm   Cached page

   Show more results from "artsci.shu.edu".

## Trinity College ACHP Website

Advisory Committee for the Health Professions            The Advisory Committee or the Health Professions
(ACHP) serves a key role in the advising and application ...
www.trincoll.edu/depts/career_advance_study/ACHP/welcome.htm   Cached page

## Health Careers Guide

... A doctor of allopathic medicine attends medical school for four years, after which he or she undertakes graduate
medical education by taking up residency in a specialty for 3 or more additional years ...
www.furman.edu/~epts/premed/allopathic.htm   Cached page

## Health Professions Links

Health Professions Links Medical Schools AAMC List of Medical Colleges and Links to Each School Medical Education
Page AMCAS Information - Including Electronic Filing Pfizer's ...
www.elon.edu/shouse/healthprof.html   Cached page

## Clark University - Prehealth

The Prehealth Premed pages for Clark University Overview General Information on            health ... Do's and Don'ts Top
20 deadlines Detailed timeline of what to do when Choosing schools Application ...
www.clarku.edu/departments/premed/resources.shtml   Cached page

## Medical Schools - Redirect

www.valuemd.com/medschool/usmleforum.php?url=http://www.aaimg.com   Cached page

## 1A Nausoft imaging software

Wide range of professional salon software. Hairstyling imaging. Salon management. Hair analysis ... Looking for a new
website? Are you going to rebuild your old website? Our customers ...
www.nausoft.com/webdesign/index.html   Cached page

## Medical University Of The Americas - www.mua.edu

Medical University Of The Americas - www.mua.edu - Welcome to the Medical University of the Americas ... Quick
Find  Home - History Of MUA - Nevis - Educational Goals and Objectives - Recognition And Approval ...
www.mua.edu/other_links.php   Cached page

## Fact Sheet for Student and Graduates of Foreign Medical Schools

Frequently Asked Questions – Students and Graduates of Foreign Medical Schools    I am a graduate of a foreign
medical school interested in completing my training in the U.S.  How do I get ...
www.srna.org/hdepts/nedinfintl/AG.htm   Cached page

## Search CROSS DRESSER'S HAIR STYLE with SYGOL

SYGOL: Search results for cross dresser's hair style Search : in : Domain: *** ac ad ae aero af ag ai al am an ao aq ...
Force index update now ) Help! html 3 Hair Style Salon specialising in hair extensions. Profile, services ...
www.sygol.com/M.194334.asp

## Graduates, international medical graduate, graduate jobs uk

Watch resources for Graduates, international medical graduate, graduate jobs uk, post graduate Watch ... Watch
resources for Graduates, international medical graduate, graduate jobs uk, post graduate ...
www.watcheducation.com/gradunres.html   Cached page

## Graduates, keller graduate school, kekker graduate school of business

Look for tips to Graduates, keller graduate school, kekker graduate school of business, keller .. Info About Graduates,
keller graduate school, kekker graduate school of business, keller graduate ...
analoan.com/gradunfes.html   Cached page

## Caribbean Medical Schools - Online Guide - Offshore Medical Schools ...

An Online Guide to Medical Schools located in the Caribbean and abroad.  Online Guide ... Online Guide to Medical
Schools in the Caribbean DOWNLOAD the E-BOOK QUESTIONS? ...
www.caribbeanmedicine.com/medschools.htm   Cached page

## Colleges - Medical Colleges

... Get Accepted to Medical School - Applying to Medical Colleges You can download the application (required by most

American medical colleges) colleges Information! other information straight from the ...
www.ask-colleges.com/medicalcolleges  Cached page

## Master Links

American Medical Association (AMA) AMA Policy for International Medical Grads (IMG's) AMA: The Fifth Pathway
Program FREIDA Online: Fellowship and Residency Electronic Interactive Database IMG's ...
www.fifthpathway.com/for_links/links.html  Cached page  6/7/2005

## Palacky University - Faculty of Medicine

Palacky University - Faculty of Medicine: opportunity for English speaking students to attend ... Virtual tour of Olomouc
Palacky University home page  Admission Financial aid Student  .
www.palacky.com/students.html  Cached page

### Palacky University - Faculty of Medicine

Palacky University - Faculty of Medicine: opportunity for English speaking students to attend ... Virtual tour of
Olomouc Palacky University home page     - General FAQ  - Application and exams ...
www.palacky.com/faq.html  Cached page
Show more results from "www.palacky.com".

## Graduates, antioch new england graduate school, post graduate study

Look for tips to Graduates, antioch new england graduate school, post graduate study, pacifica ... Information about
Graduates, antioch new england graduate school, post graduate study, pacifica ...
www.lookeducation.com/graduates.html  Cached page

## international medical graduate Resources

... international medical graduate Resources     Implantable Information Chip     Web Directory and Resources
Sponsored Links Implantable Information Chip Research and buy ...
www.implantableinfochip.com/directory/international-medical-graduate.html  Cached page

## American Association Medical

American Association Medical American Association Medical Check out "American Association Medical" on ...
American Association Medical Check out "American Association Medical" on the Internet  Home  ...
www.enzymedical.com/americanassociationmedical  Cached page

## QIC Loans > Foreign National Loans

... Bad Credit Auto Loan Bad Credit Car Loan Bad Credit Home Loan Bad Credit Loan Bad Credit Loan Mortgage Bad
Credit Loan Personal Bad Credit Secured Loans Bad Credit Student Loans Bank Loan Bank Loan Policy Boat ...
www.qicloans.com/foreignnationalloans  Cached page

## Graduates, graduate schools, graduate education

Look for tips to Graduates, graduate schools, graduate education, kekker graduate school of business ... Search info to
Graduates, graduate schools, graduate education, kekker graduate school of business ...
www.educationfad.net/graduates.html  Cached page  6/7/2005

## american association of international medical graduates > The Medical ...

american association of international medical graduates The Best Site On american association of international medical
graduates  You are Here > The Medical Shop > international medical ...
custombet.ca/international-medical/american-association-of-international-medical-graduates.    Cached page

## Medical Bookmarks - Health Professions

medical bookmarks W - Health Professions Bookmarks Please add site addresses here Useful sites not ... W - Health
Professions Bookmarks Please add site addresses here Useful sites not listed here Last ...
www.medical-bookmarks.org/w.htm  Cached page

## Palacky University - Faculty of Medicine

Palacky University - Faculty of Medicine: opportunity for English speaking students to attend ... Virtual tour of Olomouc
Palacky University home page    Links within Palacky University     ...
www.medical-school-ca/links.html  Cached page

## International Medical Graduates - more about International Medical ...

Get International Medical Graduates insider information here! International Medical Graduates - more ... International Online Phd Degrees English - International Organizations Online Course - International ...
www.online-degree10.biz/international-Medical-Graduates.html  Cached page

Didn't get the results you expected? Help us improve.

| link:aaimg.com | Search |

Search Home   MSN Toolbar   About MSN Search   Add MSN Search to Your Site

MSN Home   My MSN   Hotmail   Messenger   News Headlines   Feedback   Advertise with Us
© 2005 Microsoft  MSN Privacy

RSS

## LAW OFFICE OF DANIEL C. PERRI
### Attorneys at Law
*4 Eleventh Avenue, Suite One*
*Shalimar, Florida 32579*
dperri@perrilawoffice.com

Daniel C. Perri

Lisa Y. Pitell

Telephone (850) 651-3011

Facsimile (850) 651-3306

March 17, 2004

Association of American International Medical Graduates
Attn: Thomas Moore, M.D. - President
1802 North Carson Street, Suite 212
Carson City, Nevada 89701

**CERTIFIED MAIL**
**RETURN RECEIPT**
7002 2410 0004 2901 1704

Re:   *St. Matthew's School of Medicine, Grand Cayman, British West Indies*

Dear Dr. Moore:

I have been retained by St. Matthew's School of Medicine, Grand Cayman, British West Indies, to assist them with the incorrect, misleading and damaging information contained on your website at "www.aaimg.com". The school has attempted to contact you many times through email and telephone calls without success. You leave no other choice than to pursue legal action against you and the AAIMG.

This is a demand upon you to immediately contact Dr. Jerry Thornton, Ph.D at 800-498-9700 or Dr. Michael Harris, M.D. at 850-678-1225. Both of these individuals are officers of the school that can provide you with true, correct and accurate information regarding its status, licensing, facilities, faculty, curriculum, clerkship programs, and other information that you may need to properly reflect the true state of affairs regarding the school on your website. Please contact either one of them by no later than Wednesday, March 31, 2004. If you do not do so, then we take your refusal to contact them to obtain correct information as an intentional effort to provide misleading information on your website that is libelous, damaging, and intentionally misleading. I have then been instructed to immediately file a lawsuit against your organization and against you and other members of your corporation for your intentional efforts to damage the good name of the school through maintaining incorrect data on your website that is damaging to the school, by your continuing refusal to respond to emails and telephone calls from the school to provide you with correct information and the apparent lack of any proper legal structure of the AAIMG.

Thomas Moore, M.D.
March 17, 2004
Page 2


        I await your prompt response and contact with either Dr. Harris or Dr. Thornton to correct
the information contained on your website which is not only misleading, out of date, and
intentionally damaging, but there has been a complete lack of effort to keep it up to date with correct
information.

                                Very truly yours,

                                [COPY]

                                Daniel C. Perri


DCP/ceb

cc:     Michael A. Harris, M.D.
        Jerry Thornton, Ph.D.

Search the WHOIS database.                                          https://www.god...........com/gdshop/whois.asp?se=%2B&domain=aaim...



BobParsons.com
Success Key: Focus on what
you want to have happen!
Waiving goodbye to a sure
$30,000.
Making $60,000 instead!

**Reseller**
**Plans!**
**RELOADED**

Is this really GoDaddy.com?
Verify the site for your protection!

My Account    Support    Cart    Check Email

| Domain Names ▾ | Hosting & Servers ▾ | Site Builders ▾ | Email ▾ | SSL Certificates ▾ | Ecommerce ▾ | Be a Reseller ▾ |

My Account / Logout    Company Info    Why our prices are so low    10-Point Value Plan    What's New!    FAQ    Link To Us    NEW! RSS Feeds

## WHOIS Search Results for: AAIMG.COM

The data contained in Go Daddy Software, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of Go Daddy Software, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, Go Daddy Software, Inc.
is not the registrant of domain names listed in this database.

Registrant:
AAIMG

1802 N. Carson Street
Carson City, Nevada 89701
United States

Registered through: GoDaddy.com (http://www.godaddy.com)
Domain Name: AAIMG.COM
Created on: 02-Nov-99
Expires on: 02-Nov-06
Last Updated on: 19-Nov-03

Administrative Contact:
Demkin, Andrew demkin@hotmail.com
60, Moika emb. apt.33
Saint-Petersburg, 90000
RUS
+7 812 3147397 Fax -- +7 812 3147397
Technical Contact:
Demkin, Andrew demkin@hotmail.com
60, Moika emb. apt.33
Saint-Petersburg, 90000
RUS
+7 812 3147397 Fax -- +7 812 3147397

Domain servers in listed order:
NS5.SPB.RU
NS0.XNAME.ORG

Registry Status  REGISTRAR-LOCK

See Underlying Registry Data

Report Invalid Whois

▶ **Buy these available domains:**

☐ AAIMG.BIZ

☐ AAIMG.INFO

☐ AAIMG.NET

☐ AAIMG.WS

☐ AAIMG.NAME

☐ AAIMG.TV

☐ AAIMG.CO.UK

☐ AAIMG.ME.UK

☐ AAIMG.ORG.UK

▶ **You might also consider:**

☐ AAIMGONLINE.COM

☐ AAIMGHOME.COM

☐ AAIMGSITE.COM

☐ AAIMGNET.COM

☐ AAIMGWEB.COM

☐ NEWAAIMG.COM

☐ MYAAIMG.COM

☐ THEAAIMG.COM

☐ OFFICIALAAIMG.COM

**BUY NOW!**

▶ **Search Again**
Enter a domain name:
[                ] .com ▾

FREE Domain Extras!    Search

**More About Domains**
Compare our prices
Why our prices are so low
Transfer your domain to
GoDaddy.com for just $7.95!
Includes a 1-year extension.

**NEW! Sell your domain name. Bid on**
**a name that already exists.** The
Domain Name Aftermarket is the
Internet's new auction house for the HOT
domains, all backed by proven
GoDaddy.com systems and support.
Join now for just $4.95 and get a 100
domain monitor pack, free!

 ► 24/7 Sales and Support: (480) 505-8877     ► Billing Questions? Call (480) 505-8855     ► Free e-News    Enter email address     GO

Home | About Us | Catalog | Cart | Payment Options | Legal | Report Spam | Careers | Site Index | Whois | Affiliates | Link to Us

    We now accept  PayPal     

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2005

07-15-2004, 04:03 PM                                                          #

## Aucdoctobe
Registered User
100+ Posts

Join Date: Jul 2004

📃 **lol...**

lol... Luck, before you get flamed by many others, I'm going to let you in on a little secret.

Isn?t it strange that there is no information on the President: ?Thomas Moore, MD? who looks like he came out of an issue of GQ Magazine. Thomas Moore is an extremely generic name. Could it have been chosen because of its commonality??

Let me tell you about a company started and run from someone's apartment in Russia..

Let me tell you about a company in Russia that has tried to blackmail Caribbean schools for money or threaten them with negative ratings..

And what if I told you that this company is not taken seriously by any US licensing boards...

But wait, there is more: Anyone who has really researched the issue of a Caribbean education knows this. People who don't are either brand new or ignorant.

So, before giving advice, please research your stuff. Right now, the only definitive measure of a Caribbean medical education is a state licensing board.

Luck, you just got "punk'd" by AAIMG !!

PS I can't rag on you to hard about this one because I fell for it two years ago. I just didn?t give anyone advice at that time.



Minority medical students forum -->
http://www.minoritymedstudents.com



Posted  Fri Dec 19, 2003 2:08 pm    is AAIMG a total fraud..                                    quote

I have done some research about MD's named Thomas Moore and apparently there is a doctor
with that name at Rush Medical college in Chicago..

So far, this is the only MD I have found with this name, and as I happen to be located in Chicago,
I have tried to contact this doctor now. There IS a chance, of course, that there still might be
some other name I don't know about, but I think I am moving closer every day towards nailing
the AAIMG down.

Yesterday, I consulted a litigation lawyer with specialization on internet fraud and he said quote:
"Nevada state have no rules barring litigation towards any institution fronting information that turn
out to be inaccurate, if this has proven to make a plaintiff base his decidions upon this information
causing him unreasonable damages:" (Sigh...)

Meaning, if there ARE people out there that can claim that their initial choice to attend a school
was based upon AAIMG information, this COULD be tried in court in Nevada state. (Very
interesting indeed).

He basically implied that a joint suit from 5 or more plaintiffs could be directed (and funded) as a
contingency class-action to cover up damages..

Only thing is; most likely any lawfirm taking on this case would require some prooof of assets for
the AAIMG before they could sue. In plain English, They would like to know if there was any
money to get for them before they jump the game..!!

So that leaves be back to the same situation; to find out who is behind the AAIMG, not getting any
closer (yet)..

But it sure seems tasty to land on these people with a legal giant hammer (hehe)..

Is Gerragos available for this?? (same lawyer implied he was licensed in Nevada also, (haha)..

Sons Of Jafeth

Student Doctor Network Forums - AAIMG- American Association o...        http://forums.studentdoctor.net/showthread.php?t=186304



| School Alumni | Carson Homes | Realty Executives | Find Alumni & Friends |
|---|---|---|---|
| Search Millions of Names from Over 130,000 schools. Start Looking Now! | View Homes for Sale Nationwide! MLS, new houses, & foreclosures. | View all the properties for sale in Carson City, Dayton, Minden | Current Unlisted Number and Address Search by Maiden/Spouse, Age, SSN. |

Jump to:  Select...



**AD>>** SDN Swag Store now open! T-Shirts, Hoodies, Mugs, and More!

Student Doctor Network Forums > International Forums > Genera. Discussion for Internationals and IMGs
**AAIMG- (American Association of International Medical Graduates)**

Register        FAQ        Members List        Calendar

User Name  User Name    ☑ Remember Me?
Password                    Log in

Page 1 of 2  **1**  2  >

Thread Tools    Display Modes

03-16-2005, 07:39 AM

**thomas_mcdonald**
Registered User
0+ Posts

Join Date: Mar 2005

Thread Tools
Show Printable Version
Email this Page

AAIMG- (American Association of Internationa

AAIMG- (American Association of International Medical Graduates)

• Self established fraud organization
• Unregistered organization with no physical address. No such address in Nevada
• Web site operating from Russia
• No such president( Thomas Moore)or secretary( Sarah Weinstein) exist with those names
• No phone, fax or registered email
• Uses hot mail
• Calls all schools and emails for money anywhere from US $3000 to US $10,000 for writing good on his site with self designed criteria

• Summons by Attorney General of Nevada state
• Law suits pending for fraud in most states
• For School Administration: Do not be fooled; do not pay them money, some wire transferred to Russia to be listed good on site. Illegal organization, Make no association with them, High level investigation and operations to find them in progress. Be careful who ever deals with AAIMG
• For Students: Big fraud organization, look for yourself, call if you can find number in Nevada, write to local address in Nevada

you will get your mail back undelivered. Also AAIMG is
squeezing money out of students for information. Students have
mailed to Russia money. Do not do that Illegal to associate with
this organization.

http://www.aaimg.com/------- LOOK AT THIS WEB SITE
PROFILE AND OPERATING ADDRESS. OPERATING FROM RUSSIA

© AAIMG, 2002
Design and web hosting by OOO Nautilus, Russia
Disclaimer: OOO Nautilus disclaims any responsibility for the
content of this website provided by AAIMG

The American Association of International Medical Graduates,
hereafter referred to as AAIMG, was founded in 1992 as a
non-profit organization to promote acceptance of United States
citizen international medical graduates into mainstream
American medical practice.-------Please go into Registry of
organizations in state of Nevada from 1992, There is no such
organization. Call Nevada State Attorney General for more
information on this fraud

Thomas Moore, President
------------There is no body by that name with no address and
phone number. Nevada Attorney General is investigating

AMERICAN ASSOCIATION OF INTERNATIONAL
MEDICAL GRADUATES

1802 North Carson Street
Suite 212-2161
Carson City, Nevada 89701 USA ------------There is no physical
address, call post office and find out. Write a letter to this
address and see for yourself if it is delivered. Fraud address,
operating from Russia
PRESIDENT:
Thomas Moore M.D.
e-mail: presaaimg@hotmail.com------- LOOK AT THE HOTMAIL
ADDRESS. THIS IS A BIG TIME FRAUD ALL EMAILS GO TO
RUSSIA WHERE THEY EXTRACT MONEY FROM SCHOOLS AND
STUDENTS
M.D. EXECUTIVE SECRETARY:
Sarah B. Weinstein
e-mail: execsecaaimg@hotmail.com------- LOOK AT THE
HOTMAIL ADDRESS. THIS IS A BIG TIME FRAUD ALL EMAILS GO
TO RUSSIA WHERE THEY EXTRACT MONEY FROM SCHOOLS AND
STUDENTS

Guys this was a lot of research for me. Hope I saved some
students and schools money---Good Luck