American Association of International Medical    duates

state board exam. The basic curriculum is well organized with standard American and English medical texts. The patient base, clinical and hospital facilities are adequate for the size of the student body.

**University Medical School of Debrecen, Debrecen**
Debrecen has one of the oldest Universities in Hungary. It is the second largest city in Hungary but located in a geographically stunning area characterized by a national park and old spas with thermal baths. The English language program opened 12 years ago but adheres more to traditional European educational standards. There is a required entrance exam for all students and the curriculum for students in the English language program is almost identical to that of the six year regular program. Foreign students may receive advanced standing of one year with sufficient premedical preparation. Hungarian is a difficult language to master and taught to all students. It is clear that language proficiency is expected by the time the student reaches clerkships. There is a social service internship year that follows the graduation from medical studies. Graduates of Hungarian medical program must write a thesis and pass a state board exam.

PROVISIONAL STATUS

**Semmelweis University, Budapest**
Semmelweis has the advantage of being located in Budapest, one of the larger historic capitals of Eastern Europe with easy access to Austria and Germany. It is a large University and medical school located in the historic area of the city. The English language program, which is about seven years old, was found by the evaluators to be quite small and disorganized in terms of a curriculum and schedule. No one could tell us exactly how many Americans were enrolled or where to find them. We did meet Scandinavian and German students who stated there were few Americans in the program. It is a fully functional medical school but the English language program is lacking in organization and facilities. The hospitals and patient base are more than sufficient to provide challenging clinical experiences.

PROGRAMS NOT EVLAUATED:

**Medical University of Gdansk:**
The English language program is attended primarily by Western European students. There are approximately 10 Americans according to the U.S. recruitment office. Gdansk does not yet qualify for FFEL loans but has applied. A private recruitment organization in the U.S. charges a $5,000 placement fee.

**Carol Davila, Bucharest, Romania**
Despite email requests, AAIMG did not received sufficient information about the English language program to merit a visit at this time.

**Medical Academy of Latvia, Riga Stradins University, Riga Latvia:**
New Program, little information available at this time.

American Association of International Medical Graduates

top

## CONCLUSION

Eastern European medical programs provide a viable alternative for young Americans unable to gain acceptance into U.S. medical schools. A majority of the programs are cost effective and train competent physicians. The problems encountered by Americans studying in Eastern Europe have little to do with the quality of medical school or differences in curriculum. Personal traits involving motivation, adaptability and willingness to learn a foreign language is the key to successful completion of a medical education in any foreign country.

top

## AAIMG'S WORDS OF WISDOM TO PROSPECTIVE EASTERN EUROPEAN APPLICANTS

- Be skeptical of information you receive from stateside recruiters, especially programs marketed by private placement organizations that charge high fees. Be wary of any program that minimizes the importance of learning the native language.
- All serious applicants should travel to Eastern Europe to visit medical schools in the final selection pool. A personal visit allows the applicant to speak with faculty, other students in the program and evaluate the facilities. It is money well spent and will avoid later problems.
- Apply directly to the medical school and avoid paying high fees to placement agencies. Eastern European medical schools using placement agencies have ample "seats" for qualified students. Applicants would be better off using the funds to take a vacation to Europe to evaluate the programs and apply directly.
- Expect to attain fluency in the native language for maximum adjustment and to maximize learning in clerkships. Communication is the key to the physician-patient relationship. It is difficulty to treat patients properly if you totally rely on an interpreter.
- Make sure that the curriculum and facilities available to students in the English language program are comparable to those allocated for local students.
- Avoid living in dorms or housing with segregated housing for English language program students. Living with a local family or having a roommate who speaks the native language will accelerate your language skills significantly.
- Absolutely avoid programs that promise advanced standing, especially for chiropractors, podiatrists or other allied health care professionals. AAIMG has received complaints from chiropractors who enrolled in a program in the former Soviet Union and lost a great deal of money. This program is no longer in existence.
- Take advantage of the proximity of Eastern Europe to other countries and use vacation time to explore and enrich your cultural knowledge base. A friendly, considerate manner will overcome many obstacles along the way.

American Association of International Medical duates

American Association of International Medical Graduates

## AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES

### RESULTS AND CONCLUSIONS

#### Medical Schools in the Caribbean Basin

We are pleased to release a preliminary report of our first set of evaluations of medical schools located in the Caribbean Basin. Our evaluation teams visited a total of 14 medical schools on various islands. In this region, six medical schools were identified as meeting or exceeding 75 % of stated criteria in all evaluation categories. In presenting the names on the list below, AAIMG does not endorse any single school or program. The following list identifies medical school programs in a variety of locations that have met the minimum evaluation criteria of this organization.



- Medical schools meeting or exceeding AAIMG evaluation criteria in the Caribbean basin

#### Medical Schools in Mexico and Central America

We are pleased to release a report of evaluations of medical schools with English language programs or programs that accepts students from the United States. The Federal Government of Mexico has done an exemplary job in regulating medical school education in that country. Governments in Central America vary in their regulation of post secondary and professional education.

- Medical schools meeting or exceeding AAIMG evaluation criteria in Mexico and Central America

#### Provisional

This category covers new medical schools that meet the 75% AAIMG evaluation criteria relative to the school's level of development. AAIMG will monitor the this school's application for review by the California Medical Board as well as the ramifications of a U.S. campus opened in the state of Maine.

- **St. Matthew's University School of Medicine**
  Belize, Central America

---

American Association of International Medical Graduates

**AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES**

FACTOIDS FOR INTERNATIONAL
MEDICAL STUDENTS

1. It is significantly more difficult to be accepted into medical school today than 10 years ago. MCAT scores and grade point requirements are higher. Thousands of talented, well- qualified, individuals therefore are denied admission each year.



2. Failure to gain admission to a U.S. medical school should not be interpreted as a sign of failure. If you have the motivation, there are acceptable programs abroad.

3. You do not have to be gifted in a foreign language to study abroad. Many international schools have English language programs or are located in English speaking countries.

4. Over 25% of all practicing physicians in the United States are International Medical Graduates. U.S. citizens who train abroad are now a significant part of the IMG physician population.

5. There are roughly 15,000 U.S. graduates a year and approximately 21,500 postgraduate residency positions available. The number of residency programs has increased every year for the past 30 years. International Medical Graduates are needed to fill these surplus residencies.

6. The highest concentrations of IMG's are in the specialties of Internal Medicine, Psychiatry, Anesthesiology and Primary Care.

7. Over the past decade IMG's with high USMLE scores from reputable foreign programs have been able to obtain residencies in more competitive areas such as Surgery, Radiology and Obstetrics and Gynecology.

8. All medical students now take one exam called the United States Medical Licensure Exam series (USMLE). There are two additional exams for IMG's: The Clinical Skills Assessment exam (CSA) and a language proficiency exam, the TOEFL.

9. The passing rate for American and Canadian International Medical Graduates on the Clinical Skills Assessment Exam exceeds that of other foreign trained physicians.

10. Today, there is far more scrutiny of U.S. citizens studying medicine abroad

by state licensing boards than existed 10 years ago. It is therefore important to study at an established, stable school that will keep permanent records.

11. Residency Training Programs, however, appear to be more receptive to U.S. citizen IMG's than they were 10 years ago. A United States Citizen does not need a special visa. Furthermore, because most American IMG's have done clerkship rotations in U.S. hospitals, they often integrate quickly and with fewer difficulties into training programs.

12. After passing the USMLE Step I & II, the CSA and TOEFL exams, IMG's are eligible to participate in the National Residency Matching Program. Unlike U.S. medical students, IMG's are free agents and may sign residency training contracts with programs outside of the MATCH.

13. There is no doctor glut in the United States. There is a significant mal-distribution of physicians with high concentrations in urban areas and a severe shortage of qualified physicians in rural locations.

14. Despite recent publicity, a majority of U.S. residency training programs are not decreasing training positions. An increase in Primary Care postgraduate programs balances cut backs in specialty areas. Physicians are retiring or decreasing practice at an earlier age than anticipated. This accounts for the current shortage of Anesthesiologists, for example.

15. For several years, there has been discussion in Congress of limiting Medicare funding to residency training programs accepting IMG's. Although it is a remote possibility, such action should not affect foreign trained U.S. citizens who are permanent residents and tax payers.

16. In 1999, the AMA declared that there are now sufficient Primary Care physicians. Future residents, including IMG's, can feel free to apply for more competitive specialties.

17. Patients are more concerned with the quality of care physician's provide that where you attended medical school. A combination of knowledge, skill and genuine concern are what count.

18. Today there are excellent options for study abroad in a variety of countries. World Health Organization (WHO) listing alone does not, however, guarantee a quality education. A medical school, particularly if it was established within the last 10 years, should be thoroughly investigated before a student attends. Read the Words of Wisdom Section of the web page.

Top

American Association of International Medical Graduates

# AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES

## AAIMG'S WORDS OF WISDOM TO PROSPECTIVE INTERNATIONAL MEDICAL SCHOOL APPLICANTS

**The Following Words of Wisdom
Are the Best Advice You Will Ever Receive.
Read Each Item Carefully Before You Study Abroad**

1. The first word of wisdom is that you can receive an excellent education abroad and a competitive residency in the United States. You must first do your homework and study only at a reputable school with rigorous academic standards.



2. More medical schools in the Caribbean, Mexico and Central America have failed than have succeeded. Study only at established schools and be highly skeptical of newly established schools. If this information is not included in the catalog, ask each school for the following:
   **a. The USMLE Step I and Step II passing rates**
   **b. A complete list of all training hospitals and their locations**
   **c. A list of graduates and their residency placements**
   **d. The names and credentials of all full-time faculty members.**
   **e. Proof of listing with the World Health Organization**

3. Follow the same procedure for established European Medical Schools with English language programs. Make sure you have the same access to faculty, library and lab facilities as local students in the regular program. Be prepared to attain language fluency before you begin third and fourth year clerkships.

4. Do not believe what you read in a flashy catalog or on an internet site. Avoid any school where recruiters engage in pressure tactics or make personal concessions for you. Visit the admission office and basic science campus of each school in your final selection pool. Attend lectures and interview several current students.

5. During a personal visit, look for signs of adequate staffing and permanency. Evaluate the faculty credentials and make sure the teaching staff is full-time and in residence. Avoid schools that hire local MD practitioners on a part-time basis to teach basic science courses normally taught by Ph.D. level faculty (physiology, biochemistry, microbiology etc.)

6. Carefully evaluate the integrity of the library, laboratories and classroom facilities. Many of the newer medical schools rent space in local hotels.

converted garages, or private homes. Look for a permanent, fully functioning campus and remember that a school that rents a few classrooms has little incentive to remain open during hard times.

7.  Be very wary of any school that will allow you to complete part of your basic science studies in the United States or England. To avoid future licensing problems, your entire basic science curriculum should be completed in the country listed by the World Health Organization.

8.  Be equally wary of schools that have substandard basic science campuses and guarantee clerkship rotations in the United States. Many of the newly established schools with poor to non-existent basic science campuses use this tactic to attract new students. This is a tried and true con game that could be very costly in terms of money and wasted time.

9.  Go only to schools where the duration of the Doctor of Medicine program is at least 38 months and demand that you have full-time attendance at the campus. Beware of programs that require that you be present only 6-8 weeks or place you on directed study back in the United States.

10. If you are unable to make a personal visit, interview several current students and graduates before you make a choice. Do not go to schools that refuse to give you a list of clinical training hospital sites or do not list the clinical sites in the catalog.

11. Look for medical schools with external loan programs. A school with Stafford, FFEL, TERI, or I HELP loans has a source of oversight and regulation if it is receiving funding from one of these groups.

_____

**Click here for more Words of Wisdom**

American Association of International Medical Graduates

**AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES**

UPDATES FROM
THE PRESIDENT



AAIMG is pleased to release the results of site visits that were conducted during 2003. The first site visits to foreign medical schools were made in 1999 and focused on the so called "off shore" programs. The report was revised again in 2001 and included new material about rapidly growing Eastern European programs. The proliferation of medical school programs catering to North Americans requires continued vigilance on the part of any applicant.

International Medical Graduates continue to make important contributions to the U.S. health care system. Residency training programs remain in surplus and the outlook is favorable for well trained IMG's who pass the difficult USMLE examinations and possess a solid clinical skill base. Post 9/11 visa requirements are more stringent, as are rules about registration and travel across international borders. Therefore, the U.S. citizen who has studied abroad is attractive as a potential resident to training directors.

Nevertheless, there are still hurdles, particularly in the area of medical licensure. The trend in many states is to demand more detailed documentation from international medical graduates. In 1986, a significant number of programs in the Dominican Republic and Mexico were investigated and eventually closed due to poor standards and unsavory practices such as selling medical degrees. Unfortunately, a parallel process started in the late 1990's with the rapid growth of so many new medical schools in the Caribbean, Central America and in the Pacific.

Each week AAIMG receives hundreds of emails and letters. We remain committed now, as in the past, to answering all serious inquiries in a timely manner.

**Thomas Moore, MD**
**President, AAIMG**

American Association of International Medical Graduates

**AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES**

CONTACT US

AMERICAN ASSOCIATION OF INTERNATIONAL
MEDICAL GRADUATES

**1802 North Carson Street
Suite 212-2161
Carson City, Nevada 89701 USA**

PRESIDENT:
**Thomas Moore M.D.
e-mail: presaaimg@hotmail.com**

M.D. EXECUTIVE SECRETARY:
**Sarah B. Weinstein**
e-mail: execsecaaimg@hotmail.com

_____

Link to:

- http://www.ecfmg.org
- http://www.medicalstudent.com
- http://www.amsa.org
- http://www.ifmsa.org
- http://www.snma.org
- http://www.valuemd.com

MSN Search: link:aaimg.com                     http://search.msn.com/results.aspx?FORM_MSNH&srch_type=0&c...

**Web** News Images Desktop Encarta

link:aaimg.com                              Search      Near Me

+Search Builder   Settings   Help   Español                              Search

1-35 of 37 containing **link:aaimg.com** (0.11 seconds)

LINKS

   Montana State Residents Scholarships   Professional Health Sites        American Academy of Physicians Assistants
      American Association of Colleges of Pharmacy
   ...  Cached page

## http://www.rt.edu/=premdwww/links.shtml

Acupuncture Natural Healers National Certification Commission on Acupuncture and Oriental Medicine Allopathic
Medicine American Academy of Family Physicians American Academy of Physicians Assistants ...
   Cached page

## College of Science and Math - Health Professions Advising

HEALTH PROFESSIONS LINKS Admissions Tests/Entrance Exams Dental Admissions Test Graduate Record Exam
Medical College Admissions Test MCAT Student Manual - What's on the test? ...
   Cached page   6/7/2005

## Application Process for Advanced Study in Health Fields

Cornell University Career Services Home      Students      Alumni      ... Study Away/Transfer Students ► Health Care
Issues/Bioethics Explore Health Fields Advising Network ...
   Cached page

## Foreign Medical Schools

... TO FIND OUT ABOUT THEM  A LIST OF A FEW STRONG ONES, AND SOME GOVERNMENT PUBLICATIONS
NOTE: Information provided on this server relating to goods and services offered by third parties is provided ...
   Cached page

### The Old Site History

   The Old Site History This page gives, for the most part, a daily account of all the information that we have put
on our web site going back to February 7, 2000. about ...
   Cached page
      Show more results from "www.sunysb.edu".

## Health Sciences

Kalamazoo College, Health Sciences Curriculum Information Resources for students >> Professional School .. Health
Sciences at Kalamazoo College [40 kb pdf]: Description of the Health Sciences curriculum with ...
   Cached page

## Saint James School of Medicine :: View topic - Recent students who are ...

SJSM Forum Saint James School of Medicine Index » Opinions and Questions » Recent students who are in
clinicals and recent graduates Goto page 1 . 2   Next   View previous topic :: View next topic ...
   Cached page

## Department of Biology - Health Professions - Links

Health Professions - Links  Health Professions Advising Seton Hall's Health Professions Committee Medical Schools
AAMC List of Medical Colleges and Links to Each School ...
   Cached page

### Table of Contents Frame in Health Professions

   Health Professions Advising Seton Hall's Health Professions Committee Medical Schools AAMC List of Medical
Colleges and Links to Each School AMCAS Information - Including Electronic Filing ...
   Cached page
      Show more results from "artsci.shu.edu".

1 of 4                                                                                     6/8/2005 4:46 PM

Trinity College ACHP Website
Advisory Committee for the Health Professions          The Advisory Committee or the Health Professions
(ACHP) serves a key role in the advising and application ...
Cached page

Health Sciences Guide
... A doctor of allopathic medicine attends medical school for four years, after which he or she undertakes graduate
medical education by taking up residency in a specialty for 3 or more additional years ...
Cached page

Health Professions Links
Health Professions Links Medical Schools AAMC List of Medical Colleges and Links to Each School Medical Education
Page AMCAS Information - Including Electronic Filing Pfizer's ...
Cached page

Clark University - Prehealth
The Prehealth Premed pages for Clark University Overview General Information on          health . Do's and Don'ts Top
20 deadlines Detailed timeline of what to do when Choosing schools Application ...
Cached page

Medical Schools - Redirect
Cached page

1A Nausoft Imaging software
Wide range of professional salon software. Hairstyling imaging. Salon management. Hair analysis ... Looking for a new
website? Are you going to rebuild your old website? Our customers ...
Cached page

Medical University Of The Americas - www.mua.edu
Medical University Of The Americas - www.mua.edu - Welcome to the Medical University of the Americas ... Quick
Find  Home - History Of MUA - Nevis - Educational Goals and Objectives - Recognition And Approval ..
Cached page

Fact Sheet for Student and Graduates of Foreign Medical Schools
Frequently Asked Questions – Students and Graduates of Foreign Medical Schools      I am a graduate of a foreign
medical school interested in completing my training in the U.S.   How do I get ...
Cached page

Search CROSS DRESSER'S HAIR STYLE with SYGOL
SYGOL: Search results for cross dresser's hair style Search : in : Domain. *** ac ad ae aero af ag ai al am an ao aq . .
Force index update now ) Help! html 3 Hair Style Salon specialising in hair extensions. Profile, services ...

Graduates, international medical graduate, graduate jobs uk
Watch resources for Graduates, international medical graduate, graduate jobs uk, post graduate Watch .   Watch
resources for Graduates, international medical graduate, graduate jobs uk, post graduate ...
Cached page

Graduates, keller graduate school, kekker graduate school of business
Look for tips to Graduates, keller graduate school, kekker graduate school of business, keller ... Info About Graduates,
keller graduate school, kekker graduate school of business, keller graduate ...
Cached page

Caribbean Medical Schools - Online Guide - Offshore Medical Schools ...
An Online Guide to Medical Schools located in the Caribbean and abroad   Online Guide ... Online Guide to Medical
Schools in the Caribbean DOWNLOAD the E-BOOK QUESTIONS? ...
Cached page

Colleges - Medical Colleges
... Get Accepted to Medical School - Applying to Medical Colleges You can download the application (required by most

MSN Search: list/rating.com                    http://search.msn.com=sults.aspx?FORM=MSNH&srch_type=0&u...

American medical colleges| colleges Information! other information straight from the ...
www.collegeqa.net/int/medical-colleges   Cached page

## Master Links

American Medical Association (AMA) AMA Policy for International Medical Grads (IMG's) AMA: The Fifth Pathway
Program FREIDA Online: Fellowship and Residency Electronic Interactive Database IMG's ...
www.1medicalstudy.com/4037ibase-links.html   Cached page   6/7/2005

## Palacky University - Faculty of Medicine

Palacky University - Faculty of Medicine: opportunity for English speaking students to attend ... Virtual tour of Olomouc
Palacky University home page - Admission Financial aid Student ...
www.palacky.com/...-...-...   Cached page

### Palacky University - Faculty of Medicine

Palacky University - Faculty of Medicine: opportunity for English speaking students to attend ... Virtual tour of
Olomouc Palacky University home page      - General FAQ  - Application and exams ...
www.palacky.com/faqnos   Cached page
Show more results from "www.palacky.com"

## Graduates, antioch new england graduate school, post graduate study

Look for tips to Graduates, antioch new england graduate school, post graduate study, pacifica   Information about
Graduates, antioch new england graduate school, post graduate study, pacifica ...
www.ecampus.mb.ca/study-study.html   Cached page

## International medical graduate Resources

... international medical graduate Resources     Implantable Information Chip     Web Directory and Resources
Sponsored Links Implantable Information Chip Research and buy ...
www.chip-implant-info.com/study/international-medical-graduate.html   Cached page

## American Association Medical

American Association Medical American Association Medical Check out "American Association Medical" on ...
American Association Medical Check out "American Association Medical" on the Internet   Home   ...
www.onlymedical.com/forum/americanassociationmedical   Cached page

## CIC Loans > Foreign National Loans

... Bad Credit Auto Loan Bad Credit Car Loan Bad Credit Home Loan Bad Credit Loan Bad Credit Loan Mortgage Bad
Credit Loan Personal Bad Credit Secured Loans Bad Credit Student Loans Bank Loan Bank Loan Policy Boat ...
www.cic-loans.com/.../foreign-national.html   Cached page

## Graduates, graduate schools, graduate education

Look for tips to Graduates, graduate schools, graduate education, kekker graduate school of business ... Search info to
Graduates, graduate schools, graduate education, kekker graduate school of business ...
www.ecampus.mb.ca/graduate-school.html   Cached page   6/7/2005

## american association of international medical graduates > The Medical ...

american association of international medical graduates The Best Site On american association of international medical
graduates   You are Here > The Medical Shop > international medical ...
study.med.online.com/medical-shop/american-association-of-international-medical-graduates   Cached page

## Medical Bookmarks - Health Professions

medical bookmarks W - Health Professions Bookmarks Please add site addresses here Useful sites not ... W - Health
Professions Bookmarks Please add site addresses here Useful sites not listed here Last ...
www.bookmark4u.com/.../w-health-prof.html   Cached page

## Palacky University - Faculty of Medicine

Palacky University - Faculty of Medicine: opportunity for English speaking students to attend ... Virtual tour of Olomouc
Palacky University home page    Links within Palacky University      ...
www.palacky.com/.../within-links.html   Cached page

## International Medical Graduates - more about International Medical ...

Get International Medical Graduates insider information here! International Medical Graduates - more ... International Online Phd Degrees English -  International Organizations Online Course -  International ...

... ... -Medical Graduates.html   Cached page

Didn't get the results you expected? Help us improve

link.aaimg.com                    Search

... ... - Email MSN Search    Add MSN Search to Your Site

MSN Home   My MSN   Hotmail   Messenger   News Headlines   Feedback   Advertise with Us
© 2005 Microsoft  MSN Privacy

RSS

Application Process for Advanced Study in Health Fields          http://www.career.corn...edu/HealthCareers/applicationProcess.htm.



Cornell University
Cornell Career Services

**Home   Students   Alumni   Employers   Faculty   Families**

Quick Links



Show Full CCS Menu
Human Medicine ▶
Veterinary Medicine ▶
Accepted/Applied Charts ▶
Premed Profiles
Gaining Experience ▶
MCAT ▶
HCEC ▶
Taking Time Off
Applying
Study Away/Transfer Students ▶
Health Care Issues/Bioethics
Explore Health Fields
Advising Network

# Health Careers/HCEC

## Applying

The following pages contain key information on the application timetable, the application, anad financing a medical education. There is also information on alternate routes.

Applicant Timetable and Checklist

AMCAS and Non-AMCAS Application Procedures

Applications and Outcomes Questionnaires

MCAT Information
Application Services
Medical/Dental/Veterinary
Financial Aid Resources
Alternative Routes

Alternative Routes

AAMC Postbac Programs List

Postbac Programs List

American Association of International Medical Graduates. **AAIMG** recognizes that thousands of highly qualified U.S. citizens are denied admission to medical school each year and must study abroad. Current medical school admission standards in the United States overemphasize the importance of standardized tests and grade point average.

103 Barnes Hall
Cornell University
Ithaca, NY 14853
607/255-5221
careers@cornell.edu

©2005 Cornell University   |   Home   |   FAQ   |   Site Map   |   Contact Us   |   About this Site

**SEARCH**                                            **Go**

07-15-2004, 04:03 PM                                                                                    #

## Aucdoctobe
Registered User
100+ Posts

Join Date: Jul 2004

**lol...**

lol... Luck, before you get flamed by many others, I'm going to let you in on a little secret.

Isn?t it strange that there is no information on the President: ?Thomas Moore, MD? who looks like he came out of an issue of GQ Magazine. Thomas Moore is an extremely generic name. Could it have been chosen because of its commonality??

Let me tell you about a company started and run from someone's apartment in Russia..

Let me tell you about a company in Russia that has tried to blackmail Caribbean schools for money or threaten them with negative ratings..

And what if I told you that this company is not taken seriously by any US licensing boards...

But wait, there is more: Anyone who has really researched the issue of a Caribbean education knows this. People who don't are either brand new or ignorant.

So, before giving advice, please research your stuff. Right now, the only definitive measure of a Caribbean medical education is a state licensing board.

Luck, you just got "punk'd" by AAIMG !!

PS I can't rag on you to hard about this one because I fell for it two years ago. I just didn?t give anyone advice at that time.



Minority medical students forum -->
http://www.minoritymedstudents.com

Posted: Fri Dec 19, 2003 2:08 pm    is AAIMG a total fraud..    

I have done some research about MD's named Thomas Moore and apparently, there is a doctor with that name at Rush Medical college in Chicago..

So far, this is the only MD I have found with this name, and as I happen to be located in Chicago, I have tried to contact this doctor now. There IS a chance, of course, that there still might be some other name I don't know about, but I think I am moving closer every day towards nailing the AAIMG down.

Yesterday, I consulted a litigation lawyer with specialization on internet fraud and he said quote: "Nevada state have no rules barring litigation towards any institution fronting information that turn out to be inaccurate, if this has proven to make a plaintiff base his decidions upon this information causing him unreasonable damages;" (Sigh...)

Meaning, if there ARE people out there that can claim that their initial choice to attend a school was based upon AAIMG information, this COULD be tried in court in Nevada state. (Very interesting indeed).

He basically implied that a joint suit from 5 or more plaintiffs could be directed (and funded) as a contingency class-action to cover up damages..

Only thing is; most likely any lawfirm taking on this case would require some prooof of assets for the AAIMG before they could sue. In plain English, They would like to know if there was any money to get for them before they jump the game..!!

So that leaves be back to the same situation; to find out who is behind the AAIMG, not getting any closer (yet)..


But it sure seems tasty to land on these people with a legal giant hammer (hehe)..

Is Gerragos available for this?? (same lawyer implied he was licensed in Nevada also, !haha)..


Sons Of Jafeth

Student Doctor Network Forums - AAIMG- (American Association o...          http://forums.studentdoctor.net/showthread.php?t=18054



**Sdn** The Student Doctor Network™          Jump to:  Select...

School Alumni          Carson Homes          Realty Executives          Find Alumni & Friends

AD>> SDN Swag Store now open! T-Shirts, Hoodies, Mugs, and More!

Student Doctor Network Forums > International Forums > Clinical Education for Internationals and IMGs

**AAIMG- (American Association of International Medical Graduates)**

User Name  User Name          ☑ Remember Me?
Password                       Log in

Register          FAQ          Members List          Calendar

Page 1 of 2  **1**  2 >

Thread Tools    Display Modes

**thomas_mcdonald**
Registered User
0+ Posts

Join Date: Mar 2005

05-10-2005, 01:28 AM

Thread Tools
Show Printable Version
Email this Page

🔲 **AAIMG- (American Association of Internationa**

AAIMG- (American Association of International Medical Graduates)

• Self established fraud organization
• Unregistered organization with no physical address. No such address in Nevada
• Web site operating from Russia
• No such president( Thomas Moore)or secretary( Sarah Weinstein) exist with those names
• No phone, fax or registered email
• Uses hot mail
• Calls all schools and emails for money anywhere from US $3000 to US $10,000 for writing good on his site with self designed criteria


• Summons by Attorney General of Nevada state
• Law suits pending for fraud in most states
• For School Administration: Do not be fooled; do not pay them money, some wire transferred to Russia to be listed good on site. Illegal organization, Make no association with them, High level investigation and operations to find them in progress. Be careful who ever deals with AAIMG
• For Students: Big fraud organization, look for yourself, call if you can find number in Nevada, write to local address in Nevada

you will get your mail back undelivered. Also AAIMG is squeezing money out of students for information. Students have mailed to Russia money. Do not do that Illegal to associate with this organization.

http://www.aaimg.com/------- LOOK AT THIS WEB SITE PROFILE AND OPERATING ADDRESS. OPERATING FROM RUSSIA

© AAIMG, 2002
Design and web hosting by OOO Nautilus, Russia
Disclaimer: OOO Nautilus disclaims any responsibility for the content of this website provided by AAIMG

The American Association of International Medical Graduates, hereafter referred to as AAIMG, was founded in 1992 as a non-profit organization to promote acceptance of United States citizen international medical graduates into mainstream American medical practice.-------Please go into Registry of organizations in state of Nevada from 1992, There is no such organization. Call Nevada State Attorney General for more information on this fraud

Thomas Moore, President
------------There is no body by that name with no address and phone number. Nevada Attorney General is investigating

AMERICAN ASSOCIATION OF INTERNATIONAL
MEDICAL GRADUATES

1802 North Carson Street
Suite 212-2161
Carson City, Nevada 89701 USA ------------There is no physical address, call post office and find out. Write a letter to this address and see for yourself if it is delivered. Fraud address, operating from Russia
PRESIDENT:
Thomas Moore M.D.
e-mail: presaaimg@hotmail.com------- LOOK AT THE HOTMAIL ADDRESS. THIS IS A BIG TIME FRAUD ALL EMAILS GO TO RUSSIA WHERE THEY EXTRACT MONEY FROM SCHOOLS AND STUDENTS
M.D. EXECUTIVE SECRETARY:
Sarah B. Weinstein
e-mail: execsecaaimg@hotmail.com------- LOOK AT THE HOTMAIL ADDRESS. THIS IS A BIG TIME FRAUD ALL EMAILS GO TO RUSSIA WHERE THEY EXTRACT MONEY FROM SCHOOLS AND STUDENTS

Guys this was a lot of research for me. Hope I saved some students and schools money---Good Luck

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

EASTERN       DISTRICT OF     MISSOURI

St. Matthew's University (Cayman) LTD., a Cayman Islands company,

**SUBPOENA IN A CIVIL CASE**

v.

ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC., a Nevada corporation; THOMAS MOORE, M.D. a.k.a. "presaaimg@hotmail. com," an individual; SARAH B. WEINSTEIN a.k.a. "execsecaaimg@hotmail.com," an individual; and RACHAEL E. SILVER, an individual,

Case Number:[1]

United States District Court,
District of Nevada, Southern Division

TO:   Nausoft, LLC
     2821 N. Ballas Road, Ste. 255
     St. Ann, MO 63144

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

You are hereby authorized and ordered to expeditiously disclose, to the above named Plaintiffs, information sufficient to identify all individuals and businesses associated with above listed Defendants, to include all contact information, billing information, credit card numbers associated with the AAIMG website and the services you performed for AAIMG.COM.

| PLACE   KRONENBERGER & ASSOCIATES, 220 Montgomery Street, Suite 1920, San Francisco, CA 94104 | DATE AND TIME 10:30 am, July 15, 2005 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
    Karl S. Kronenberger
    KRONENBERGER & ASSOCIATES,
    220 Montgomery Street, Suite 1920, San Francisco, CA 94104     Tel: 415-955-1155

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

---

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                    DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

_____

AO88  (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | TEXAS |

St. Matthew's University (Cayman) LTD., a Cayman Islands company,

v.

**SUBPOENA IN A CIVIL CASE**

ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC., a Nevada corporation; THOMAS MOORE, M.D. a.k.a. "presaaimg@hotmail. com," an individual; SARAH B. WEINSTEIN a.k.a. "execsecaaimg@hotmail.com," an individual; and RACHAEL E. SILVER, an individual.

Case Number:[1]

TO:
    EVERYONES INTERNET
    2600 SOUTHWEST FWY STE 500
    HOUSTON TX 77098-4699

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

You are hereby authorized and ordered to expeditiously disclose, to the above named Plaintiffs, information sufficient to identify all individuals and businesses associated with the ownership and operation of the website AAIMG.COM, to include all account user data, origination information, and contact and payment source information.

| PLACE    KRONENBERGER & ASSOCIATES, <br> 220 Montgomery Street, Suite 1920, San Francisco, CA 94104 | DATE AND TIME <br> 10:30 am, July 15, 2005 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| | |

| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER |
|---|
| |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

---

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED |  |  |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
|  |  |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
|  |  |

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                    DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

%AO88 (Rev. 1.94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

WESTERN — DISTRICT OF — WASHINGTON

St. Matthew's University (Cayman) LTD., a Cayman Islands company,

V.

ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC., a Nevada corporation; THOMAS MOORE, M.D. a.k.a. "presaaimg@hotmail.com," an individual; SARAH B. WEINSTEIN a.k.a. "execsecaaimg@hotmail.com," an individual; and RACHAEL E. SILVER, an individual,

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]

United States District Court,
District of Nevada, Southern Division

TO:  Microsoft Corporation
     One Microsoft Way
     Redmond, WA 98052-6399

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
You are hereby authorized and ordered to expeditiously disclose, to the above named Plaintiffs, information sufficient to identify the individuals who own and control the Hotmail email addresses "presaaimg@hotmail.com" and "execsecaaimg@hotmail.com," to include all identifying information, user contact information, and account origination information, and access location information (i.e. logs of Internet Protocol addresses used to log in to that above referenced Hotmail email accounts).

| PLACE    KRONENBERGER & ASSOCIATES, 220 Montgomery Street, Suite 1920, San Francisco, CA 94104 | DATE AND TIME  10:30 am, July 15, 2005 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Karl S. Kronenberger
KRONENBERGER & ASSOCIATES,
220 Montgomery Street, Suite 1920, San Francisco, CA 94104    Tel: 415-955-1155

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                    DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER