**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086) (*Local Counsel*)
F. Christopher Austin (Bar No. 6559) (*Local Counsel*)
Ronald D. Green, Jr. (Bar No. 7360) (*Local Counsel*)
3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada 89109
Tel: (702) 792-3773
Fax: (702) 792-9002

**KRONENBERGER & ASSOCIATES**
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
220 Montgomery Street, Suite 1920
San Francisco, California 94104
Tel: (415) 955-1155
Fax: (415) 955-1158

**SEALED**

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company,<br><br>Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC., a Nevada corporation; THOMAS MOORE, M.D. a.k.a. "presaaimg@hotmail.com," an individual; SARAH B. WEINSTEIN a.k.a. "execsecaaimg@hotmail.com," an individual; and RACHAEL E. SILVER, an individual,<br><br>Defendants. | CV-S-05-0848-RCJ-LRL<br><br>**CERTIFICATE REQUIRED BY LR 10-6** |

**3**

1

**COMPLAINT**

The undersigned, counsel of record for Plaintiff ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD. ("ST. MATTHEW'S") certifies that the following have an interest in the outcome of this case:

    Michael A. Harris, M.D. (President and CEO, Owner, Director);

    Jerry W. Thornton, Ph.D. (Vice President, Owner);

    Galen P. Swartzendruber, M.D. (Secretary, Owner, Director);

    S. K. Asthana, M.D. (Owner);

    Michael Alberga (Director);

    Stephen P. Doheny, M.D. (Chair, Board of Trustees);

    Elizabeth G. Armstrong, Ph.D., Dr. med.h.c. (Member, Board of Trustees);

    Mark Stewart Calkins, M.D. (Member, Board of Trustees);

    James R. Richburg, Ed.D. (Member, Board of Trustees);

Attorney of Record for Plaintiff ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

DATED: July 7, 2005.      **KRONENBERGER & ASSOCIATES**

By: _/s/ T R H_
Terri R. Hanley
Karl S. Kronenberger
Attorneys for Plaintiff
ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

DATED: July 11, 2005.      **GREENBERG TRAURIG, LLP**

By: _/s/_
Mark G. Tratos
F. Christopher Austin
Ronald D. Green, Jr.
Designated Local Counsel for Plaintiff
ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

2

**COMPLAINT**