**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**SEALED**

| | |
|---|---|
| ST. MATTHEW'S UNIVERSITY (CAYMAY) LTD., a Cayman Islands company, ) ) ) ) | SEALED CALENDAR SETTING |
| Plaintiff(s), ) ) | Case # CV-S-05-848-RCJ(LRL) |
| vs. ) ) | BEFORE THE HONORABLE JUDGE ROBERT C. JONES |
| ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC., et al., ) ) ) ) | **SEALED** |
| Defendant(s). ) | |

**XX  TAKE NOTICE** that a proceeding has been set for the place, date and time set forth below:

| Place: | Before: | Date and Time: |
|---|---|---|
| U. S. District Court Lloyd D. George, U. S. Courthouse 333 Las Vegas Blvd., South Las Vegas, NV 89101 | The Honorable Robert C. Jones Courtroom #7D | Friday, July 15, 2005 @ 9:00 a.m. |

**TYPE OF PROCEEDING(S):** MOTION FOR TEMPORARY RESTRAINING ORDER

___ **TAKE NOTICE** that the above referenced proceeding has been *rescheduled* as indicated below:

| Before: | Previous Date and Time: | Date and Time Rescheduled to: |
|---|---|---|
| The Honorable Robert C. Jones Courtroom #7D | | |

Note: Please contact Barbara Price at 702-464-5427 for questions regarding scheduling.

LANCE S. WILSON, Clerk
United States District Court

DATE: July 12, 2005           By: /s/ B. Price
                                  Deputy Clerk