# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**SEALED**

| | |
|---|---|
| ST. MATTHEW'S UNIVERSITY, (CAYMAN) LTD., | ) ) ) |
| Plaintiff(s), | ) ) |
| vs. | ) ) ) |
| ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC., et al., Defendant(s). | ) ) ) ) ) |

**SEALED**

**SEALED**

CV-S-05-~~878~~ 848 RCJ(LRL)

**MINUTES OF COURT**

July 15, 2005

**PRESENT:** THE HONORABLE ROBERT C. JONES, UNITED STATES DISTRICT JUDGE

**DEPUTY CLERK:** B. J. PRICE          **RECORDER:** LILIA ABARCA DE CARTER

**COUNSEL FOR PLAINTIFF(S):** KARL S. KRONENBERT, TERRI R. HANLEY & RONALD D. GREEN

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**PROCEEDINGS:** TEMPORARY RESTRAINING ORDER

9:27 a.m.  COURT CONVENES.

The Court advises Counsel it wants to assure the defendant's interest is not jeopardized without contact or notice.

**IT IS HEREBY ORDERED** the temporary restraining order will be granted.  The Plaintiff is required to post a $10,000.00 bond toward any damages that may be incurred.  The Court will sign the submitted proposed orders.  Counsel shall prepare and submit an order regarding the bond for the Court's signature.

The Court advises Counsel the submitted pro hac vice forms will be signed by the Court.

9:30 a.m.  ADJOURNMENT.

LANCE S. WILSON, CLERK

BY: _____
                   Deputy Clerk