**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086) (*Local Counsel*)
F. Christopher Austin (Bar No. 6559) (*Local Counsel*)
Ronald D. Green, Jr. (Bar No. 7360) (*Local Counsel*)
3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada 89109
Tel: (702) 792-3773
Fax: (702) 792-9002

**KRONENBERGER & ASSOCIATES**
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Pending*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Pending*)
220 Montgomery Street, Suite 1920
San Francisco, California 94104
Tel: (415) 955-1155
Fax: (415) 955-1158

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

**SEALED**

ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD. a Cayman Islands company,

Plaintiff,

vs.

ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, a Nevada domestic corporation; "presaaimg@hotmail.com," a.k.a. THOMAS MOORE, M.D., an individual; "execsecaaimg@hotmail.com," a.k.a. SARAH WEINSTEIN, an individual; RACHAEL E. SILVER, an individual; and DOES 1-10,

Defendants.

Case No. CV-S-05-0848-RCJ(LRL)

[~~PROPOSED~~]
**ORDER RE FILING UNDER SEAL**

**CONDITIONALLY UNDER SEAL**

FILED ✓  RECEIVED
ENTERED ✓  SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 19 2005

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

After consideration upon motion properly brought by Plaintiff ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD. in the above-captioned case, and good cause having been found therefore, IT IS HEREBY ORDERED:

6

Until further order of this Court, any pleading or other document filed in connection with the above-captioned case including the motion brought for this order, as well as any order issued by this Court including the immediate order, and the register of actions for the present case and any related matters, shall be filed under seal with the Clerk of this Court. The time of physical submission to the Clerk of the Court shall be considered the date and time of filing.

Unless modified by subsequent order, no person other than this Court is entitled to inspection of the sealed record in this case.

Except where provided for by Order of this Court, disclosure of the contents of any materials that have been sealed pursuant to this order in any subsequently filed records or papers is prohibited.

**IT IS SO ORDERED.**

DATED: 7-15-05

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED:**

Dated: July 8, 2005        **KRONENBERGER & ASSOCIATES**

By: _/s/ Karl S. Kronenberger_
Karl S. Kronenberger
Terri R. Hanley
Attorneys for Plaintiff
ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

DATED: July 11, 2005.        **GREENBERG TRAURIG, LLP**

By: _/s/_
Mark G. Tratos
F. Christopher Austin
Ronald D. Green, Jr.
Designated Local Counsel for Plaintiff
ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.