**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086) (*Local Counsel*)
F. Christopher Austin (Bar No. 6559) (*Local Counsel*)
Ronald D. Green, Jr. (Bar No. 7360) (*Local Counsel*)
3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada 89109
Tel: (702) 792-3773
Fax: (702) 792-9002

**KRONENBERGER & ASSOCIATES**
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Pending*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Pending*)
220 Montgomery Street, Suite 1920
San Francisco, California 94104
Tel: (415) 955-1155
Fax: (415) 955-1158

Attorneys for Plaintiff

**SEALED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD. a Cayman Islands company,<br><br>Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, a Nevada domestic corporation; "presaaimg@hotmail.com," a.k.a. THOMAS MOORE, M.D., an individual; "execsecaaimg@hotmail.com," a.k.a. SARAH WEINSTEIN, an individual; RACHAEL E. SILVER, an individual; and DOES 1-10,<br><br>Defendants. | Case No. CV-S-05-0848-RCJ(LRL)<br><br>[~~PROPOSED~~]<br><br>**ORDER FOR PRESERVATION OF EVIDENCE**<br><br>**CONDITIONALLY UNDER SEAL**<br><br>**SEALED** |

After consideration upon motion brought by Plaintiff ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD. ("ST. MATTHEW's") in the above-captioned case, and good cause having been found therefore, IT IS HEREBY ORDERED:

[PROPOSED] ORDER FOR PRESERVATION OF EVIDENCE

1. All persons or entities with any documents, data, or tangible things in their possession, custody, or under their control pertaining to the formation and/or operation of the entity Association of American International Medical Graduates, Inc. ("AAIMG"), the email address "presaaimg@hotmail.com," the email address "execsecaaimg@hotmail.com," and the domain name "aaimg.com," are ordered to preserve such documents, data, or tangible things from destruction or deletion, either intentional or inadvertent, either by such person or entity or any other person or entity.

2. This duty to preserve shall remain in course and effect until such time as such information and/or materials shall be produced to a party to this action in response to discovery requests issued pursuant to the present action, or until the termination of this action, whichever is first occurring.

3. Materials and information to be preserved include any and all "hard copy" documentation, including correspondence, financial records, applications, notes, corporate records, government filings; and any and all information in electronic format, including account information, IP origination information, IP logs for use of email accounts, email communications associated with the above-referenced Hotmail addresses.

4. Notice of the existence and terms of this Order, which is to be filed under seal by prior order of this Court, shall be provided by attaching a copy of the Court Directed Order to Preserve Evidence, attached to this Order.

5. This order shall remain in effect until modification by subsequent order, or until the termination of the case issued pursuant thereto by order or by final adjudication.

IT IS SO ORDERED.

DATED: 7-15-05

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER FOR PRESERVATION OF EVIDENCE