**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086) (*Local Counsel*)
F. Christopher Austin (Bar No. 6559) (*Local Counsel*)
Ronald D. Green, Jr. (Bar No. 7360) (*Local Counsel*)
3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada  89109
Tel: (702) 792-3773
Fax: (702) 792-9002

**KRONENBERGER & ASSOCIATES**
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Pending*)
Terri R  Hanley (CA Bar No. 199811) (*Pro Hac Pending*)
220 Montgomery Street, Suite 1920
San Francisco, California 94104
Tel:  (415) 955-1155
Fax:  (415) 955-1158

Attorneys for Plaintiff

**SEALED**

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 19 2005

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD. a Cayman Islands company,**<br><br>Plaintiff,<br><br>vs.<br><br>**ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, a Nevada domestic corporation; "presaaimg@hotmail.com," a.k.a. THOMAS MOORE, M.D., an individual; "execsecaaimg@hotmail.com," a.k.a. SARAH WEINSTEIN, an individual; RACHAEL E. SILVER, an individual;  and DOES 1-10,**<br><br>Defendants. | Case No. CV-S-05-0848-RCJ(LRL)<br><br>[~~PROPOSED~~]<br><br>**COURT DIRECTED ORDER TO PRESERVE  EVIDENCE**<br><br>**SEALED** |

YOU ARE HEREBY ORDERED to comply with the following:

1.     You must preserve any and all documents, data, and tangible things in your

possession, custody, or control pertaining in any way to the entity ASSOCIATION OF

ORDER FOR PRESERVATION OF EVIDENCE

1  AMERICAN MEDICAL GRADUATES, INC. ("AAIMG"), the email address

2  "presaaimg@hotmail.com," the email address "execsecaaimg@hotmail.com," and the

3  domain name "aaimg.com." This duty extends to any employees, agents, contractors,

4  carriers, bailees, or other non-parties who possess materials reasonably anticipated to be

5  subject to discovery in connection with the above named party.

6      2.      "Documents, data, and tangible things" is to be interpreted broadly, to

7  include writings; records; files; correspondence; reports; memoranda; calendars; diaries;

8  minutes; electronic messages; voicemail; email; telephone message records or logs,

9  computer and network activity logs; hard drives; backup data; removable computer

10  storage media such as tapes, disks, and cards; printouts; document image files; web

11  pages; databases; spreadsheets; software; books; ledgers; journals; orders; invoices;

12  bills; vouchers; checks; statements; worksheets; summaries; compilations; computations;

13  charts; diagrams; graphic presentations; drawings; films; charts; digital or chemical

14  process photographs; video, phonographic, tape, or digital recordings or transcripts

15  thereof; drafts, jottings, and notes; information that serves to identify, locate, or link such

16  material, such as file inventories, file folders, indices, and metadata; and account

17  information, IP origination information, IP logs for use of email accounts, and email

18  communications associated with the above referenced Hotmail addresses, is also

19  included in this definition.

20      3.      "Preservation" is to be interpreted broadly to accomplish the goal of

21  maintaining the integrity of all documents, data, and tangible things reasonably

22  anticipated to be subject to discovery in connection with the identified party under Fed. R.

23  Civ. P. 26, 45, and 56(e). Preservation includes taking reasonable steps to prevent the

24  partial or full destruction, alteration, testing, deletion, shredding, incineration, wiping,

25  relocation, migration, theft, or mutation of such material, as well as negligent or intentional

26  handling that would make material incomplete or inaccessible.

27

28

**ORDER FOR PRESERVATION OF EVIDENCE**

4.    If your business practices, or those of your employees, agents, contractors, carriers, or bailees in possession, involve the routine destruction, recycling, relocation, or mutation of such materials, you must, for the pendency of this order, either:

     a.  Halt such business processes,

     b.  Sequester or remove such material from the business process, or

     c.  Arrange for the preservation of complete and accurate duplicates or copies of such material, suitable for later discovery if requested.

5.    This order shall remain in effect until modification by subsequent order, or until the termination of the case pursuant to which this order is issued by order or by final adjudication.

**IT IS SO ORDERED.**

DATED: 7-15-05

_____
UNITED STATES DISTRICT JUDGE

ORDER FOR PRESERVATION OF EVIDENCE

1   SUBMITTED:

2   Dated: July 8, 2005                    **KRONENBERGER & ASSOCIATES**

3

4                                          By: _____

5                                          Karl S. Kronenberger
                                           Terri R. Hanley
6                                          Attorneys for Plaintiff
                                           ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

7

8   DATED: July  11 , 2005.                **GREENBERG TRAURIG, LLP**

9

10                                         By: _____

11                                         Mark G. Tratos
                                           F. Christopher Austin
12                                         Ronald D. Green, Jr.
                                           Designated Local Counsel for Plaintiff
                                           ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4                    ORDER FOR PRESERVATION OF EVIDENCE