**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086) (*Local Counsel*)
F. Christopher Austin (Bar No. 6559) (*Local Counsel*)
Ronald D. Green, Jr. (Bar No. 7360) (*Local Counsel*)
3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada 89109
Tel: (702) 792-3773
Fax: (702) 792-9002

**KRONENBERGER & ASSOCIATES**
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Pending*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Pending*)
220 Montgomery Street, Suite 1920
San Francisco, California 94104
Tel: (415) 955-1155
Fax: (415) 955-1158

Attorneys for Plaintiff

FILED ENTERED RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD
JUL 19 2005
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**SEALED**

**ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD. a Cayman Islands company,**

Plaintiff,

vs.

**ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, a Nevada domestic corporation; "presaaimg@hotmail.com," a.k.a. THOMAS MOORE, M.D., an individual; "execsecaaimg@hotmail.com," a.k.a. SARAH WEINSTEIN, an individual; RACHAEL E. SILVER, an individual; and DOES 1-10,**

Defendants.

Case No. CV-S-05-0848-RCJ(LRL)

**[~~PROPOSED~~]**

**ORDER FOR EXPEDITED DISCOVERY**

**<u>CONDITIONALLY UNDER SEAL</u>**

**SEALED**

After consideration upon motion brought by Plaintiff ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD. in the above-captioned case, and good cause having been shown therefor, IT IS HEREBY ORDERED:

9

Plaintiff may take immediate discovery on each direct service provider of each respective Defendant to obtain the identity and location of the Defendants by serving a Rule 45 subpoena that seeks information sufficient to identify the Defendants, including materials providing the Defendants' names, business and residential addresses, telephone numbers, e-mail addresses, payment source identification, and Media Access Control addresses (if available) related to each and any Defendant. Direct service providers shall include corporate service companies, web development vendors, web hosting vendors, email service providers, and domain name registration service providers.

Plaintiff may take immediate discovery on each Internet Service Provider ("ISP") used by each and any Defendant to obtain the identity and location of the Defendants by serving a Rule 45 subpoena that seeks information sufficient to identify the Defendants, including names, addresses, telephone numbers, e-mail addresses, and Media Access Control addresses for each and any Defendant.

With respect to cable ISPs, this ruling further authorizes disclosure of information pursuant to 47 U.S.C. § 551(c)(2)(B).

Each subpoena shall be accompanied by a copy of this order, though this order shall be filed under seal in compliance with prior order of this court.

**IT IS SO ORDERED.**

DATED: 7-15-05

UNITED STATES DISTRICT JUDGE

**SUBMITTED:**

Dated: July 8, 2005

**KRONENBERGER & ASSOCIATES**

By: ______________________
Karl S. Kronenberger
Terri R. Hanley
Attorneys for Plaintiff
ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

DATED: July 11, 2005.

**GREENBERG TRAURIG, LLP**

By: ______________________
Mark G. Tratos
F. Christopher Austin
Ronald D. Green, Jr.
Designated Local Counsel for Plaintiff
ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.