UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

2005 JUL 19 P 3:54

ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.  )
v.                                      )
                                        )   CV-S-05-0848-RCJ-LRL  **MJ**
ASSOCIATION OF AMERICAN                 )
INTERNATIONAL MEDICAL GRADUATES,        )
INC., et al                             )   **FILED UNDER SEAL**
                                        )

## CERTIFICATE OF CASH DEPOSIT

1. I, __Ronald D. Green, Esq.__, herewith tender to the Clerk
(Name of Depositor)
of Court for deposit into the Registry Account of this Court cash in the amount of
$ __10,000.00__ .

2. This Cash Deposit:

   A. Is tendered on behalf of: __ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.__
   (Name of Party)

   B. Is in the nature of the following (e.g., Interpleader Deposit, Bond in Support of Temporary Restraining Order, etc.): _____

   BOND IN SUPPORT OF EX PARTE ORDER FOR EXPEDITED DISCOVERY.

   C. Is tendered pursuant to the following Statute, Rule or Court Order: _____
   COURT ORDER ISSUED FRIDAY, JULY 15, 2005, **a copy of which is attached**

   D. Is conditioned as follows: _____
   CONDITIONED UPON THE ISSUANCE OF ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY.

. . . 10,000.00

Paid Amt $ ~~125.00~~ 10,000.00   Date 7/19/05

Receipt # 8668   Initials ___

1

10

1  . . .

2

3     3.    The name and address of the Legal Owner of the cash tendered

4  herewith to whom a refund (if applicable) shall be made is:

   KRONENBERGER & ASSOCIATES

5  _____

   220 Montgomery St., Suite 1920

6  _____

   San Francisco, CA 94104

7  _____

8

9  State of Nevada         )                Dated: JULY 18, 2005
                           ) ss.            _____
10 County of Clark         )
                                            _____
                                                Signature of Depositor
11 On July 18, 2005
   personally appeared before me, a
12 Notary Public,

13

   **Ronald D. Green, Esq.**
14      (Name of Depositor)
   who acknowledged that (s)he
15 executed the above instrument.

16

17 _____
      NOTARY PUBLIC                         Dated: _____
18

19                                          _____
                                            Signature of Attorney for
   DENISE HARPER                            Party or Party Appearing
20 Notary Public, State of Nevada           Pro Se (If different from
   Appointment No. 01-72052-1               Depositor)
   My Appt. Expires Nov. 16, 2005
21

22 RECEIPT:

23 Cash as identified herein is
   hereby acknowledged as being
24 received this date **JUL 19 2005**

25 Dated: _____

26 CLERK, U.S. DISTRICT COURT

27 By: **JULIE RIVERO**
        Deputy Clerk
28                                                   2

# SEALED

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ST. MATTHEW'S UNIVERSITY, )
(CAYMAN) LTD., )
 )
 ) **SEALED**
 Plaintiff(s), ) CV-S-05-848 RCJ(LRL)
 )
vs. )
 ) **MINUTES OF COURT**
 )
ASSOCIATION OF AMERICAN ) July 15, 2005
INTERNATIONAL MEDICAL )
GRADUATES, INC., et al., )
 Defendant(s). )

**PRESENT:** THE HONORABLE ROBERT C. JONES, UNITED STATES DISTRICT JUDGE

**DEPUTY CLERK:** B. J. PRICE          **RECORDER:** LILIA ABARCA DE CARTER

**COUNSEL FOR PLAINTIFF(S):** KARL S. KRONENBERT, TERRI R. HANLEY & RONALD D. GREEN

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**PROCEEDINGS:** TEMPORARY RESTRAINING ORDER

9:27 a.m. COURT CONVENES.

The Court advises Counsel it wants to assure the defendant's interest is not jeopardized without contact or notice.

**IT IS HEREBY ORDERED** the temporary restraining order will be granted. The Plaintiff is required to post a $10,000.00 bond toward any damages that may be incurred. The Court will sign the submitted proposed orders. Counsel shall prepare and submit an order regarding the bond for the Court's signature.

The Court advises Counsel the submitted pro hac vice forms will be signed by the Court.

9:30 a.m. ADJOURNMENT.

LANCE S. WILSON, CLERK

BY: _____
       Deputy Clerk

| | |
|---|---|
| **CASHIER'S CHECK** | 0104002381  11-49-7  1210 |

UNION BANK OF CALIFORNIA, N.A.
SAN FRANCISCO, CALIFORNIA
800-238-4486

UNION BANK OF CALIFORNIA
48390   025

$>>>>>>10000 00$

Ten Thousand and 00/100ths Dollars         July 16, 2005

$ *****10,000.00

PAY TO THE ORDER OF    CLERK, U.S. DISTRICT COURT

REMITTER:    KARL STEPHEN KRONENBERGER

(AUTHORIZED SIGNATURE)

FORM 00255-T3 (08/23/2003)                                   Overlay ID 00247-T3 (06/14/2004)

⑈0104002381⑈ ⑆121000497⑆ 0566000006⑈

```
        UNITED STATES
      U.S. District Court
         District of Nevada
         Southern Division

      #  00086643  -  JR
         July 19, 2005


   Code    Case #    Qty      Amount

   BAIL BON 05-848VS         10,000.00 CK


   TOTAL→           10,000.00



   FROM: RONALD D. GREEN
```