
Photo courtesy of Michael S. Maxson

The island of Nevis is, without question, one of the finest islands in the Caribbean to study medicine. Nevis is a small island where green is the dominate color. In addition to its tropical beauty, Nevis is a country where there is virtually no crime and where the literacy rate is the highest in the Western Hemisphere. MUA was developed with the support of the government of Nevis, and is therefore able to offer reasonable tuition, an active scholarship program, high quality instruction and a continuous, stable future for our graduates.



[About Nevis]

students. Students who wish to renew coverage may enroll at: WWW.CMI-INSURANCE.COM

**August 02, 2005**
Important Information: Children age of 5 traveling from the US to have a photo ID. They will n allowed on the airplane withou photo ID. Also, effective Decer everyone traveling from the US have a valid passport. Currentl citizens can travel with a birth and Drivers license but will not November 30, 2005. Please be prepared.....

### Contact Us

U.S. Information Office
Education International Const Inc.
P.O. Box 505
Gardner, MA 01440, USA
Telephone (978) 632-1599
Fax (978) 630-3851
admissions@mua.edu

Nevis Campus Office
Medical University Of The Am
P.O. Box 701
Charlestown, Nevis, West Ind
Telephone 869-469-9177
Fax 869-469-9180
medschool@caribsurf.com

### Downloads

School Catalog (5.06MB
Hurricane Policy
Admissions Application
Transcript Request Form
New Applicants
Letter Of Recommendati
Application for Bachelor Science
Leave Of Absence
Student Handbook
Clincial Medicine Handbo
Certificate Of Immunizati
Student Evaluation Rota Form
Temporary Change Of A Form
Transcript Request Form
Dorm Questionnaire
Nevis Police Clearance F
Alumni Update Form

Home | Admissions | Registrar | Curriculum | Student Life | Alumni & Residencies | Other | Contact Us | Application

U.S. Information Office
Education International Consultants, Inc.
P.O. Box 505
Gardner, MA 01440, USA
Telephone (978) 632-1599
Fax (978) 630-3851
admissions@mua.edu

Nevis Campus Office
Medical University Of The Americas
P.O. Box 701
Charlestown, Nevis, West Indies
Telephone 869-469-9177
Fax 869-469-9180
medschool@caribsurf.com

The Current Date Is Tuesday October 25,2005
The Current Time Is 05:50PM EDT

**APPLICATION FOR REGISTRATION OF FICTITIOUS NAME**
Note: Acknowledgements/certificates will be sent to the address in Section 1 only.

FILED
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

04 MAR 18 PM 12:01

**Section 1**

1. Saba University School of Medicine
   Fictitious Name to be Registered (see instructions if name includes "Corp" or "Inc")

   7590 Manasota Key Road
   Mailing Address of Business
   Englewood    FL    34223
   City         State  Zip Code

3. Florida County of principal place of business: Sarasota

   (see instructions if more than one county)

4. FEI Number: _____

This space for office use only

**Section 2**

A. Owner(s) of Fictitious Name If Individual(s): (Use an attachment if necessary):

1. Hough, Patricia L. (As Trustee) of Saba University School of Medicine Foundation
   Last   First   M.I.                        Last    First    M.I.
   7590 Manasota Key Rd.                      P.O. Box 1000
   Address                                    Address
   Englewood, FL.   34223                     Saba, Netherlands Antilles
   City        State  Zip Code                City   State   Zip Code

B. Owner(s) of Fictitious Name if other than an individual: (Use attachment if necessary):

1. _____                                    2. _____
   Entity Name                                  Entity Name

   _____                                       _____
   Address                                      Address

   _____                                       _____
   City   State   Zip Code                      City   State   Zip Code

   Florida Registration Number _____           Florida Registration Number _____

   FEI Number: _____                           FEI Number: _____
   ☐ Applied for  ☑ Not Applicable              ☐ Applied for  ☐ Not Applicable

**Section 3**

I (we) the undersigned, being the sole (all the) party(ies) owning interest in the above fictitious name, certify that the information indicated on this form is true and accurate. In accordance with Section 865.09, F.S., I (we) understand that the signature(s) below shall have the same legal effect as if made under oath. (At Least One Signature Required)

_[signature]_ 3-18-04
Signature of Owner    Date              Signature of Owner    Date

Phone Number: 941-474-8965               Phone Number: _____

CRAE001B (1/02)

**Section 4**

**FOR CANCELLATION COMPLETE SECTION 4 ONLY:**
**FOR FICTITIOUS NAME OR OWNERSHIP CHANGE COMPLETE SECTIONS 1 THROUGH 4:**

I (we) the undersigned, hereby cancel the fictitious name _____
_____, which was registered on _____ and was assigned
registration number _____

G040789000022
03/18/04--01040--001  **50.00

Signature of Owner    Date              Signature of Owner    Date

Mark the applicable boxes    ☐ Certificate of Status — $10    ☐ Certified Copy — $30
**FILING FEE: $50**





**AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES**

click here to enter

Equal Opportunity
Equal Evaluation
Equal Access





**All Serious Medical Students Need to Read the AAIMG "Words of Wisdom."**

© AAIMG, 2002
Design and web hosting by OOO Nautilus, Russia
Disclaimer: OOO Nautilus disclaims any responsibility for the content of this website provided by AAIMG.

**CQ Counter**

# AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES

## MISSION STATEMENT

- Goals of AAIMG
- Evaluation Process
- AAIMG Evaluation Criteria
- Medical Schools Meeting or Exceeding AAIMG Evaluation Criteria
- The High Cost of an Inferior Education
- Medical Schools with Significant Deficiencies
- The United Kingdom Connection
- Eastern European Report
- Facilities for International Medical Students
- Words of Wisdom to Prospective Medical Students
- Updates from the President

# Equal OpportunityEqual Opportunity



The American Association of International Medical Graduates, hereafter referred to as **AAIMG**, was founded in 1992 as a non-profit organization to promote acceptance of United States citizen international medical graduates into mainstream American medical practice.

**AAIMG** recognizes that thousands of highly qualified U.S. citizens are denied admission to medical school each year and must study abroad. Current medical school admission standards in the United States overemphasize the importance of standardized tests and grade point average.

**AAMIG** recognizes that there are many qualities that go into the making of a skilled, compassionate physician. The organization therefore does not define merit solely on the basis of test scores and grades. We support the right of individuals who are denied access to medical education in their own country to seek professional satisfaction by studying medicine outside of the continental United States.

**AAIMG** recognizes that there are layers of prejudice and discrimination that must be overcome in order for American International Medical Graduates to gain fair access to postgraduate training positions and professional employment opportunities.

# AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES

## GOALS OF THE AAIMG



- To serve as an accurate information source for American citizens unable to gain acceptance into medical schools in the United States.

- To encourage training directors and hospitals in the United States to provide clerkship opportunities in the third and fourth year to American citizens studying medicine abroad.

- To promote equality of testing and evaluation of all International Medical Graduates.

- To encourage residency training directors to give equal consideration to qualified American International Medical Graduates for postgraduate training positions.

- To promote equal treatment of International Medical Graduates by all fifty state licensing boards.

- To overcome prejudice in the mainstream American medical community and society at large toward our citizens who study medicine abroad.

**Sidebar:**
- Goals of AAIMG
- Evaluation Process
- AAIMG Evaluation Criteria
- Medical Schools Meeting or Exceeding AAIMG Evaluation Criteria
- Medical Schools with Significant Deficiencies
- The High Cost of an Inferior Education
- The United Kingdom Connection
- Eastern European Report
- Facts for International Medical Students
- Words of Wisdom to Prospective Medical Students
- Updates from the President

# AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES



- Goals of AAIMG
- Evaluation Process
- AAIMG Evaluation Criteria
- Medical Schools Meeting or Exceeding AAIMG Evaluation Criteria
- Medical Schools with Significant Deficiencies
- The High Cost of an Inferior Education
- The United Kingdom Connection
- Eastern European Report
- [illegible] for [illegible] Students
- Words of Wisdom to Prospective Medical Students
- Updates from the President

## EVALUATION PROCESS

### EVALUATION PROCESS OF INTERNATIONAL MEDICAL SCHOOLS

Alarmed by the world wide proliferation of medical schools recruiting U.S. citizens, in 1999 AAIMG launched a comprehensive study of **Caribbean Basin** medical schools to assist prospective medical students with objective screening criteria and evaluative data. Since that period, evaluations of medical schools catering to American citizens in **Mexico, Central America, the United Kingdom** and **Eastern Europe** have been completed in 2001 and 2003. The small number of schools in the Pacific Basin are no longer operating according to the latest Word Health Organization report.

Initially, the World Health Organization was contacted to verify current listing of all schools in these regions. In some cases, local governments were contact to determine actual physical presence of the medical school and the ability of graduates to be licensed in that country. Marketing materials such as catalogs and web sites were carefully analyzed. Telephone calls were made to recruiting offices by "prospective" applicants with a standard list of questions. In some cases, email correspondence was initiated. Special attention was paid to asking questions that would identify schools willing to deviate from stated admission criteria, especially those medical schools granting advanced standing to allied health care professionals. Additional questions focused on distance learning components of the curriculum as well as fulltime onsite attendance requirements at the basic science campus.



Site visits were made to admission offices by AAIMG members posing as prospective applicants or as an applicant-parent team. "Applicants" visited each basic science campus for tours and interviewed as many students, administrators and faculty members as time constraints permitted. Directors of hospital Medical Education departments and some preceptors were contacted to verify the medical school affiliation and comment on the quality of the medical students in schools under evaluation. An attempt was made to determine if the international medical school made any liaison efforts with the clerkship site and made regular visits to monitor student performance. Comprehensive data searches were conducted to determine if schools in the study had any history of legal problems with state licensing boards or loan groups. Any complaint or written material sent directly to AAIMG indicating serious infractions was verified through original sources.

We are pleased to release the results of our third set of evaluations of medical

schools located in the **Caribbean Basin, Mexico, the United Kingdom** and Central America. **The Eastern European Report remains as a separate section.** The results represent expanded evaluation process and a list of deficiencies by category and evaluation objective. **A total of 24 medical schools with programs admitting U.S. students were visited by our evaluation teams. Twelve medical schools were identified as meeting or exceeding minimum criteria in all evaluation categories, 12 were deficient. There are site visits pending for two new schools in the United Kingdom.**

AAIMG does not endorse any single school or program. It is purely an information source to assist applicants in making informed, realistic choices. All prospective medical students are urged to do their own investigation and draw their own conclusions by making a personal visit to the medical admission office and the basic science campus of any foreign school in their final selection pool. **However, it is the policy of AAIMG, however, to automatically place in the deficient category any school granting advanced placement for course credit to allied health professionals such as chiropractors, podiatrists, physician assistants or nurse practitioners. Likewise, any school with significant distance learning components as part of the curriculum or part-time attendance requirements is placed in the deficient category.**

# AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES

## AAIMG EVALUATION CRITERIA





SECTION   I.   Admission/Recruiting Practices
SECTION  II.   Basic Science Curriculum
SECTION III.   Basic Science Campus
SECTION  IV.   Student Concerns
SECTION   V.   Clinical Training Program
SECTION  VI.   Faculty
SECTION VII.   Financial
        VIII.   Legal/Other

Section I. Admission/Recruiting Practices:

- There is an admission office with qualified staff in the United States or the country of origin.
- A published current catalog must accurately represent the medical school program, composition of the faculty, clerkship training sites and campus facilities.
- Admission criteria for selecting students are clearly defined in the catalog. The MCAT or a comparable exam should be required. School does not deviate from stated requirements.
- Pre-medical requirements consisting of essential liberal arts and science courses are listed in the school catalog. No student is admitted with fewer than 90 semester hours of undergraduate education or equivalent credits from foreign countries.
- The application fee is a nominal amount. Students should not be required to pay additional monies to receive scholarship information, loan applications, or other types of consideration, or be required to pay a substantial fee to reserve a seat.
- A designated admission committee follows a standardized evaluation and interview process. Personal interviews of each applicant are highly desirable. All applicants should be encouraged to visit the basic science campus.
- The medical school does not grant advanced placement to physician assistants, chiropractors, podiatrists, nurse practitioners, or other applicants with allied health backgrounds.
- Transfer students are vigorously screened for equivalent educational standards. The medical school does not take students dismissed from other medical schools for academic or disciplinary reasons.
- Entering classes are of a size compatible with facility size and size of the faculty. There is sufficient classroom space and housing for all incoming students.

Section II. Basic Science Curriculum:

- The basic science and clinical medicine curricula conform to acceptable standards of licensing boards in the United States.
- Detailed course descriptions with credit and semester hours are calculated for each course and listed in the school catalog.
- Elective courses, including research opportunities, are available to all students.
- Beginning and ending dates for each term and academic year are published in the catalog. The duration of the entire course of study leading to the Doctor of Medicine degree is not less than 38 months.
- Students must be physically present at the basic science campus for the entire term with the exception of semester breaks or school vacations.
- There is a minimum class attendance requirement published in the catalog.
- There are clearly stated goals and objectives for each course and a detailed syllabus with evaluation criteria available to the student at the beginning of each term.
- No component of the curriculum is done by distance learning. Shortened basic science terms that allow the student to return home for self-study are not acceptable.
- Academically sound standard medical textbooks are required for each course and clerkship rotation.
- A rigorous, objective examination system for each course or academic component is part of the curriculum.
- The basic science curriculum provides supervised pre-clerkship training with adequate patient and hospital exposure before students enter third year clerkships.
- Students leaving the basic science division are required to demonstrate proficiency in a standard set of core clinical skills before admission to clerkships. Evaluators of the skill base should be qualified physicians.

top

Section III. Basic Science Campus:

- The medical school campus is physically located in the country that authorized its listing by the World Health Organization.
- A permanent, independent campus is present with sufficient classrooms, labs, and equipment to meet the needs of the student body.
- Minimum lab requirements should include a gross anatomy lab with cadaver dissection, a microbiology lab, and a separate microscope lab for pathology and histology. Gross pathological specimens should be available. A physiology lab experience is highly desirable.
- There is a separate medical library area with a book and periodical collection that meets the minimum standards of a small medical school. Online resources such as Medline are available to students and faculty free of charge.
- There are facilities for quiet study time or research available to students.
- There is a designated academic dean to supervise the integrity of the basic science program.

- An administrative office is staffed by personnel to adequately process student enrollment, keep records, and attend to routine staff and faculty needs.
- There are permanent, chaired faculty committees meeting regularly around curriculum, disciplinary, academic advancement and campus safety issues.
- Grading policies are consistent among all courses and reviewed regularly by the dean or appropriate committees.
- In the case of academic failure or grade disputes, there is a published student appeal process.
- Student evaluation of courses is conducted on a regular basis.

top

### Section IV. Student Concerns:

- The medical school is located in an environment that provides a reasonable degree of safety for the student and family members
- Sufficient, affordable, housing is available to accommodate the student and/or family members.
- Dormitory accommodations at a reasonable rate are available for students requesting this type of accommodation.
- A meal service or student snack bar is available at affordable prices.
- The medical school provides a service to assist students with off-campus housing and mediate disputes with landlords or complaints from landlords.
- A student health clinic and/or local health care resources are readily available for routine health care needs.
- Emergency medical evacuation services/insurance are offered to students at a reasonable rate.
- The medical school provides support services such as mail distribution service, community bulletin boards, newsletters, a book store etc.
- Students have free access to internet and email facilities.
- Other amenities including recreational opportunities are available to students and their families.
- An elected student government association represents student interests to the medical school administration.
- The medical school promotes an atmosphere that promotes tolerance of religious and cultural diversity.
- Academic and psychological counseling are available free of charge from qualified staff or faculty members.
- The student attrition rate for all reasons remains low throughout the curriculum.

top

### Section V. Clinical Training Program:

- The medical school requires no less than 72 weeks of clerkship training. All required clerkships should have clearly defined goals and objectives.
- There is a designated academic official to supervise the integrity of the clinical training program.
- Clerkship preceptors are given academic appointments to the medical school.