AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES

## FACTOIDS FOR INTERNATIONAL MEDICAL STUDENTS

Goals of AAIMG
Evaluation Process
AAIMG Evaluation Criteria
Medical Schools Meeting or Exceeding AAIMG Evaluation Criteria
Medical Schools with Significant Deficiencies
The High Cost of an Inferior Education
The United Kingdom Connection
Eastern European Report
Factoids for International Medical Students
Words of Wisdom to Prospective Medical Students
Updates from the President



1. It is significantly more difficult to be accepted into medical school today than 10 years ago. MCAT scores and grade point requirements are higher. Thousands of talented, well- qualified, individuals therefore are denied admission each year.

2. Failure to gain admission to a U.S. medical school should not be interpreted as a sign of failure. If you have the motivation, there are acceptable programs abroad.

3. You do not have to be gifted in a foreign language to study abroad. Many international schools have English language programs or are located in English speaking countries.

4. Over 25% of all practicing physicians in the United States are International Medical Graduates. U.S. citizens who train abroad are now a significant part of the IMG physician population.

5. There are roughly 15,000 U.S. graduates a year and approximately 21,500 postgraduate residency positions available. The number of residency programs has increased every year for the past 30 years. International Medical Graduates are needed to fill these surplus residencies.

6. The highest concentrations of IMG's are in the specialties of Internal Medicine, Psychiatry, Anesthesiology and Primary Care.

7. Over the past decade IMG's with high USMLE scores from reputable foreign programs have been able to obtain residencies in more competitive areas such as Surgery, Radiology and Obstetrics and Gynecology.

8. All medical students now take one exam called the United States Medical Licensure Exam series (USMLE). There are two additional exams for IMG's: The Clinical Skills Assessment exam (CSA) and a language proficiency exam, the TOEFL.

9. The passing rate for American and Canadian International Medical Graduates on the Clinical Skills Assessment Exam exceeds that of other foreign trained physicians.

10. Today, there is far more scrutiny of U.S. citizens studying medicine abroad

by state licensing boards than existed 10 years ago. It is therefore important to study at an established, stable school that will keep permanent records.

11. Residency Training Programs, however, appear to be more receptive to U.S. citizen IMG's than they were 10 years ago. A United States Citizen does not need a special visa. Furthermore, because most American IMG's have done clerkship rotations in U.S. hospitals, they often integrate quickly and with fewer difficulties into training programs.

12. After passing the USMLE Step I & II, the CSA and TOEFL exams, IMG's are eligible to participate in the National Residency Matching Program. Unlike U.S. medical students, IMG's are free agents and may sign residency training contracts with programs outside of the MATCH.

13. There is no doctor glut in the United States. There is a significant mal-distribution of physicians with high concentrations in urban areas and a severe shortage of qualified physicians in rural locations.

14. Despite recent publicity, a majority of U.S. residency training programs are not decreasing training positions. An increase in Primary Care postgraduate programs balances cut backs in specialty areas. Physicians are retiring or decreasing practice at an earlier age than anticipated. This accounts for the current shortage of Anesthesiologists, for example.

15. For several years, there has been discussion in Congress of limiting Medicare funding to residency training programs accepting IMG's. Although it is a remote possibility, such action should not affect foreign trained U.S. citizens who are permanent residents and tax payers.

16. In 1999, the AMA declared that there are now sufficient Primary Care physicians. Future residents, including IMG's, can feel free to apply for more competitive specialties.

17. Patients are more concerned with the quality of care physician's provide that where you attended medical school. A combination of knowledge, skill and genuine concern are what count.

18. Today there are excellent options for study abroad in a variety of countries. World Health Organization (WHO) listing alone does not, however, guarantee a quality education. A medical school, particularly if it was established within the last 10 years, should be thoroughly investigated before a student attends. Read the Words of Wisdom Section of the web page.

---

Top


AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES

Goals of AAIMG
Evaluation Process
AAIMG Evaluation Criteria
Medical Schools Meeting or Exceeding AAIMG Evaluation Criteria
Medical Schools with Significant Deficiencies
The High Cost of an Inferior Education
The United Kingdom Connection
Eastern European Report
Factoids for International Medical Students
Words of Wisdom to Prospective Medical Students
Updates from the President

WORDS OF WISDOM TO PROSPECTIVE MEDICAL STUDENTS

## AAIMG'S WORDS OF WISDOM TO PROSPECTIVE INTERNATIONAL MEDICAL SCHOOL APPLICANTS

**The Following Words of Wisdom**
**Are the Best Advice You Will Ever Receive.**
**Read Each Item Carefully Before You Study Abroad**

1. The first word of wisdom is that you can receive an excellent education abroad and a competitive residency in the United States. You must first do your homework and study only at a reputable school with rigorous academic standards.

2. More medical schools in the Caribbean, Mexico and Central America have failed than have succeeded. Study only at established schools and be highly skeptical of newly established schools. If this information is not included in the catalog, ask each school for the following:
   a. **The USMLE Step I and Step II passing rates**
   b. **A complete list of all training hospitals and their locations**
   c. **A list of graduates and their residency placements**
   d. **The names and credentials of all full-time faculty members.**
   e. **Proof of listing with the World Health Organization**

3. Follow the same procedure for established European Medical Schools with English language programs. Make sure you have the same access to faculty, library and lab facilities as local students in the regular program. Be prepared to attain language fluency before you begin third and fourth year clerkships.

4. Do not believe what you read in a flashy catalog or on an internet site. Avoid any school where recruiters engage in pressure tactics or make personal concessions for you. Visit the admission office and basic science campus of each school in your final selection pool. Attend lectures and interview several current students.

5. During a personal visit, look for signs of adequate staffing and permanency. Evaluate the faculty credentials and make sure the teaching staff is full-time and in residence. Avoid schools that hire local MD practitioners on a part-time basis to teach basic science courses normally taught by Ph.D. level faculty (physiology, biochemistry, microbiology etc.)

6. Carefully evaluate the integrity of the library, laboratories and classroom facilities. Many of the newer medical schools rent space in local hotels,



converted garages, or private homes. Look for a permanent, fully functioning campus and remember that a school that rents a few classrooms has little incentive to remain open during hard times.

7. Be very wary of any school that will allow you to complete part of your basic science studies in the United States or England. To avoid future licensing problems, your entire basic science curriculum should be completed in the country listed by the World Health Organization.

8. Be equally wary of schools that have substandard basic science campuses and guarantee clerkship rotations in the United States. Many of the newly established schools with poor to non-existent basic science campuses use this tactic to attract new students. This is a tried and true con game that could be very costly in terms of money and wasted time.

9. Go only to schools where the duration of the Doctor of Medicine program is at least 38 months and demand that you have full-time attendance at the campus. Beware of programs that require that you be present only 6-8 weeks or place you on directed study back in the United States.

10. If you are unable to make a personal visit, interview several current students and graduates before you make a choice. Do not go to schools that refuse to give you a list of clinical training hospital sites or do not list the clinical sites in the catalog.

11. Look for medical schools with external loan programs. A school with Stafford, FFEL, TERI, or I HELP loans has a source of oversight and regulation if it is receiving funding from one of these groups.

---

**Click here for more Words of Wisdom**


AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES

Goals of AAIMG
Evaluation Process
AAIMG Evaluation Criteria
Medical Schools Meeting or Exceeding AAIMG Evaluation Criteria
Medical Schools with Significant Deficiencies
The High Cost of an Inferior Education
The United Kingdom Connection
Eastern European Report
Factoids for International Medical Students
Words of Wisdom to Prospective Medical Students
Updates from the President

## UPDATES FROM THE PRESIDENT

AAIMG is pleased to release the results of site visits that were conducted during 2003. The first site visits to foreign medical schools were made in 1999 and focused on the so called "off shore" programs. The report was revised again in 2001 and included new material about rapidly growing Eastern European programs. The proliferation of medical school programs catering to North Americans requires continued vigilance on the part of any applicant.

International Medical Graduates continue to make important contributions to the U.S. health care system. Residency training programs remain in surplus and the outlook is favorable for well trained IMG's who pass the difficult USMLE examinations and possess a solid clinical skill base. Post 9/11 visa requirements are more stringent, as are rules about registration and travel across international borders. Therefore, the U.S. citizen who has studied abroad is attractive as a potential resident to training directors.

Nevertheless, there are still hurdles, particularly in the area of medical licensure. The trend in many states is to demand more detailed documentation from international medical graduates. In 1986, a significant number of programs in the Dominican Republic and Mexico were investigated and eventually closed due to poor standards and unsavory practices such as selling medical degrees. Unfortunately, a parallel process started in the late 1990's with the rapid growth of so many new medical schools in the Caribbean, Central America and in the Pacific.

Each week AAIMG receives hundreds of emails and letters. We remain committed now, as in the past, to answering all serious inquiries in a timely manner.

**Thomas Moore, MD**
**President, AAIMG**





AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES

Goals of AAIMG
Evaluation Process
AAIMG Evaluation Criteria
Medical Schools Meeting or Exceeding AAIMG Evaluation Citeria
Medical Schools with Significant Deficiencies
The High Cost of an Inferior Education
The United Kingdom Connection
Eastern European Report
Factoids for International Medical Students
Words of Wisdom to Prospective Medical Students
Updates from the President

## CONTACT US

AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES

**1802 North Carson Street**
**Suite 212-2161**
**Carson City, Nevada 89701 USA**

PRESIDENT:
**Thomas Moore M.D.**
**e-mail: presaaimg@hotmail.com**

M.D. EXECUTIVE SECRETARY:
**Sarah B. Weinstein**
e-mail: execsecaaimg@hotmail.com

---

Link to:

- http://www.ecfmg.org
- http://www.medicalstudent.com
- http://www.amsa.org
- http://www.ifmsa.org
- http://www.snma.org
- http://www.valuemd.com

**Web** News Images Desktop Encarta

link:aaimg.com Search Near Me

+Search Builder Settings Help Español

Search

## Web Results

1-35 of 37 containing **link:aaimg.com** (0.11 seconds)

### LINKS

... Montana State Residents Scholarships Professional Health Sites American Academy of Physicians Assistants American Association of Colleges of Pharmacy ...

www.mtech.edu/wimmoner/Departments/Pre-Professional%20Health/Health%20Links/links.htm Cached page

### http://www.rit.edu/~premdwww/links.shtml

Acupuncture Natural Healers National Certificatioin Commission on Acupuncture and Oriental Medicine Allopathic Medicine American Academy of Family Physicians American Academy of Physicians Assistants ...

www.rit.edu/~premdwww/links.shtml Cached page

### College of Science and Math - Health Professions Advising

HEALTH PROFESSIONS LINKS Admissions Tests/Entrance Exams Dental Admissions Test Graduate Record Exam Medical College Admissions Test MCAT Student Manual - What's on the test? ...

www.calpoly.edu/~cosamac/health/hplinks.htm Cached page 6/7/2005

### Application Process for Advanced Study in Health Fields

Cornell University Career Services Home Students Alumni ... Study Away/Transfer Students ▸ Health Care Issues/Bioethics Explore Health Fields Advising Network ...

www.career.cornell.edu/HealthCareers/applicationProcess.html?refresh=true&cat_id=83 Cached page

### Foreign Medical Schools

... TO FIND OUT ABOUT THEM, A LIST OF A FEW STRONG ONES, AND SOME GOVERNMENT PUBLICATIONS NOTE: Information provided on this server relating to goods and services offered by third parties is provided ...

www.sunysb.edu/healthed/foreign.html Cached page

#### The old site history

... The Old Site History T his page gives, for the most part, a daily account of all the information that we have put on our web site going back to February 7, 2000, about ...

www.sunysb.edu/healthed/ancient.html Cached page

Show more results from "www.sunysb.edu".

### Health Sciences,

Kalamazoo College, Health Sciences Curriculum Information Resources for students >> Professional School ... Health Sciences at Kalamazoo College [40 kb pdf]: Description of the Health Sciences curriculum with ...

www.kzoo.edu/hsc/Resources.html Cached page

### Saint James School of Medicine :: View topic - Recent students who are ...

SJSM Forum Saint James School of Medicine Forum Index » Opinions and Questions » Recent students who are in clinicals and recent graduates Goto page 1 , 2 Next View previous topic :: View next topic ...

www.sjsm.org/forum/viewtopic.php?t=18&highlight=&sid=41e64a4cb18da945a48b66c4919692f6 Cached page

### Department of Biology - Health Professions - Links

Health Professions - Links Health Professions Advising Seton Hall's Health Professions Committee Medical Schools AAMC List of Medical Colleges and Links to Each School ...

artsci.shu.edu/biology/healthprofessions/links.htm Cached page

#### Table of Contents Frame in Health Professions

Health Professions Advising Seton Hall's Health Professions Committee Medical Schools AAMC List of Medical Colleges and Links to Each School AMCAS Information - Including Electronic Filing ...

artsci.shu.edu/biology/_oldsite/frconten.htm Cached page

Show more results from "artsci.shu.edu".

[Trinity College ACHP Website]
Advisory Committee for the Health Professions The Advisory Committee or the Health Professions (ACHP) serves a key role in the advising and application ...
www.trincoll.edu/depts/career/advance_study/ACHP/welcome.htm Cached page

[Health Careers Guide]
... A doctor of allopathic medicine attends medical school for four years, after which he or she undertakes graduate medical education by taking up residency in a specialty for 3 or more additional years ...
www.furman.edu/depts/premed/allopathic.htm Cached page

[Health Professions Links]
Health Professions Links Medical Schools AAMC List of Medical Colleges and Links to Each School Medical Education Page AMCAS Information - Including Electronic Filing Pfizer's ...
www.elon.edu/shouse/healthprof.html Cached page

[Clark University - Prehealth]
The Prehealth Premed pages for Clark University Overview General Information on health ... Do's and Don'ts Top 20 deadlines Detailed timeline of what to do when Choosing schools Application ...
www.clarku.edu/departments/premed/resources.shtml Cached page

[Medical Schools - Redirect]
www.valuemd.com/medschool/usmleforum.php?url=http://www.aaimg.com Cached page

[1A Nausoft imaging software]
Wide range of professional salon software. Hairstyling imaging. Salon management. Hair analysis ... Looking for a new website? Are you going to rebuild your old website? Our customers ...
www.nausoft.com/webdesign/index.html Cached page

[Medical University Of The Americas - www.mua.edu]
Medical University Of The Americas - www.mua.edu - Welcome to the Medical University of the Americas ... Quick Find Home - History Of MUA - Nevis - Educational Goals and Objectives - Recognition And Approval ...
www.mua.edu/other_links.php Cached page

[Fact Sheet for Student and Graduates of Foreign Medical Schools]
Frequently Asked Questions – Students and Graduates of Foreign Medical Schools I am a graduate of a foreign medical school interested in completing my training in the U.S. How do I get ...
www.snma.org/health/health/IntlFAQ.htm Cached page

[Search CROSS DRESSER'S HAIR STYLE with SYGOL]
SYGOL: Search results for cross dresser's hair style Search : in : Domain: *** ac ad ae aero af ag ai al am an ao aq ... Force index update now ) Help! html 3 Hair Style Salon specialising in hair extensions. Profile, services ...
www.sygol.com/M/194834.asp

[Graduates, international medical graduate, graduate jobs uk]
Watch resources for Graduates, international medical graduate, graduate jobs uk, post graduate Watch ... Watch resources for Graduates, international medical graduate, graduate jobs uk, post graduate ...
www.watcheducation.com/graduates.html Cached page

[Graduates, keller graduate school, kekker graduate school of business]
Look for tips to Graduates, keller graduate school, kekker graduate school of business, keller ... Info About Graduates, keller graduate school, kekker graduate school of business, keller graduate ...
andloan.com/graduates.html Cached page

[Caribbean Medical Schools - Online Guide - Offshore Medical Schools ...]
An Online Guide to Medical Schools located in the Caribbean and abroad. Online Guide ... Online Guide to Medical Schools in the Caribbean DOWNLOAD the E-BOOK QUESTIONS? ...
www.caribbeanmedicine.com/medschools.htm Cached page

[Colleges - Medical Colleges]
... Get Accepted to Medical School - Applying to Medical Colleges You can download the application (required by most


American medical colleges) colleges Information! other information straight from the ...
www.askcolleges.com/medicalcolleges Cached page

## Master Links

American Medical Association (AMA) AMA Policy for International Medical Grads (IMG's) AMA: The Fifth Pathway Program FREIDA Online: Fellowship and Residency Electronic Interactive Database IMG's ...
www.fifthpathway.com/hot_links/links.html Cached page 6/7/2005

## Palacky University - Faculty of Medicine

Palacky University - Faculty of Medicine: opportunity for English speaking students to attend ... Virtual tour of Olomouc Palacky University home page Admission Financial aid Student ...
www.palacky.com/students.html Cached page

## Palacky University - Faculty of Medicine

Palacky University - Faculty of Medicine: opportunity for English speaking students to attend ... Virtual tour of Olomouc Palacky University home page - General FAQ - Application and exams ...
www.palacky.com/faq.html Cached page
Show more results from "www.palacky.com".

## Graduates, antioch new england graduate school, post graduate study

Look for tips to Graduates, antioch new england graduate school, post graduate study, pacifica ... Information about Graduates, antioch new england graduate school, post graduate study, pacifica ...
www.lookeducation.com/graduates.html Cached page

## international medical graduate Resources

... international medical graduate Resources Implantable Information Chip Web Directory and Resources Sponsored Links Implantable Information Chip Research and buy ...
www.implantableinfochip.com/directory/international-medical-graduate.html Cached page

## American Association Medical

American Association Medical American Association Medical Check out "American Association Medical" on ... American Association Medical Check out "American Association Medical" on the Internet Home ...
www.enzymedical.com/americanassociationmedical Cached page

## QIC Loans > Foreign National Loans

... Bad Credit Auto Loan Bad Credit Car Loan Bad Credit Home Loan Bad Credit Loan Bad Credit Loan Mortgage Bad Credit Loan Personal Bad Credit Secured Loans Bad Credit Student Loans Bank Loan Bank Loan Policy Boat ...
www.qicloans.com/foreignnationalloans Cached page

## Graduates, graduate schools, graduate education

Look for tips to Graduates, graduate schools, graduate education, kekker graduate school of business ... Search info to Graduates, graduate schools, graduate education, kekker graduate school of business ...
www.educationfaq.net/graduates.html Cached page 6/7/2005

## american association of international medical graduates > The Medical ...

american association of international medical graduates The Best Site On american association of international medical graduates You are Here > The Medical Shop > international medical ...
custompet.ca/international-medical/american-association-of-international-medical-graduates... Cached page

## Medical Bookmarks - Health Professions

medical bookmarks W - Health Professions Bookmarks Please add site addresses here Useful sites not ... W - Health Professions Bookmarks Please add site addresses here Useful sites not listed here Last ...
www.medical-bookmarks.org.uk/w.htm Cached page

## Palacky University - Faculty of Medicine

Palacky University - Faculty of Medicine: opportunity for English speaking students to attend ... Virtual tour of Olomouc Palacky University home page Links within Palacky University ...
www.medical-school.ca/links.html Cached page

## International Medical Graduates - more about International Medical ...

Get International Medical Graduates insider information here! International Medical Graduates - more ... International Online Phd Degrees English - International Organizations Online Course - International ...
www.online-degree10.biz/International-Medical-Graduates.html Cached page

Didn't get the results you expected? Help us improve.

link:aaimg.com Search

Search Home MSN Toolbar About MSN Search Add MSN Search to Your Site

MSN Home My MSN Hotmail Messenger News Headlines Feedback Advertise with Us

© 2005 Microsoft. MSN Privacy

RSS



Application Process for Advanced Study in Health Fields http://www.career.cornell.edu/HealthCareers/applicationProcess.htm...

Cornell University
Cornell Career Services

Home Students Alumni Employers Faculty Families

Quick Links

Show Full CCS Menu »
Human Medicine ►
Veterinary Medicine ►
Accepted/Applied Charts ►
Premed Profiles
Gaining Experience ►
MCAT ►
HCEC ►
Taking Time Off
Applying
Study Away/Transfer Students ►
Health Care Issues/Bioethics
Explore Health Fields
Advising Network

# Health Careers/HCEC

MCAT Information
Application Services - Medical/Dental/Veterinary
Financial Aid Resources
**Alternative Routes**

## Applying

The following pages contain key information on the application timetable, the application, anad financing a medical education. There is also information on alternate routes.

Applicant Timetable and Checklist

AMCAS and Non-AMCAS Application Procedures

Applications and Outcomes Questionnaires

Alternative Routes

AAMC Postbac Programs List

Postbac Programs List

American Association of International Medical Graduates
**AAIMG** recognizes that thousands of highly qualified U.S. citizens are denied admission to medical school each year and must study abroad. Current medical school admission standards in the United States overemphasize the importance of standardized tests and grade point average.

**103 Barnes Hall**
**Cornell University**
**Ithaca, NY 14853**
**607/255-5221**
career@cornell.edu

©2005 Cornell University | Home | FAQ | Site Map | Contact Us | About this Site **SEARCH** Go

1 of 1 6/8/2005 4:52 PM



*LAW OFFICE OF DANIEL C. PERRI*
*Attorneys at Law*
*4 Eleventh Avenue, Suite One*
*Shalimar, Florida 32579*
dperri@perrilawoffice.com

Daniel C. Perri
Lisa Y. Pitell

Telephone (850) 651-3011
Facsimile (850) 651-3306

March 17, 2004

Association of American International Medical Graduates
Attn: Thomas Moore, M.D. - President
1802 North Carson Street, Suite 212
Carson City, Nevada 89701

**CERTIFIED MAIL**
**RETURN RECEIPT**
7002 2410 0004 2901 1704

Re: *St. Matthew's School of Medicine, Grand Cayman, British West Indies*

Dear Dr. Moore:

I have been retained by St. Matthew's School of Medicine, Grand Cayman, British West Indies, to assist them with the incorrect, misleading and damaging information contained on your website at "www.aaimg.com". The school has attempted to contact you many times through email and telephone calls without success. You leave no other choice than to pursue legal action against you and the AAIMG.

This is a demand upon you to immediately contact Dr. Jerry Thornton, Ph.D at 800-498-9700 or Dr. Michael Harris, M.D. at 850-678-1225. Both of these individuals are officers of the school that can provide you with true, correct and accurate information regarding its status, licensing, facilities, faculty, curriculum, clerkship programs, and other information that you may need to properly reflect the true state of affairs regarding the school on your website. Please contact either one of them by no later than Wednesday, March 31, 2004. If you do not do so, then we take your refusal to contact them to obtain correct information as an intentional effort to provide misleading information on your website that is libelous, damaging, and intentionally misleading. I have then been instructed to immediately file a lawsuit against your organization and against you and other members of your corporation for your intentional efforts to damage the good name of the school through maintaining incorrect data on your website that is damaging to the school, by your continuing refusal to respond to emails and telephone calls from the school to provide you with correct information and the apparent lack of any proper legal structure of the AAIMG.

Thomas Moore, M.D.
March 17, 2004
Page 2

I await your prompt response and contact with either Dr. Harris or Dr. Thornton to correct the information contained on your website which is not only misleading, out of date, and intentionally damaging, but there has been a complete lack of effort to keep it up to date with correct information.

Very truly yours,

COPY

Daniel C. Perri

DCP/ceb

cc: Michael A. Harris, M.D.
Jerry Thornton, Ph.D.

FILED
IN THE OFFICE OF THE
SECRETARY OF STATE OF THE
STATE OF NEVADA

SEP 07 1999

No. C21961-99
DEAN HELLER, SECRETARY OF STATE

7/1999 11:17A 53114S F100-000-12957
(125.00) PE

# Articles of Incorporation

# Of

# Association of American International Medical Graduates

## Article I

The name of the corporation is: Association of American International Medical Graduates

## Article II

The Resident Agent of the corporation is Val-U-Corp Services, Inc. The address of the Resident Agent where process may be served is:

1802 N. Carson St., Suite 212
Carson City, Nevada 89701

## Article III

The number of shares the corporation is authorized to issue is 25,000 shares with no par value. The stock shall be non-assessable.

## Article IV

The governing board of the corporation shall be styled as Directors. The First Board of Directors shall consist of one (1) member whose name and address is listed as follows:

Daniel A. Kramer
1802 N. Carson St., Suite 212
Carson City, Nevada 89701

## Article V

The purpose of the corporation shall be general business and any legal activity.

## Article VI

The Incorporator's name and address is listed as follows:

Daniel A. Kramer
1802 N. Carson St., Suite 212
Carson City, Nevada 89701

I, the undersigned, being the Incorporator hereinbefore named for the purpose of forming a corporation pursuant to General Corporation Law of the State of Nevada, do make and file these Articles of Incorporation, hereby declaring and certifying that the facts herein stated are true, and accordingly have hereunto set my hand this August 30, 1999.

Daniel A. Kramer
Incorporator

I, Val-U-Corp Services, Inc., hereby accept appointment as Resident Agent for the previously named corporation this August 30, 1999.

Daniel A. Kramer
President

(PROFIT) **ANNUAL LIST OF OFFICERS, DIRECTORS AND RESIDENT AGENT OF**

FILE NUMBER
c21961-99

Association of American International Medical Graduates
(Name of Corporation)

A Nevada CORPORATION
(State of Incorporation)

FOR THE FILING PERIOD 9/01 TO 9/02

The corporation's duly appointed resident agent in the State of Nevada upon whom process can be served is:

Val-U-Corp Services, Inc.
1802 N. Carson Street, Suite 212
Carson City, NV 89701

IF AGENT INFORMATION HAS CHANGED, PLEASE SEE ATTACHED INSTRUCTIONS ON HOW TO OBTAIN THE APPROPRIATE FORM.

Office Use Only

**FILED**
SEP 2 2 2001
Dean Heller
Secretary of State

*Important: Read instructions before completing and returning this form.*

1. Print or type names and addresses, either residence or business, for all officers and directors. A president, secretary, treasurer and at least one director must be named. Have an officer sign the form. *FORM WILL BE RETURNED IF UNSIGNED*
2. If there are additional directors attach a list of them to this form.
3. Return the completed form with the $85.00 filing fee. A $50.00 penalty must be added for failure to file this form by the last day of the anniversary month of the incorporation/initial registration with this office.
4. Make your check payable to the Secretary of State. Your cancelled check will constitute a certificate to transact business per NRS 78.155. If you need a receipt, return page 2 certificate and <u>ENCLOSE A SELF-ADDRESSED STAMPED ENVELOPE.</u> To receive a certified copy, enclose a copy of this completed form, an additional $20.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, NV 89701-4201, (775) 684-5708.

FILING FEE: $85.00 LATE PENALTY: $50.00

| NAME | TITLE(S) | PO BOX | STREET ADDRESS | CITY | ST | ZIP |
|---|---|---|---|---|---|---|
| Thomas Moore, MD | PRESIDENT | | 1802 N. Carson Ste. 212 | Carson City | NV | 89701 |
| Sarah Weinstein | SECRETARY | | 1802 N, Carson Ste.212 | Carson City | NV | 89701 |
| Rachael Silver | TREASURER | | 1802 N. Carson Ste. 212 | Carson City | NV | 89701 |
| Diedre Moore | DIRECTOR | | 1802 N. Carson St | Carson City | NV | 89701 |
| | DIRECTOR | | | | | |
| | DIRECTOR | | | | | |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of chapter 364A of NRS.

X Signature of officer: Rachael E. Silver    Title(s): Secretary    Date: 8.29.01

Nevada Secretary of State Form ANNUAL LIST-PROFIT1999.01
Revised on: 07/21/01