**(PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND RESIDENT AGENT OF**

**FILE NUMBER:** c21961-99

Association of American International Medical Graduates
(Name of Corporation)

A **Nevada** CORPORATION   FOR THE FILING PERIOD **9/02** TO **9/03**
(State of Incorporation)

The corporation's duly appointed resident agent in the State of Nevada upon whom process can be served is:

Val-U-Corp Services, Inc.
1802 N. Carson Street, Suite 212
Carson City, NV 89701

*Office Use Only*

FILED #

OCT 0 2 2002

IN THE OFFICE OF
DEAN HELLER, SECRETARY OF STATE

IF AGENT INFORMATION HAS CHANGED, PLEASE SEE ATTACHED INSTRUCTIONS ON HOW TO OBTAIN THE APPROPRIATE FORM.

*Important: Read instructions before completing and returning this form.*

FILING FEE: $85.00    LATE PENALTY: $50.00

| NAME | | TITLE(S) | | | |
|---|---|---|---|---|---|
| Thomas Moore, MD | | PRESIDENT | | | |
| PO BOX | STREET ADDRESS 1802 N. Carson Suite 212 | CITY Carson City | ST NV | ZIP 89701 | |
| Sarah Weinstein | | SECRETARY | | | |
| PO BOX | STREET ADDRESS 1802 B, Carson Suite 212 | CITY Carson City | ST NV | ZIP 89701 | |
| Rachael Silver | | TREASURER | | | |
| PO BOX | STREET ADDRESS 1802 N. Carson Suite 212 | CITY Carson City | ST NV | ZIP 89701 | |
| Diedre Moore | | DIRECTOR | | | |
| PO BOX | STREET ADDRESS 1802 N. Carson St. Suite 212 | CITY Carson City | ST NV | ZIP 89701 | |
| | | DIRECTOR | | | |
| PO BOX | STREET ADDRESS | CITY | ST | ZIP | |
| | | DIRECTOR | | | |
| PO BOX | STREET ADDRESS | CITY | ST | ZIP | |

I declare, to the best of my knowledge, under penalty of perjury, that the above mentioned entity has complied with the provisions of chapter 364A of NRS.

X Signature of officer    Title(s) **Treasurer/Sec**   Date **9/13/02**

(PROFIT) **ANNUAL LIST OF OFFICERS, DIRECTORS AND RESIDENT AGENT OF**   FILE NUMBER

Association of American International Medical Graduates    c21961-99
(Name of Corporation)

A ___Nevada___ CORPORATION   FOR THE FILING PERIOD __9/03__ TO __9/04__
(State of Incorporation)

The corporation's duly appointed resident agent in the State of Nevada upon whom process can be served is:

Val-U-Corp Services, Inc.
1802 N. Carson St., Suite 212
Carson City, NV 89701

IF AGENT INFORMATION HAS CHANGED, PLEASE SEE ATTACHED INSTRUCTIONS ON HOW TO OBTAIN THE APPROPRIATE FORM.

Office Use Only

FILED # _____

OCT 0 9 2003

IN THE OFFICE OF
Dean Heller
DEAN HELLER SECRETARY OF STATE

*Important: Read instructions before completing and returning this form.*
1. Print or type names and addresses, either residence or business, for all officers and directors. A president, secretary, treasurer and at least one director must be named. Have an officer sign the form. **FORM WILL BE RETURNED IF UNSIGNED**
2. If there are additional directors attach a list of them to this form.
3. Return the completed form with the $85.00 filing fee. A $50.00 penalty must be added for failure to file this form by the last day of the anniversary month of the incorporation/initial registration with this office.
4. Make your check payable to the Secretary of State. Your cancelled check will constitute a certificate to transact business per NRS 78.155. If you need a receipt, return page 2 certificate and **ENCLOSE A SELF-ADDRESSED STAMPED ENVELOPE**. To receive a certified copy, enclose a copy of this completed form, an additional $20.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, NV 89701-4201, (775) 684-5708.

FILING FEE: $85.00    LATE PENALTY: $50.00

| NAME | | TITLE(S) | | |
|---|---|---|---|---|
| Thomas Moore, MD | | PRESIDENT | | |
| PO BOX | STREET ADDRESS 1802 N. Carson Suite 212 | CITY Carson City | ST NV | ZIP 89701 |
| NAME | | TITLE(S) | | |
| Sarah Weinstein | | SECRETARY | | |
| PO BOX | STREET ADDRESS 1802 N. Carson Suite 212 | CITY Carson City | ST NV | ZIP 89701 |
| NAME | | TITLE(S) | | |
| Rachael Silver | | TREASURER | | |
| PO BOX | STREET ADDRESS 1802 N. Carson Suite 212 | CITY Carson City | ST NV | ZIP 89701 |
| NAME | | TITLE(S) | | |
| Diedre Moore | | DIRECTOR | | |
| PO BOX | STREET ADDRESS 1802 N. Carson Suite 212 | CITY Carson City | ST NV | ZIP 89701 |
| NAME | | TITLE(S) | | |
| | | DIRECTOR | | |
| PO BOX | STREET ADDRESS | CITY | ST | ZIP |
| NAME | | TITLE(S) | | |
| | | DIRECTOR | | |
| PO BOX | STREET ADDRESS | CITY | ST | ZIP |

I declare to the best of my knowledge, under penalty of perjury, that the above mentioned entity has complied with the provisions of chapter 364A of NRS.

X Signature of officer *Rachael E Silver*    Title(s) *Secretary*    Date 9.15.03

Nevada Secretary of State Form ANNUAL LIST-PROFIT 1999.01
Revised on 07/21/01

# ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES

| Corporation Information | | | |
|---|---|---|---|
| Status: | Active | File Date: | 9/7/1999 |
| Type: | NRS78 - Domestic Corporation | Corp Number: | C21961-1999 |
| Qualifying State: | NV | List of Officers Due: | 9/30/2005 |
| Managed By: | | Expiration Date: | |
| Foreign Name: | | On Admin Hold: | False |

| Resident Agent Information | | | |
|---|---|---|---|
| Name: | VAL-U-CORP SERVICES, INC. | Address 1: | 1802 N CARSON ST. |
| Address 2: | #212 | City: | CARSON CITY |
| State: | NV | Zip: | 89701 |
| Phone: | | Fax: | |
| Email: | | Mailing Address 1: | |
| Mailing Address 2: | | Mailing City: | |
| Mailing State: | | Mailing Zip: | |

| Financial Information | | | |
|---|---|---|---|
| No Par Share Count: | 25,000.00 | Capital Amount: | $ 0 |
| No stock records found for this company | | | |

| Officers | | | ☑ Include Inactive Officers |
|---|---|---|---|
| President - THOMAS MOORE, MD | | | |
| Address 1: | 1802 N CARSON ST STE 212 | Address 2: | |
| City: | CARSON CITY | State: | NV |
| Zip: | 89701 | Country: | |
| Status: | Active | Email: | |
| President - THOMAS MOORE, MD | | | |
| Address 1: | 1802 N CARSON ST STE 212 | Address 2: | |
| City: | CARSON CITY | State: | NV |
| Zip: | 89701 | Country: | |
| Status: | Historical | Email: | |
| Treasurer - RACHAEL SILVER | | | |
| Address 1: | 1802 N CARSON ST STE 212 | Address 2: | |
| City: | CARSON CITY | State: | NV |
| Zip: | 89701 | Country: | |
| Status: | Historical | Email: | |
| Treasurer - RACHAEL SILVER | | | |
| Address 1: | 1802 N CARSON ST STE 212 | Address 2: | |
| City: | CARSON CITY | State: | NV |
| Zip: | 89701 | Country: | |
| Status: | Active | Email: | |

| Secretary - SARAH WEINSTEIN | | | |
|---|---|---|---|
| Address 1: | 1802 N CARSON ST STE 212 | Address 2: | |
| City: | CARSON CITY | State: | NV |
| Zip: | 89701 | Country: | |
| Status: | Active | Email: | |
| Secretary - SARAH WEINSTEIN | | | |
| Address 1: | 1802 N CARSON ST STE 212 | Address 2: | |
| City: | CARSON CITY | State: | NV |
| Zip: | 89701 | Country: | |
| Status: | Historical | Email: | |

| Actions\Amendments | | | |
|---|---|---|---|
| Action Type: | Articles of Incorporation | | |
| Document Number: | C21961-1999-001 | # of Pages: | 2 |
| File Date: | 09/07/1999 | Effective Date: | |
| (No Notes for this action) | | | |
| Action Type: | Amendment | | |
| Document Number: | C21961-1999-003 | # of Pages: | 1 |
| File Date: | 10/03/2000 | Effective Date: | |
| REINSTATED-REVOKED 8/1/00 GXH | | | |
| Action Type: | Annual List | | |
| Document Number: | C21961-1999-002 | # of Pages: | 1 |
| File Date: | 09/21/2004 | Effective Date: | |
| List of Officers for 2004 to 2005 | | | |



# Corporation Actions for "ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES"

Sort by File Date ▼  ⊙ descending  ○ ascending  order  Re-Sort

1 - 3 of 3 actions

| Actions\Amendments | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | C21961-1999-002 | # of Pages: | 1 |
| File Date: | 09/21/2004 | Effective Date: | |
| List of Officers for 2004 to 2005 | | | |
| Action Type: | Amendment | | |
| Document Number: | C21961-1999-003 | # of Pages: | 1 |
| File Date: | 10/03/2000 | Effective Date: | |
| REINSTATED-REVOKED 8/1/00 GXH | | | |
| Action Type: | Articles of Incorporation | | |
| Document Number: | C21961-1999-001 | # of Pages: | 2 |
| File Date: | 09/07/1999 | Effective Date: | |
| (No Notes for this action) | | | |

Return to Corporation Details for "ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES"

New Search



You are currently not logged in

Copyright © 1996-2005



# WHOIS Search Results for: AAIMG.COM

The data contained in Go Daddy Software, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of Go Daddy Software, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, Go Daddy Software, Inc.
is not the registrant of domain names listed in this database.

Registrant:
AAIMG

1802 N. Carson Street
Carson City, Nevada 89701
United States

Registered through: GoDaddy.com (http://www.godaddy.com)
Domain Name: AAIMG.COM
Created on: 02-Nov-99
Expires on: 02-Nov-06
Last Updated on: 19-Nov-03

Administrative Contact:
Demkin, Andrew demkin@hotmail.com
60, Moika emb. apt.33
Saint-Petersburg, 90000
RUS
+7 812 3147397   Fax -- +7 812 3147397
Technical Contact:
Demkin, Andrew demkin@hotmail.com
60, Moika emb. apt.33
Saint-Petersburg, 90000
RUS
+7 812 3147397   Fax -- +7 812 3147397

Domain servers in listed order:
NS5.SPB.RU
NS0.XNAME.ORG

Registry Status: REGISTRAR-LOCK

See Underlying Registry Data
Report Invalid Whois

**Buy these available domains:**
- AAIMG.BIZ
- AAIMG.INFO
- AAIMG.NET
- AAIMG.WS
- AAIMG.NAME
- AAIMG.TV
- AAIMG.CO.UK
- AAIMG.ME.UK
- AAIMG.ORG.UK

**You might also consider:**
- AAIMGONLINE.COM
- AAIMGHOME.COM
- AAIMGSITE.COM
- AAIMGNET.COM
- AAIMGWEB.COM
- NEWAAIMG.COM
- MYAAIMG.COM
- THEAAIMG.COM
- OFFICIALAAIMG.COM

BUY NOW!

**Search Again**
Enter a domain name:
[        ] .com
FREE Domain Extras!   

**More About Domains**
- Compare our prices
- Why our prices are so low
- Transfer your domain to GoDaddy.com for just $7.95! Includes a 1-year extension.

**NEW! Sell your domain name. Bid on a name that already exists.** The Domain Name Aftermarket is the Internet's new auction house for the HOT domains, all backed by proven GoDaddy.com systems and support. Join now for just $4.95 and get a 100 domain monitor pack, free!

▶ 24/7 Sales and Support: (480) 505-8877    ▶ Billing Questions? Call (480) 505-8855    ▶ Free e-News: [Enter email address]  

Home | About Us | Catalog | Cart | Payment Options | Legal | Report Spam | Careers | Site Index | Whois | Affiliates | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2005

EXHIBIT 12
WIT: Fredrick
DATE: 10/27/04
RACHEL M. GRADY

American Association of International Medical Graduates

1802 North Carson Street
Suite 212-2161
Carson City, Nevada 89701

Office of Medical Education
Jackson Park Hospital
7531 Stoney Island Ave.
Chicago, IL 60645







# American Association of International Medical Graduates

Established 1992 | Website: www.aaimg.com

1802 North Carson Street
Suite 212-2161
Carson City, Nevada
89701

## Report on the Quality of Caribbean Medical Schools

Dear Loan Provider:

The *American Association of International Medical Graduates*, hereafter referred to as AAIMG, was founded in 1992 as a non-profit organization to promote acceptance of U.S. international medical graduates into mainstream American medical practice. Each year, thousands of highly qualified U.S. citizens are denied admission to medical school and must study abroad. AAIMG recognizes that there are many qualities that go into the making of a skilled, compassionate physician and does not define merit solely on the basis of standardized test scores and grades. Pre-medical advisors frequently have no objective means of screening the variety of foreign medical schools soliciting students from undergraduate programs in the United States. Alarmed by the recent worldwide proliferation of medical schools recruiting American citizens, AAIMG launched a comprehensive study with objective screening and evaluative data to assist prospective medical students and pre-medical advisors and loan providers with accurate information about the quality of medical schools outside the continental United States.

Regions included in the study are as follows: (1) The Caribbean Basin, (2) Mexico, Central and South America; (3) Eastern Europe and the former USSR. Marketing materials such as catalogs and web sites were carefully analyzed to determine the quality and standards of medical school programs. Site visits were made to admission offices by AAIMG members posing as prospective applicants or as an applicant-parent team. "Applicants" visited each basic science campus for tours and interviewed as many administrators, faculty members and students as time constraints permitted. Hospitals were contacted to verify affiliations with the medical schools under evaluation. Directors of Medical Education and preceptors were questioned about the quality of the international medical students from various schools and their liaison relationship with each medical school. Below is a list of the AAIMG evaluation criteria used in our study.

### SUMMARY OF AAIMG EVALUATION CRITERIA

**Admission Criteria:** The published catalog must accurately represent the following: program content, number of full-time faculty, clinical training sites and basic science campus facilities; admission criteria for selecting students should be clearly established; school does not grant advanced standing or recruit failures from other medical schools; physical presence of a bona fide admissions office with qualified staff; pre-medical requirements consisting of essential liberal arts and science courses with a minimum of 90 semester hours of undergraduate education or equivalent credentials from foreign countries

**Curriculum:** Detailed course descriptions with credit and semester hours calculated for each course; curriculum that conforms to acceptable standards of United States licensing boards; clearly stated goals and objectives for each course and a detailed syllabus with evaluation criteria available to the student; clinical education components that clearly state goals and objectives and evaluation criteria

**Basic Science Campus**: Permanent physical campus is present that has sufficient classroom space, modern equipment, and library resources to meet the needs of the student body. Dormitories and sufficient affordable housing are available to accommodate the student and/or family.

**Quality of Life**: Medical school is located in an environment that provides a reasonable degree of safety for students and their family members. The country in which the school is located is politically stable; local health care resources are available in the event of an emergency. Other amenities including transportation and recreational opportunities are available.

**Clinical Training Program**: Hospital affiliations are listed in the catalog and can be verified. There are sufficient hospitals and preceptors in accredited institutions with a structured teaching program monitored by the medical school; hospitals have adequate clinical teaching material for students, full-time qualified medical school staff are available to track student progress on a regular basis. Goals and learning objectives are clearly defined. A structured evaluation form is provided and oral or written exams are given at the end of each core clerkship.

**Faculty**: Names and qualifications of faculty are reported in the catalog; there are sufficient full-time qualified faculty assigned to each course in the curriculum; faculty work loads are reasonable and they are not expected to teach outside of their areas of expertise.

**Financial**: Tuition, fees and refund policies are clearly stated; a description of all financial aid programs is listed, trained personnel are available to provide financial counseling. The school is approved for loans through federal or regulated private loan sources.

**Legal/Other**: Each school is evaluated for a history of problems with licensing boards or other regulatory agencies; permanent records are kept in a secure location; transcripts and endorsements are readily available from qualified staff.

## RESULTS AND CONCLUSIONS

We are pleased to release a preliminary report of our first set of evaluations of medical schools located in the Caribbean Basin. A total of 12 medical schools on various islands were visited by our evaluation team. In this region, five medical schools were identified as meeting or exceeding 75 % of stated criteria in all evaluation categories. In presenting the names on the list below, AAIMG does not endorse any single school or program. The following list identifies medical school programs that have met or exceeded minimum evaluation criteria.

---

**MEDICAL SCHOOLS MEETING OR EXCEEDING AAIMG EVALUATION CRITERIA**

American University of the Caribbean, St. Maarten, Netherlands Antilles

Ross University School of Medicine, Dominica, West Indies

Saba University School of Medicine, Saba, Netherlands Antilles

St. George's University School of Medicine, Grenada, West Indies

Universidad Iberoamericana, Dominican Republic

---

## MEDICAL SCHOOLS WITH SIGNIFICANT DEFICIENCIES

Seven schools were found to have significant deficiencies and did not meet standards of 75% compliance in the designated evaluation areas. In presenting the following data, AAIMG urges readers of this report to carefully investigate any school listed below in order to arrive at their own conclusions.

**International University of the Health Sciences**, 1997, St. Kitts, West Indies. Small staffed admission office is located in Florida. School has extensive web site marketing for problem based learning curriculum with distance learning option. A catalog containing the curriculum mirrors the web site. Four students were in attendance on St. Kitts in the Fall 1999 for primarily computer based learning with tutorials. No cadavers or labs, no library or dormitory facilities were at the campus site, "Brannigan House". The island is pleasant with many amenities. Web site lists faculty with credentials but no permanent faculty were in residence at the time of the visit. No list of clinical sites is published; no federal or regulated private loans are available. Tuition: $9000 per semester with a $500 deposit.

**Sint Eustatius School of Medicine**, 1999, St. Eustatius, Netherlands Antilles. Small staffed admission office is located in attached garage of private home in Massachusetts. The catalog is missing substantive data such as faculty credentials, clinical sites, tuition, etc. Seven students present for first two semesters of basic sciences with four faculty on small island with poor living conditions. There is no permanent campus; classrooms and administration are in rented two-story facility, "The All-in-One Building" and former mechanic's garage. One cadaver was present in a small anatomy lab, no library or other labs were noted. Students rent rooms above the main classroom building. The web site has been aggressively soliciting clinical transfer students prior to commencement of basic sciences and before hospital sites were established. There is no listing of hospital affiliations. There are no federal or regulated private loans. Tuition: $7,900 per semester with $1000 deposit per web site.

**St. John's University**, Montserrat, West Indies, 1999. School is currently operating without W.H.O. listing on British dependency. No catalog is available and the web site was incomplete as of 10/99. There is an office in Oregon with a U.S. representative and e-mail address. This school claims to have established a campus on an island devastated by a volcano since 1995. Montserrat can only be reached by ferry and continued to have active eruptions as of 9/99. The site visit was postponed due to safety concerns. This school recruits medical professionals who may remain employed and study via a distance learning option. Four weeks of residence on Montserrat are required each term. No descriptions of courses, no credit hour breakdown, or faculty are listed. There are no names or clinical sites but verbally we were told students are rotating in hospitals in Croatia and the Eastern U.S. No federal or regulated private loans. Tuition: $20,000 per year with a $3,500 deposit.

**Windsor School of Medicine**, Turks and Caicos, 1997. Classes commenced in 1998 without W.H.O. listing on British dependency. Recruitment is currently by M.D. owner from a chiropractor's office in a strip mall in Virginia. No catalog is available but brief course and curriculum descriptions are on web site. The campus consists of rented facilities in a large local building, "Dominion House" near the airport on Grand Turk Island. There is no anatomy lab or cadavers. A small permanent faculty are required to teach several courses to about 35-40 students. The island is safe with many amenities. There is no listing of clinical hospital affiliations. The school has been promising W.H.O. listing for two years which must come from Great Britain. The students currently are not eligible for USMLE exams. There are no federal or regulated private loans. Tuition: $5,250 basic sciences and $6,250 clinical semesters. A $2000 deposit is required.

Grace University, 1985. No current A.H.C. listing. Recruitment is from the home of the owner in Florida. No permanent campus has ever been maintained on Nevis. Permission to operate withdrawn by Nevis/St. Kitts Attorney General in 1995. School rents class rooms for a sub-campus in Cambridge, England. No catalog or list of faculty or clerkship sites are in existence. Grace gives advanced standing and competency tests to transfer students who fail courses at other schools. There have been several cease and desist orders by the Florida State Board of Secondary Education. Grace solicits funds on the internet for a health foundation. The owner of Grace died in 1993, so the school is currently run by his wife, an R.N., and daughter. Current students may finish studies but new admissions are suspended pending Grace finding a country to provide a charter and legal permission to operate. Tuition, $7,500 per semester.

Spartan Health Sciences University, 1981, St. Lucia, West Indies. After an injunction by the Texas Attorney General, a small admission office had to move from Texas to New Mexico. There is no catalog but the web site and admission packet provide a brief listing of courses. Spartan takes failures from other medical schools. A permanent campus was built in the last two years with a small permanent faculty, each teaching several courses in a piecemeal approach to the basic sciences. One male and one female cadaver are re-used each semester in a tiny anatomy lab. The island is large with theft and sexual harassment of female students a problem. There is no list of hospital affiliations published except for Juarez, Mexico, and Chicago locations. Federal loans were withdrawn in 1997. The school has a history of legal sanctions by California and Texas. Tuition: $2,850 per term. Students must pay out of pocket for hospitals charging clerkship fees.

University of the Health Sciences, Antigua, 1982, West Indies. There is no U.S. office or catalog with admissions solicited via mail and internet. UHSA grants advanced standing. The "Flexible Medical Curriculum for Professionals" can be completed in three years with assignments via internet and two week periods each term on Antigua. The campus consists of older buildings on a former U.S. military base. There is a small, outdated library, small anatomy lab, two classrooms, newer dorms and a cafe. There is no list of faculty but four permanent staff on Antigua teach numerous courses, often in no logical order. Visitors to the campus are not welcome and cars are searched before entering the premises. There is no listing of clerkship sites. Fraud charges in 1995 after an investigation by the Department of Education led to withdrawal of Federal loans. Graduates have problems obtaining transcripts and have required intervention by the Attorney General of Antigua. Tuition: $15,525 per year. Refund policies are not published.

I hope you have found the above information helpful. Although there were a number of medical schools in this study with deficiencies, AAIMG hopes you will focus on the list of schools meeting the evaluation criteria and will continue to counsel your students about alternative options of study if they are unable to gain admission to U.S. medical schools. Thousands of American International Medical Graduates fill vital gaps in our nation's health care system and have very satisfying careers. A detailed narrative report of each site visit may be obtained on our web site at www.aaimg.com in November 1999. A report on Mexico, Central and South America will be available in January 2000 and the Eastern Europe report by June 2000.

Sincerely,

*Thomas Moore, M.D.*

Thomas Moore, M.D.
President, AAIMG