# ORIGINAL

# FILED UNDER SEAL

**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086)
F. Christopher Austin (Bar No. 6559)
Ronald D. Green, Jr. (Bar No. 7360)
3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada  89109
Tel: (702) 792-3773
Fax: (702) 792-9002

**KRONENBERGER & ASSOCIATES**
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
220 Montgomery Street, Suite 1920
San Francisco, California 94104
Tel:  (415) 955-1155
Fax:  (415) 955-1158

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company,**<br><br>Plaintiff,<br><br>vs.<br><br>**SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company, et al,**<br><br>Defendants. | Case No. CV-S-05-0848-BES<br><br>**PLAINTIFF'S MOTIONS FOR:**<br>**(1) ALTERNATIVE SERVICE;**<br>**(2) LIFTING SEAL ORDER;**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>**<u>FILED UNDER SEAL</u>** |

Plaintiff ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD. ("ST. MATTHEW'S"), through its attorneys, hereby brings this motion for alternative service of summons upon Defendants Thomas Moore, M.D. a.k.a. "presaaimg@hotmail.com" ("MOORE"), Sarah Weinstein a.k.a. "execsecaaimg@hotmail.com" ("WEINSTEIN"), and Rachael Silver ("SILVER") (collectively, the "Respondent Defendants"), each of them officers of Defendant Association of American International Medical School Graduates, Inc.

1

**MOTION FOR ALTERNATIVE SERVICE;**
**MOTION TO LIFT SEAL**

1   ("AAIMG"), a Nevada corporation, in any of the following means: by publication pursuant

2   to the Federal Rules of Civil Procedure 4(e)(1), and Nevada Rules Of Civil Procedure,

3   Rule 4(e)(1); by service upon their designated agent, VAL-U-CORP Services, Inc. of

4   Carson City, Nevada; by email service via the email addresses which are the only known

5   means of contact with those Defendants; or by service upon counsel for Defendant

6   AAIMG, of which Respondent Defendants are the only officers.

7        Secondly, Plaintiff ST. MATTHEW'S moves to lift the present seal order entered by

8   the Court on July 19, 2005, granted upon Plaintiff's *ex parte* motion, as the purpose of the

9   Seal Order has been served.    Furthermore, lifting of the seal order is necessary to

10  effectuate the alternative service sought in the foregoing motion.

11       These motions are brought pursuant to the Federal Rules of Civil Procedure, Rule

12  4(e)(1) and (2), the Nevada Rules of Civil Procedure, Rule (4)(e)(1), and the inherent

13  power of the Court, and based upon this notice, the attached memorandum in support,

14  the Affidavit of Karl S. Kronenberger (filed herewith), any papers in reply, Plaintiff's First

15  Amended Complaint filed October 28, 2005 ("FAC") and Ex Parte Motions for 1.

16  Preservation order, 2. Expedited discovery, 3. Filing under seal, and 4. Consolidated

17  Hearings filed July 15, 2005 ("Consolidated Ex Parte Motions") in the case, and any

18  argument or evidence offered upon hearing had on the matter.

19

20  DATED: February 6, 2006.          **KRONENBERGER & ASSOCIATES**

21                                     By: _____

22                                         Karl S. Kronenberger
                                          Terri R. Hanley
                                          Attorneys for Plaintiff
23                                         ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD

24  DATED: February 6, 2006.          **GREENBERG TRAURIG, LLP**

25                                     By: _____

26                                         Mark G. Tratos
                                          F. Christopher Austin
27                                         Ronald D. Greer, Jr.
                                          Designated Local Counsel for Plaintiff
28                                         ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

2                              MOTION FOR ALTERNATIVE SERVICE;
                                       MOTION TO LIFT SEAL

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

### I.    MOTION FOR ALTERNATIVE SERVICE OF SUMMONS

As Respondent Defendants have not provided actual business or residential addresses to the State of Nevada, as extensive investigation has failed to locate or verify the existence or location of these identities, as Plaintiff has alleged that such identities are the fraudulently assumed identities of Defendants Patricia Hough ("HOUGH") and David Fredrick ("FREDRICK"), and as service of these identities in the present litigation is necessary for purposes of discovery and obtaining jurisdiction for judgment, Plaintiff ST. MATTHEW'S moves the Court for an order allowing alternative service of summons on Defendants MOORE, WEINSTEIN, and SILVER, as follows.

Every effort has been made by Plaintiff to serve by other available means.  Michael P. Angelini of Bowditch & Dewey, LLP in Worcester, Massachusetts and opposing local counsel Nathan Reinmiller of Alverson Taylor Mortensen & Sanders, in Las Vegas, Nevada, have stated to signing counsel for Plaintiff Karl S. Kronenberger, and Ronald D. Green, that Mr. Angelini and Mr. Reinmiller represent only Defendants HOUGH, FREDRICK, and AAIMG.  Additionally, Mr. Angelini has refused to accept service on behalf of any party related to this action.  Plaintiff is left with no option but the relief sought in the present motion.

As relevant background, and as alleged in detail in Plaintiff's First Amended Complaint filed October 28, 2005 ("FAC"), incorporated herein by reference, Defendants MOORE, WEINSTEIN, and SILVER are the stated officers of Defendant AAIMG, a Nevada Corporation, and are individually named in the present suit.  (FAC, Ex. G; Declaration of Karl S. Kronenberger ("KSK Decl."), ¶ 1, 2.)  The allegations pertaining to Defendants' fraudulent and evasive conduct contained in the FAC, and documentary evidence thereof, were also presented to the Court in Plaintiff's Ex Parte Motions for: 1. Preservation order, 2. Expedited discovery, 3. Filing under seal, and 4. Consolidated Hearings ("Consolidated Ex parte Motions"), filed on July 12, 2006, incorporated herein by reference.

MOTION FOR ALTERNATIVE SERVICE;
MOTION TO LIFT SEAL

1    The FAC and Consolidated Ex parte Motions allege and evidence the following,

2  establishing Defendants' evasion and unavailability for service:

3         •    That Respondent Defendants are listed in documents filed with the

4  Secretary of State of Nevada as the officers of Defendant AAIMG;

5         •    That the addresses provided by each of Defendants MOORE, WEINSTEIN,

6  and SILVER are that of AAIMG's registered agent for service, Val-U-Corp Services, Inc,

7  of Carson City, Nevada ("VAL-U-CORP") – the listed and advertised operating address of

8  Defendant AAIMG;

9         •    That extensive independent investigation at great cost to Plaintiff could not

10  verify that Defendants MOORE, WEINSTEIN, or SILVER are present in the state of

11  Nevada, or elsewhere in the territorial United States;

12         •    That extensive independent investigation was conducted to ascertain the

13  full identities and locations of MOORE, WEINSTEIN, and SILVER, to no avail;

14         •    That investigation and responses to subpoenas have shown that MOORE,

15  WEINSTEIN, and SILVER are actually the fabricated or, alternatively, the assumed

16  identities of Defendants David L. Fredrick ("FREDRICK") and Patricia L. Hough, M.D.

17  ("HOUGH"), owners and officers of Defendant Saba University School of Medicine

18  Foundation ("SABA");

19         •    That email, domain registration, and web hosting service accounts are held

20  in, or administered under, the names of Defendants MOORE, WEINSTEIN, and SILVER;

21         •    That official, sworn documents have been filed with the State of Nevada

22  listing the names of Defendants MOORE, WEINSTEIN, and SILVER, and stating their

23  addresses to be that of VAL-U-CORP's, signed and sworn by SILVER;

24         •    That credit card transactions have been completed under the name and by

25  the signature of Defendant MOORE, including the payment of corporate fees to the State

26  of Nevada through AAIMG's registered agent VAL-U-CORP;

27         •    That Respondent Defendants have historically and routinely corresponded

28  using the email addresses "execsecaaimg@hotmail.com", and presaaimg@hotmail.com;

4

**MOTION FOR ALTERNATIVE SERVICE;**
**MOTION TO LIFT SEAL**

1  • That Plaintiff, counsel for Plaintiff[1], and various third parties have received

2  and sent email correspondence from and to each of Defendants MOORE, WEINSTEIN,

3  and SILVER at the email addresses "execsecaaimg@hotmail.com", and

4  "presaaimg@hotmail.com."

5  (KSK Decl.; FAC, pp. 16-20.)

6  **A. The Court should authorize service by publication under the Federal and**

7  **Nevada Rules of Civil Procedure 4(e)(1).**

8  **1.    Such service is authorized pursuant to Federal and State Rules.**

9  Fed. Rules of Civ. Proc. 4(e)(1) allows for service upon individual defendants

10  before a district court "pursuant to the law of the state in which the district court is

11  located[.]"   As Defendants appearing before this Court, service may therefore be

12  effectuated upon MOORE, WEINSTEIN, and SILVER pursuant to the laws of the State of

13  Nevada. *Id.*

14  Nevada Rules of Civil Procedure, Rule (4)(e)(1) states in relevant part as follows:

15  **(i) General.**  In addition to methods of personal service, when the
person on whom service is to be made . . . has departed from the

16  state, or cannot, after due diligence, be found within the state, or by
concealment seeks to avoid the service of summons, and the fact

17  shall appear, by affidavit, to the satisfaction of the court or judge
thereof, and it shall appear, either by affidavit or by a verified

18  complaint on file, that a cause of action exists against the
defendant in respect to whom the service is to be made, and that

19  the defendant is a necessary or proper party to the action, such
court or judge may grant an order that the service be made by the

20  publication of summons.

21  As shown below, the Respondent Defendants qualify for such service, as they cannot be

22  located after an exhaustive search, are the subjects of valid causes of action, and are

23  necessary parties.

24  **2. Defendants MOORE, WEINSTEIN, and SILVER have sought to**

25  **avoid service by concealment, and cannot, after due diligence, be found**

26

27  _____
[1] Signing counsel for Plaintiff, Karl S. Kronenberger, personally received emails from
Defendants WEINSTEIN and SILVER using the referenced email accounts respectively.

28  (*See* KSK Decl., ¶ 11.)

MOTION FOR ALTERNATIVE SERVICE;
MOTION TO LIFT SEAL

1  **within the state or elsewhere, and requests for waivers of services have not**

2  **been returned.**

3  As indicated above, and as detailed in Plaintiff's FAC, Respondent Defendants, on

4  their own or as their alter egos, have taken great pains to hide their identities and

5  locations.  As explained in Plaintiff's Consolidated Ex Parte Motions, extensive and costly

6  independent investigation has not been able to verify the existences or locations of the

7  MOORE, WEINSTEIN, or SILVER personas.

8  At time of filing, no response has been received to the Notice and

9  Acknowledgement of Service of Summons for Respondent Defendants sent to the VAL-

10  U-CORP address on January 25, 2006, and delivered on January 26, 2006.   (KSK Decl.,

11  ¶ 12.)

12  **3.  By verified complaint, a cause of action exists against Defendants**

13  **MOORE, WEINSTEIN, and SILVER, and those Defendants are necessary and**

14  **proper parties to this action.**

15  As stated above, the remaining requirements of Nev. R. Civ. Proc. 4(e)(1) are met.

16  By verified complaint, Defendants MOORE, WEINSTEIN, and SILVER as named as to all

17  eight causes of action plead.  (FAC, pp. 36-41.)  Crucial email, credit card, domain, and

18  web hosting accounts are held under the names of Defendants MOORE, WEINSTEIN,

19  and SILVER.  (*Id.*, p. 17.)  As such, service upon these Defendants, to obtain proper

20  jurisdiction, and to pursue discovery against accounts held in those names, is necessary

21  for the just and proper resolution of the present case.

22  **B.  The Court should find that Respondent Defendants have designated VAL-**

23  **U-CORP as their agent for service pursuant to Fed. Rules of Civ. Proc. 4(e)(2).**

24  As stated above, Respondent Defendants have indicated in Defendant AAIMG's

25  corporate documents in a signed, sworn statement in by Defendant SILVER, that their

26  addresses are that of Val-U-Corp Services, Inc., of Carson City, Nevada – the resident

27  agent for service of process for Defendant AAIMG.  (FAC, Exhibit G; KSK Decl., ¶¶ 1-2.)

28  As such, Plaintiff moves for an order establishing that such sworn statements constitute

6

**MOTION FOR ALTERNATIVE SERVICE;**
**MOTION TO LIFT SEAL**

MOORE, WEINSTEIN, and SILVER's designation by appointment or law of VAL-U-CORP as their agent authorized or appointed by law under Fed. Rules of Civ. Proc. 4(e)(2), such that service of summons may be effectuated upon them by personal delivery to VAL-U-CORP.

**C. Plaintiff should be allowed to serve summons upon Defendant AAIMG's counsel in the present case, of which Respondent Defendants are officers.**

Plaintiff asks the Court allow service upon Defendants MOORE, WEINSTEIN and SILVER upon counsel for Defendant AAIMG, of which Respondent Defendants are officers. (*See* FAC, Eg. G.)  Opposing local counsel Nathan Reinmiller, of Alverson Taylor Mortensen & Sanders, in Las Vegas, Nevada, has stated to signing local counsel for Plaintiff Ronald D. Green of Greenberg Traurig, LLP, in Las Vegas, Nevada, that his firm represents served Defendants HOUGH, FREDRICK, and AAIMG in the present case.  As AAIMG's designated agent for service, the Court should find that counsel for AAIMG in the present action is the designated agent for service of Defendants MOORE, WEINSTEIN, and SILVER, who are officers of AAIMG.  *See* Fed. Rules of Civ. Proc. 4(e)(2).

**D. Plaintiff should be allowed to serve Respondent Defendants by email at the addresses which are their only known operating contacts.**

Alternatively, Plaintiff should be allowed to serve summons upon Respondent Defendants by email, to their known email addresses, which are the only known working contacts for Defendants MOORE, WEINSTEIN and SILVER.  As alleged in the FAC and Consolidated Ex Parte Motions, Plaintiff and signing counsel for Plaintiff have personally received email correspondence from the Respondent Defendants via the email addresses "presaaimg@hotmail.com" and "execsecaaimg@hotmail.com," to include both WEINSTEIN and SILVER using the "execsecaaimg@hotmail.com" address (KSK Decl., ¶¶ 9-11, Exs. A, B.)

**MOTION FOR ALTERNATIVE SERVICE;
MOTION TO LIFT SEAL**

### E. CONCLUSION

Every effort has been made by Plaintiff at great expense to effectuate service upon Defendants in this action by every means available, including requests for return of waiver of service that have been refused and ignored.  Extensive search has failed to locate Defendants MOORE, WEINSTEIN and SILVER, and Defendants have actively evaded service and concealed their whereabouts and alter egos by fraud and concealment.

**THEREFORE,** Plaintiff ST. MATTHEW's hereby moves the Court for an order allowing for service of summons in the present case upon Defendants MOORE, WEINSTEIN, and SILVER by publication in the area of Carson City, Nevada pursuant to the Federal Rules of Civil Procedure 4(e)(1), and Nevada Rules Of Civil Procedure, Rule 4(e)(1); by service upon their designated agent, VAL-U-CORP Services, Inc. of Carson City, Nevada; by email communication to the email addresses which are the only known means of contact with those Defendants; or by service upon counsel for Defendant AAIMG, of which Respondent Defendants are the only officers, as set forth in the proposed order filed herewith.

## II.    MOTION TO LIFT SEAL ORDER

That the above sought alternative service may be had, Plaintiff requests that the Court lift the seal placed by order of the Court entered July 19, 2005 ("Seal Order").

### BACKGROUND

Upon hearing had on July 15, 2005, this Court issued the following orders in connection with Plaintiff's Complaint filed in the case, the last of which is the subject of the present petition:

- **Preservation Order:** an order preserving now-existing electronic evidence in the possession, custody and/or control of non-parties, which is subject to intentional, inadvertent, and/or automated deletion;

- **Expedited Discovery Order:** allowing the immediate discovery of identifying information through third-party subpoenas, required for the full and accurate identification and location of defendants, which was issued upon the posting of a $10,000.00 bond with the Court; and

- **Order for Filing Under Seal:** ordering that any and all papers submitted in the case, as well as the case docket and any orders issued, shall be filed and kept under seal, to protect against notice of this action to as yet unidentified parties and non-parties shown to be highly likely to destroy evidence or evade service, discovery and identification, pending the identification and service of the Defendants in this case, or "until such time this Court deems proper to lift such seal, or upon motion properly brought and granted. (Seal Order, pp. 15-16.)

Plaintiff sought and was granted the above motions on an *ex parte* basis, good cause having been shown and found therefore. Orders on the above motions were entered on July 19, 2005 in the form submitted with the motions.

Since these orders were issued, Plaintiff has conducted the discovery sought pursuant to the Expedited Discovery Order, and the Preservation Order has been provided to and effectuated by the third-party subjects of the subpoenas served.

On October 28, 2005, pursuant to the above-referenced discovery results, Plaintiff ST. MATTHEW's filed its First Amended Complaint, adding as Defendants to the present case the following parties:

- SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company;

- PATRICIA L. HOUGH, M.D. an individual, and d.b.a. "Saba University School of Medicine";

- DAVID L. FREDRICK, an individual;

- MEDICAL UNIVERSITY OF THE AMERICAS, a St. Kitts & Nevis company;

MOTION FOR ALTERNATIVE SERVICE;
MOTION TO LIFT SEAL

1   •  EDUCATION INFORMATION CONSULTANTS, INC., a

2  Massachusetts corporation;

3   •  EDUCATIONAL INTERNATIONAL CONSULTANTS, LLC, a

4  Massachusetts limited liability company; and

5   •  PANKAJ DESAI, M.D., an individual,

6  all of which discovery results showed to be the true and operating identities of the

7  originally named Defendants, who remain subject to this suit.

8                                    **ARGUMENT**

9     **A. The purpose of the Seal Order has been served.**

10        The purpose of the Seal Order has been served, in that it was entered "pending

11  the identification and service of all proper Defendants to this case[.]"  (*See* Seal Order,

12  pp. 15-16.)  Plaintiff ST. MATTHEW's is satisfied that it has substantially identified those

13  persons and entities responsible for the fraud and other conduct alleged in its original and

14  First Amended Complaints.   Furthermore, Plaintiff has successfully located all such

15  named Defendants and has either effectuated service or is in the process of doing so.  As

16  such, the purpose of the Seal Order has been served, and it is therefore no longer

17  necessary.

18     **B.  The Seal Order frustrates Plaintiff's need to serve entity and evasive**

19  **Defendants by publication and alternative means.**

20        Furthermore, the present Seal Order provides a barrier to the Plaintiff's service of

21  certain Defendants by publication or alternative means.  Defendants Hough and Fredrick,

22  both agents of all named entity Defendants, are presently acting to evade effectuation of

23  service upon them in that capacity, although both have been served personally pursuant

24  to Massachusetts state law.   Those Defendants have refused to return Notices and

25  Acknowledgements of Service.   Counsel for Defendants Hough and Fredrick has

26  repeatedly refused to accept service of their behalf, though in active discussions with

27  Counsel for Plaintiff.   As such, Plaintiff must effectuate service upon such entity

28  Defendants by publication or alternative means as allowed by applicable State and

                                          **MOTION FOR ALTERNATIVE SERVICE;**
                                          **MOTION TO LIFT SEAL**

1   Federal rules and laws.  Such service is, however, prohibited by the non-disclosure

2   provisions of the present Seal Order.

3       **THEREFORE,** Plaintiff ST. MATTHEW's, as the initial movant for such seal order,

4   hereby petitions the Court to lift the Seal Order presently in force, and allow for full public

5   access to and disclosure of all case files, registers, and information, as reflected in the

6   proposed order filed herewith.

7

8   DATED: February 6, 2006.      **KRONENBERGER & ASSOCIATES**

9

10             By: _____

11                Karl S. Kronenberger
                   Terri R. Hanley

12                Attorneys for Plaintiff
                   ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

13

14  DATED: February 6, 2006.      **GREENBERG TRAURIG, LLP**

15

16             By: _____

17                Mark G. Tratos
                   F. Christopher Austin

18                Ronald D. Greer, Jr.
                   Designated Local Counsel for Plaintiff

19                ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

20

21

22

23

24

25

26

27

28

                    **MOTION FOR ALTERNATIVE SERVICE;**
                            **MOTION TO LIFT SEAL**

# FILED UNDER SEAL

1    **GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086)
2    F. Christopher Austin (Bar No. 6559)
Ronald D. Green, Jr. (Bar No. 7360)
3    3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada 89109
4    Tel: (702) 792-3773
Fax: (702) 792-9002
5

6    **KRONENBERGER & ASSOCIATES**
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
7    Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
220 Montgomery Street, Suite 1920
8    San Francisco, California 94104
Tel: (415) 955-1155
9    Fax: (415) 955-1158

Attorneys for Plaintiff
10

                 **UNITED STATES DISTRICT COURT**
11

                     **DISTRICT OF NEVADA**
12

13

14    **ST. MATTHEW'S UNIVERSITY**         Case No. CV-S-05-0848-BES
**(CAYMAN) LTD., a Cayman Islands**
15    **company,**

16            Plaintiff,        **DECLARATION OF KARL S.**
                             **KRONENBERGER IN SUPPORT OF**
17       vs.               **PLAINTIFF'S MOTION FOR:**
                             **(1) ALTERNATIVE SERVICE;**
18    **SABA UNIVERSITY SCHOOL OF**     **(2) LIFTING SEAL ORDER**
**MEDICINE FOUNDATION, a**
19    **Netherland-Antilles company, et al,**

20           Defendants.         **FILED UNDER SEAL**

21

22

23        I, Karl S. Kronenberger, counsel of record for Plaintiff St. Matthew's University

24   School of Medicine ("ST. MATTHEW'S") in the above-captioned action, do swear and

25   state the following:

26        1.     That Respondent Defendants are listed in documents filed with the

27   Secretary of State of Nevada as the officers of Defendant AAIMG, as shown in Exhibit G

28   to Plaintiff's First Amended Complaint ("FAC"), filed October 28, 2005.

                                      1                        **KRONENBERGER DECLARATION**

2.      That the addresses provided by each of Defendants MOORE, WEINSTEIN, and SILVER are that of AAIMG's registered agent for service, Val-U-Corp Services, Inc, of Carson City, Nevada ("VAL-U-CORP")(FAC, Exhibit G), which is also listed and advertised as the operating address of AAIMG.

3.      That an extensive independent investigation at great cost to Plaintiffs could not verify that MOORE, WEINSTEIN, or SILVER were present in the state of Nevada, or elsewhere in the territorial United States.

4.      That an extensive independent investigation was conducted to ascertain the full identities and locations of MOORE, WEINSTEIN, and SILVER , to no avail.

5.      That discovery has shown that MOORE, WEINSTEIN, and SILVER are actually the fabricated, or alternatively, the assumed identities of Defendants David L. Fredrick ("FREDRICK") and Patricia L. Hough, M.D. ("HOUGH"), owners and officers of Defendant Saba University School of Medicine Foundation ("SABA").

6.      That email, domain registration, and web hosting service accounts are held in, or administered under, the names of Defendants MOORE, WEINSTEIN, and SILVER.

7.      That official, sworn documents related to AAIMG have been filed with the State of Nevada listing the names of Defendants MOORE, WEINSTEIN, and SILVER, signed by SILVER.

8.      That credit card transactions have been completed under the name and by the signature of Defendant MOORE, including the payment of corporate fees to the State of Nevada through AAIMG's registered agent VAL-U-CORP.

9.      That Respondent Defendants have historically and routinely corresponded using the email addresses "execsecaaimg@hotmail.com", and "presaaimg@hotmail.com."

10.    That Plaintiff and various third parties have received and sent email correspondence from and to each of the Defendants MOORE, WEINSTEIN, and SILVER at the email addresses "execsecaaimg@hotmail.com", and "presaaimg@hotmail.com".

KRONENBERGER DECLARATION

1        11.    I have personally received emails from Defendants WEINSTEIN and

2    SILVER using the referenced email accounts respectively, which are attached to this

3    declaration at Exhibits A and B.

4        12.    At time of filing, though Notice and Acknowledgement of Service of

5    Summons for Defendants MOORE, WEINSTEIN and SILVER was sent to the VAL-U-

6    CORP address on January 25 2006, and delivered on January 26, 2006, and no

7    response has been received.

8        13.    Lastly, every effort has been made by Plaintiff to serve by other available

9    means. Michael P. Angelini of Bowditch & Dewey, LLP in Worcester, MA and opposing

10   local counsel Nathan Reinmiller of Alverson Taylor Mortensen & Sanders in Las Vegas,

11   Nevada, have stated to me that Angelini and Reinmiller represent only Defendants

12   HOUGH, FREDRICK, and AAIMG. Additionally, Angelini has refused to accept service

13   on behalf of any party related to this action.

14

15       I swear and affirm under penalty of perjury that the above information is true and

16   correct.

17   Dated: February 6, 2006.          **KARL S. KRONENBERGER**

18

19

20   Karl S. Kronenberger
     Attorney for Plaintiff

21   ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

22

23

24

25

26

27

28

3

KRONENBERGER DECLARATION

# Karl S. Kronenberger

**From:** Thomas Moore [aaimg@yahoo.com]
**Sent:** Wednesday, September 28, 2005 2:05 PM
**To:** karl@kronenbergerlaw.com
**Cc:** jthornton@smucayman.com
**Subject:** Case # CV-S-05-0848-RCJ-AAIMG

Dear Sir:

Please be informed that since the death of Dr. Moore there have been some delays in recovering mail sent to Nassau.  AAIMG has transferred all intellectual property to another entity and will no longer be located in Nevada.

Sincerely,
Rachael Silver

Yahoo! Mail - PC Magazine Editors' Choice 2005 http://mail.yahoo.com

1

## Karl S. Kronenberger

**From:** sarah weinstein [execsecaaimg@hotmail.com]
**Sent:** Wednesday, September 28, 2005 2:08 PM
**To:** info@kronenbergerlaw.com
**Subject:** AAIMG Litigation

Dear Mr. Kronenberger:

With the passing of Dr. Moore, AAIMG functions in Nevada have been dissolved and have been assumed by a new party.

Yours truly,

Sarah Weinstein

# FILED UNDER SEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086)
F. Christopher Austin (Bar No. 6559)
Ronald D. Green, Jr. (Bar No. 7360)
3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada  89109
Tel: (702) 792-3773
Fax: (702) 792-9002

**KRONENBERGER & ASSOCIATES**
Karl S. Kronenberger (CA Bar No. 226112) *(Pro Hac Vice)*
Terri R. Hanley (CA Bar No. 199811) *(Pro Hac Vice)*
220 Montgomery Street, Suite 1920
San Francisco, California 94104
Tel:  (415) 955-1155
Fax:  (415) 955-1158

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company,** | Case No. CV-S-05-0848-BES |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| **SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company, et al,** | <u>**FILED UNDER SEAL**</u> |
| Defendants. | |

**CERTIFICATE OF SERVICE**

1

# CERTIFICATE OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action.  My business address is 220 Montgomery Street, Suite 1920, San Francisco, California, 94104.

On February 6, 2006, I served the following document(s):

1. **PLAINTIFF'S MOTION FOR:  (1) ALTERNATIVE SERVICE; (2) LIFTING SEAL ORDER;  MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT;**

2. **DECLARATION OF KARL S. KRONENBERGER IN SUPPORT OF PLAINTIFF'S MOTION FOR:  (1) ALTERNATIVE SERVICE; (2) LIFTING SEAL ORDER;**

3. **[PROPOSED] ORDER TO LIFT SEAL**

4. **[PROPOSED] ORDER FOR ALTERNATIVE SERVICE**

on the parties listed below as follows

| | |
|---|---|
| **MICHAEL P. ANGELINI, ESQ** | **NATHAN REINMILLER, ESQ** |
| Bowditch & Dewey, LLP | Alverson Taylor Mortensen & Sanders |
| 311 Main Street | 7401 West Charleston Blvd |
| P.O. Box 15156 | Las Vegas, NV 89117 |
| Worcester, MA  01615-0156 | Fax:  (702) 385-7000 |
| Fax:  (508) 798-3537 | |

[   ]  BY FACSIMILE MACHINE (FAX), by personally transmitting a true copy thereof via an electronic facsimile machine to the fax number listed herein.

[ X ]  BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the US Postal Service the same day as it is placed for processing.

[   ]  BY PERSONAL SERVICE, by personally hand delivering a true copy thereof to the addresses listed herein at the location listed herein.

[   ]  BY OVERNIGHT DELIVERY containing a true copy thereof to the addresses listed herein at the location listed herein.

[   ]  BY EMAIL to the addresses listed above.

[   ]  (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ X ]  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Jonathan S. Tam

CERTIFICATE OF SERVICE

# FILED UNDER SEAL

1
**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086)
2
F. Christopher Austin (Bar No. 6559)
Ronald D. Green, Jr. (Bar No. 7360)
3
3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada  89109
4
Tel: (702) 792-3773
Fax: (702) 792-9002
5
**KRONENBERGER & ASSOCIATES**
6
Karl S. Kronenberger (CA Bar No. 226112) *(Pro Hac Vice)*
Terri R. Hanley (CA Bar No. 199811) *(Pro Hac Vice)*
7
220 Montgomery Street, Suite 1920
San Francisco, California 94104
8
Tel:  (415) 955-1155
Fax:  (415) 955-1158
9

Attorneys for Plaintiff
10

11

12
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
13

14

15
**ST. MATTHEW'S UNIVERSITY**
**(CAYMAN) LTD., a Cayman Islands**
16
**company,**

17
                    Plaintiff,

18
          vs.

19
**SABA UNIVERSITY SCHOOL OF**
**MEDICINE FOUNDATION, a**
20
**Netherland-Antilles company, et al,**

21
          Defendants.

22

23

24

25

26

27

28

Case No. CV-S-05-0848-BES

**AFFIDAVIT OF SERVICE OF**
**SUMMONS AND FIRST AMENDED**
**COMPLAINT ON DEFENDANT**
**ASSOCIATION OF AMERICAN**
**INTERNATIONAL MEDICAL**
**GRADUATES, INC.**

**FILED UNDER SEAL**

1

**AFFIDAVIT OF SERVICE**

02/06/2006  11:01    2065212875              ABC LEGAL SERVICES          PAGE  02/02
FEB-06-2006(MON) 10:10   RENO/CARSON MESSENGER SERVICE   (FAX)775 322 3408      P. 002/002

perlres                                                                Page 1 of 2

UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA

| | |
|---|---|
| **ST. MATTHEWS UNIVERSITY (CAYMAN) LTD.,**<br>**A CAYMAN ISLANDS COMPANY** | Hearing Date: |
| | CAUSE NO.<br>**CV-S-05-0848-RCJ** |
| Plaintiff/Petitioner | |
| vs.<br>**SABA UNIVERSITY SCHOOL OF MEDICINE**<br>**FOUNDATION, A NETHERLAND- ANTILLES**<br>**COMPANY; ET AL.,** | AFFIDAVIT OF SERVICE OF:<br>**SUMMONS; AMENDED COMPLAINT** |
| Defendant/Respondent | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **26th day of January, 2006, at 1:30 PM**, at the address of **1802 N CARSON Street #212, CARSON CITY**, Carson City County, NV ; this affiant served the above described documents upon **ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC A NEVADA CORPORATION**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **PHILLIP E. PATTON, MANAGER OF THE OFFICE OF VAL-U-SERVICES,INC., RESIDENT AGENT for Association of American International Medical Graduates, Inc.,.**

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of Nevada that the statement above is true and correct.


**WADE MORGAN**


SUBSCRIBED AND SWORN to before me this 6th day of February, 2006


NOTARY PUBLIC in and for the State of Nevada

ABC's Client Name                    ORIGINAL PROOF OF            ABC Tracking #: 3828181
**Kronenberger & Associates**              SERVICE

JOHNNO LAZETICH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-89542-2 - Expires January 28, 2008

# FILED UNDER SEAL

1   **GREENBERG TRAURIG LLP**
    Mark G. Tratos (Bar No. 1086)
2   F. Christopher Austin (Bar No. 6559)
    Ronald D. Green, Jr. (Bar No. 7360)
3   3773 Howard Hughes Parkway, Ste. 500 N
    Las Vegas, Nevada  89109
4   Tel: (702) 792-3773
    Fax: (702) 792-9002
5
    **KRONENBERGER & ASSOCIATES**
6   Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
    Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
7   220 Montgomery Street, Suite 1920
    San Francisco, California 94104
8   Tel:  (415) 955-1155
    Fax:  (415) 955-1158
9
    Attorneys for Plaintiff
10

11                  UNITED STATES DISTRICT COURT
12                      DISTRICT OF NEVADA
13

14

15   **ST. MATTHEW'S UNIVERSITY**            Case No. CV-S-05-0848-BES
     **(CAYMAN) LTD., a Cayman Islands**
16   **company,**

17             Plaintiff,                     **AFFIDAVIT OF SERVICE OF**
                                              **SUMMONS AND FIRST AMENDED**
18        vs.                                 **COMPLAINT ON DEFENDANT DAVID**
                                              **L. FREDRICK**
19   **SABA UNIVERSITY SCHOOL OF**
     **MEDICINE FOUNDATION, a**                   **FILED UNDER SEAL**
20   **Netherland-Antilles company, et al,**

21             Defendants.

22

23

24

25

26

27

28
                                  1                   **AFFIDAVIT OF SERVICE**

## PROOF OF SERVICE OF SUMMONS AND COMPLAINT

Case Number   Case No. CV-S-05-0848-RCJ(LRL)

I certify that I am authorized to serve the summons and complaint in the within action
pursuant to F.R.Civ.P. 4(c) and that I served the summons and complaint as follows:

Person served and details of service:

> David L. Fredrick
> 74 Edgell Road
> Gardner, Massachusetts 01440

> Date and time of service: _____

In the following manner:

### PERSONAL SERVICE

☐     PERSONAL SERVICE, by handing copies to the person served
(F.R.Civ.P.4(d)).

### SUBSTITUTED SERVICE

☐     UPON AN INDIVIDUAL OTHER THAN AN INFANT OR AN
INCOMPETENT PERSON. by delivering a copy of the summons and
complaint to him ~~personally or~~ by leaving copies thereof at his dwelling
house or usual place of abode, and mailing a copy via first class mail to
the same address, in a manner consistent with Massachusetts Rule of
Civil Procedure 4.4(1), pursuant to Fed. Rule of Civ. Proc. 4.

I declare under penalty of perjury that the foregoing document is true and correct.

Executed at _____, State of Massachusetts.

Dated: _____

By:

_____
Name:
Title:

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF WORCESTER                    AFFIDAVIT OF SERVICE

I, _____, being first duly sworn on oath deposes and

say: That I am a citizen of the United States over the age of 21 years: that I have no interest

whatsoever in the within entitled matter: that I am a regularly appointed Deputy Sheriff of

Worcester County, Massachusetts, and as such have the power to serve civil processes within the

said County.

Date: _____

_____
Nancy P. Bankowski
Notary Public
My Commission Expires: 10/22/10

# FILED UNDER SEAL

**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086)
F. Christopher Austin (Bar No. 6559)
Ronald D. Green, Jr. (Bar No. 7360)
3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada  89109
Tel: (702) 792-3773
Fax: (702) 792-9002

**KRONENBERGER & ASSOCIATES**
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
220 Montgomery Street, Suite 1920
San Francisco, California 94104
Tel:  (415) 955-1155
Fax:  (415) 955-1158

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company,**<br><br>Plaintiff,<br><br>vs.<br><br>**SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company, et al,**<br><br>Defendants. | Case No. CV-S-05-0848-BES<br><br>**AFFIDAVIT OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT ON DEFENDANT PATRICIA L. HOUGH, M.D.**<br><br>**FILED UNDER SEAL** |

1

**AFFIDAVIT OF SERVICE**

## PROOF OF SERVICE OF SUMMONS AND COMPLAINT

Case Number:  Case No. CV-S-05-0848-RCJ(LRL)

I certify that I am authorized to serve the summons and complaint in the within action pursuant to F.R.Civ.P. 4(c) and that I served the summons and complaint as follows:

Person served and details of service:

> Patricia L. Hough
> 74 Edgell Road
> Gardner, Massachusetts 01440

> Date and time of service:  _____

In the following manner:

### PERSONAL SERVICE

PERSONAL SERVICE, by handing copies to the person served (F.R.C v.P.4(d)).

### SUBSTITUTED SERVICE

UPON AN INDIVIDUAL OTHER THAN AN INFANT OR AN INCOMPETENT PERSON, by delivering a copy of the summons and complaint to him personally or by leaving copies thereof at his dwelling house or usual place of abode, and mailing a copy via first class mail to the same address, in a manner consistent with Massachusetts Rule of Civil Procedure 4.4(1), pursuant to Fed. Rule of Civ. Proc. 4.

I declare under penalty of perjury that the foregoing document is true and correct.

Executed at _____, State of Massachusetts.

Dated: _____

By:

_____
Name:
Title:

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF WORCESTER                    AFFIDAVIT OF SERVICE

I, _____, being first duly sworn on oath deposes and
say: That I am a citizen of the United States over the age of 21 years: that I have no interest
whatsoever in the within entitled matter, that I am a regularly appointed Deputy Sheriff of
Worcester County, Massachusetts, and as such have the power to serve civil processes within the
said County.

Date:

Nancy P. Bankowski
Notary Public
My Commission Expires: 10/22/10

# FILED UNDER SEAL

1   **GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086)
2   F. Christopher Austin (Bar No. 6559)
Ronald D. Green, Jr. (Bar No. 7360)
3   3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada  89109
4   Tel: (702) 792-3773
Fax: (702) 792-9002
5

6   **KRONENBERGER & ASSOCIATES**
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
7   220 Montgomery Street, Suite 1920
San Francisco, California 94104
8   Tel:  (415) 955-1155
Fax:  (415) 955-1158
9

Attorneys for Plaintiff

10

11               **UNITED STATES DISTRICT COURT**
                 **DISTRICT OF NEVADA**

12

13

14   **ST. MATTHEW'S UNIVERSITY**
      **(CAYMAN) LTD., a Cayman Islands**
15   **company,**

16             Plaintiff,

17       vs.

18   **SABA UNIVERSITY SCHOOL OF**
      **MEDICINE FOUNDATION, a**
19   **Netherland-Antilles company, *et al*,**

20           Defendants.

Case No. CV-S-05-0848-BES

**[PROPOSED]**

**ORDER TO LIFT SEAL**

**CONDITIONALLY UNDER SEAL**

21

22

23

24

25

26

27

28

                         1                [PROPOSED] ORDER TO LIFT SEAL

1    After consideration upon petition properly made by Plaintiff ST. MATTHEW'S

2    UNIVERSITY (CAYMAN) LTD. in the above-captioned case, and good cause having

3    been found therefore, IT IS HEREBY ORDERED:

4    The Court's "ORDER RE FILING UNDER SEAL," signed on July 15, 2005 and

5    entered on July 19, 2005, is hereby rescinded and the seal pursuant thereto lifted.

6

7    **IT IS SO ORDERED.**

8

9    DATED: _____

10   _____

11   UNITED STATES DISTRICT JUDGE

12

13

14

15

16   **SUBMITTED:**

17   Dated: February 3, 2006.          **KRONENBERGER & ASSOCIATES**

18

19                                      By: _____
                                            Karl S. Kronenberger
20                                          Terri R. Hanley
                                            Attorneys for Plaintiff
21                                          ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

22   Dated: February 3, 2006           **GREENBERG TRAURIG, LLP**

23

24

25                                      By: _____
                                            Mark G. Tratos
26                                          F. Christopher Austin
                                            Ronald D. Green, Jr.
27                                          Designated Local Counsel for Plaintiff
                                            ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

28

                        2                    [PROPOSED] ORDER TO LIFT SEAL

# FILED UNDER SEAL

1  **GREENBERG TRAURIG LLP**
   Mark G. Tratos (Bar No. 1086)
2  F. Christopher Austin (Bar No. 6559)
   Ronald D. Green, Jr. (Bar No. 7360)
3  3773 Howard Hughes Parkway, Ste. 500 N
   Las Vegas, Nevada  89109
4  Tel: (702) 792-3773
   Fax: (702) 792-9002
5
   **KRONENBERGER & ASSOCIATES**
6  Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
   Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
7  220 Montgomery Street, Suite 1920
   San Francisco, California 94104
8  Tel:  (415) 955-1155
   Fax:  (415) 955-1158
9
   Attorneys for Plaintiff
10

11                    UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
12

13

14  **ST. MATTHEW'S UNIVERSITY**            Case No. CV-S-05-0848-BES
    **(CAYMAN) LTD., a Cayman Islands**
15  **company,**

16              Plaintiff,                   **[PROPOSED]**

17         vs.                              **ORDER FOR ALTERNATIVE SERVICE**

18  **SABA UNIVERSITY SCHOOL OF**
    **MEDICINE FOUNDATION, a**              <u>**CONDITIONALLY UNDER SEAL**</u>
19  **Netherland-Antilles company, *et al*,**

20              Defendants.

21

22       After consideration upon motion properly made by Plaintiff ST. MATTHEW'S

23  UNIVERSITY (CAYMAN) LTD. ("ST. MATTHEW'S") in the above-captioned case, and

24  good cause having been found therefore, IT IS HEREBY ORDERED:

25       1.      Defendants in the present case Thomas Moore, M.D. a.k.a.

26  "presaaimg@hotmail.com" ("MOORE"), Sarah Weinstein a.k.a.

27  "execsecaaimg@hotmail.com" ("WEINSTEIN") and Rachael Silver ("SILVER") may be

28  served with notice of summons pursuant to the provisions of Nevada Rules of Civil

                                  1        [PROPOSED] ORDER FOR ALTERNATIVE
                                                         SERVICE

Procedure, Rule 4(e)(1), by publication in the Nevada Appeal of Carson City, Nevada for a period of four weeks, at least once a week during said time.  The service of summons shall be deemed complete at the expiration of four weeks from the first publication.

2.      Each of Defendants MOORE, WEINSTEIN and SILVER may be served by delivery of summons to Val-U-Corp Services, Inc. of Carson City, Nevada, as such agent and address was designated for each such Defendant in AAIMG's corporate documents filed with the State of Nevada.

3.      Each of Defendants MOORE, WEINSTEIN and SILVER may be served by email delivery of summons at both of the email addresses "presaaimg@hotmail.com" and "execsecaaimg@hotmail.com," each of those Defendants having been shown to use those addresses in communication concerning the present case.  Service of summons shall be deemed complete upon transmission with no error returned.

4.      Counsel for Defendant Association of American International Medical School Graduates, Inc. ("AAIMG") Nathan Reinmiller of Alverson, Taylor LLP in Las Vegas, Nevada shall serve as agent for service of process for Defendants MOORE, WEINSTEIN, and SILVER, stated officers of Defendant AAIMG.

The above allowances for service are collective and non-exclusive options.

**IT IS SO ORDERED.**

DATED: _____

_____
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER FOR ALTERNATIVE SERVICE**

1    SUBMITTED:

2    Dated:  February 3, 2006.          **KRONENBERGER & ASSOCIATES**

3

4                                       By: _____

5                                            Karl S. Kronenberger
                                             Terri R. Hanley
6                                            Attorneys for Plaintiff
                                             ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.
7

8

9    Dated:  February **6** . 2006.     **GREENBERG TRAURIG, LLP**

10

11                                      By: _____

12                                           Mark G. Tratos
                                             F. Christopher Austin
13                                           Ronald D. Green, Jr.
                                             Designated Local Counsel for Plaintiff
14                                           ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    3          [PROPOSED] ORDER FOR ALTERNATIVE
                                                                                SERVICE