ORIGINAL

# FILED UNDER SEAL

**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086)
F. Christopher Austin (Bar No. 6559)
Ronald D. Green Jr. (Bar No. 7360)
3773 Howard Hughes Parkway, Suite 500 North
Las Vegas, Nevada 89109
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

**KRONENBERGER & ASSOCIATES**
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
220 Montgomery Street, Suite 1920
San Francisco, California 94101
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company,<br><br>Plaintiff,<br><br>vs.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company, et al,<br><br>Defendants. | Case No. CV-S-05-0848-BES<br><br>**3 DAY NOTICE OF INTENT TO TAKE DEFAULT** |

TO: DAVID L. FREDRICK

PLEASE TAKE NOTICE that a First Amended Complaint in the above-entitled action was filed on the 28th day of October, 2005, was served on DAVID L. FREDRICK on the 30th day of December, 2005, and no responsive pleading has been filed to date on behalf of DAVID L. FREDRICK,

/ / /

/ / /

/ / /

/ / /

1.

3 DAY NOTICE OF INTENT TO TAKE DEFAULT

1  YOU ARE HEREBY notified that if a responsive pleading is not filed and served on
2  your behalf, within three (3) days from your receipt of this Notice, a Default will be taken
3  and a final Judgment of Default will be requested against you.

4
5  DATED: February 9, 2006.           GREENBERG TRAURIG, LLP
6                                     _____
7                                     Mark G. Tratos (Bar No. 1086)
                                       F. Christopher Austin (Bar No. 6559)
                                       Ronald D. Green Jr. (Bar No. 7360)
8
9                                     KRONENBERGER & ASSOCIATES
                                       Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
10                                     Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
11
12                                     Attorneys for Plaintiff
13                                     ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

2.

3 DAY NOTICE OF INTENT TO TAKE DEFAULT

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing 3 DAY NOTICE OF INTENT TO TAKE DEFAULT on:

> David L. Fredrick
> c/o Nathan R. Reinmiller
> ALVERSON, TAYLOR, MORTENSEN & SANDERS
> 7401 West Charleston Boulevard
> Las Vegas, Nevada  89117-1401
> Counsel for:  Defendants
> SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company, et al

by causing a full, true, and correct copy thereof to be sent by the following indicated method or methods, on the date set forth below:

- ☐ by mailing in a sealed, first-class postage-prepaid envelope, addressed to the last-known office address of the attorney, and deposited with the United States Postal Service at Las Vegas, Nevada.
- ☑ by hand delivery.
- ☐ by sending via overnight courier in a sealed envelope.
- ☐ by faxing to the attorney at the fax number that is the last-known fax number.
- ☐ by electronic mail to the last known e-mail address.

DATED: February 9, 2006.

*/s/ WDuCharme*
An employee of Greenberg Traurig, LLP

CERTIFICATE OF SERVICE