ORIGINAL

# FILED UNDER SEAL

1 | **GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086)
2 | F. Christopher Austin (Bar No. 6559)
Ronald D. Green Jr. (Bar No. 7360)
3 | 3773 Howard Hughes Parkway, Suite 500 North
Las Vegas, Nevada 89109
4 | Telephone: (702) 792-3773
Facsimile: (702) 792-9002

5 | **KRONENBERGER & ASSOCIATES**
6 | Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
7 | 220 Montgomery Street, Suite 1920
San Francisco, California  94101
8 | Telephone: (415) 955-1155
Facsimile: (415) 955-1158

9 |
Attorneys for Plaintiff

10 |

Greenberg Traurig LLP
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)

11 |

                    **UNITED STATES DISTRICT COURT**

                         **DISTRICT OF NEVADA**

13 | **ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company,**   Case No. CV-S-05-0848-BES

                                                                            **3 DAY NOTICE OF INTENT TO TAKE DEFAULT**

              Plaintiff,

16 |        vs.

17 | **SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company, et al,**

              Defendants.

20 | TO:  PATRICIA L. HOUGH, M.D.

21 |      PLEASE TAKE NOTICE that a First Amended Complaint in the above-entitled action

22 | was filed on the 28th day of October, 2005, was served on PATRICIA L. HOUGH, M.D. on

23 | the 30th day of December, 2005, and no responsive pleading has been filed to date on

24 | behalf of PATRICIA L. HOUGH, M.D.,

25 | / / /

26 | / / /

27 | / / /

28 | / / /

1.

3 DAY NOTICE OF INTENT TO TAKE DEFAULT

1    YOU ARE HEREBY notified that if a responsive pleading is not filed and served on

2    your behalf, within three (3) days from your receipt of this Notice, a Default will be taken

3    and a final Judgment of Default will be requested against you.

4

5    DATED:  February 9, 2006.                    GREENBERG TRAURIG, LLP

6

7                                                Mark G. Tratos (Bar No. 1086)
                                                 F. Christopher Austin (Bar No. 6559)
                                                 Ronald D. Green Jr. (Bar No. 7360)

8

9                                                KRONENBERGER & ASSOCIATES
                                                 Karl S. Kronenberger (CA Bar No. 226112) (*Pro
10                                               Hac Vice*)
                                                 Terri R. Hanley (CA Bar No. 199811) (*Pro Hac
11                                               Vice*)

12                                               Attorneys for Plaintiff
                                                 ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3 DAY NOTICE OF INTENT TO TAKE DEFAULT

Greenberg Traurig, LLP
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)

**CERTIFICATE OF SERVICE**

1

2       I hereby certify that I served the foregoing 3 DAY NOTICE OF INTENT TO TAKE

3   DEFAULT on:

4           Patricia L. Hough, M.D.
            c/o Nathan R. Reinmiller
5           ALVERSON, TAYLOR, MORTENSEN & SANDERS
            7401 West Charleston Boulevard
6           Las Vegas, Nevada  89117-1401
            Counsel for:  Defendants
7           SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-
            Antilles company, et al

8

9   by causing a full, true, and correct copy thereof to be sent by the following indicated

10  method or methods, on the date set forth below:

11      ☐   by mailing in a sealed, first-class postage-prepaid envelope, addressed to the
            last-known office address of the attorney, and deposited with the United
12          States Postal Service at Las Vegas, Nevada.

13      ☑   by hand delivery.

14      ☐   by sending via overnight courier in a sealed envelope.

15      ☐   by faxing to the attorney at the fax number that is the last-known fax number.

16      ☐   by electronic mail to the last known e-mail address.

17

18  DATED:  February 9, 2006.

19                                          _____
                                            An employee of Greenberg Traurig, LLP
20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

Greenberg Traurig, LLP
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)