# FILED UNDER SEAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company,

    Plaintiff(s),

vs.

SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company, et al.

    Defendant(s).

Case No. CV-S-05-0848-BES

## SUBSTITUTION OF ATTORNEY

St. Matthew's University (Cayman), Ltd. (Plaintiff) ~~(Defendant)~~ hereby substitutes
_____
(Name of Party)

Karl S. Kronenberger, of KRONENBERGER HANLEY, LLP
_____
(New Attorney)

(Address): 220 Montgomery Street, Suite 1920, San Francisco, CA 94104

(Telephone): 415-955-1155 _____, as attorney of record in place and

stead of: Karl S. Kronenberger, of KRONENBERGER & ASSOCIATES
_____
(Present Attorney)

DATED: 2-14-06

_____
(Signature of Party)

I consent to the above substitution.

DATED: 2/9/06

_____
(Signature of Present Attorney)

. . .

. . .

. . .

1

6/95

1  I am duly admitted to practice in this District.
2  Above substitution accepted.
3  DATED: __2/9/06_____     _____
                                  (Signature of New Attorney)
4
5  Please check one: [✔] RETAINED, or _____ APPOINTED BY THE COURT
6
7                              APPROVED:
8
9  DATED: _____
10                              UNITED STATES DISTRICT JUDGE

2