# FILED UNDER SEAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

2006 FEB 21  P 3: 46

ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company,

Plaintiff(s),

vs.

SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company, et al.

Defendant(s).

Case No. CV-S-05-0848-BES

## SUBSTITUTION OF ATTORNEY

St. Matthew's University (Cayman), Ltd. (Plaintiff) (Defendant) hereby substitutes
_____(Name of Party)_____

Terri R. Hanley, of KRONENBERGER HANLEY, LLP
_____(New Attorney)_____

(Address): 220 Montgomery Street, Suite 1920, San Francisco, CA 94104

(Telephone): 415-955-1155 _____, as attorney of record in place and

stead of: Terri R. Hanley, of KRONENBERGER & ASSOCIATES
_____(Present Attorney)_____

DATED: 2-14-06                    _____(Signature of Party)_____

I consent to the above substitution.

DATED: Feb. 14, 2006              _____(Signature of Present Attorney)_____

. . .

. . .

. . .

1

1  I am duly admitted to practice in this District.
2  Above substitution accepted.
3  DATED: FEB. 14, 2006          _____
                                          (Signature of New Attorney)

5  Please check one: [✔] RETAINED, or _____ APPOINTED BY THE COURT

7                                APPROVED:

9  DATED: _____
                                 UNITED STATES DISTRICT JUDGE