# FILED UNDER SEAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company,

Plaintiff(s),

vs.

SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company, et al.

Defendant(s).

Case No. CV-S-05-0848-BES

## SUBSTITUTION OF ATTORNEY

St. Matthew's University (Cayman), Ltd. (Plaintiff) ~~(Defendant)~~ hereby substitutes
(Name of Party)

Karl S. Kronenberger, of KRONENBERGER HANLEY, LLP
(New Attorney)

(Address): 220 Montgomery Street, Suite 1920, San Francisco, CA 94104

(Telephone): 415-955-1155 _____, as attorney of record in place and

stead of: Karl S. Kronenberger, of KRONENBERGER & ASSOCIATES
(Present Attorney)

DATED: 2-14-06         _____
                       (Signature of Party)

I consent to the above substitution.

DATED: 2/9/06          _____
                       (Signature of Present Attorney)

. . .

. . .

. . .

1

I am duly admitted to practice in this District.
Above substitution accepted.
DATED: 2/9/06

_____
(Signature of New Attorney)

Please check one: ✔ RETAINED, or ____ APPOINTED BY THE COURT

APPROVED:

DATED: 3-3-06

**UNITED STATES MAGISTRATE JUDGE**

2