# FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

2006 FEB 21 P 3: 46

ST. MATTHEW'S UNIVERSITY (CAYMAN)
LTD., a Cayman Islands company,

Plaintiff(s),

vs.

SABA UNIVERSITY SCHOOL OF
MEDICINE FOUNDATION, a
Netherland-Antilles company, et al.

Defendant(s).

Case No. CV-S-05-0848-BES

## SUBSTITUTION OF ATTORNEY

St. Matthew's University (Cayman), Ltd. (Plaintiff) (Defendant) hereby substitutes
_____(Name of Party)_____

Terri R. Hanley, of KRONENBERGER HANLEY, LLP
_____(New Attorney)_____

(Address): 220 Montgomery Street, Suite 1920, San Francisco, CA 94104

(Telephone): 415-955-1155 , as attorney of record in place and

stead of: Terri R. Hanley, of KRONENBERGER & ASSOCIATES
_____(Present Attorney)_____

DATED: 2-14-06

(Signature of Party)

I consent to the above substitution.

DATED: FEB. 14, 2006

(Signature of Present Attorney)

. . .
. . .
. . .

1

1 | I am duly admitted to practice in this District.
2 | Above substitution accepted.
3 | DATED: FEB. 14, 2006 _____
4 | (Signature of New Attorney)
5 |
6 | Please check one: ✔ RETAINED, or ____ APPOINTED BY THE COURT
7 |
8 | APPROVED:
9 | DATED: 3-3-06 _____
10 | **UNITED STATES MAGISTRATE JUDGE**

2

6/95