**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086)
F. Christopher Austin (Bar No. 6559)
Ronald D. Green, Jr. (Bar No. 7360)
3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada 89109
Tel: (702) 792-3773
Fax: (702) 792-9002

**KRONENBERGER & ASSOCIATES**
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
220 Montgomery Street, Suite 1920
San Francisco, California 94104
Tel: (415) 955-1155
Fax: (415) 955-1158

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.**, a Cayman Islands company, | Case No. CV-S-05-0848-BES |
| Plaintiff, | |
| vs. | **ORDER TO LIFT SEAL** |
| **SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION**, a Netherland-Antilles company, *et al*, | **CONDITIONALLY UNDER SEAL** |
| Defendants. | |

1  After consideration upon petition properly made by Plaintiff ST. MATTHEW'S
2  UNIVERSITY (CAYMAN) LTD. in the above-captioned case, and good cause having
3  been found therefore, IT IS HEREBY ORDERED:
4  The Court's "ORDER RE FILING UNDER SEAL," signed on July 15, 2005 and
5  entered on July 19, 2005, is hereby rescinded and the seal pursuant thereto lifted.

7  **IT IS SO ORDERED.**

9  DATED: March 3, 2006

10  _____
11  UNITED STATES MAGISTRATE JUDGE

15
16  **SUBMITTED:**

17  Dated: February 3, 2006.         **KRONENBERGER & ASSOCIATES**

19  By: _____
20  Karl S. Kronenberger
    Terri R. Hanley
    Attorneys for Plaintiff
21  ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

22
23  Dated: February 3, 2006.         **GREENBERG TRAURIG, LLP**

24
25  By: _____
    Mark G. Tratos
    F. Christopher Austin
26  Ronald D. Green, Jr.
    Designated Local Counsel for Plaintiff
27  ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

28