**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086)
F. Christopher Austin (Bar No. 6559)
Ronald D. Green, Jr. (Bar No. 7360)
3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada 89109
Tel: (702) 792-3773
Fax: (702) 792-9002

**KRONENBERGER & ASSOCIATES**
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
220 Montgomery Street, Suite 1920
San Francisco, California 94104
Tel: (415) 955-1155
Fax: (415) 955-1158

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company,<br><br>Plaintiff,<br><br>vs.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company, *et al*,<br><br>Defendants. | Case No. CV-S-05-0848-BES<br><br>**ORDER FOR ALTERNATIVE SERVICE**<br><br>**CONDITIONALLY UNDER SEAL** |

After consideration upon motion properly made by Plaintiff ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD. ("ST. MATTHEW'S") in the above-captioned case, and good cause having been found therefore, IT IS HEREBY ORDERED:

1. Defendants in the present case Thomas Moore, M.D. a.k.a. "presaaimg@hotmail.com" ("MOORE"), Sarah Weinstein a.k.a. "execsecaaimg@hotmail.com" ("WEINSTEIN") and Rachael Silver ("SILVER") may be served with notice of summons pursuant to the provisions of Nevada Rules of Civil

Procedure, Rule 4(e)(1), by publication in the Nevada Appeal of Carson City, Nevada for a period of four weeks, at least once a week during said time. The service of summons shall be deemed complete at the expiration of four weeks from the first publication.

2. Each of Defendants MOORE, WEINSTEIN and SILVER may be served by delivery of summons to Val-U-Corp Services, Inc. of Carson City, Nevada, as such agent and address was designated for each such Defendant in AAIMG's corporate documents filed with the State of Nevada.

3. Each of Defendants MOORE, WEINSTEIN and SILVER may be served by email delivery of summons at both of the email addresses "presaaimg@hotmail.com" and "execsecaaimg@hotmail.com," each of those Defendants having been shown to use those addresses in communication concerning the present case. Service of summons shall be deemed complete upon transmission with no error returned.

4. Counsel for Defendant Association of American International Medical School Graduates, Inc. ("AAIMG") Nathan Reinmiller of Alverson, Taylor LLP in Las Vegas, Nevada shall serve as agent for service of process for Defendants MOORE, WEINSTEIN, and SILVER, stated officers of Defendant AAIMG.

The above allowances for service are collective and non-exclusive options.

**IT IS SO ORDERED.**

DATED: March 3, 2006

_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED:

Dated: February 3, 2006.  **KRONENBERGER & ASSOCIATES**

By: _____
Karl S. Kronenberger
Terri R. Hanley
Attorneys for Plaintiff
ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

Dated: February 6, 2006.  **GREENBERG TRAURIG, LLP**

By: _____
Mark G. Tratos
F. Christopher Austin
Ronald D. Green, Jr.
Designated Local Counsel for Plaintiff
ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

3  [PROPOSED] ORDER FOR ALTERNATIVE SERVICE