1 **GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086) (*Local Counsel*)
2 F. Christopher Austin (Bar No. 6559) (*Local Counsel*)
Ronald D. Green, Jr. (Bar No. 7360) (*Local Counsel*)
3 3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada  89109
4 Tel: (702) 792-3773
Fax: (702) 792-9002
5
**KRONENBERGER HANLEY, LLP**
6 Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
7 220 Montgomery Street, Suite 1920
San Francisco, California 94104
8 Tel:  (415) 955-1155
Fax:   (415) 955-1158
9
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.**, a Cayman Islands company,<br><br>Plaintiff,<br><br>vs.<br><br>**SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION**, a Netherland-Antilles company, et al,<br><br>Defendants. | Case No. CV-S-05-0848-BES<br><br>**[PROPOSED]**<br><br>ORDER GRANTING ENLARGEMENT OF TIME IN WHICH TO SERVE FIRST AMENDED COMPLAINT AND SUMMONS PURSUANT TO RULE 4(M) |

1    [PROPOSED] ORDER FOR ENLARGEMENT
     OF TIME FOR SERVICE OF SUMMONS

1  After consideration upon motion brought by Plaintiff ST. MATTHEW'S
2  UNIVERSITY (CAYMAN) LTD. in the above-captioned case, and good cause having
3  been shown therefore, IT IS HEREBY ORDERED:
4  Plaintiff's motion is GRANTED; the time in which Plaintiff may serve its First
5  Amended Complaint and Summons is hereby extended to 90 days beyond the date of
6  this Order.
7  **IT IS SO ORDERED.**
8
9  DATED: _____, 2006.   By: _____
10                                  UNITED STATES DISTRICT JUDGE
11
12  Respectfully submitted:
13
14  DATED: March 20, 2006.   **KRONENBERGER HANLEY, LLP**
15
16  By: *[signature]*
     Karl S. Kronenberger
17   Terri R. Hanley
     Attorneys for Plaintiff
18   ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.
19  DATED: March 20, 2006.   **GREENBERG TRAURIG, LLP**
20
21  By: *[signature]*
     Mark G. Tratos
22   F. Christopher Austin
     Ronald D. Green, Jr.
23   Designated Local Counsel for Plaintiff
     ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.
24
25
26
27
28

KRONENBERGER HANLEY, LLP
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
www.KronenbergerLaw.com

# PROOF OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 220 Montgomery Street, Suite 1920, San Francisco, California, 94104.

On March 20, 2006, I served the following document(s):

1. **[PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME IN WHICH TO SERVE FIRST AMENDED COMPLAINT AND SUMMONS PURSUANT TO RULE 4(M)**

on the parties listed below as follows:

**NATHAN REINMILLER, ESQ**
Alverson Taylor Mortensen & Sanders
7401 West Charleston Blvd
Las Vegas, NV 89117
Fax: (702) 385-7000

☐ BY FACSIMILE MACHINE (FAX), by personally transmitting a true copy thereof via an electronic facsimile machine to the fax number listed herein.

☒ BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the US Postal Service the same day as it is placed for processing.

☐ BY PERSONAL SERVICE, by personally delivering a true copy thereof to the addresse(s) listed herein at the location listed herein.

☐ BY OVERNIGHT DELIVERY containing a true copy thereof to the addresse(s) listed herein at the location listed herein.

☐ BY EMAIL to the addresses listed above.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Jonathan S. Tam

PROOF OF SERVICE

1