**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086) (*Local Counsel*)
F. Christopher Austin (Bar No. 6559) (*Local Counsel*)
Ronald D. Green, Jr. (Bar No. 7360) (*Local Counsel*)
3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada  89109
Tel: (702) 792-3773
Fax: (702) 792-9002

**KRONENBERGER HANLEY, LLP**
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
220 Montgomery Street, Suite 1920
San Francisco, California 94104
Tel:  (415) 955-1155
Fax:   (415) 955-1158

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.,** a Cayman Islands company,<br><br>Plaintiff,<br><br>vs.<br><br>**SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION,** a Netherland-Antilles company, et al,<br><br>Defendants. | Case No. CV-S-05-0848-BES<br><br>**CERTIFICATE OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT ON DEFENDANT RACHAEL SILVER** |

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>March 16, 2006   at 1:40 pm |
| NAME OF SERVER *(PRINT)*<br>Kyle Barnum Blood | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☒  Other (specify):  Rachael E. Silver, by serving Nathan R. Reinmiller, Esq., Attorney of Record, at 7401 W. Charleston Blvd., Las Vegas, Nevada 89117, by leaving copies with Nathan R. Reinmiller, Esq.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 16, 2006
                  Date

Signature of Server

1118 Fremont St., Las Vegas, Nevada 89101
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**ORIGINAL**

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of     Nevada

ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a
Cayman Islands company,

                      V.

SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a
Netherland-Antilles company; MEDICAL UNIVERSITY OF THE AMERICAS,
a St. Kitts & Nevis company; EDUCATION INFORMATION
CONSULTANTS, INC., a Massachusetts corporation; EDUCATIONAL
INTERNATIONAL CONSULTANTS, LLC, a Massachusetts limited liability
company; PATRICIA L. HOUGH, M.D. an individual, and d.b.a. "Saba
University School of Medicine"; DAVID L. FREDRICK, an individual; PANKAJ
DESAI, M.D., an individual; ASSOCIATION OF AMERICAN
INTERNATIONAL MEDICAL GRADUATES, INC., a Nevada corporation,
a.k.a. "aaimg@yahoo.com"; THOMAS MOORE, M.D. a.k.a.
"presaaimg@hotmail.com" and "crocdoc2004@netzero.net," an individual;
SARAH B. WEINSTEIN a.k.a. "execsecaaimg@hotmail.com," an individual;
RACHAEL E. SILVER, an individual; and DIEDRE MOORE, an individual,

### AMENDED
### SUMMONS IN A CIVIL ACTION

CASE NUMBER:    CV-S-05-0848-RCJ(LRL)

TO: (Name and address of Defendant)

Rachael E. Silver
1802 North Carson Street
Suite 212-2161
Carson City, Nevada 89701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kronenberger & Associates
220 Montgomery Street
Suite 1920
San Francisco, CA 94104

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LANCE WILSON
CLERK



(By) DEPUTY CLERK

OCT 28 2005
DATE