1 | **GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086) (*Local Counsel*)
2 | F. Christopher Austin (Bar No. 6559) (*Local Counsel*)
Ronald D. Green, Jr. (Bar No. 7360) (*Local Counsel*)
3 | 3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada  89109
4 | Tel: (702) 792-3773
Fax: (702) 792-9002
5
**KRONENBERGER & ASSOCIATES**
6 | Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
7 | 220 Montgomery Street, Suite 1920
San Francisco, California 94104
8 | Tel:  (415) 955-1155
Fax:  (415) 955-1158
9

10 | Attorneys for Plaintiff

11 | UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
12

13

14 | **ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.**, a Cayman Islands company,
15 |
16 | Plaintiff, | Case No. CV-S-05-0848-BES-LRL
17 | vs.
18 | | STIPULATION AND PROPOSED ORDER EXTENDING TIME TO SCHEDULE RULE 26(f) CONFERENCE
19 | **ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC.**, a Nevada corporation; **THOMAS MOORE, M.D.** a.k.a. "presaaimg@hotmail.com," an individual; **SARAH B. WEINSTEIN** a.k.a. "execsecaaimg@hotmail.com," an individual; and **RACHAEL E. SILVER**, an individual,
20 |
21 |
22 |
23 | Defendants.
24
25
26
27
28

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between parties, by and through their respective counsel of record, to an extension of time to hold the conference required by Fed. R. Civ. P. 26(f) to a date no later than April 28, 2006 to allow parties additional time to attempt to negotiate a resolution of all outstanding issues in this matter. The parties additionally stipulate and agree that they shall submit a Stipulated Discovery Plan and Scheduling Order with this Court on or before May 12, 2006 pursuant to LR 26-1(d).

DATED: March 23, 2006.

**Alverson Taylor Mortensen & Sanders**

By: ______________________________

Nathan Reinmiller, Esq.
7401 West Charleston Blvd.
Las Vegas, Nevada 89117
Fax: (702) 385-7000

DATED: March 22, 2006.

**GREENBERG TRAURIG, LLP**

By: ______________________________

Mark G. Tratos
F. Christopher Austin
Ronald D. Green, Jr.
Designated Local Counsel for Plaintiff
ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

**KRONENBERGER & ASSOCIATES**
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice)*
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice)*
220 Montgomery Street, Suite 1920
San Francisco, California 94104
Tel: (415) 955-1155
Fax: (415) 955-1158

## ORDER

IT IS SO ORDERED.

DATED: March_____, 2006.

_____
**Honorable Lawrence R. Leavitt**
**Magistrate Judge**