**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086) (*Local Counsel*)
F. Christopher Austin (Bar No. 6559) (*Local Counsel*)
Ronald D. Green, Jr. (Bar No. 7360) (*Local Counsel*)
3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada 89109
Tel: (702) 792-3773
Fax: (702) 792-9002

**KRONENBERGER & ASSOCIATES**
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
220 Montgomery Street, Suite 1920
San Francisco, California 94104
Tel: (415) 955-1155
Fax: (415) 955-1158

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company,<br><br>Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC., a Nevada corporation; THOMAS MOORE, M.D. a.k.a. "presaaimg@hotmail.com," an individual; SARAH B. WEINSTEIN a.k.a. "execsecaaimg@hotmail.com," an individual; and RACHAEL E. SILVER, an individual,<br><br>Defendants. | Case No. CV-S-05-0848-BES-LRL<br><br>STIPULATION AND PROPOSED ORDER EXTENDING TIME TO SCHEDULE RULE 26(f) CONFERENCE |

1

**STIPULATION**

1  IT IS HEREBY STIPULATED AND AGREED between parties, by and
2 through their respective counsel of record, to an extension of time to hold the conference
3 required by Fed. R. Civ. P. 26(f) to a date no later than April 28, 2006 to allow parties
4 additional time to attempt to negotiate a resolution of all outstanding issues in this matter.
5 The parties additionally stipulate and agree that they shall submit a Stipulated Discovery
6 Plan and Scheduling Order with this Court on or before May 12, 2006 pursuant to LR 26-
7 1(d).

DATED: March 23, 2006.  **Alverson Taylor Mortensen & Sanders**

By: _____
Nathan Reinmiller, Esq.
7401 West Charleston Blvd.
Las Vegas, Nevada 89117
Fax: (702) 385-7000

DATED: March 22, 2006.  **GREENBERG TRAURIG, LLP**

By: _____
Mark G. Tratos
F. Christopher Austin
Ronald D. Green, Jr.
Designated Local Counsel for Plaintiff
ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

**KRONENBERGER & ASSOCIATES**
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
220 Montgomery Street, Suite 1920
San Francisco, California 94104
Tel: (415) 955-1155
Fax: (415) 955-1158

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____3-24-06_____

2  **STIPULATION**

## ORDER

IT IS SO ORDERED.

DATED: March_____, 2006.

_____
**Honorable Lawrence R. Leavitt**
**Magistrate Judge**

**STIPULATION**