1

**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086) (*Local Counsel*)
2   F. Christopher Austin (Bar No. 6559) (*Local Counsel*)
Ronald D. Green, Jr. (Bar No. 7360) (*Local Counsel*)
3   3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada  89109
4   Tel: (702) 792-3773
Fax: (702) 792-9002

5

**KRONENBERGER HANLEY, LLP**
6   Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
7   220 Montgomery Street, Suite 1920
San Francisco, California 94104
8   Tel:  (415) 955-1155
Fax:   (415) 955-1158

9

Attorneys for Plaintiff

10

11

**UNITED STATES DISTRICT COURT**
12                             **DISTRICT OF NEVADA**

13

14

15   **ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.,** a Cayman Islands       Case No. CV-S-05-0848-BES
16   company,

17              Plaintiff,           **CERTIFICATE OF SERVICE OF SUMMONS AND FIRST AMENDED**
18        vs.                  **COMPLAINT ON DEFENDANT PANKAJ DESAI, M.D.**
19   **SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION,** a Netherland-
20   Antilles company, et al,

21             Defendants.

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

KRONENBERGER HANLEY, LLP
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
www.KronenbergerLaw.com

UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA

| | |
|---|---|
| **ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.,**<br>a Cayman Islands company,<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>**SABA UNIVERSITY SCHOOL OF MEDICINE<br>FOUNDATION, a Netherland-Antilles**<br>company, et al.,<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO.<br>**CV-S-05-0848-RCJ-LRL**<br><br>AFFIDAVIT OF SERVICE OF:<br>**AMENDED SUMMONS; AMENDED COMPLAINT; ORDER<br>TO LIFT SEAL**<br><br>Served in Accordance with: FRCP (e)(1)<br>N.R.Civ.Proc.4(d)(6), Maryland R. Civ. Proc.<br>Cir. Ct. 2-121, 2-124(a) |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **16th day of March, 2006, at 2:02 PM**, at the address of **23 Crossroads Drive , Owings Mills, Baltimore County, MD** ; this affiant served the above described documents upon **PANKAJ DESAI**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Dr. PAKAJ DESAI, A/M, glasses, 5"9, 150lbs. mustache**, a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of **Nevada** that the statement above is true and correct.

_____
**Tion Brooks**


SUBSCRIBED AND SWORN to before me this 16th day of March, 2006

_____
NOTARY PUBLIC in and for the State of **Maryland**

| | | |
|---|---|---|
| ABC's Client Name<br>**Kronenberger & Associates** | ORIGINAL PROOF OF<br>SERVICE | ABC Tracking #: 3852495 |

My Comm. Exps 11 25, 2007