**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086) (*Local Counsel*)
F. Christopher Austin (Bar No. 6559) (*Local Counsel*)
Ronald D. Green, Jr. (Bar No. 7360) (*Local Counsel*)
3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada  89109
Tel: (702) 792-3773
Fax: (702) 792-9002

**KRONENBERGER HANLEY, LLP**
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
220 Montgomery Street, Suite 1920
San Francisco, California 94104
Tel:  (415) 955-1155
Fax:   (415) 955-1158

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.,** a Cayman Islands company,<br><br>Plaintiff,<br><br>vs.<br><br>**SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION,** a Netherland-Antilles company, et al,<br><br>Defendants. | Case No. CV-S-05-0848-BES<br><br>**CERTIFICATE OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT ON DEFENDANT SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION** |

UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA

| | |
|---|---|
| ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., A CAYMAN ISLANDS COMPANY, <br><br> Plaintiff/Petitioner <br><br> vs. <br><br> SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, A NETHERLANDS-ANTILLES COMPANY; ET AL., <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO. <br> CV-S-05-0848-RCJ-LRL <br><br> AFFIDAVIT OF SERVICE OF: <br> ORDER TO LIFT SEAL; SUMMONS AND AMENDED COMPLAINT, DEMAND FOR JURY TRIAL; EXHIBITS ATTACHED <br><br> Served under FRCP (h)(1), Nev.R.Stat.14.020, Nev.R.Civ.Proc.4(d)(2), Md.R.Civ.Proc.Cir.Ct. 2-121, 2-214(c) |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **16th day of March, 2006, at 2:02 PM**, at the address of **Crossroads Drive Suite 325, Owings Mills, MD** ; this affiant served the above described documents upon **SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Dr. PAKAJ DESAI, A/M, glasses, 5"9, 150lbs. mustache**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of **Nevada** that the statement above is true and correct.

_____
**Tion Brooks**

SUBSCRIBED AND SWORN to before me this 16th day of March, 2006

_____
NOTARY PUBLIC in and for the State of **Maryland**

| | | |
|---|---|---|
| ABC's Client Name <br> **Kronenberger & Associates** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: 3827321 |

My Comm. Exps 11/25/2007