# EXHIBIT A

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ST. MATTHEW'S UNIVERSITY ) <br> (CAYMAN) LTD., a Cayman Islands company, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SABA UNIVERSITY SCHOOL OF ) <br> MEDICINE FOUNDATION, a Netherland- ) <br> Antilles company; MEDICAL UNIVERSITY ) <br> OF THE AMERICAS, a St. Kitts & Nevis ) <br> company; EDUCATION INFORMATION ) <br> CONSULTANTS, INC., a Massachusetts ) <br> corporation; EDUCATIONAL INTERNATIONAL ) <br> CONSULTANTS, LLC, a Massachusetts ) <br> limited liability company; PATRICIA L. HOUGH, ) <br> M.D. an individual, and d.b.a. "Saba University ) <br> School of Medicine"; DAVID L. FREDRICK, an ) <br> individual; PANKAJ DESAI, M.D., an individual; ) <br> ASSOCIATION OF AMERICAN ) <br> INTERNATIONAL MEDICAL GRADUATES, ) <br> INC., a Nevada corporation, a.k.a. ) <br> "aaimg@yahoo.com"; THOMAS MOORE, M.D. ) <br> a.k.a. "presaaimg@hotmail.com" and ) <br> "crocdoc2004@netzero.net," an individual; ) <br> SARAH B. WEINSTEIN a.k.a. ) <br> "execsecaaimg@hotmail.com," an individual; ) <br> RACHAEL E. SILVER, an individual; and ) <br> DIEDRE MOORE, an individual, ) <br> ) <br> Defendants. ) | Case No.: CV-S-05-0848-RCJ(LRL) |

## AFFIDAVIT OF DAVID L. FREDRICK IN SUPPORT OF MOTION TO DISMISS BY SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION

I, David L. Fredrick, being sworn under oath depose and state as follows:

1. I have reviewed the Amended Complaint in this matter in which SABA University School of Medicine Foundation (hereafter "SABA University") is named as a defendant.

2. My primary residence is in Sarasota County, Florida, as alleged in the Amended Complaint.

3. I reiterate and incorporate herein my affidavit of March 10, 2006, and submit this affidavit without in any way waiving my pending Motion to Dismiss the Amended Complaint for lack of personal jurisdiction.

4. I am President of SABA University which is a Netherland-Antilles Company and which conducts its affairs in the Netherland-Antilles.

5. Defendant Pankaj Desai, M.D. is a Trustee of SABA University. He is not an officer or employee of SABA University and is not authorized to accept service of process on its behalf.

6. Neither I nor SABA University have ever engaged in business with or solicited business from anyone in the State of Nevada.

7. Neither I nor SABA University had any involvement in the incorporation of defendant American International Medical Graduates, Inc. ("AAIMG"). Neither I nor SABA University have ever had any involvement in the activities of AAIMG or exercised any authority over AAIMG.

8. SABA University has not participated in, conspired to commit, authorized, aided, abetted, furnished the means to perform, advised or encouraged any of the activities which the Amended Complaint alleges were performed by the other defendants in this matter in connection

2

with the formation of AAIMG or in connection with statements made and actions allegedly taken by them and/or AAIMG with respect to St. Matthew's University (CAYMAN) LTD.

9. I categorically deny any acts of wrongdoing on the part of SABA University directed towards St. Matthew's University. I also categorically reaffirm my denial of any acts of wrongdoing directed towards St. Matthew's University.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 6$^{R}$ DAY OF April, 2006.

DAVID L. FREDRICK

## THE COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

On this **7th** day of **APRIL** 2006, before me, the undersigned notary public, personally appeared **DAVID FREDRICK** proved to me through satisfactory evidence of identification, which was ☐ photographic identification with signature issued by a federal or state governmental agency, ☐ oath or affirmation of a credible witness, ☒ personal knowledge of the undersigned, to be the person whose name is signed on the preceding or attached document(s), and acknowledged to me that (he/she) signed it voluntarily for its stated purpose. ~~(as attorney in fact for_____.)~~

*(official seal)*

_____
Notary Public

My commission expires:
**MICHAEL P. ANGELINI
NOTARY PUBLIC
MY COMMISSION EXPIRES: DECEMBER 17, 2010**

4

{Client Files\LIT\305173\0001\00685782.DOC;1}

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company, | ) ) ) | Case No.: CV-S-05-0848-RCJ(LRL) |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company; MEDICAL UNIVERSITY OF THE AMERICAS, a St. Kitts & Nevis company; EDUCATION INFORMATION CONSULTANTS, INC., a Massachusetts corporation; EDUCATIONAL INTERNATIONAL CONSULTANTS, LLC, a Massachusetts limited liability company; PATRICIA L. HOUGH, M.D. an individual, and d.b.a. "Saba University School of Medicine"; DAVID L. FREDRICK, an individual; PANKAJ DESAI, M.D., an individual; ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC., a Nevada corporation, a.k.a. "aaimg@yahoo.com"; THOMAS MOORE, M.D. a.k.a. "presaaimg@hotmail.com" and "crocdoc2004@netzero.net," an individual; SARAH B. WEINSTEIN a.k.a. "execsecaaimg@hotmail.com," an individual; RACHAEL E. SILVER, an individual; and DIEDRE MOORE, an individual, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## AFFIDAVIT OF VINCENT F. O'ROURKE, JR.

I, Vincent F. O'Rourke, Jr., being sworn under oath depose and state as follows:

1.   I am an attorney licensed to practice in the Commonwealth of Massachusetts.

2.   I represent the defendant SABA University School of Medicine Foundation in this matter.

3.  Attached hereto as Exhibit A are true and accurate copies of pages which appeared on the website of plaintiff, St. Matthew's University on March 10, 2006.

4.  This attachment describes the Concurrent Degree Program maintained between St. Joseph's College of Maine and St. Matthew's University.

5.  The fourth page of the attachment advises "You complete fourth and fifth semesters of your St. Matthew's MD program in Maine, a state known for its hospitality, recreation and breathtaking beauty during all four seasons. And you can easily have your family living with you while completing your coursework in Maine."

Signed under the pains and penalties of perjury this 7th day of April, 2006.

_____
Vincent F. O'Rourke, Jr.

## COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

On this 7th day of April 2006, before me, the undersigned notary public, personally appeared Vincent F. O'Rourke, Jr., proved to me through satisfactory evidence of identification, which was ☐ photographic identification with signature issued by a federal or state governmental agency, ☐ oath or affirmation of a credible witness, ☒ personal knowledge of the undersigned, to be the person whose name is signed on the preceding or attached document(s), and acknowledged to me that he signed it voluntarily for its stated purpose.

_____ (official seal)
Notary Public
My commission expires



NICOLE ERIN VALENTE
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES 

{Client Files\LIT\305173\0001\00685937.DOC;1}