

## Program requirements

- To earn the Master in Health Services Administration, you must satisfactorily complete 42 graduate credits, with an overall Grade Point Average of 3.0 or higher. These credits consist of a core curriculum of six courses, five courses in the Practice Management specialty, two elective courses, and the concluding Capstone coursework that serves as the final integrative study.

- In order to complete this graduate program concurrently as you earn your Doctor of Medicine degree, you will need to begin your first semester of medical school and the MHSA program at the same time (see note below). Thereafter you must complete two MHSA courses each semester along with your pre-clinical science courses at St. Matthew's University. At the end of the fifth semester, you have four remaining MHSA courses that are completed either as distance education courses or by attending courses in Maine during the annual Summer Program.

Note: Although it is possible to begin the MHSA program after your first semester, you must enroll no later than your third semester. Starting later than the first semester, however, means additional MHSA courses via distance education, once the MD is completed.

## Getting started is easy.

### An affordable investment
- Compared to most graduate administration programs, the cost of the MHSA from Saint Joseph's College is extremely affordable. If you qualify, you may receive federal financial aid, and defer any current student loans while you are completing this program. For more information about financial aid, contact the Office of Financial Aid at Saint Joseph's College at 800-752-1266.

- If you are applying for financial aid, special guidelines must be followed and you must also complete all required forms. These can be accessed on our Web site at www.sjcme.edu/smu (click on Financial Aid).

### Admissions Requirements and Process
- To be eligible for admission into the Master in Health Services Administration, you must have completed a Bachelor's degree from an accredited institution (or have accumulated at least 90 undergraduate credits) and be accepted as a medical student at St. Matthew's University. (When using 90+ credits, you will be unable to receive you MHSA degree until you have earned your MD degree from St. Matthew's.)

- An application is available from our Web site at www.sjcme.edu/smu (click on Apply).



- Once you have been accepted into the program, the International Program Coordinator will enroll you in your courses, assist you in obtaining necessary texts and materials for your coursework, and help arrange housing when you come to Maine. A meal plan through Saint Joseph's College also is available.

- Applicants born outside the USA in non-English speaking countries must submit a Test of English as a Foreign Language (TOEFL), unless graduated from an English-speaking school at the secondary level. Graduate-level students must have a score of 550 or better.

If you need assistance or have any additional questions, please call us at 800-752-5668 or 207-893-7829. You can also e-mail us at smu@sjcme.edu.

Saint Joseph's College admits students without regard to race, color, religion, national or ethnic origin, gender, age, or disability to all the rights, privileges, programs and activities generally accorded or made available to students at the College. The College does not discriminate on the basis of race, color, religion, national or ethnic origin, gender, age, or disability in administration of its educational policies, admission policies, scholarship and loan programs, and athletic and other school administered programs. Saint Joseph's College is also authorized under Federal Law to enroll nonimmigrant alien students.

7

## American Safe Way

You can apply for admission and be accepted into the Master in Health Services Administration program in either the spring, summer or fall semesters, up to your third semester as a St. Matthew's medical student. It is strongly recommended that you begin the program in your first semester, as the schedule below depicts. During the summer, you are eligible to complete courses in Maine during the annual Summer Program in June and July.

| Session | Location | Course / Activity | Credits |
|---|---|---|---|
| 1st Semester | Grand Cayman | Core Curriculum | 6 |
| 2nd Semester | Grand Cayman | Core Curriculum | 6 |
| 3rd Semester | Grand Cayman | Core Curriculum | 6 |
| 4th Semester | Maine | Practice Management Specialty | 6 |
| 5th Semester | Maine | Practice Management Specialty | 6 |
| Subsequent Semesters | Varies | Practice Management Specialty & Electives | 12 |
| **Total** | | | **42** |

Saint Joseph's College of Maine is accredited by the New England Association of Schools & Colleges (www.neasc.org).

Affiliations & Memberships
- American College of Health Care Administrators
- National Association of Boards of Examiners of Long-Term Care Administrators
- Association for Continuing Higher Education
- The Council of Independent Colleges
- Maine Higher Education Council
- Maine State Department of Education
- The National Association of Independent Colleges and Universities



"The atmosphere of the campus is ideal for learning. It is a very peaceful and serene place to study. At Saint Joseph's College the faculty and staff are first-class. I would definitely recommend the program to colleagues of mine.

I believe this program will have a positive impact on my career progression. I will have more employment opportunities in administrative and managerial positions than I would have been able to obtain with the MD only."

*Sharon Jamie, MD/MHSA student*

"I love having a better understanding of how hospital management works and how to deal with the inevitable problems that come up.

I studied virtually every chance I got in the library, and the librarian was always so enthusiastic and helpful. I loved going for runs to the bridge and sticking my feet into the lake. The sunsets over Sebago Lake are amazing."

*Clay Johnson, MHSA '02*

"Saint Joseph's has been a perfect fit for my professional and family life. The curriculum was challenging ... interactive with current topics. Now my family and I are celebrating my recent graduation, as well as my latest promotion."

*Tedd Alan Comerford, MHSA '01*

"Thank you for your teaching and guidance throughout this course. The material is very applicable and helps to gain a better overview of health care in general."

*Maureen Green, MHSA student*





A Unique Program for Students of
St. Matthew's University School of Medicine

Saint Joseph's College of Maine
Master in Health Services Administration