**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ST. MATHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands co., <br><br> Plaintiff, <br><br> v. <br><br> SABA UNIVERISTY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles co., *et al.*, <br><br> Defendants. | 2:05-cv-00848-BES-LRL <br><br> **ORDER** |

    Before the court is plaintiff's Notice of Motion and Motion for Enlargement of Time in Which to Serve First Amended Complaint and Summons Pursuant to Rule 4(m) (# 31).

    Fed. R. Civ. P. 4(m) provides that if a plaintiff shows good cause for failure to serve a defendant within the time period allotted, the court must extend the time of service. Plaintiff requests an extension of time in which to serve defendants Medical University of the Americas, Education Information Consultants, Inc., and Educational International Consultants, LLC. In attempting to effect service plaintiff has hired multiple teams of private investigators and process servers, and has attempted to serve defendants in multiple cities. The court therefore finds that plaintiff has shown good cause to extend the time for service.

    Accordingly and for good cause shown,

    IT IS ORDERED that plaintiff's Notice of Motion and Motion for Enlargement of Time in Which to Serve First Amended Complaint and Summons Pursuant to Rule 4(m) (# 31) is GRANTED.

. . .

. . .

1   IT IS FURTHER ORDERED that plaintiffs shall have until July 10, 2006 to effect service of
2 process of their First Amended Complaint and Summons upon the remaining defendants.
3   DATED this 11th day of April, 2006.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**