UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

St. Matthew's Unversity (Cayman), LTD., a
Cayman Islands company,

    Plaintiff,

vs.

SABA University School of Medicine
Foundation, et al.

    Defendant(s).

Case # CV-S-05-0848-RCJ(LRL)

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

Michael P. Angelini, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at 16 Military Road .
                                        (street address)

Worcester, Worcester
(city)          (county)

Massachusetts, 01609, (508) 795-1120
(state)    (zip code)   (area code + telephone number)

CAUTION:  DO NOT REVISE OR RETYPE THIS FORM

2. That Petitioner is an attorney at law and a member of the law firm of Bowditch & Dewey, LLP with offices at 311 Main Street (street address), Worcester (city), 01608 (zip code), (508) 926-3400 (area code + telephone number).

3. That Petitioner has been retained personally or as a member of the law firm by David L. Fredrick and Patricia L. Hough [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since November 19, 1968 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Massachusetts (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| | Date Admitted |
|---|---|
| Commonwealth of Massachusetts | November 19, 1968 |
| United States District Court for the District of MA | May 11, 1977 |
| United States Court of Appeals for the First Circuit | April 30, 2000 |

2

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

There have never been any proceedings instituted against Petitioner.

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of ever denied admission):

The Petitioner has never been denied admission to the State Bar of Nevada.

8. That Petitioner is a member of good standing in the following Bar Associations:

Massachusetts Bar Association

Worcester County Bar Association

American Bar Association

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| No applications | | | |
| have been filed by | | | |
| Petitioner or | | | |
| Petitioner's firm in the | | | |
| past three years. | | | |

(If necessary, please attach a statement of additional applications)

3

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF  Massachusetts          )
                                 )
COUNTY OF Worcester              )

__Michael P. Angelini__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this

1st  day of  March  , 2006 .

_____
Notary public or Clerk of Court

Kerrie L. Smith, My Commission Expires January 18, 2013

APPROVED:

Dated: this  1st  day of  March , 2006.

**KERRIE L. SMITH**
**NOTARY PUBLIC**
**COMMONWEALTH OF MASSACHUSETTS**
**MY COMMISSION EXPIRES JANUARY 18, 2013**

_____
UNITED STATES DISTRICT JUDGE

4

Rev 06/04