1

2

3

4

5

6
## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

7

St. Matthew's Unversity (Cayman), LTD., a
8  Cayman Islands company,                    )   Case #  CV-S-05-0848-RCJ(LRL)
                                              )
9              Plaintiff,                      )
                                              )   VERIFIED PETITION FOR
10      vs.                                    )   PERMISSION TO PRACTICE
                                              )   IN THIS CASE ONLY BY
11  SABA University School of Medicine         )   ATTORNEY NOT ADMITTED
    Foundation, et al.                         )   TO THE BAR OF THIS COURT
12                                             )
              Defendant(s).                    )   EFFECTIVE JUNE 1, 2004
13  _____)   FILING FEE IS $175.00

14

15      Vincent F. O'Rourke, Jr.            , Petitioner, respectfully represents to the Court:

16

17      1.    That Petitioner resides at 50 Timber Lane                          .
                                          (street address)
18
    Holden                    ,  Worcester                                      .
19     (city)                      (county)

20  Massachusetts          ,  01520    ,  (508) 853-8575                         .
       (state)                (zip code)     (area code + telephone number)
21

22

23

24

25  CAUTION:  DO NOT REVISE OR RETYPE THIS FORM

26

27

28

2.    That Petitioner is an attorney at law and a member of the law firm of _____

Bowditch & Dewey, LLP _____ with offices at

311 Main Street _____,
                        (street address)

Worcester _____, 01608 ____, (508) 926-3424 _____.
   (city)                    (zip code)      (area code + telephone number)

3.    That Petitioner has been retained personally or as a member of the law firm by

David L. Fredrick and Patricia L. Hough _____ to provide legal representation in connection with
           [client(s)]

the above-entitled case now pending before this Court.

4.    That since July 15, 1981 _____, Petitioner has been and presently is a member
                        (date)

in good standing of the bar of the highest Court of the State of Massachusetts _____
                                                                        (state)

where Petitioner regularly practices law.

5.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.                              Date Admitted

| | |
|---|---|
| Commonwealth of Massachusetts | July 15, 1981 |
| Supreme Court of Illinois | November 27, 1972 |
| United States Supreme Court | July 18, 1977 |
| United States Court of Appeals for the First Circuit | January 11, 1980 |
| United States Court of Appeals for the Fourth Circuit | July 6, 1977 |
| United States Court of Appeals for the Fifth Circuit | May 22, 1979 |
| United States Court of Appeals for the Ninth Circuit | December 6, 1978 |
| United States District Court for the District of MA | July, 1981 |
| United States District Court for the District of N.D. Texas | July 13, 1973 |
| United States District Court for the District of E.D. Michigan | March, 1984 |
| United States Court of Military Appeals | January 26, 1975 |

2

1    6.    That there are or have been no disciplinary proceedings instituted against petitioner,

2    nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or

3    administrative body, or any resignation or termination in order to avoid disciplinary or disbarment

4    proceedings, except as described in detail below:

5    There have never been any proceedings instituted against Petitioner.

6    _____

7    _____

8    7.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give

9    particulars of ever denied admission):

10   The Petitioner has never been denied admission to the State Bar of Nevada.

11   _____

12   _____

13   8.    That Petitioner is a member of good standing in the following Bar Associations:

14   Worcester County Bar Association

15   Massachusetts Bar Association

16   National Association of College and University Attorneys

17   9.    Petitioner or any member of Petitioner's firm (or office if firm has offices in more than

18   one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under

19   Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| No applications | | | |
| have been filed by | | | |
| Petitioner or | | | |
| Petitioner's firm in the | | | |
| past three years. | | | |

(If necessary, please attach a statement of additional applications)

3

10.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF _Massachusetts_____     )
                                 )
COUNTY OF _Worcester_____        )

_Vincent F. O'Rourke, Jr.___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this

1st_____ day of _March_____, _2006_____.

_____
Notary public or Clerk of Court

Kerrie L. Smith, My Commission Expires January 18, 2013

APPROVED:

Dated: this __1st__ day of _March____, 200_6_.

KERRIE L. SMITH
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES JANUARY 18, 2013

_____
UNITED STATES DISTRICT JUDGE

4

Rev 06/04