1  **GREENBERG TRAURIG LLP**
   Mark G. Tratos (Bar No. 1086) (*Local Counsel*)
2  F. Christopher Austin (Bar No. 6559) (*Local Counsel*)
   Ronald D. Green, Jr. (Bar No. 7360) (*Local Counsel*)
3  3773 Howard Hughes Parkway, Ste. 500 N
   Las Vegas, Nevada  89109
4  Tel: (702) 792-3773
   Fax: (702) 792-9002
5
   **KRONENBERGER HANLEY, LLP**
6  Karl S. Kronenberger (CA Bar No. 226112)
   Terri R. Hanley (CA Bar No. 199811)
7  220 Montgomery Street, Suite 1920
   San Francisco, CA 94104
8  Telephone:  (415) 955-1155
   Facsimile:  (415) 955-1158
9
   Attorneys for Plaintiff
10

11                    UNITED STATES DISTRICT COURT
12                       DISTRICT OF NEVADA

13

14

15  **ST. MATTHEW'S UNIVERSITY**          Case No. CV-S-05-0848-BES
    **(CAYMAN) LTD., a Cayman Islands**
16  **company,**

17              Plaintiff,               **DECLARATION OF KARL**
                                         **KRONENBERGER, ESQ.**
18         vs.

19  **SABA UNIVERSITY SCHOOL OF**
    **MEDICINE FOUNDATION, a**
20  **Netherland-Antilles company, et al,**

21              Defendants.

22

23

24

25

26

27

28

                                 1          **DECLARATION OF KARL**
                                            **KRONENBERGER, ESQ.**

## DECLARATION OF KARL KRONENBERGER, ESQ.

I, Karl S. Kronenberger, counsel of record for Plaintiff St. Matthew's University School of Medicine ("ST. MATTHEW'S") in the above-captioned action, do hereby affirm and declare true and correct copies of the following documents are attached to this declaration as the exhibits indicated:

1.  At Exhibit A, account information for the email accounts presaaimg@hotmail.com, from documents received from Microsoft Corporation, which is the operator of Hotmail.  Additionally, Exhibit A contains two full pages of IP addresses, dates and times of account logins for this Hotmail account.  The documents in Exhibit A reflect only a portion of the documents provided to Plaintiff by Microsoft, and the documents have been annotated by Plaintiff for the purpose of Plaintiff's opposition to Defendants' Motion to Dismiss.  The pages included in Exhibit A are true and accurate copies of the corresponding original pages Plaintiff received from Microsoft Corporation in response to Plaintiff's subpoena.

2.  At Exhibit B, information on one IP address from the annotation in Exhibit A, from documents provided by Level3 Communications, LLC, which owns the IP address reflected at the annotation in Exhibit A.  Specifically, this information from Level3 Communications contains a listing of the usage of one IP address, matching the Hotmail login IP address, date and times.[1] This information from Level3 Communications shows that the automatically generated username ju0007057197@jweb-level23.juno.com was used to log in for Internet access, and that the telephone number used to dial in to the Internet connection was (978) 6863-2237.  The documents in Exhibit B reflect only a portion of the documents provided to Plaintiff by Level3 Communications, and the documents have been annotated by Plaintiff for

---

[1] For conversions for UTC time (formerly known at GMT), see http://www.time.gov and http://www.time.gov/about.html.

DECLARATION OF KARL
KRONENBERGER, ESQ.

the purpose of Plaintiff's opposition to Defendants' Motions to Dismiss.  The pages included in Exhibit B are true and accurate copies of the corresponding original pages Plaintiff received from Level3 Communications in response to Plaintiff's subpoena.

3.   At Exhibit C, information on one IP address from the annotation in Exhibit A, from documents provided by United Online, which owns the IP address reflected at the annotation in Exhibit A.  Specifically, this information from United Online contains a listing of the usage of one IP address, matching the Hotmail login IP address, date and times.  This information from United Online shows that the username crocdoc2004 was used to log in for Internet access, and that the telephone number used to dial in to the Internet connection was (978) 632-2237.  The documents in Exhibit C reflect only a portion of the documents provided to Plaintiff by Level3 Communications, and the documents have been annotated by Plaintiff for the purpose of Plaintiff's opposition to Defendants' Motions to Dismiss.  The pages included in Exhibit B are true and accurate copies of the corresponding original pages Plaintiff received from United Online in response to Plaintiff's subpoena.

4.   At Exhibit D, information on one IP address from the annotation in Exhibit A, from documents provided by Verizon, which owns the IP address reflected at the annotation in Exhibit A.  The account information provided by Verizon reveals the name of Defendant Pankaj Desai as the owner and operator of the account.  The documents in Exhibit D reflect only a portion of the documents provided to Plaintiff by Verizon, and the documents have been annotated by Plaintiff for the purpose of Plaintiff's opposition to Defendants' Motion to Dismiss, and portions have been redacted for privacy reasons. Except for the redactions, the pages included in Exhibit D are true and accurate copies of the corresponding original pages Plaintiff received from

3

DECLARATION OF KARL
KRONENBERGER, ESQ.

1          Verizon in response to Plaintiff's subpoena.

2      5.     On April 24, 2006, I entered the phrase "(978) 632-2237" into Google, Inc.'s

3          search engine at www.google.com.  The search returned the following

4          result:  "Education Information Consultants, Inc. – (978) 632-2237 – 63

5          Walnut St, Gardner, MA 01440."  Attached as Exhibit E is a true and correct

6          copy of the search result page from Google.

7      6.     On April 24, 2006, I printed eight pages from the Defendant SABA's website

8          at www.saba.edu, listing Defendant DESAI as a member of the Board of

9          Trustees and listing SABA graduates who are in residency programs in

10         Nevada.  Attached as Exhibit F are true and correct copies of these pages

11         from the SABA website.

12

13     I declare under penalty of perjury under the laws of the United States of America

14  that the foregoing is true and correct.

15

16  DATED: April 24, 2005

17

18

19                          Karl Kronenberger

20

21

22

23

24

25

26

27

28

DECLARATION OF KARL
KRONENBERGER, ESQ.

1    **CERTIFICATE OF SERVICE**

2        I am a resident of the state of California, over the age of eighteen years and not a
3    party to this action.   My business address is 220 Montgomery Street, Suite 1920, San
     Francisco, California, 94104.

4        On April 24, 2006, I served the following document(s):

5        **1. DECLARATION OF KARL KRONEBERGER, ESQ.**

6    on the parties listed below as follows:

7    **NATHAN REINMILLER, ESQ**
     Alverson Taylor Mortensen & Sanders
8    7401 West Charleston Blvd
     Las Vegas, NV 89117
9    Fax: (702) 385-7000

10
         ☐         BY FACSIMILE MACHINE (FAX), by personally transmitting a true copy
11                  thereof via an electronic facsimile machine to the fax number listed herein.

12       ☒         BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed
                    envelope, with postage thereon fully prepaid, for collection and mailing, in
13                  San Francisco, California, following ordinary business practices, which is
                    deposited with the US Postal Service the same day as it is placed for
14                  processing.

15       ☐         BY PERSONAL SERVICE, by personally delivering a true copy thereof to
                    the addresse(s) listed herein at the location listed herein.
16
         ☐         BY OVERNIGHT DELIVERY containing a true copy thereof to the
17                  addresse(s) listed herein at the location listed herein.

18       ☐         BY EMAIL to the addresses listed above.

19
         ☐         (State) I declare under penalty of perjury under the laws of the State of
20                  California that the foregoing is true and correct.

21       ☒         (Federal) I declare that I am employed in the office of a member of the bar
                    of this court at whose direction the service was made.
22

23

24                                          Jonathan S. Tam

25

26

27

28

                                          1                    **CERTIFICATE OF SERVICE**

## TABLE OF EXHIBITS

**EXHIBIT A**

Records From Microsoft Showing IP Numbers and Dates and Times of Logins to AAIMG Hotmail Account

**EXHIBIT B**

Records From Level 3 Evidencing Use of EIC, INC. and EIC, LLC's Phone Number to Log Into AAIMG Hotmail Account

**EXHIBIT C**

Records From United Online Evidencing Use of EIC, INC. and EIC, LLC's Phone Number to Log Into AAIMG Hotmail Account

**EXHIBIT D**

Record of DESAI's Account as One of the Accounts Used to Log Into the AAIMG Hotmail Account

**EXHIBIT E**

Google Search Result of "(978) 632-2237"

**EXHIBIT F**

SABA's Website Showing Defendant DESAI as a Member of the Board of Trustees, and Showing SABA Students in Residency Programs in Nevada

**EXHIBIT A**

Records From Microsoft Showing IP Numbers and Dates and Times of Logins to
AAIMG Hotmail Account

| User Info | |
|---|---|
| Field | Value |
| Login | presaaimg@hotmail.com |
| First Name | thomas |
| Last Name | moore |
| State | Nevada |
| Zip | 89706 |
| Country | US |
| Timezone | America/Denver |
| Registered from IP | 149.152.89.168 |
| Date Registered | 10/25/2000 9:04:13 AM |
| Reply To Address | presaaimg@hotmail.com |
| This Account Forwards to the Following Accounts | |
| Accounts Forwarding to This Account | |
| Init Locale | EN_US |

MS/SUB
Confidential 0154

| History Info | | |
|---|---|---|
| IP | Date {Pacific} | Pass/Fail |
| 149.152.89.168 | 10/25/2000 9:04:16 AM (PDT) | initialize |
| 149.152.89.168 | 10/25/2000 9:04:47 AM (PDT) | pass |
| 171.75.169.112 | 7/29/2003 3:21:31 PM (PDT) | pass |
| 204.94.250.10 | 9/15/2004 7:05:34 PM (PDT) | pass |
| 204.94.250.10 | 9/16/2004 6:15:02 PM (PDT) | pass |
| 141.157.69.150 | 9/17/2004 6:34:06 PM (PDT) | pass |
| 151.196.177.15 | 9/18/2004 5:47:15 AM (PDT) | pass |
| 151.196.177.15 | 9/18/2004 6:01:24 AM (PDT) | pass |
| 208.42.62.21 | 9/18/2004 8:11:27 AM (PDT) | pass |
| 4.156.63.42 | 9/19/2004 7:50:39 AM (PDT) | pass |
| 4.156.150.1 | 9/19/2004 5:13:48 PM (PDT) | pass |
| 4.156.150.1 | 9/19/2004 5:14:40 PM (PDT) | pass |
| 4.156.150.1 | 9/19/2004 6:02:50 PM (PDT) | pass |
| 4.156.150.1 | 9/19/2004 6:03:47 PM (PDT) | pass |
| 4.156.120.222 | 9/19/2004 8:13:00 PM (PDT) | pass |
| 4.156.93.215 | 9/21/2004 8:06:52 PM (PDT) | pass |
| 66.2.72.57 | 9/21/2004 9:30:06 PM (PDT) | pass |
| 66.2.72.2 | 9/22/2004 6:42:36 AM (PDT) | pass |
| 66.2.72.26 | 9/22/2004 9:35:27 AM (PDT) | pass |
| 205.188.117.18 | 9/23/2004 4:44:45 PM (PDT) | pass |
| 69.65.155.66 | 9/25/2004 8:29:38 PM (PDT) | pass |
| 69.65.155.66 | 9/25/2004 8:59:09 PM (PDT) | pass |
| 69.65.155.66 | 9/25/2004 9:07:49 PM (PDT) | pass |
| 69.65.155.66 | 10/1/2004 2:59:01 PM (PDT) | pass |
| 206.82.138.69 | 10/8/2004 10:40:12 AM (PDT) | pass |
| 206.82.138.69 | 10/8/2004 10:43:27 AM (PDT) | pass |
| 4.156.129.152 | 10/11/2004 8:34:14 PM (PDT) | pass |
| 4.156.120.169 | 10/17/2004 3:28:18 PM (PDT) | pass |
| 4.156.129.178 | 10/17/2004 4:42:59 PM (PDT) | pass |
| 152.163.100.67 | 10/17/2004 8:27:41 PM (PDT) | pass |
| 141.154.82.94 | 10/19/2004 10:31:02 AM (PDT) | pass |
| 4.156.240.77 | 10/19/2004 4:55:57 PM (PDT) | pass |
| 66.2.72.34 | 10/19/2004 6:13:14 PM (PDT) | pass |
| 4.156.198.215 | 10/20/2004 4:54:12 PM (PDT) | pass |
| 4.154.252.73 | 10/23/2004 6:45:02 AM (PDT) | pass |
| 152.163.100.13 | 10/24/2004 8:56:14 PM (PDT) | pass |
| 68.56.185.80 | 10/27/2004 8:56:02 PM (PDT) | pass |
| 68.56.185.80 | 10/30/2004 7:14:16 AM (PDT) | pass |
| 68.56.185.80 | 11/3/2004 6:47:00 AM (PDT) | pass |
| 64.12.116.200 | 11/4/2004 1:44:46 PM (PST) | pass |
| 12.105.246.85 | 11/5/2004 1:08:05 PM (PST) | pass |
| 12.105.246.85 | 11/5/2004 1:19:30 PM (PST) | pass |
| 12.105.246.90 | 11/6/2004 11:08:12 AM (PST) | pass |
| 12.105.246.90 | 11/6/2004 11:38:46 AM (PST) | pass |
| 198.81.26.103 | 11/7/2004 9:58:09 AM (PST) | pass |

MS/SUB
Confidential 0155

| | | |
|---|---|---|
| 69.50.64.5 | 5/9/2005 1:12:33 PM (PDT) | pass |
| 208.158.14.56 | 5/13/2005 8:36:29 AM (PDT) | pass |
| 208.158.14.56 | 5/13/2005 8:36:29 AM (PDT) | pass |
| 208.158.14.56 | 5/13/2005 8:39:34 AM (PDT) | pass |
| 208.158.14.56 | 5/13/2005 8:39:34 AM (PDT) | pass |
| 209.239.73.242 | 5/17/2005 2:32:43 PM (PDT) | pass |
| 209.239.73.242 | 5/17/2005 2:32:43 PM (PDT) | pass |
| 200.7.35.6 | 5/19/2005 6:22:59 AM (PDT) | pass |
| 200.7.35.6 | 5/19/2005 6:22:59 AM (PDT) | pass |
| 200.7.35.6 | 5/19/2005 6:30:12 AM (PDT) | pass |
| 200.7.35.6 | 5/19/2005 6:30:12 AM (PDT) | pass |
| 200.7.35.6 | 5/19/2005 6:32:20 AM (PDT) | pass |
| 200.7.35.6 | 5/19/2005 6:32:20 AM (PDT) | pass |
| 4.156.120.245 | 5/22/2005 11:57:55 AM (PDT) | pass |
| 4.156.120.245 | 5/22/2005 11:57:55 AM (PDT) | pass |
| 4.156.96.200 | 5/27/2005 10:47:36 AM (PDT) | pass |
| 4.156.96.200 | 5/27/2005 10:47:36 AM (PDT) | pass |
| 69.179.80.131 | 5/31/2005 11:15:09 AM (PDT) | pass |
| 69.179.80.131 | 5/31/2005 11:15:09 AM (PDT) | pass |
| 69.179.80.131 | 5/31/2005 11:16:54 AM (PDT) | pass |
| 69.179.80.131 | 5/31/2005 11:16:54 AM (PDT) | pass |
| 69.179.80.131 | 5/31/2005 3:08:54 PM (PDT) | pass |
| 69.179.80.131 | 5/31/2005 3:08:54 PM (PDT) | pass |
| 69.179.80.131 | 5/31/2005 3:10:56 PM (PDT) | pass |
| 69.179.80.131 | 5/31/2005 3:10:56 PM (PDT) | pass |
| 69.179.80.131 | 5/31/2005 3:25:46 PM (PDT) | pass |
| 69.179.80.131 | 5/31/2005 3:25:46 PM (PDT) | pass |
| 69.179.80.131 | 5/31/2005 3:27:11 PM (PDT) | pass |
| 69.179.80.131 | 5/31/2005 3:27:11 PM (PDT) | pass |
| 69.179.80.131 | 6/1/2005 11:02:13 AM (PDT) | pass |
| 69.179.80.131 | 6/1/2005 11:02:13 AM (PDT) | pass |
| 69.179.80.131 | 6/1/2005 3:24:13 PM (PDT) | pass |
| 69.179.80.131 | 6/1/2005 3:24:13 PM (PDT) | pass |
| 69.179.80.131 | 6/2/2005 1:10:32 PM (PDT) | pass |
| 69.179.80.131 | 6/2/2005 1:10:32 PM (PDT) | pass |
| 69.179.80.131 | 6/7/2005 3:37:54 PM (PDT) | pass |
| 69.179.80.131 | 6/7/2005 3:37:54 PM (PDT) | pass |
| 69.179.80.131 | 6/7/2005 3:40:16 PM (PDT) | pass |
| 69.179.80.131 | 6/7/2005 3:40:16 PM (PDT) | pass |
| 69.179.80.131 | 6/7/2005 3:43:24 PM (PDT) | pass |
| 69.179.80.131 | 6/7/2005 3:43:24 PM (PDT) | pass |
| 69.179.80.131 | 6/8/2005 3:28:18 PM (PDT) | pass |
| 69.179.80.131 | 6/8/2005 3:28:18 PM (PDT) | pass |
| 69.179.80.131 | 6/9/2005 6:31:28 AM (PDT) | pass |
| 69.179.80.131 | 6/9/2005 6:31:28 AM (PDT) | pass |
| 69.179.80.131 | 6/9/2005 8:21:54 AM (PDT) | pass |
| 69.179.80.131 | 6/9/2005 8:21:54 AM (PDT) | pass |

MS/SUB
Confidential 0158

Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-6399

Tel 425 882 8080
Fax 425 936 7329
http://www.microsoft.com/

## CERTIFICATION OF AUTHENTICITY



I, Jonathan Bradley, state as follows:

1.       I am over the age of 18, I am competent to testify regarding the matters set forth below and I make this declaration based upon personal knowledge.

2.       I am one of the records custodians for Microsoft Corporation, including its Hotmail service(s) (the "Service"). I am familiar with the electronic filing system for maintaining subscriber information for the Service.

3.       When a new subscriber registers for the Service, the subscriber is required to enter certain information, including the name and address of the subscriber ("Subscriber Information").

4.       In the ordinary course of the Service's business, the Service maintains an electronic record of the Subscriber Information ("Subscriber Information Record"). Subscriber Information Records are made at the time that a new subscriber registers for the Service.

5.       In the ordinary course of the Service's business, the Service maintains an electronic record of certain data with respect to subscriber accounts, including: registration information provided by the user and Internet Protocol Logs which list the date, time and Internet Protocol address for each account session log-in (collectively, "Subscriber Logs"). Subscriber Logs are made contemporaneously with the events that they document. Subscriber Logs are kept for a limited time and may not be available as they are deleted in the course of routine document storage maintenance.

6.       In the regular course of my duties as custodian of records, I obtained a copy of the Subscriber Information Record and Subscriber Logs for the Service account(s): execsecaaimg@hotmail.com and presaaimg@hotmail.com . These records included the information in the pages labeled MS/SUB 0073-0076-0154-0160, which have been requested by civil subpoena in: *St. Matthews University v. AAIMG.*

I declare, under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

DATED August 22, 2005, in Redmond, Washington.

_____
Jonathan Bradley
Custodian of Records, Microsoft Corporation

Microsoft Corporation is an equal opportunity employer.

**EXHIBIT B**
Records From Level 3 Evidencing Use of EIC, INC. and EIC, LLC's Phone Number to
Log Into AAIMG Hotmail Account

4.156.15.73 2005-05-23
IP Address: 4.156.15.73
Start Time: 23-MAY-2005 23:23:52
Stop Time: 23-MAY-2005 23:58:44
User Name: saba@tiac.net
Customer ID: earthlink::BBBB00172
ISP: 9789194492
ANI: 9786326836
Session ID: 327979947


4.156.96.200 2005-05-27
IP Address: 4.156.96.200
Start Time: 27-MAY-2005 17:38:59
Stop Time: 27-MAY-2005 17:52:52
User Name: ju0007057197@jweb-level3.juno.com
Customer ID: unitedonline::BBBC39556
ISP: 9789194283
ANI: 9786322237
Session ID: 472286477


4.156.120.161 2005-05-28
IP Address: 4.156.120.161
Start Time: 28-MAY-2005 15:40:17
Stop Time: 28-MAY-2005 15:58:17
User Name: T)8IIdmKR:6A1.4JU:crocdoc2004@netzero.net
Customer ID: unitedonline::BBBC39556
ISP: 9789194283
ANI: 9786326836
Session ID: 339197473


4.156.78.169 2005-06-23
IP Address: 4.156.78.169
Start Time: 23-JUN-2005 03:07:25
Stop Time: 23-JUN-2005 03:57:38
User Name: saba@tiac.net
Customer ID: earthlink::BBBB00172
ISP: 9789194492
ANI: 9786326836
Session ID: 322096107

09/21/05  13:59 FAX 7208883303            LEVEL 3 COMMUNICATIONS                          ☒018/019

## DECLARATION OF RECORDS CUSTODIAN

The undersigned Custodian of Records declares and answers questions as follows:

1.   State your name, job title, place of employment, and address.

Name:   *Mike Keating*

Title:   *Security Operations Technician*

Employer:   *Level 3 Communications*

Address:   *1025 Eldorado Blvd.*
   *Broomfield, Colorado*
   *80021*

2.   In your employment, do you have custody or control of records, documents and information sought in the subpoena served herewith?

☒ Yes.        ☐ No.

3.   Were these records prepared in the ordinary and regular course of business, at or near the time of the event, act or correspondence?

☐ Yes.        ☒ No. .

4.   Have any changes or alterations in these records been made since the date of origination?

☐ Yes.        ☒ No.

5.   Have you provided complete and true copies of the originals of these records?

☒ Yes.        ☐ No.

6.   Have you omitted any records, documents, or other information responsive to the subpoena served herewith that is in the possession, custody or control of the party to whom that subpoena is directed (or its attorneys or agents)?

☐ Yes.        ☒ No.

If "yes," please identify with specificity any and all documents omitted:

2                      DECLARATION OF RECORDS CUSTODIAN

1  I declare under penalty of perjury under the laws of the United States that the

2 foregoing is true and correct to the best of my knowledge.

3

4

5 Dated: _9/21/05_

6

7 SIGNED:      _Michael J Keating_

8      Name: _Michael J Keating_

9      Title: _Security Operations Technician_

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

        3  DECLARATION OF RECORDS CUSTODIAN

**EXHIBIT C**

Records From United Online Evidencing Use of EIC, INC. and EIC, LLC's Phone
Number to Log Into AAIMG Hotmail Account

 

Response to subpoena       crocdoc2004@netzero.net (crocdoc2004@netzero.net is displayed on our backend servers but is displayed as crocdoc2004@juno.com to the public internet and the customer)

Date responded:            September 13th 2005

Member ID:         crocdoc2004
Name*:             Thomas Moore
Join Date:         October 02, 2003 17:32:35
IP During Registration:   67.75.22.211
Last Login:        Aug 14, 2005 19:32:55
Alt email address*:   *not provided*
Address*:          1802 N. Carson St.
                   Carson City, NV 89701
Phone*:            (775) 887-8853
(*Provided by user)

All times mentioned are in Pacific Standard Time (GMT −08:00).

Any information provided by the subscriber is _not_ checked for it authenticity; however all times, IP's and phone numbers that we can provide to connect are considered accurate. Any profile information not provided or left blank by the user will output as *not provided*.

## LOG IN / LOGOUT RECORDS

| Member ID | Logon Date | Logoff Date | IP | Member Phone | Pop ID | Duration |
|-----------|------------|-------------|-----|--------------|--------|----------|
| crocdoc2004 | 05/01/2005 08:45:19 | 05/01/2005 08:59:45 | 4.156.96.224 | 9786326836 | 9789194283 | 14 |
| crocdoc2004 | 05/03/2005 08:09:30 | 05/03/2005 08:19:18 | 4.153.17.57 | 0 | 7063410050 | 10 |
| crocdoc2004 | 05/26/2005 21:17:47 | 05/26/2005 21:26:44 | 4.156.36.73 | 9786326836 | 9789194283 | 9 |
| crocdoc2004 | 05/27/2005 10:38:59 | 05/27/2005 10:52:52 | 4.156.96.200 | 9786322237 | 9789194283 | 14 |
| crocdoc2004 | 05/28/2005 08:40:15 | 05/28/2005 08:58:17 | 4.156.120.161 | 9786326836 | 9789194283 | 18 |
| crocdoc2004 | 07/09/2005 21:18:36 | 07/09/2005 21:46:43 | 4.156.129.67 | 9786326836 | 9789194283 | 28 |
| crocdoc2004 | 07/10/2005 19:57:45 | 07/10/2005 20:26:02 | 4.156.39.140 | 9786326836 | 9789194283 | 28 |
| crocdoc2004 | 08/02/2005 19:22:41 | 08/02/2005 19:26:23 | 4.156.96.116 | 9786326836 | 9789194283 | 4 |
| crocdoc2004 | 08/08/2005 18:59:02 | 08/08/2005 18:59:38 | 65.142.31.189 | 0 | 5044129535 | 1 |
| crocdoc2004 | 08/08/2005 19:03:31 | 08/08/2005 19:07:38 | 65.135.31.135 | 0 | 5044129535 | 4 |
| crocdoc2004 | 08/14/2005 19:29:43 | 08/14/2005 19:32:55 | 65.135.32.6 | 0 | 5044129535 | 3 |

## DECLARATION OF RECORDS CUSTODIAN

The undersigned Custodian of Records declares and answers questions as follows:

1.   State your name, job title, place of employment, and address.

Name:   _Kevin Pawloski_

Title:   _Security Engineer_

Employer:   _United Online, Inc._

Address:   _21301 Burbank Blvd._

_Woodland Hills - CA- 91367_

_____

2.   In your employment, do you have custody or control of records, documents and information sought in the subpoena served herewith?

☒ Yes.        ☐ No.

3.   Were these records prepared in the ordinary and regular course of business, at or near the time of the event, act or correspondence?

☒ Yes.        ☐ No.

4.   Have any changes or alterations in these records been made since the date of origination?

☐ Yes.        ☒ No.

5.   Have you provided complete and true copies of the originals of these records?

☒ Yes.        ☐ No.

6.   Have you omitted any records, documents, or other information responsive to the subpoena served herewith that is in the possession, custody or control of the party to whom that subpoena is directed (or its attorneys or agents)?

☐ Yes.        ☒ No.

If "yes," please identify with specificity any and all documents omitted:

DECLARATION OF RECORDS CUSTODIAN

2

Oct-11-2005 02:50 PM                    3/3

1      I declare under penalty of perjury under the laws of the United States that the

2    foregoing is true and correct to the best of my knowledge.

3

4

5    Dated: __10/11/2005__

6

7    SIGNED:

8                                                    Name: _Kevin Pawlowski_

9                                                    Title: _Security Engineer_

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3      DECLARATION OF RECORDS CUSTODIAN

**EXHIBIT D**
Record of DESAI's Account as One of the Accounts Used to Log Into the AAIMG
Hotmail Account



Report for 141.157.69.150

| Start Time | Stop Time | Duration | Caller ID | User ID | Session ID | Router Name / IP | Slot/Port |
|---|---|---|---|---|---|---|---|
| 09/17/04 21:23:15 | 09/17/04 21:49:07 | 0:25:52 | N/A | prdesai | 000E2BB7 | 192.168.53.46 | ADSL |

Report for 151.196.177.15

| Start Time | Stop Time | Duration | Caller ID | User ID | Session ID | Router Name / IP | Slot/Port |
|---|---|---|---|---|---|---|---|
| 09/18/04 07:28:46 | 09/18/04 09:08:20 | 1:39:34 | N/A | prdesai | 00112DF7 | 192.168.53.46 | ADSL |

**Overall Account Status:** Active

**Account History** | **Customer Account Information** | **Billing/Payment Information** | **Suspend Account**

VOL LOB  Consumer
VOL Account Number  AX02573931

Account Creator Agency  2WR
Account Creation Date  9/27/2003
**Verizon Encore Customer**

Customer Name  pankaj desai
Account Address  7204 CARACARA CT
                SYKESVILLE, MD, 21784-6571

Daytime TN  (410)549-6337  Ext
Fax Number
Payment Method  TELCO Billed
Bill Cycle  C22

Evening TN  (410)549-6337      Ext
EMail  vze78yf5@verizon.net
Security Code

**Package Information**                      Status Filter  Active  ▼

**ONLINE CONSUMER VOL DSL / (410)549-6337**                **Active**

Current Price  $29.95
Last Order Number
VOL User Name  prdesai
POTS Order Number
Next Cycle Start Date  **Receive**
Retained in Last 8 Months  ☐
Billed in Arrears  ☐
Circuit Type  ATM
Language Indicator  English

VOL User ID  vze78yf5
Last Order  SRD

POTS Due Date  9/27/2003
Bundle Discount Applied?  ☑
User ID Able to be Restored?  ☐
Location  East

Annual Plan  ☐

▬  Expanded Product Description        **Order History**

**Package Details/Features**
Market Code of Package  Restricted - Honor
                        Mobility
Full Price $29.95

Speed Provisioned  768 Kbps/128 Kbps

| Description | Start Date | End Date |
|---|---|---|
| 30 DAY FREE DISCOUNT | 8/27/2003 | 9/26/2003 |
| 2 months @ $29.95 after 30df | 9/26/2003 | 11/25/2003 |

**Change** | **Move** | **Retain/Remove**

⊟  Service Information
⊟  Service Address Information

pankaj desai
7204 CARACARA CT
SYKESVILLE, MD, 21784-6571
Primary TN: (410)549-6337
Secondary TN: (410)549-6337
EMail: vze78yf5

2

Sep-29-2005  05:47 PM   Kronenberger Law      4159551158                            4/6
09/29/2005  16:57   214-513-6795             VERIZON VIO SECURITY          PAGE  04/06

1   **GREENBERG TRAURIG LLP**
    Ronald D. Green, Jr. (Bar No. 7360)
2   3773 Howard Hughes Parkway, Ste. 500 N
    Las Vegas, Nevada 89109
3   Tel: (702) 792-3773
    Fax: (702) 792-9002   .
4
    **KRONENBERGER & ASSOCIATES**
5   Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
    Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
6   220 Montgomery Street, Suite 1920
    San Francisco, California 94104
7   Tel: (415) 955-1155
    Fax: (415) 955-1158
8
    Attorneys for Plaintiff
9
                          UNITED STATES DISTRICT COURT
10                            DISTRICT OF NEVADA

11
    ST. MATTHEW'S UNIVERSITY
12  (CAYMAN) LTD., a Cayman Islands          Case No. CV-S-05-0848-RCJ(LRL)
    company,
13
               Plaintiff,                    DECLARATION OF RECORDS
14                                           CUSTODIAN
        vs.
15
16  ASSOCIATION OF AMERICAN
    INTERNATIONAL MEDICAL
17  GRADUATES, INC., a Nevada               TO BE FILED UNDER SEAL
    corporation; THOMAS MOORE, M.D.
18  a.k.a. "presaaimg@hotmail.com," an
    individual; SARAH B. WEINSTEIN a.k.a.
19  "execsecaaimg@hotmail.com," an
    individual; and RACHAEL E. SILVER,
20  an individual,

21             Defendants.

22

23

24       IN CONNECTION WITH THE RULE 45 SUBPOENA SERVED HEREWITH, this

25  "Declaration of Records Custodian" is hereby made and submitted for the purpose of the

26  authentication of the documents and information produced in response thereto.

27

28
                                      1       DECLARATION OF RECORDS CUSTODIAN

1

## DECLARATION OF RECORDS CUSTODIAN

2   The undersigned Custodian of Records declares and answers questions as
follows:

3

4   1.   State your name, job title, place of employment, and address.

5   Name:        *Christine M. Gardener*

6   Title:       *Network Specialist*

7   Employer:    *Verizon Internet Services Inc*

8   Address:     *4055 Corporate Drive # 400*

9                *HQ.GAIM52 Mail Code*

10               *Grapevine, Texas 75051*

11   2.   In your employment, do you have custody or control of records, documents
12  and information sought in the subpoena served herewith?

13   ☑ Yes.   ☐ No.

14   3.   Were these records prepared in the ordinary and regular course of
business, at or near the time of the event, act or correspondence?

15   ☑ Yes.   ☐ No.

16

17   4.   Have any changes or alterations in these records been made since the date
of origination?

18   ☐ Yes.   ☑ No.

19

20   5.   Have you provided complete and true copies of the originals of these
records?

21   ☑ Yes.   ☐ No.

22   6.   Have you omitted any records, documents, or other information responsive
23  to the subpoena served herewith that is in the possession, custody or control of the party
to whom that subpoena is directed (or its attorneys or agents)?

24   ☐ Yes.   ☑ No.

25   If "yes," please identify with specificity any and all documents omitted:

26

27

28

2        DECLARATION OF RECORDS CUSTODIAN

1    I declare under penalty of perjury under the laws of the United States that the

2    foregoing is true and correct to the best of my knowledge.

3

4

5    Dated: *9/29/2005*

6

7    SIGNED:                          *Christine M. Gardner*

8                          Name:  *Christine M. Gardner*

9                          Title:  *Network Specialist*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                  3          **DECLARATION OF RECORDS CUSTODIAN**

**EXHIBIT E**
Google Search Result of "(978) 632-2237"

Sign in

 **PhoneBook**

Web    Images    Groups    News    Froogle    Maps    more »

(978) 632-2237          Search PhoneBook  |  Search the Web  |  Preferences

## Business Phonebook

Results 1 - 1 of 1 for **(978) 632-2237**. (0.04 seconds)

Education Information Consultants Inc - (978) 632-2237 - 63 Walnut St, Gardner, MA 01440 - Google Maps - Yahoo! Maps - MapQuest

New! Crack the Code: Play the Da Vinci Code Quest on Google.

(978) 632-2237          Search

Google Home - Advertising Programs - Business Solutions - About Google

©2006 Google

**EXHIBIT F**
SABA's Website Showing Defendant DESAI as a Member of the Board of
Trustees, and Showing SABA Students in Residency Programs in Nevada

SABA University - www.saba.edu - international medical university ...        http://saba.edu/home_faculty.php





Current Section → /Home • Faculty & Staff



## FACULTY & STAFF

**Chairman, Board Of Trustees**

Paul L Dalbec, M.D.



**President, SABA University**

David L Fredrick, Ph.D.



**Executive Dean, SABA University**

| Dr. Arthur Maron | M.D., Albany Medical College, Albany, NY |
| Professor, Dean | M.P.A., Health Care, Seton Hall University, NJ |
| Healthcare Economics | B.S., Biology, Rutgers University, New Jersey |



**Associate Dean, Basic Sciences**

| Dr. Hugh K Duckworth | M.D., University of Tennessee, Memphis, Tennessee |
| Professor | Surgical Residency, Methodist Hospital, Memphis, TN |
| Anatomy/Clinical Medicine | B.S., Zoology/Microbiology, Memphis State University |



**Associate Dean, Clinical Medicine**

| Dr. Michael Eliastam | MB, BCh, (MD) University of Witwatersrand Medical School, Johannesburg, South Africa |
| | MPA, John F. Kennedy School of Government/Harvard University, Cambridge, MA |

SABA University - www.saba.edu - international medical university ...          http://saba.edu/home_faculty.php

Ms. Susan Blanchard
Finance Assistant

**Alumni and Development**
Mr. Jonas Cope
Alumni Coordinator

**Computer/Media Specialist**
Lee Gregory
IT Administrator (Saba
Campus)

Michel Nation
IT Assistant (Saba
Campus)

Justin Kantor
IT Administrator (US
Office)

**Board Of Trustees**
Paul L Dalbec, M.D.


Pankaj Desai, M.D.

William DiGiacomo, M.D.

SABA University - www.saba.edu - international medical university ...          http://saba.edu/residency.php



Home | Admissions | Registrar | Clinical | Student Life | Residency/Alumni | Other

# SABA UNIVERSITY
# SCHOOL OF MEDICINE

Current Section ↓ → Residency & Alumni



## RESIDENCY & ALUMNI
## FORMS ONLINE

- Click Here To Download The Alumni Update Form (auf.pdf [67kb])

### David Aarons, M.D., Ph.D.

| | |
|---|---|
| Internal Medicine | **Residencies** |
| Class Of 2005 | Carraway Methodist Medical Center, Jefferson, AL |

### Mudasir Abro, M.D.

| | |
|---|---|
| Family Medicine | **Residencies** |
| Class Of 2006 | UMDNJ-Robert Wood Johnson Medical School Program, New Brunswick, NJ |

### Zulqarnain Abro, M.D.

| | |
|---|---|
| Internal Medicine (Categorical) | **Residencies** |
| Class Of 2005 | University of Medicine & Dentistry of New |
| somiabro@hotmail.com | Jersey (UMDNJ) - New Jersey Medical School, Newark, NJ |

### Angela Adelman, M.D.

| | |
|---|---|
| Internal Medicine | **Current Status** |
| Class Of 2000 | St. Joseph Hospital, Chicago, IL |
| | **States Of Licensure** |
| | Illinois, California |

### James W Agnew, M.D., Ph.D.

| | |
|---|---|
| Anesthesiology | **Current Status** |
| Class Of 1998 | Surgery Center for Medical Specialities, Vero Beach, FL |
| agnewgw@yahoo.com | |
| | **Residencies** |
| | Afghanistan for the US Army |
| | Glades General Hospital, Belle Glade, FL |
| | St. Luke's Hospital-UMKC, Kansas City, MO |
| | **States Of Licensure** |
| | Florida |

**Bob Kam, M.D.**

Anesthesiology
Class Of 1998
bobkam_2000@yahoo.com

Residencies
St. Joseph Hospital, Patterson, NJ

**Rajiv Kandala, M.D.**

Attending Physician
Class Of 2000

Current Status
Jackson Park Residency Program, Chicago, IL
& Asst. Professor @ Chicago Medical School

Residencies
Family Practice@Jackson Park Hospital,
Chicago, IL

States Of Licensure
Illinois, Arizona

**Harris Kantor, M.D.**

Internal
Medicine/Anesthesiology
Class Of 2005
harriskantor@yahoo.com

Residencies
Internal Medicine @Hospital of St. Raphael
Program, New Haven, CT
Anesthesiology @ Tufts-New England Medical
Center Program, Boston, MA

**Hany Kaoud, M.D.**

Phychiatry
Class Of 2003
drhanyaziz@hotmail.com

Residencies
Pitt County Memorial Hospital/East Carolina
University Program

**Westbrook Kaplan, M.D.**

Group Practice
Class Of 2001

Current Status
Las Vegas, NV

Residencies
Internal Medicine@University of Nevada, Las
Vegas, NV

**Vanish Kapoor, M.D.**

Surgery
Class Of 1999

Current Status
Medical College of Virginia, Richmond, VA

**Prianka Kapur, M.D.**

Internal Medicine
Class Of 2002
pkapur@ochsner.org

Current Status
Alton Ochsner Medical Foundation, New
Orleans, LA

Elliot Kerven, M.D.

Attending Anesthesiologist
Class Of 2000
ekervenmd@comcast.net

Current Status
Christ Hospital, Jersey City, NJ

Residencies
Anesthesiology@St. Joseph's Hospital,
Patterson, NJ

States Of Licensure
New Jersey


Ali S Khalili. M.D.

Pediatrics
Class Of 2006

Residencies
Tulane University Program, New Orleans, LA


Abdul Khan, M.D.

Family Practice
Class Of 2001

Current Status
LSU Health Science Center, Shreveport, LA


Akbar A Khan, M.D.

Internal Medicine-Board
Certified
Class Of 1996

Current Status
Faculty at UMDMJ/Robert Wood Johnson
University Hospital, Hillsborough, NJ

States Of Licensure
New Jersey, Michigan, Pennsylvania


Gouhar Khan, M.D.

OBGYN
Class Of 2002

Current Status
Wright State University Program, Dayton, OH


Samina G Khani, M.D.

Internal Medicine
Class Of 2003
skucla2@hotmail.com

Current Status
University of Nevada Program, Las Vegas, NV

Residencies
Internal Medicine@East Carolina University
Program, Greenville, NC


Amit Khanna, M.D.

Family Practice
Class Of 2002

Current Status
University of Minnesota, Waseca, MN

Varsha Morar, M.D.

Psychiatry
Class Of 2000

Current Status
St. Elizabeth's Hospital, Washington, DC

Residencies
Chief Resident, 2003-2004


Joseph Morello, M.D.

Internal Medicine (Pre-Lim)
Class Of 2005

Residencies
University of Illinois College of Medicine at
Urbana, Urbana, IL


Sabina Morga, M.D.

Internal Medicine
Class Of 2003
sabialex@yahoo.com

Residencies
St. Mary's Health Center Program, St. Louis,
MO


Vickie Morgan, M.D.

Internal Medicine
Class Of 2005

Residencies
East Tennessee State University, Johnson City,
TN


William Morgan, M.D.

Surgery
Class Of 2002

Current Status
Marshfield Clinic, Milwaukee, WI

Residencies
Pre-lim Surgery@ Medical College of
Wisconsin, Milwaukee, WI


Robert J Morgenthal, M.D., D.C.

Psychiatry
Class Of 1998

Current Status
Zephyrhills State Correctional Institute,
Zephyrhills, FL


States Of Licensure
Florida,


Marc Morresi, M.D.

Internal Medicine
Class Of 2005

Residencies
UMDNJ-New Jersey Medical School Program,
Newark, NJ


Suzanne Morris, M.D.

| OBGYN Class Of 1999 | Current Status University of Las Vegas, NV |
| --- | --- |
| | Residencies Chief Resident 2003-2004 West Virginia University, Morgantown, WV |
| | States Of Licensure Nevada, Arizona |

## Daniel Morrison, M.D.

| Director of Emergency Medicine Ultrasound, Attending Physician Class Of 2001 Saba2home@yahoo.com | Current Status Albert Einstein Medical Center, Philadelphia, PA |
| --- | --- |
| | Residencies 2001-2004 Emergency Medicine Residency, Wayne State Univeristy, Sinai-Grace Hospital, Detroit, MI Chief Resident 2003-2004 (Wayne State) |
| | States Of Licensure NJ, PA, GA, MI, DE |

## Faisal Motlani, M.D.

| Family Medicine Class Of 2005 motlani_f@hotmail.com | Residencies SUNY Health Science Center at Syracuse/St. Joseph's Hospital Health Center Program, Syracuse, NY |
| --- | --- |

## Faisal Motlani, M.D.

| Anesthesiology Class Of 2006 | Residencies Wayne State University/Detroit Medical Center Program, Detroit, MI |
| --- | --- |

## Philip Moye, M.D.

| Family Practice Class Of 2004 pwm0101@hotmail.com | Residencies New Hanover Regional Medical Center Program, Wilmington, NC |
| --- | --- |

## Abdul K Muhammud, M.D.

| Internal Medicine Class Of 2001 | Current Status Forest Park Hospital, St. Louis, MO |
| --- | --- |

## James M Murphy, M.D.

Residencies
Pediatrics@University of Illinois, Chicago, IL

Amy Pearsall, M.D.

Family Medicine
Class Of 2005

Residencies
University of Massachusetts, Worcester, MA

David A Pepper, M.D.

Psychiatry
Class Of 1999

Residencies
University of Connecticut Program, Hartford, CT

Stephan E Pepple, M.D.

Pediatrics
Class Of 2003
stephanpepple@hotmail.com

Residencies
Iowa Methodist Medical Center Program, Des
Moines, IA

Paul Perceval, M.D., PA-C

Internal Medicine
Class Of 2005
pperceval@yahoo.com

Residencies
Orlando Regional Healthcare Program,
Orlando, FL

Luke Perrin, M.D.

Family Practice
Class Of 2002
lrperrin@mchsi.com

Current Status
Mayo Graduate School of Medicine/Mercy
Hospital Medical Center, Des Moines, IA

Noel Peterson, M.D.

Internal Medicine
Class Of 2002

Current Status
East Carolina University Program, Greenville,
NC

Sevastiani Petridou, M.D.

Family Practice
Class Of 2002
tulapetridou@hotmail.com

Residencies
West Virginia University Program, Morgantown,
WV

Matthew Pham, M.D.

Internal Medicine
Class Of 2001

Current Status
University of Nevada, Las Vegas, NV

Nick Pham

kavita_22@hotmail.com                    Philadelphia, PA

                                         Residencies
                                         Psychiatry@Temple University Program,
                                         Philadelphia, PA

Sonia Sharma, M.D.

Internal Medicine                        Current Status
Class Of 2002                            University of Cincinnati, Cincinnati, OH
henna27@yahoo.com
                                         Residencies
                                         Medical College of Wisconsin, Milwaukee, WI

Sunil Sharma, M.D.

Family Medicine                          Residencies
Class Of 2005                            Northeast Alabama Regional Medical Center,
                                         Anniston, AL

Jonathan Sharpe, M.D.

Family Practice                          Current Status
Class Of 2002                            Dalhousie University, Canada

Kerry Shaver

Internal Medicine                        Residencies
Class Of 2006                            Louisiana State University Program, Baton
                                         Rouge, LA

Candice Shea

OB/GYN                                   Residencies
Class Of 2006                            Mercer Medical College of Georgia Program,
                                         Augusta, GA

Sameer Sheikh, M.D.

Internal Medicine                        Residencies
Class Of 2003                            University of Nevada Program, Las Vegas, NV
ssheikh@aol.com

Shoaib Sheikh, M.D.

Family Practice                          Residencies
Class Of 2003                            University of Wyoming Program, Casper, WY
Shoaibs1@hotmail.com

Dana Sheldon, M.D.

Iowa

## Vineet Sood, M.D.

Sleep Disorder Medicine
Fellowship
Class Of 1998
vsoodmd1970@yahoo.com

Current Status
University of Buffalo, Buffalo, New York

Residencies
Pulmonary and Critical Care
Fellowship@Chicago Medical School
Monmouth Medical Center, Long Branch, NJ
Chief Resident 2000-2001

States Of Licensure
Illinois, New York, Maryland, Virginia, North
Carolina

## Kathryn Soudah, M.D.

Obstetrics Fellowship
Class Of 2002
ksoudah@netzero.net

Current Status
University Medical Center of Las Vegas, Las
Vegas, NV

Residencies
Family Practice@Halifax Medical Center,
Daytona Beach, FL

## Charles R Speights, M.D.

Emergency Medicine
Class Of 1999
Telephone 256-330-1000
randy@speights.net

Current Status
Regional Medical Center, Anniston, AL

Residencies
Urgent Care-Board Certified@Vancouver Clinic,
Portland, OR
Meadowcrest LA, New Orleans, LA

States Of Licensure
Alabama, Louisiana, Georgia, Florida,
Washington

## John Spence, M.D.

Radiology
Class Of 2001

Current Status
Methodist Hospitals of Memphis-Central,
Memphis, TN

Residencies
Surgery, Baylor University, Houston, TX

## Angela Spencer, M.D.

Emergency Medicine
Class Of 2005

Residencies
Grand Rapids Medical Education & Research
Center/Michigan State University, Grand
Rapids, MI

## Alex Varghese, M.D.

Internal Medicine
Class Of 2005
Alexv6@hotmail.com

Residencies
St. Mary's Health Center Program,St. Louis,
MO

## Apollo H Vaz, M.D., Ph.D.

Family Practice, Board Certified
Class Of 1997

Current Status
Banner Churchilll Community Hospital

Residencies
Family Practice@University of Wisconsin
Medical School, WI
Chief Resident-2002
Psychiatry@Case Western Reserve University,
Cleveland, OH

## Suraj Verma, M.D.

Family Medicine
Class Of 2005

Residencies
University of Nevada School of Medicine
Program, Reno, NV

## Vijayendra K Verma, M.D.

Interventional Cardiology
Fellowship
Class Of 1999
verma-vijay@cooperhealth.edu

Current Status
UMDNJ/Robert Wood Johnson Medical School,
Camden, NJ

Residencies
Cardio Fellowship @ UMDNJ/Robert Wood
Johnson, Camden, NJ
nternal Medicine @ University of Connecticut
Health Center, Farmington, CT

States Of Licensure
New Jersey

## Sisirkumari Vettiyaden

Internal Medicine
Class Of 2006

Residencies
Setan Hall University School of Graduate
Medical Education Program, South Orange, NJ

## Herbert B Villaflores, M.D.