**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086) (*Local Counsel*)
F. Christopher Austin (Bar No. 6559) (*Local Counsel*)
Ronald D. Green, Jr. (Bar No. 7360) (*Local Counsel*)
3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada 89109
Tel: (702) 792-3773
Fax: (702) 792-9002

**KRONENBERGER HANLEY, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Terri R. Hanley (CA Bar No. 199811)
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.**, a Cayman Islands company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION**, a Netherland-Antilles company, et al,<br><br>　　　　Defendants. | Case No. CV-S-05-0848-BES<br><br>**SUPPLEMENTAL DECLARATION OF KARL KRONENBERGER, ESQ.** |

**SUPPLEMANTAL DECLARATION OF KARL KRONENBERGER, ESQ.**

I, Karl S. Kronenberger, counsel of record for Plaintiff St. Matthew's University School of Medicine ("ST. MATTHEW'S") in the above-captioned action, do hereby submit this supplemental declaration to address errata contained in the filing of Plaintiff's Consolidated Opposition of the Motions to Dismiss of Defendants SABA, DESAI, EIC, INC, and EIC, LLC, on April 24, 2006:

1. On April 24, 2006, I submitted a declaration to the Court in support of the Plaintiff's Consolidated Opposition of the Motions to Dismiss of Defendants SABA, DESAI, EIC, INC, and EIC, LLC.

2. In such declaration filed on April 24, 2006, I referred to a telephone number, in paragraphs two, three and five of my declaration, which was used to dial in to an Internet connection that accessed the AAIMG Hotmail email addresses. I also stated that this number is associated with Defendant EIC, INC.

3. In referring to the telephone number in paragraph two of my declaration, I typed an incorrect number (978-6863-2237). However, I typed the number correctly in paragraphs three and five. The telephone number listed in paragraph two of my declaration should have been (978) 632-2237.

4. Line nine on page ten of the Plaintiff's Consolidated Opposition refers to my typographical error. The number on line nine of page ten of the Plaintiff's Consolidated Opposition should have been (978) 632-2237.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: April 25, 2005

_____
Karl Kronenberger

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing SUPPLEMENTAL DECLARATION OF KARL KRONENBERGER, ESQ. on:

> Nathan Reinmiller, Esq
> Alverson, Taylor, Mortensen & Sanders
> 7401 West Charleston Boulevard
> Las Vegas, Nevada 89117
> Facsimile: (702) 385-7000

by causing a full, true, and correct copy thereof to be sent by the following indicated method or methods, on the date set forth below:

- [x] by mailing in a sealed, first-class postage-prepaid envelope, addressed to the last-known office address of the attorney, and deposited with the United States Postal Service at Las Vegas, Nevada.
- [ ] by hand delivery.
- [ ] by sending via overnight courier in a sealed envelope.
- [x] by faxing to the attorney at the fax number that is the last-known fax number.
- [ ] by electronic mail to the last known e-mail address.

DATED: April 26, 2006.

_____
An employee of Greenberg Traurig, LLP