**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086) (*Local Counsel*)
F. Christopher Austin (Bar No. 6559) (*Local Counsel*)
Ronald D. Green, Jr. (Bar No. 7360) (*Local Counsel*)
3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada  89109
Tel: (702) 792-3773
Fax: (702) 792-9002

**KRONENBERGER HANLEY, LLP**
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
220 Montgomery Street, Suite 1920
San Francisco, California 94104
Tel:  (415) 955-1155
Fax:   (415) 955-1158

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.,** a Cayman Islands company,<br><br>Plaintiff,<br><br>vs.<br><br>**SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION,** a Netherland-Antilles company, et al,<br><br>Defendants. | Case No. CV-S-05-0848-BES<br><br>**CERTIFICATE OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT ON DEFENDANT EDUCATION INFORMATION CONSULTANTS, INC.** |

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Nevada

ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company,

**AMENDED**
**SUMMONS IN A CIVIL ACTION**

V.

SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company; MEDICAL UNIVERSITY OF THE AMERICAS, a St. Kitts & Nevis company; EDUCATION INFORMATION CONSULTANTS, INC., a Massachusetts corporation; EDUCATIONAL INTERNATIONAL CONSULTANTS, LLC, a Massachusetts limited liability company; PATRICIA L. HOUGH, M.D. an individual, and d.b.a. "Saba University School of Medicine"; DAVID L. FREDRICK, an individual; PANKAJ DESAI, M.D., an individual; ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC., a Nevada corporation, a.k.a. "aaimg@yahoo.com"; THOMAS MOORE, M.D. a.k.a. "presaaimg@hotmail.com" and "crocdoc2004@netzero.net," an individual; SARAH B. WEINSTEIN a.k.a. "execsecaaimg@hotmail.com," an individual; RACHAEL E. SILVER, an individual; and DIEDRE MOORE, an individual,

CASE NUMBER: CV-S-05-0848-RCJ(LRL)

TO: (Name and address of Defendant)

Education Information Consultants, Inc.
63 Walnut Street
Gardner, MA 01440

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kronenberger & Associates
220 Montgomery Street
Suite 1920
San Francisco, CA 94104

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LANCE W[...]
CLERK

(By) DEPUTY CLERK

OCT 28 2005
DATE

## PROOF OF SERVICE OF SUMMONS AND COMPLAINT

Case Number: CV-S-05-0848-BES

I certify that I am authorized to serve the summons and complaint in the within action pursuant to F.R.Civ.P. 4(c) and that I served the summons and complaint as follows:

Person served and details of service:

Education Information Consultants, Inc.
63 Walnut Street
Gardner, Massachusetts 01440

By: ~~David L. Fredrick (Resident Agent and Officer)~~ Bernice M. Ouellett, Registrar

Date and time of service: March 20, 2006

In the following manner:

### SUBSTITUTED SERVICE

 ☒ UPON A DOMESTIC CORPORATION (PUBLIC OR PRIVATE): by delivering a copy of the summons and of the complaint to an officer, to a managing or general agent, or to the person in charge of the business at the principal place of business thereof within the Commonwealth, if any; or by delivering such copies to any other agent authorized by appointment or by law to receive service of process, provided that any further notice required by law be given, in a manner consistent with Massachusetts Rule of Civil Procedure 4(d)(2), Nev.R.S. 14.020, and Nev.R.Civ.Proc. 4(d)(2), pursuant to Fed. Rule of Civ. Proc. 4(h)(1).

I declare under penalty of perjury that the foregoing document is true and correct.

Executed at Fitchburg, State of Massachusetts.
Dated: 3-22-06

By:

_Stephen E. Ameé_
Name:
Title:

# PROOF OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 220 Montgomery Street, Suite 1920, San Francisco, California, 94104.

On March 28, 2006, I served the following document(s):

1. **CERTIFICATE OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT ON DEFENDANT EDUCATION INFORMATION CONSULTANTS, INC.**

on the parties listed below as follows:

**NATHAN REINMILLER, ESQ**
Alverson Taylor Mortensen & Sanders
7401 West Charleston Blvd
Las Vegas, NV 89117
Fax: (702) 385-7000
Counsel for Defendants FREDRICK, HOUGH, AAIMG

[ ] BY FACSIMILE MACHINE (FAX), by personally transmitting a true copy thereof via an electronic facsimile machine to the fax number listed herein.

[X] BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the US Postal Service the same day as it is placed for processing.

[ ] BY PERSONAL SERVICE, by personally delivering a true copy thereof to the addresse(s) listed herein at the location listed herein.

[ ] BY OVERNIGHT DELIVERY containing a true copy thereof to the addresse(s) listed herein at the location listed herein.

[ ] BY EMAIL to the addresses listed above.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Jonathan S. Tam

PROOF OF SERVICE

1