ORIGINAL

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * * * * *

| | |
|---|---|
| St. Matthew's University (Cayman) LTD., a Cayman Islands company, Plaintiff<br><br>v.<br><br>SABA University School of Medicine Foundation, et al., Defendants | Case No. CV-S-05-0848-RCJ (LRL)<br><br>DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO. |

The undersigned, attorney of record for [(Name(s) of Party(ies)] __Patricia L. Hough__,

herein has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court." Pursuant to the requirements of the Local Rules of Practice for this Court, (s)he believes it to be in the best interests of the client(s) to designate __Bruce Alverson and Nathan Reinmiller__, Attorney at Law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address of said designated Nevada counsel is:

7401 West Charleston Blvd., Las Vegas, Nevada 89117

(Street, City, State, Zip Code and Telephone No.)

By this designation the undersigned attorneys and party(ies) agree that this designation constitutes agreement and authorization by the undersigned for the designated resident admitted counsel to sign stipulations binding on all of us.

_____
Attorney at Law

Counsel for __Patricia L. Hough__

1

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel
Bruce Alverson and Nathan Reinmiller

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints  Bruce Alverson and Nathan Reinmiller

Alverson, Taylor, Mortenson & Sanders, 7401 West Charleston Blvd., Las Vegas, NV 89117

as his/her/their Designated Resident Nevada Counsel in this case.

_____
Patricia L. Hough

Dated: _____

APPROVED:

Lance S. Wilson
Clerk

May 2, 2006
Date

2