NATHAN R. REINMILLER, ESQ.
Nevada Bar No. 6793
ALVERSON, TAYLOR,
MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Tel: (702) 384-7000
Fax: (702) 385-7000
Attorney for Defendants
SABA UNIVERSITY SCHOOL OF
MEDICINE FOUNDATION; EDUCATION
INFORMATION CONSULTANTS, INC.;
EDUCATIONAL INTERNATIONAL
CONSULTANTS, LLC; PATRICIA L.
HOUGH, M.D.; DAVID L. FREDRICK;
PANKAJ DESAI, M.D; and ASSOCIATION
OF AMERICAN INTERNATIONAL
MEDICAL GRADUATES

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company,<br><br>Plaintiff,<br><br>v.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company; MEDICAL UNIVERSITY OF THE AMERICAS, a St. Kitts & Nevis company; EDUCATION INFORMATION CONSULTANTS, INC., a Massachusetts corporation; EDUCATIONAL INTERNATIONAL CONSULTANTS, LLC, a Massachusetts limited liability company; PATRICIA L. HOUGH, M.D., an individual, and d.b.a. "Saba University School of Medicine"; DAVID L. FREDRICK, an individual; PANKAJ DESAI, M.D., an individual; ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRAUDATES, INC., a Nevada corporation, a.k.a. "aaimg@yahoo.com"; THOMAS MOORE, M.D. a.k.a. "presaaimg@hotmail.com" and "crocdoc2004@netzero.net," an individual; SARAH B. WEINSTEIN a.k.a. "execsecaaimg@hotmail.com,: an individual; RACHAEL E. SILVER, an individual; and DIEDRE MOORE, an individual,<br><br>Defendants. | Case No.:  CV-S-05-0848-RCJ (LRL)<br><br>**DEFENDANTS' REQUEST FOR ORAL ARGUMENT** |

## DEFENDANTS' REQUEST FOR ORAL ARGUMENT

Defendants SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, EDUCATION INFORMATION CONSULTANTS, INC., EDUCATIONAL INTERNATIONAL CONSULTANTS, LLC, PATRICIA L. HOUGH, M.D., DAVID L. FREDRICK, PANKAJ DESAI, M.D. and ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC. request that this Court hear oral argument on Defendants' separate motions to dismiss in this matter. Defendants submit that oral argument will enable the parties to better focus on the issues relating to the claims against each of them which are before this Court and on the separate jurisdictional arguments and other issues raised by Defendants in their respective Motions.

DATED this 4 day of May, 2006.

ALVERSON, TAYLOR,
MORTENSEN & SANDERS

for NATHAN R. REINMILLER, ESQ.
Nevada Bar No. 6793
7401 W. Charleston Boulevard
Las Vegas, NV 89117
SABA UNIVERSITY SCHOOL OF
MEDICINE FOUNDATION; EDUCATION
INFORMATION CONSULTANTS, INC.;
EDUCATIONAL INTERNATIONAL
CONSULTANTS, LLC; PATRICIA L.
HOUGH, M.D.; DAVID L. FREDRICK;
PANKAJ DESAI, M.D; and ASSOCIATION
OF AMERICAN INTERNATIONAL
MEDICAL GRADUATES

## CERTIFICATE OF MAILING

I hereby certify that on this 4 day of May, 2006, I did deposit in the United States Post Office, with postage fully prepaid thereon, a copy of the above and foregoing **DEFENDANTS' REQUEST FOR ORAL ARGUMENT** addressed to:

Mark G. Tratos, Esq.
F. Christopher Austin, Esq.
Ronald D. Green, Jr., Esq.
GREENBERG TRAURIG LLP
3773 Howard Hughes Pkwy., Ste. 500N
Las Vegas, NV 89109
Attorney for Plaintiff

Karl S. Kronenberger, Esq.
Terri R. Hanley, Esq.
KRONENBERGER & ASSOCIATES
220 Montgomery St., Ste. 1920
San Francisco, CA 94104
*Attorney for Plaintiff*

_____
An Employee of ALVERSON, TAYLOR, MORTENSEN & SANDERS

N:\bruce.grp\Z-client\15989\15989Request for Oral Argument.wpd

3