NATHAN R. REINMILLER, ESQ.
Nevada Bar No. 6793
ALVERSON, TAYLOR,
MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Tel: (702) 384-7000
Fax: (702) 385-7000
Attorney for Defendants
PATRICIA L. HOUGH, M.D.; and
ASSOCIATION OF AMERICAN
INTERNATIONAL MEDICAL
GRADUATES, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company, | Case No.:   CV-S-05-0848-RCJ (LRL) |
| Plaintiff, | |
| v. | **CERTIFICATE REQUIRED BY LOCAL RULE 10-6** |
| SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company; MEDICAL UNIVERSITY OF THE AMERICAS, a St. Kitts & Nevis company; EDUCATION INFORMATION CONSULTANTS, INC., a Massachusetts corporation; EDUCATIONAL INTERNATIONAL CONSULTANTS, LLC, a Massachusetts limited liability company; PATRICIA L. HOUGH, M.D., an individual, and d.b.a. "Saba University School of Medicine"; DAVID L. FREDRICK, an individual; PANKAJ DESAI, M.D., an individual; ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRAUDATES, INC., a Nevada corporation, a.k.a. "aaimg@yahoo.com"; THOMAS MOORE, M.D. a.k.a. "presaaimg@hotmail.com" and "crocdoc2004@netzero.net," an individual; SARAH B. WEINSTEIN a.k.a. "execsecaaimg@hotmail.com,: an individual; RACHAEL E. SILVER, an individual; and DIEDRE MOORE, an individual, | |
| Defendants. | |
| _____ | |

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1

### CERTIFICATE REQUIRED BY LOCAL RULE 10-6

2

3        The undersigned counsel of record for Defendants Patricia L. Hough, M.D. and

4   Association of American International Medical Graduates, Inc. hereby certify that they are not

5   aware of any interested parties other than those presently participating in the case.   This

6   representation is made to enable judges of the court to evaluate possible recusal.

7        DATED this _____ day of May, 2006.

8                                          ALVERSON, TAYLOR,
                                           MORTENSEN & SANDERS
9

10

11

12                                         _____
                                           NATHAN R. REINMILLER, ESQ.
13                                         Nevada Bar No. 6793
                                           7401 W. Charleston Boulevard
14                                         Las Vegas, NV 89117
                                           Attorney for Defendants
15                                         PATRICIA L. HOUGH, M.D.; and
                                           ASSOCIATION OF AMERICAN
16                                         INTERNATIONAL MEDICAL
                                           GRADUATES, INC.
17

18

19

20

21

22

23

24

25

26

27

28

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

2

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1

2

## CERTIFICATE OF MAILING

I hereby certify that on this _____ day of May, 2006, I did deposit in the United States Post

Office, with postage fully prepaid thereon, a copy of the above and foregoing **CERTIFICATE**

**REQUIRED BY LOCAL RULE 10-6** addressed to:

3

4

5

6

7    Mark G. Tratos, Esq.
     F. Christopher Austin, Esq.
8    Ronald D. Green, Jr., Esq.
     GREENBERG TRAURIG LLP
9    3773 Howard Hughes Pkwy., Ste. 500N
     Las Vegas, NV 89109
10   *Attorney for Plaintiff*

11

12   Karl S. Kronenberger, Esq.
     Terri R. Hanley, Esq.
13   KRONENBERGER & ASSOCIATES
     220 Montgomery St., Ste. 1920
14   San Francisco, CA 94104
     *Attorney for Plaintiff*

15

16

17

18                                              _____
                                                An Employee of ALVERSON, TAYLOR,
19                                              MORTENSEN & SANDERS

20   N:\bruce.grp\Z-client\15989\15989Certificate Local Rule 10-6.wpd

21

22

23

24

25

26

27

28