## CERTIFICATE OF SERVICE

I am a resident of the state of Nevada, over the age of eighteen years and not a party to this action. My business address is 3773 Howard Hughes Parkway, Suite 500 North, Las Vegas, NV 89109.

On June 14, 2006, I served the following document(s):

1. **NOTICE OF DEPOSITION OF DEFENDANT ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC.**

on the parties listed below as follows:

**NATHAN R. REINMILLER, ESQ.**
Alverson Taylor Mortensen & Sanders
7401 West Charleston Blvd
Las Vegas, NV 89117
Counsel for Defendant Association of American International Medical School Graduates, Inc.

[ ] BY FACSIMILE MACHINE (FAX), by personally transmitting a true copy thereof via an electronic facsimile machine to the fax number listed herein.

[X] BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the US Postal Service the same day as it is placed for processing.

[ ] BY PERSONAL SERVICE, by personally delivering a true copy thereof to the addresse(s) listed herein at the location listed herein.

[ ] BY OVERNIGHT DELIVERY containing a true copy thereof to the addresse(s) listed herein at the location listed herein.

[ ] BY EMAIL to the addresses listed above.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

By: _____
Employee of Greenberg Traurig, LLP