## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE VACATING DEPOSITION OF ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC.** on:

Nathan R. Reinmiller, Esq.
Alverson, Taylor, Mortensen & Sanders
7401 West Charleston Boulevard
Las Vegas, Nevada  89117-1401
Fax:  (702) 385-7000

by causing a full, true, and correct copy thereof to be sent by the following indicated method or methods, on the date set forth below:

☒ by mailing in a sealed, first-class postage-prepaid envelope, addressed to the last-known office address of the attorney, and deposited with the United States Postal Service at Las Vegas, Nevada.

☐ by hand delivery.

☐ by sending via overnight courier in a sealed envelope.

☒ by faxing to the attorney at the fax number that is the last-known fax number.

☐ by electronic mail to the last known e-mail address.

DATED:  June 23, 2006.

_____
An employee of Greenberg Traurig, LLP

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 500 North
Las Vegas, Nevada  89109
(702) 792-3773
(702) 792-9002 (fax)

**CERTIFICATE OF SERVICE**