1  **GREENBERG TRAURIG LLP**
   Mark G. Tratos (Bar No. 1086)
2  F. Christopher Austin (Bar No. 6559)
   Ronald D. Green Jr. (Bar No. 7360)
3  3773 Howard Hughes Parkway, Suite 500 North
   Las Vegas, Nevada 89109
4  Telephone: (702) 792-3773
   Facsimile: (702) 792-9002
5
   **KRONENBERGER & ASSOCIATES**
6  Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
   Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
7  220 Montgomery Street, Suite 1920
   San Francisco, California  94101
8  Telephone: (415) 955-1155
   Facsimile: (415) 955-1158
9
   Attorneys for Plaintiff
10

11                    **UNITED STATES DISTRICT COURT**
12                        **DISTRICT OF NEVADA**

13 ST. MATTHEW'S UNIVERSITY
   (CAYMAN) LTD., a Cayman Islands       Case No. CV-S-05-0848-BES
   company,
14                                        **3 DAY NOTICE OF INTENT TO TAKE**
                Plaintiff,                **DEFAULT ON DEFENDANT**
15                                        **RACHAEL SILVER**
        vs.
16
   SABA UNIVERSITY SCHOOL OF
17 MEDICINE FOUNDATION, a Netherland-
   Antilles company, et al,
18
                Defendants.
19

20 TO:  RACHAEL SILVER

21        PLEASE TAKE NOTICE that a First Amended Complaint in the above-entitled action

22 was filed on the 28th day of October, 2005, was served on Rachael Silver, on the 16th day

23 of March, 2006, and no responsive pleading has been filed to date on behalf of RACHAEL

24 SILVER,

25 / / /

26 / / /

27 / / /

28 / / /

1.
3 DAY NOTICE OF INTENT TO TAKE DEFAULT

1  YOU ARE HEREBY notified that if a responsive pleading is not filed and served on
2  your behalf, within three (3) days from your receipt of this Notice, a Default will be taken
3  and a final Judgment of Default will be requested against you.

4

5  DATED: June 29, 2006.                    GREENBERG TRAURIG, LLP

6

7  Mark G. Tratos (Bar No. 1086)
   F. Christopher Austin (Bar No. 6559)
8  Ronald D. Green Jr. (Bar No. 7360)

9  KRONENBERGER & ASSOCIATES
   Karl S. Kronenberger (CA Bar No. 226112) (*Pro*
10 *Hac Vice*)
   Terri R. Hanley (CA Bar No. 199811) (*Pro Hac*
11 *Vice*)

12
   Attorneys for Plaintiff
13 ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

Greenberg Traurig, LLP
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)

2.
3 DAY NOTICE OF INTENT TO TAKE DEFAULT

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing 3 DAY NOTICE OF INTENT TO TAKE DEFAULT on:

>Rachael Silver
>c/o Nathan R. Reinmiller
>ALVERSON, TAYLOR, MORTENSEN & SANDERS
>7401 West Charleston Boulevard
>Las Vegas, Nevada  89117-1401
>Counsel for:  Defendants
>SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company, et al

by causing a full, true, and correct copy thereof to be sent by the following indicated method or methods, on the date set forth below:

- ☐ by mailing in a sealed, first-class postage-prepaid envelope, addressed to the last-known office address of the attorney, and deposited with the United States Postal Service at Las Vegas, Nevada.
- ☑ by hand delivery.
- ☐ by sending via overnight courier in a sealed envelope.
- ☐ by faxing to the attorney at the fax number that is the last-known fax number.
- ☐ by electronic mail to the last known e-mail address.

DATED:  June 29, 2006.

_____
An employee of Greenberg Traurig, LLP

CERTIFICATE OF SERVICE