| | |
|---|---|
| 1 | **GREENBERG TRAURIG LLP** |
| | Mark G. Tratos (Bar No. 1086) |
| 2 | F. Christopher Austin (Bar No. 6559) |
| | Ronald D. Green Jr. (Bar No. 7360) |
| 3 | 3773 Howard Hughes Parkway, Suite 500 North |
| | Las Vegas, Nevada 89109 |
| 4 | Telephone: (702) 792-3773 |
| | Facsimile: (702) 792-9002 |
| 5 | |
| | **KRONENBERGER & ASSOCIATES** |
| 6 | Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*) |
| | Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*) |
| 7 | 220 Montgomery Street, Suite 1920 |
| | San Francisco, California 94101 |
| 8 | Telephone: (415) 955-1155 |
| | Facsimile: (415) 955-1158 |
| 9 | |
| | Attorneys for Plaintiff |
| 10 | |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company, | Case No. CV-S-05-0848-BES |
| Plaintiff, | **3 DAY NOTICE OF INTENT TO TAKE DEFAULT ON DEFENDANT THOMAS MOORE, M.D.** |
| vs. | |
| SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company, et al, | |
| Defendants. | |

TO: THOMAS MOORE, M.D.

PLEASE TAKE NOTICE that a First Amended Complaint in the above-entitled action was filed on the 28th day of October, 2005, was served on Thomas Moore, M.D., on the 16th day of March, 2006, and no responsive pleading has been filed to date on behalf of THOMAS MOORE, M.D.,

/ / /

/ / /

/ / /

/ / /

1.
3 DAY NOTICE OF INTENT TO TAKE DEFAULT

1   YOU ARE HEREBY notified that if a responsive pleading is not filed and served on
2   your behalf, within three (3) days from your receipt of this Notice, a Default will be taken
3   and a final Judgment of Default will be requested against you.

DATED: June 29, 2006.

GREENBERG TRAURIG, LLP

_____
Mark G. Tratos (Bar No. 1086)
F. Christopher Austin (Bar No. 6559)
Ronald D. Green Jr. (Bar No. 7360)

KRONENBERGER & ASSOCIATES
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)

Attorneys for Plaintiff
ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

Greenberg Traurig, LLP
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)

2.

3 DAY NOTICE OF INTENT TO TAKE DEFAULT

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing 3 DAY NOTICE OF INTENT TO TAKE DEFAULT on:

>Thomas Moore, M.D.
>c/o Nathan R. Reinmiller
>ALVERSON, TAYLOR, MORTENSEN & SANDERS
>7401 West Charleston Boulevard
>Las Vegas, Nevada  89117-1401
>Counsel for:  Defendants
>SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company, et al

by causing a full, true, and correct copy thereof to be sent by the following indicated method or methods, on the date set forth below:

☐ by mailing in a sealed, first-class postage-prepaid envelope, addressed to the last-known office address of the attorney, and deposited with the United States Postal Service at Las Vegas, Nevada.

☑ by hand delivery.

☐ by sending via overnight courier in a sealed envelope.

☐ by faxing to the attorney at the fax number that is the last-known fax number.

☐ by electronic mail to the last known e-mail address.

DATED:  June 29, 2006.

_____
An employee of Greenberg Traurig, LLP

CERTIFICATE OF SERVICE