**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086)
F. Christopher Austin (Bar No. 6559)
Ronald D. Green, Jr. (Bar No. 7360)
3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada 89109
Tel: (702) 792-3773
Fax: (702) 792-9002

**KRONENBERGER HANLEY, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Terri R. Hanley (CA Bar No. 199811)
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff

KRONENBERGER HANLEY, LLP
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
www.KronenbergerLaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company, <br><br> Plaintiff, <br><br> vs. <br><br> SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company, et al., <br><br> Defendants. | Case No. CV-S-05-0848-BES <br><br> **DECLARATION OF TERRI R. HANLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE OF SUMMONS ON DEFENDANT MEDICAL UNIVERSITY OF THE AMERICAS** |

I, Terri R. Hanley, counsel of record for Plaintiff St. Matthew's University (Cayman) Ltd. ("ST. MATTHEW'S") in the above-captioned action, declare the following:

1.     On December 30, 2005, ST. MATTHEW'S mailed a request for waiver of service of summons for MUA to attorney Michael Angelini, attorney of record for Defendants FREDRICK, and HOUGH, a true and correct copy of which is attached hereto as Exhibit D.

Case No. CV-S-05-0848-BES

1

DECLARATION OF TERRI R. HANLEY

2.      On March 31, 2006, ST. MATTHEW'S attempted service of Summons on Dr. Sewell H. Dixon, Executive Dean of MUA via U.S. Certified Mail, to the address 6725 Fairview Rd. A, Charlotte, NC 28210, in a manner consistent with North Carolina Rule of Civil Procedure 4(6)(c), pursuant to Fed. Rule of Civ. Proc. 4(h)(1).  However, the U.S. Postal Service returned the service package to ST. MATTHEW'S as undeliverable.

3.      On or about March, 2006, ST. MATTHEW'S contracted process servers to personally serve Joseph Chu, M.D. M.P.H., Chief Executive Officer of MUA, at University of Washington, 1058 East Lynn Street, Seattle, WA 98102, where he is a professor of epidemiology.

4.      To date, the process servers have been, despite several attempts, unable to locate and serve Dr. Chu.  They have tried to locate a physical address for Dr. Chu on the University of Washington campus but have been unsuccessful.  The process servers were told that Dr. Chu does work in laboratory space on campus, but this space was not a dedicated space, and that he migrates from space to space regularly.  Additionally, he does not have a personal office on campus.  The process servers left many messages for Dr. Chu, but none of these messages were returned.

5.      An oral request to Defendants' attorneys of record Michael Angelini and Nathan Reinmiller was made during a May 11, 2006 teleconference to accept service on behalf of MUA.  Both Mr. Angelini and Mr. Reinmiller rejected this request.

6.      Attached hereto as Exhibit A is a true and correct copy of a printout of the contact page from Defendant Medical University of the Americas' ("MUA") website.

7.      Attached hereto as Exhibit B are true and correct copies of a printout from the Secretary of the Commonwealth of the State of Massachusetts' website, which lists the corporate information filed by Defendants Education Information Consultants, Inc. and Educational International Consultants, LLC. (together, "EIC").

8.      Attached hereto as Exhibit C is a true and correct copy of the Certificate Required By Local Rule 10-6 (#65) filed by Defendant Patricia L. Hough, M.D. and Association of American International Medical Graduates, Inc. on May 17, 2006.

KRONENBERGER HANLEY, LLP
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
www.KronenbergerLaw.com

1     I declare under penalty of perjury under the laws of the United States of America

2  that the above is true and correct.

3

4  Dated: July 7, 2006.

5

6  _Terri R. Hanley_ (signature)
   _____

7  Terri R. Hanley
   Attorney for Plaintiff

8  ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KRONENBERGER HANLEY, LLP
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
www.KronenbergerLaw.com

Case No. CV-S-05-0848-BES                    3                    **DECLARATION OF TERRI R. HANLEY**

**CERTIFICATE OF SERVICE**

I am a resident of the state of Nevada, over the age of eighteen years and not a party to this action.   My business address is 3773 Howard Hughes Parkway, Suite 500 North, Las Vegas, NV 89169.

On July 7, 2006, I served the following document(s):

1.  **DECLARATION OF TERRI R. HANLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE OF SUMMONS ON DEFENDANT MEDICAL UNIVERSITY OF THE AMERICAS**

on the parties listed below as follows:

**NATHAN REINMILLER, ESQ**
Alverson Taylor Mortensen & Sanders
7401 West Charleston Blvd
Las Vegas, NV 89117
Fax:  (702) 385-7000

[X] BY FACSIMILE MACHINE (FAX), by personally transmitting a true copy thereof via an electronic facsimile machine to the fax number listed herein.

[X] BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the US Postal Service the same day as it is placed for processing.

[ ] BY PERSONAL SERVICE, by personally delivering a true copy thereof to the addresse(s) listed herein at the location listed herein.

[ ] BY OVERNIGHT DELIVERY containing a true copy thereof to the addresse(s) listed herein at the location listed herein.

[ ] BY EMAIL to the addresses listed above.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Employee of Greenberg
Traurig, LLP

KRONENBERGER HANLEY, LLP
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
www.KronenbergerLaw.com

1                                                    **CERTIFICATE OF SERVICE**

## TABLE OF EXHIBITS

**EXHIBIT A**
Defendant MUA's Contact Information From Their Website

**EXHIBIT B**
Corporate Information for Defendant EICs

**EXHIBIT C**
Certificate Required By Local Rule 10-6 (#65)

**EXHIBIT D**
Waiver of Service of Summons for Defendant MUA

**EXHIBIT A**
Defendant MUA's Contact Information From Their Website

Quick Find - Contact Us

# MEDICAL UNIVERSITY OF THE AMERICAS

You Are Here  Other • Contact Us

**Navigation Menu**

Home

Admissions

Financial Information

Academics & Registrar

Curriculum

Student Life

Faculty & Staff

Alumni & Residencies

▼ Contacts/FAQs

Contact Us

FAQs

Employment Opportunities

Links



  

Apply Online



THE TOURISTS AND STUDENTS GUIDE TO NEVIS

Hurricane Policy

## U.S. Information Office

| | |
|---|---|
| Mailing Address | Education International Consultants, Inc. <br> P.O. Box 505 <br> Gardner, MA 01440, USA |
| Telephone | (978) 632-1599 |
| Fax | (978) 630-3851 |
| Email | admissions@mua.edu |

Email   Print

## Nevis Campus Office

| | |
|---|---|
| Mailing Address | Medical University Of The Americas <br> P.O. Box 701 <br> Charlestown, Nevis, West Indies |
| Telephone | 869-469-9177 |
| Fax | 869-469-9180 |
| Email | medschool@caribsurf.com |

Email   Print

## Inquires on faculty positions

| | |
|---|---|
| Mailing Address | Dr. Barbara Van Renterghan |
| Email | bvanrent@saba.edu |

## Tuition Payment

| | |
|---|---|
| Mailing Address | Medical University of the Americas <br> P.O. Box 505 <br> Gardner, MA 01440 |

---

Home | Admissions | Registrar | Curriculum | Student Life | Alumni & Residencies | Other | Contact Us | Application

| U.S. Information Office | Nevis Campus Office |
|---|---|
| Education International Consultants, Inc. | Medical University Of The Americas |
| P.O. Box 505 | P.O. Box 701 |
| Gardner, MA 01440, USA | Charlestown, Nevis, West Indies |
| Telephone (978) 632-1599 | Telephone 869-469-9177 |
| Fax (978) 630-3851 | Fax 869-469-9180 |
| admissions@mua.edu | medschool@caribsurf.com |

http://www.mua.edu/other_contactus.php (1 of 2)10/7/2005 2:54:13 PM

**EXHIBIT B**
Corporate Information for Defendant EICs



# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts
02108-1512
Telephone: (617) 727-9640

---

## *EDUCATION INFORMATION CONSULTANTS, INC.* Summary Screen

Help with this form

Request a Certificate

**The exact name of the Domestic Profit Corporation:** EDUCATION INFORMATION CONSULTANTS, INC.

**Entity Type:** Domestic Profit Corporation

**Identification Number:** 043310931

**Old Federal Employer Identification Number (Old FEIN):** 000533543

**Date of Organization in Massachusetts:** 04/11/1996

**Current Fiscal Month / Day:** 12 / 31          **Previous Fiscal Month / Day:** 00 / 00

**The location of its principal office in Massachusetts:**
No. and Street:        63 WALNUT ST.
City or Town:   GARDNER        State: MA        Zip: 01440        Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:        State:        Zip:        Country:

**The name and address of the Registered Agent:**
Name:        DR. DAVID L. FREDRICK
No. and Street:        63 WALNUT STREET
City or Town:   GARDNER        State: MA        Zip: 01440        Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration<br>of Term |
|---|---|---|---|
| PRESIDENT | DAVID FREDRICK | 74 EDGELL ST.,<br>GARDNER, MA USA | |

| TREASURER | DAVID FREDRICK | 74 EDGELL ST., GARDNER, MA 01440 USA | |
| SECRETARY | DAVID FREDRICK | 74 EDGELL ST., GARDNER, MA 01440 USA | |
| DIRECTOR | DAVID FREDRICK | 74 EDGELL ST., GARDNER, MA 01440 USA | |

**business entity stock is publicly traded:** __

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share Enter 0 if no Par | Total Authorized by Articles of Organization or Amendments *Num of Shares* | *Total Par Value* | Total Issued and Outstanding *Num of Shares* |
|---|---|---|---|---|
| CWP | $10.00000 | 1,000 | $10,000.00 | 1,000 |

__ Consent     __ Manufacturer     __ Confidential Data     __ Does Not Require Annual Report

__ Partnership     __ Resident Agent     __ For Profit     __ Merger Allowed

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Administrative Dissolution
Annual Report
Application for Reinstatement
Application For Revival

View Filings     New Search

Comments

© 2001 - 2006 Commonwealth of Massachusetts
All Rights Reserved

Help

MA SOC    Filing Number: 200514176310    Date: 05/03/2005 3:53 PM

Minimium Fee: $500.00

## The Commonwealth of Massachusetts
### William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

## Certificate of Organization
(General Laws, Chapter )

**Federal Employer Identification Number:** <u>202076744</u> *(must be 9 digits)*

**1. The exact name of the limited liability company is:** <u>EDUCATIONAL INTERNATIONAL CONSULTANTANTS, LLC</u>

**2. Location of its principal office is:**

| | | | | |
|---|---|---|---|---|
| No. and Street: | <u>63 WALNUT STREET</u> | | | |
| City or Town: | <u>GARDNER</u> | State: <u>MA</u> | Zip: <u>01440</u> | Country: <u>USA</u> |

**3. The general character of business, and if the limited liability company is organized to render professional service, the service to be rendered:**
<u>MANAGEMENT CONSULTING SERVICES FOR FOREIGN MEDICAL SCHOOLS.</u>

**4. The latest date of dissolution, if specified:**

**5. Name and address of the Resident Agent is:**

| | | | | |
|---|---|---|---|---|
| Name: | <u>DAVID L. FREDRICK</u> | | | |
| No. and Street: | <u>63 WALNUT STREET</u> | | | |
| City or Town: | <u>GARDNER</u> | State: <u>MA</u> | Zip: <u>01440</u> | Country: <u>USA</u> |

**6. The name and business address of each manager:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| MANAGER | DAVID LEON FREDRICK | 63 WALNUT STREET<br>GARDNER, MA 01440 USA |

**7. The name and business address of the person in addition to the manager, who is authorized to execute documents to be filed with the Corporations Division, and at least one person shall be named if there are no managers.**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| SOC SIGNATORY | DAVID LEON FREDRICK | 63 WALNUT STREET<br>GARDNER, MA 01440 USA |

**8. The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporing to affect an interest in real property:**

| Title | Individual Name | Address (no PO Box) |
|---|---|---|
|  | First, Middle, Last, Suffix | Address, City or Town, State, Zip Code |
| REAL PROPERTY | DAVID LEON FREDRICK | 63 WALNUT STREET<br>GARDNER, MA 01440 USA |

**9. Any additional matters the authorized persons determine to include therein:**

**SIGNED UNDER THE PENALTIES OF PERJURY, this 3 Day of May, 2005,**

DAVID L. FREDRICK

*(The certificate must be signed by the person forming the LLC.)*

© 2001 - 2005 Commonwealth of Massachusetts
All Rights Reserved

# THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears

that the provisions of the General Laws relative to corporations have been complied with,

and I hereby approve said articles; and the filing fee having been paid, said articles are

deemed to have been filed with me on:

May 03, 2005 3:53 PM

**WILLIAM FRANCIS GALVIN**

*Secretary of the Commonwealth*

0-6249-0

**EXHIBIT C**
Certificate Required By Local Rule 10-6 (#65)

NATHAN R. REINMILLER, ESQ.
Nevada Bar No. 6793
ALVERSON, TAYLOR,
MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Tel: (702) 384-7000
Fax: (702) 385-7000
Attorney for Defendants
PATRICIA L. HOUGH, M.D.; and
ASSOCIATION OF AMERICAN
INTERNATIONAL MEDICAL
GRADUATES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company, <br><br> Plaintiff, <br><br> v. <br><br> SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company; MEDICAL UNIVERSITY OF THE AMERICAS, a St. Kitts & Nevis company; EDUCATION INFORMATION CONSULTANTS, INC., a Massachusetts corporation; EDUCATIONAL INTERNATIONAL CONSULTANTS, LLC, a Massachusetts limited liability company; PATRICIA L. HOUGH, M.D., an individual, and d.b.a. "Saba University School of Medicine"; DAVID L. FREDRICK, an individual; PANKAJ DESAI, M.D., an individual; ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRAUDATES, INC., a Nevada corporation, a.k.a. "aaimg@yahoo.com"; THOMAS MOORE, M.D. a.k.a. "presaaimg@hotmail.com" and "crocdoc2004@netzero.net," an individual; SARAH B. WEINSTEIN a.k.a. "execsecaaimg@hotmail.com,: an individual; RACHAEL E. SILVER, an individual; and DIEDRE MOORE, an individual, <br><br> Defendants. <br> _____ | Case No.:   CV-S-05-0848-RCJ (LRL) <br><br><br><br><br> **CERTIFICATE REQUIRED BY LOCAL RULE 10-6** |

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

**ALVERSON, TAYLOR, MORTENSEN & SANDERS**
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1

## <u>CERTIFICATE REQUIRED BY LOCAL RULE 10-6</u>

The undersigned counsel of record for Defendants Patricia L. Hough, M.D. and

Association of American International Medical Graduates, Inc. hereby certify that they are not

aware of any interested parties other than those presently participating in the case.   This

representation is made to enable judges of the court to evaluate possible recusal.

DATED this _____ day of May, 2006.

ALVERSON, TAYLOR,
MORTENSEN & SANDERS

_____
NATHAN R. REINMILLER, ESQ.
Nevada Bar No. 6793
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Attorney for Defendants
PATRICIA L. HOUGH, M.D.; and
ASSOCIATION OF AMERICAN
INTERNATIONAL MEDICAL
GRADUATES, INC.

2

## CERTIFICATE OF MAILING

I hereby certify that on this ____ day of May, 2006, I did deposit in the United States Post Office, with postage fully prepaid thereon, a copy of the above and foregoing **CERTIFICATE REQUIRED BY LOCAL RULE 10-6** addressed to:

Mark G. Tratos, Esq.
F. Christopher Austin, Esq.
Ronald D. Green, Jr., Esq.
GREENBERG TRAURIG LLP
3773 Howard Hughes Pkwy., Ste. 500N
Las Vegas, NV 89109
*Attorney for Plaintiff*

Karl S. Kronenberger, Esq.
Terri R. Hanley, Esq.
KRONENBERGER & ASSOCIATES
220 Montgomery St., Ste. 1920
San Francisco, CA 94104
*Attorney for Plaintiff*

_____
An Employee of ALVERSON, TAYLOR,
MORTENSEN & SANDERS

N:\bruce.grp\Z-client\15989\15989Certificate Local Rule 10-6.wpd

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

3

**EXHIBIT D**
Waiver of Service of Summons for Defendant MUA

%AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: <u>Karl S. Kronenberger</u>

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, <u>David L. Fredrick</u>, acknowledge receipt of your request

(DEFENDANT NAME)

that I waive service of summons in the action of <u>St. Matthew's University v. Saba University School of Medicine, et al.</u>,

(CAPTION OF ACTION)

which is case number <u>Case No. CV-S-05-0848-RCJ(LRL)</u> in the United States District Court

(DOCKET NUMBER)

for the _____ District of <u>Nevada</u>.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after <u>December 30, 2005</u>,

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

_____                    _____

(DATE)                                            (SIGNATURE)

Printed/Typed Name: <u>David L. Fredrick</u>

As _____ of <u>Medical University of the Americas</u>

(TITLE)                              (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.