**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086)
F. Christopher Austin (Bar No. 6559)
Ronald D. Green, Jr. (Bar No. 7360)
3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada 89109
Tel: (702) 792-3773
Fax: (702) 792-9002

**KRONENBERGER HANLEY, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Terri R. Hanley (CA Bar No. 199811)
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company,<br><br>Plaintiff,<br><br>vs.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company, et al.,<br><br>Defendants. | Case No. CV-S-05-0848-BES<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE OF SUMMONS ON DEFENDANT MEDICAL UNIVERSITY OF THE AMERICAS** |

After consideration upon motion properly made by Plaintiff ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD. ("ST. MATTHEW'S") in the above-captioned case, and good cause having been found therefore, IT IS HEREBY ORDERED:

1. Defendant in the present case Medical University of the Americas ("MUA") may be served in any of the following manners:

1  (i) service upon Nathan Reinmiller of Alverson Taylor Mortensen Sanders, in Las Vegas, Nevada, counsel of record Defendants David L . Fredrick, Patricia L. Hough, M.D., Saba University School of Medicine Foundation, and Defendants Education Information Consultants, Inc. and Educational International Consultants, LLC.;

(ii) service via U.S. Mail to MUA's U.S. Information Office, Defendants Education Information Consultants, Inc./Educational International Consultants, LLC, at 63 Walnut Street, Gardner, Massachusetts, 01440; or

(iii) service via email to admission@mua.edu and medschool@caribsurf.com.

2.  Time to effectuate service upon Defendant MUA is hereby extended to _____, 2006.

**IT IS SO ORDERED.**

DATED: _____, 2006

_____
UNITED STATES DISTRICT JUDGE

///

Respectfully Submitted,

DATED: July 7, 2006.   **KRONENBERGER HANLEY, LLP**

By: _____
Karl S. Kronenberger
Terri R. Hanley
Attorneys for Plaintiff
ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

DATED: July 7, 2006.   **GREENBERG TRAURIG, LLP**

By: _____
Mark G. Tratos
F. Christopher Austin
Ronald D. Green, Jr.
Designated Local Counsel for Plaintiff
ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

# CERTIFICATE OF SERVICE

I am a resident of the state of Nevada, over the age of eighteen years and not a party to this action. My business address is 3773 Howard Hughes Parkway, Suite 500 North, Las Vegas, NV 89169.

On July 7, 2006, I served the following document(s):

1. **[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE OF SUMMONS ON DEFENDANT MEDICAL UNIVERSITY OF THE AMERICAS**

on the parties listed below as follows:

**NATHAN REINMILLER, ESQ**
Alverson Taylor Mortensen & Sanders
7401 West Charleston Blvd
Las Vegas, NV 89117
Fax: (702) 385-7000

| | |
|---|---|
| [X] | BY FACSIMILE MACHINE (FAX), by personally transmitting a true copy thereof via an electronic facsimile machine to the fax number listed herein. |
| [X] | BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the US Postal Service the same day as it is placed for processing. |
| [ ] | BY PERSONAL SERVICE, by personally delivering a true copy thereof to the addresse(s) listed herein at the location listed herein. |
| [ ] | BY OVERNIGHT DELIVERY containing a true copy thereof to the addresse(s) listed herein at the location listed herein. |
| [ ] | BY EMAIL to the addresses listed above. |
| [ ] | (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| [X] | (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

*/s/ Sa. S. Whitehead*
Employee of Greenberg Traurig, LLP

CERTIFICATE OF SERVICE
1