**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086)
F. Christopher Austin (Bar No. 6559)
Ronald D. Green Jr. (Bar No. 7360)
3773 Howard Hughes Parkway, Suite 500 North
Las Vegas, Nevada 89109
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

**KRONENBERGER HANLEY, LLP**
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
220 Montgomery Street, Suite 1920
San Francisco, California 94101
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company,<br><br>Plaintiff,<br><br>vs.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company, et al,<br><br>Defendants. | Case No. CV-S-05-0848-BES<br><br>**REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANTS SARAH WEINSTEIN, RACHAEL SILVER, DIEDRE MOORE, AND THOMAS MOORE, M.D.** |

Please enter default under Fed. R. Civ. P. 55(a) for defendants Sarah Weinstein, Rachael Silver, Diedre Moore, and Thomas Moore, M.D., for failure to plead, answer or

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1 | otherwise defend, as supported by the Declaration of Ronald D. Green, Jr., filed herewith.

3 | DATED: July 13, 2006.

GREENBERG TRAURIG, LLP

_____
Mark G. Tratos (Bar No. 1086)
F. Christopher Austin (Bar No. 6559)
Ronald D. Green Jr. (Bar No. 7360)

KRONENBERGER & ASSOCIATES
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)

Attorneys for Plaintiff
ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

Greenberg Traurig, LLP
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)

2.

REQUEST ENTRY OF DEFAULT

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing REQUEST FOR ENTRY OF DEFAULT on:

Thomas Moore, M.D.
c/o Nathan R. Reinmiller
ALVERSON, TAYLOR, MORTENSEN & SANDERS
7401 West Charleston Boulevard
Las Vegas, Nevada 89117-1401
Counsel for: Defendants
SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company, et al

by causing a full, true, and correct copy thereof to be sent by the following indicated method or methods, on the date set forth below:

[✓] by mailing in a sealed, first-class postage-prepaid envelope, addressed to the last-known office address of the attorney, and deposited with the United States Postal Service at Las Vegas, Nevada.

[ ] by hand delivery.

[ ] by sending via overnight courier in a sealed envelope.

[ ] by faxing to the attorney at the fax number that is the last-known fax number.

[ ] by electronic mail to the last known e-mail address.

DATED: July 13, 2006.

_____
An employee of Greenberg Traurig, LLP

CERTIFICATE OF SERVICE