**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086)
F. Christopher Austin (Bar No. 6559)
Ronald D. Green Jr. (Bar No. 7360)
3773 Howard Hughes Parkway, Suite 500 North
Las Vegas, Nevada 89109
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

**KRONENBERGER HANLEY, LLP**
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
220 Montgomery Street, Suite 1920
San Francisco, California 94101
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company,<br><br>Plaintiff,<br><br>vs.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company, et al,<br><br>Defendants. | Case No. CV-S-05-0848-BES<br><br>**DECLARATION OF RONALD D. GREEN, JR. IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANTS SARAH WEINSTEIN, RACHAEL SILVER, DIEDRE MOORE, AND THOMAS MOORE, M.D.** |

I, Ronald D. Green, Jr., declare under penalty of perjury under the laws of the United States as follows:

1. I am an associate with the law firm of Greenberg Traurig, LLP, Plaintiff's counsel in this case, and I have personal knowledge of the facts set forth in this declaration.

2. This declaration is made pursuant to Fed. R. Civ. P. 55(a) for the purpose of enabling Plaintiff to obtain an entry of default against Defendants Sarah Weinstein, Rachael Silver, Diedre Moore, and Thomas Moore, M.D., for their failure

1 | to answer or otherwise defend Plaintiff's Complaint.

2 |     3.    Plaintiff filed their Complaint in this matter on July 12, 2005.

3 |     4.    On March 16, 2006, Plaintiff's counsel caused Defendants Sarah Weinstein, Rachael Silver, Diedre Moore, and Thomas Moore, M.D., to be personally served with the Complaint and Summons in accordance with Fed. R. Civ. P. 4.

    5.    Defendant's have failed to serve an answer or other responsive pleading as required by Fed. R. Civ. P. 12.

DATED: July 13, 2006.    GREENBERG TRAURIG, LLP

_____
Ronald D. Green Jr. (Bar No. 7360)

Quirk & Tratos
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)

2.
DECLARATION OF RONALD D. GREEN, JR. ISO REQUEST FOR ENTRY OF DEFAULT

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2006, I served the foregoing Declaration of Ronald D. Green, Jr., in support of Request for Entry of Default on:

> Thomas Moore, M.D.
> c/o Nathan R. Reinmiller
> ALVERSON, TAYLOR, MORTENSEN & SANDERS
> 7401 West Charleston Boulevard
> Las Vegas, Nevada 89117-1401
> Counsel for: Defendants
> SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company, et al

by causing a full, true, and correct copy thereof to be sent by the following indicated method or methods, on the date set forth below:

- [✓] by mailing in a sealed, first-class postage-prepaid envelope, addressed to the last-known office address of the attorney, and deposited with the United States Postal Service at Las Vegas, Nevada.
- [ ] by hand delivery.
- [ ] by sending via overnight courier in a sealed envelope.
- [ ] by faxing to the attorney at the fax number that is the last-known fax number.
- [ ] by electronic mail to the last known e-mail address

_____
An employee of Greenberg Traurig, LLP

**CERTIFICATE OF SERVICE**