UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| St. Matthew's University (Cayman) Ltd., a Cayman Islands company, )<br>)<br>Plaintiff(s),   )<br>)<br>v.   )<br>)<br>SABA University School of Medicine Foundation, et al,   )<br>)<br>Defendant(s).   )<br>) | CV  S-05-0848-BES<br><br>**DEFAULT** |

It appearing from the records in the above-entitled action that Summons issued on the __Original__ Complaint __July 12, 2005__
(Original, Amended, etc)                                  (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure,

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants __Sarah Weinstein, Rachael Silver, Diedre Moore, and Thomas Moore, M.D.__

in the above-entitled action is hereby entered.

DATED: _____           LANCE S. WILSON, CLERK

                                                                        By: _____
                                                                                    Deputy Clerk