NATHAN R. REINMILLER, ESQ.
Nevada Bar No. 6793
ALVERSON, TAYLOR,
MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Tel: (702) 384-7000
Fax: (702) 385-7000
Attorney for Defendants
PATRICIA L. HOUGH, M.D.;
DAVID L. FREDRICK;
ASSOCIATION OF AMERICAN
INTERNATIONAL MEDICAL GRADUATES, INC.,
SABA UNIVERSITY SCHOOL OF MEDICINE
FOUNDATION, EDUCATION INFORMATION
CONSULTANTS, INC., EDUCATIONAL
INTERNATIONAL CONSULTANTS, LLC, and
PANKAJ DESAI, M.D.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company, | )<br>)<br>) Case No.: CV-S-05-0848-RCJ(LRL) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company; MEDICAL UNIVERSITY OF THE AMERICAS, a St. Kitts & Nevis company; EDUCATION INFORMATION CONSULTANTS, INC., a Massachusetts corporation; EDUCATIONAL INTERNATIONAL CONSULTANTS, LLC, a Massachusetts limited liability company; PATRICIA L. HOUGH, M.D. an individual, and d.b.a. "Saba University School of Medicine"; DAVID L. FREDRICK, an individual; PANKAJ DESAI, M.D., an individual; ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC., a Nevada corporation, a.k.a. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1  "aaimg@yahoo.com"; THOMAS MOORE, M.D. )
   a.k.a. "presaaimg@hotmail.com" and          )
2  "crocdoc2004@netzero.net," an individual;   )
   SARAH B. WEINSTEIN a.k.a.                    )
3  "execsecaaimg@hotmail.com," an individual;  )
   RACHAEL E. SILVER, an individual; and        )
4  DIEDRE MOORE, an individual,                 )
                                                )
5                             Defendants.  )

6

7              MOTION OF PATRICIA L. HOUGH TO REMOVE DEFAULT
8         OF SARAH WEINSTEIN, RACHAEL SILVER, DIEDRE MOORE
                       AND THOMAS MOORE, M.D.

9          Defendant Patricia L. Hough, M.D. ("Hough") hereby moves this Court to

10  Remove the Default of Sarah Weinstein, Rachael Silver, Diedre Moore and Thomas

11
    Moore, M.D. entered by this Court on July 13, 2006.  As grounds for this Motion, Hough
12

13  states that:

14         1.      Plaintiff's Amended Complaint alleges that "Thomas Moore, Sarah

15  Weinstein, Rachael Silver, and Diedre Moore are fictitious identities fabricated and

16  used by Defendants Hough [and others] . . . ."  See Amended Complaint, paragraph 65.

17
    If, as Plaintiff alleges, the foregoing individuals do not exist but rather are fictitious
18

19  identities, there is no case or controversy because such a judgment would be a nullity

20  because it would not affect the rights of either plaintiff or defendants.

21         2.      If, as Plaintiff alleges, the fictitious entities are ultimately determined to be

22  pseudonyms for Defendant Hough, Defendant Hough has already filed her Answer and

23  Joinder to Motion to Dismiss the Amended Complaint Against Thomas Moore, M.D.,

24  Sarah B. Weinstein, Rachael E. Silver and Diedre Moore, which Hough filed as an

25  alternative pleading in light of Plaintiff's claim that Hough used the .  .  .
26
    .  .  .
27

28  .  .  .

foregoing names as false identities. As such, there is a responsive pleading filed on behalf of Defendant Hough responding to the claims against the fictitious entities and no basis to enter a default.

Dated this __4th__ day of August, 2006.

Respectfully submitted,
PATRICIA L. HOUGH, M.D.
By Her Attorneys,

_signature_ FOR #9029

Bruce A. Alverson, Esq.
Nathan Reinmiller, Esq.
Alverson Taylor Mortensen & Sanders
7401 West Charleston Blvd.
Las Vegas, NV 89117
Tel. No.: 702-384-7000

NATHAN R. REINMILLER, ESQ.
Nevada Bar No. 6793
ALVERSON, TAYLOR,
MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Tel: (702) 384-7000
Fax: (702) 385-7000
Attorney for Defendants
PATRICIA L. HOUGH, M.D.;
DAVID L. FREDRICK;
ASSOCIATION OF AMERICAN
INTERNATIONAL MEDICAL GRADUATES, INC.,
SABA UNIVERSITY SCHOOL OF MEDICINE
FOUNDATION, EDUCATION INFORMATION
CONSULTANTS, INC., EDUCATIONAL
INTERNATIONAL CONSULTANTS, LLC, and
PANKAJ DESAI, M.D.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company, | ) Case No.: CV-S-05-0848-RCJ (LRL) )<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company; MEDICAL UNIVERSITY OF THE AMERICAS, a St. Kitts & Nevis company; EDUCATION INFORMATION CONSULTANTS, INC., a Massachusetts corporation; EDUCATIONAL INTERNATIONAL CONSULTANTS, LLC, a Massachusetts limited liability company; PATRICIA L. HOUGH, M.D. an individual, and d.b.a. "Saba University School of Medicine"; DAVID L. FREDRICK, an individual; PANKAJ DESAI, M.D., an individual; ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC., a Nevada corporation, a.k.a. "aaimg@yahoo.com"; THOMAS MOORE, M.D. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1  a.k.a. "presaaimg@hotmail.com" and                    )
2  "crocdoc2004@netzero.net," an individual;              )
   SARAH B. WEINSTEIN a.k.a.                              )
3  "execsecaaimg@hotmail.com," an individual;             )
   RACHAEL E. SILVER, an individual; and                  )
4  DIEDRE MOORE, an individual,                           )
                                                          )
5                                    Defendants.  )
6

7                    **MEMORANDUM IN SUPPORT OF**
                **MOTION OF PATRICIA L. HOUGH TO REMOVE DEFAULT**
8            **OF SARAH WEINSTEIN, RACHAEL SILVER, DIEDRE MOORE**
                        **AND THOMAS MOORE, M.D.**
9

10        Plaintiff's Amended Complaint alleges that "Thomas Moore, Sarah Weinstein,

11  Rachael Silver, and Diedre Moore are fictitious identities fabricated and used by

12  Defendants Hough [and others] . . . ."  See Amended Complaint, paragraph 65.  If, as

13  Plaintiff alleges, the foregoing individuals do not exist but rather are fictitious identities,

14  there is no purpose in entering a default judgment against them because a default

15  judgment against fictitious entities would be a nullity.  While an action may be brought

16
17  by a "John Doe" plaintiff that in fact exists, there can be no actual case or controversy

18  with fictitious entities because no enforceable judgment can be entered with respect to

19  fictitious entities.  North Carolina v. Rice, 404 U.S. 244, 246 (1971). ("Federal courts are

20  without power to decide cases that cannot affect the right of litigants before them.") A

21  justiciable case or controversy only exists between a plaintiff and defendant when the
22
23  plaintiff's "injury is fairly traceable to the challenged action of the defendant and …it is

24  likely…that the injury will be redressed by a favorable decision."  S.D. Myers, Inc. v.

25  County of San Francisco, 253 F.3d 461, 474 (9th Cir. 2001). There could be no more

26  meaningless judicial act with no affect on the rights of either party than a judgment

27  against a fictitious entity.  A plaintiff suing a fictitious party cannot collect damages or

28  other relief from a non-existent person or have suffered or be threatened with an actual

injury traceable to a fictitious defendant which can be redressed by a favorable judicial decision. For this reason, this Court should vacate the default judgment against each of the above-named parties, and require Plaintiff to show that there is in fact a justiciable case or controversy by showing that those individuals are not, as it alleges in its Amended Complaint, fictitious identities before considering Plaintiff's motion for default.

If, as Plaintiff alleges, the fictitious entities are ultimately determined to be pseudonyms for Defendant Hough, Defendant Hough has already filed her Answer and Joinder to Motion to Dismiss the Amended Complaint Against Thomas Moore, M.D., Sarah B. Weinstein, Rachael E. Silver and Diedre Moore which Hough filed as an alternative pleading in light of Plaintiff's claim that Hough used the foregoing names as

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

false identities.  Thus, if the fictitious entities are determined to be Hough, there is no basis to enter a default because the claims against the fictitious entities have been answered by Hough.

## **CONCLUSION**

Based upon the foregoing, Patricia L. Hough respectfully requests that this Honorable Court grant the instant Motion to Remove Default of Sarah Weinstein, Rachael Silver, Diedre Moore and Thomas Moore, M.D.

Dated this 4th day of August,  2006.

Respectfully submitted,
PATRICIA L. HOUGH, M.D.
By Her Attorneys,

Bruce A. Alverson, Esq.
Nathan Reinmiller, Esq.
Alverson Taylor Mortensen & Sanders
7401 West Charleston Blvd.
Las Vegas, NV 89117
Tel. No.: 702-384-7000

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day August, 2006 a copy of the foregoing

**MOTION OF PATRICIA L. HOUGH TO REMOVE DEFAULT OF SARAH WEINSTEIN,**

**RACHAEL SILVER, DIEDRE MOORE AND THOMAS MOORE, M.D and**

**MEMORANDUM IN SUPPORT OF MOTION OF PATRICIA L. HOUGH TO REMOVE**

**DEFAULT OF SARAH WEINSTEIN, RACHAEL SILVER, DIEDRE MOORE**

**AND THOMAS MOORE, M.D** was electronically mailed to the following:

Mark G. Tratos, Esq.
F. Christopher Austin, Esq.
Ronald D. Green, Jr., Esq.
**GREENBERG TRAURIG LLP**
3773 Howard Hughes Pkwy., Ste. 500N
Las *Vegas, Nevada 89109*
*Attorney for Plaintiff*

Karl S. Kronenberger, Esq.
Terri R. Hanley, Esq.
**KRONENBERGER & ASSOCIATES**
220 Montgomery St., Ste. 1920
San Francisco, California 94104
*Attorney for Plaintiff*

An Employee of ALVERSON, TAYLOR, MORTENSEN & SANDERS