**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086)
F. Christopher Austin (Bar No. 6559)
Ronald D. Green, Jr. (Bar No. 7360)
3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada 89169
Tel: (702) 792-3773
Fax: (702) 792-9002

**KRONENBERGER HANLEY, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Terri R. Hanley (CA Bar No. 199811)
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company,<br><br>Plaintiff,<br><br>vs.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company, et al.,<br><br>Defendants. | Case No. CV-S-05-0848-BES<br><br>**[PROPOSED] ORDER: DENYING DEFENDANT PATRICIA HOUGH'S MOTION TO REMOVE DEFAULT AS TO AAIMG DEFENDANTS; AND GRANTING PLAINTIFF'S CROSS-MOTION FOR COSTS AND FEES UNDER 28 USC 1927, AND FOR ORDER REQUIRING ATTORNEY REINMILLER TO SERVE AS AAIMG DEFENDANTS' COUNSEL OF RECORD** |

After consideration upon motion properly made by Plaintiff St. Matthew's University ("**SMU**") in the above-captioned case of all papers filed in support of and in opposition to (1) the Motion of Defendant Patricia L. Hough to Remove Default of Sarah

Weinstein, Rachael Silver, Diedre Moore and Thomas Moore, M.D. and (2) SMU's Cross-Motion for Costs and Fees Under 28 U.S.C. 1927 and for Order Requiring Attorney Reinmiller to Serve as AAIMG Defendants' Counsel Of Record; any arguments of counsel or evidence properly offered upon hearing of the matter; and the other pleadings, motions and papers filed with the Court in this action; and good cause having been found therefore, IT IS HEREBY ORDERED:

1. The Motion of Defendant Patricia L. Hough to Remove Default of Sarah Weinstein, Rachael Silver, Diedre Moore and Thomas Moore, M.D. is DENIED; and

2. SMU's Cross-Motion for Costs and Fees Under 28 U.S.C. 1927 and for Order Requiring Attorney Reinmiller to Serve as AAIMG Defendants' Counsel Of Record is GRANTED;

   - Nathan R. Reinmiller ("**Reinmiller**"), counsel of record in this action to Defendant Hough, IS RECOGNIZED under Local Rule IA 10-6(a) as having appeared in this action as attorney of record for Defendants Sarah Weinstein, Rachael Silver, Diedre Moore and Thomas Moore, M.D. (collectively, the "**AAIMG Defendants**"). Reinmiller SHALL SERVE as counsel of record for the AAIMG Defendants until the termination of this action or until such time as Reinmiller has properly withdrawn or been excused by the Court; and

   - Reinmiller SHALL PAY, under 28 U.S.C. 1927, SMU's cost and fees incurred in responding to the Motion of Defendant Patricia L. Hough to Remove Default of Sarah Weinstein, Rachael Silver, Diedre Moore and Thomas Moore, M.D. No later than 21 days after entry of this Order, SMU SHALL, by and through its counsel, submit a separate statement of such costs.

/

/

**IT IS SO ORDERED.**

DATED: _____, 2006

_____
UNITED STATES DISTRICT JUDGE

///

KRONENBERGER HANLEY, LLP
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
www.KronenbergerLaw.com

Respectfully Submitted,

DATED: August 21, 2006.  **KRONENBERGER HANLEY, LLP**

By: _____
Karl S. Kronenberger
Terri R. Hanley
Attorneys for Plaintiff
ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

DATED: August 21, 2006.  **GREENBERG TRAURIG, LLP**

By: _____
Mark G. Tratos
F. Christopher Austin
Ronald D. Green, Jr.
Designated Local Counsel for Plaintiff
ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

# CERTIFICATE OF SERVICE

I am a resident of the state of Nevada, over the age of eighteen years and not a party to this action. My business address is 3773 Howard Hughes Parkway, Suite 500 North, Las Vegas, NV 89169.

On August 21, 2006, I served the following document(s):

1. **[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE OF SUMMONS ON DEFENDANT MEDICAL UNIVERSITY OF THE AMERICAS**

on the parties listed below as follows:

**NATHAN REINMILLER, ESQ**
Alverson Taylor Mortensen & Sanders
7401 West Charleston Blvd
Las Vegas, NV 89117
Fax: (702) 385-7000

[X] BY FACSIMILE MACHINE (FAX), by personally transmitting a true copy thereof via an electronic facsimile machine to the fax number listed herein.

[X] BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the US Postal Service the same day as it is placed for processing.

[ ] BY PERSONAL SERVICE, by personally delivering a true copy thereof to the addresse(s) listed herein at the location listed herein.

[ ] BY OVERNIGHT DELIVERY containing a true copy thereof to the addresse(s) listed herein at the location listed herein.

[ ] BY EMAIL to the addresses listed above.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Employee of Greenberg Traurig, LLP