1  NATHAN R. REINMILLER, ESQ.
   Nevada Bar No. 6793
2  ALVERSON, TAYLOR,
   MORTENSEN & SANDERS
3  7401 W. Charleston Boulevard
   Las Vegas, NV 89117
4  Tel: (702) 384-7000
   Fax: (702) 385-7000
5  Attorney for Defendants
   PATRICIA L. HOUGH, M.D.; DAVID L. FREDRICK;
6  ASSOCIATION OF AMERICAN INTERNATIONAL
   MEDICAL GRADUATES, INC., SABA UNIVERSITY
7  SCHOOL OF MEDICINE FOUNDATION, EDUCATION
   INFORMATION CONSULTANTS, INC., EDUCATIONAL
8  INTERNATIONAL CONSULTANTS, LLC, and PANKAJ DESAI, M.D.

9              UNITED STATES DISTRICT COURT
                  DISTRICT OF NEVADA
10                      ****

11 ST. MATTHEW'S UNIVERSITY          )    Case No.: CV-S-05-0848-RCJ(LRL)
   (CAYMAN) LTD., a Cayman Islands company, )
12                                    )
              Plaintiff,              )
13                                    )
   vs.                                )
14                                    )
   SABA UNIVERSITY SCHOOL OF          )
15 MEDICINE FOUNDATION, a Netherland- )
   Antilles company; MEDICAL UNIVERSITY )
16 OF THE AMERICAS, a St. Kitts & Nevis )
   company; EDUCATION INFORMATION     )
17 CONSULTANTS, INC., a Massachusetts )
   corporation; EDUCATIONAL INTERNATIONAL )
18 CONSULTANTS, LLC, a Massachusetts  )
   limited liability company; PATRICIA L. HOUGH, )
19 M.D. an individual, and d.b.a. "Saba University )
   School of Medicine"; DAVID L. FREDRICK, an )
20 individual; PANKAJ DESAI, M.D., an individual; )
   ASSOCIATION OF AMERICAN           )
21 INTERNATIONAL MEDICAL GRADUATES,   )
   INC., a Nevada corporation, a.k.a.  )
22 "aaimg@yahoo.com"; THOMAS MOORE, M.D. )
   a.k.a. "presaaimg@hotmail.com" and  )
23 "crocdoc2004@netzero.net," an individual; )
   SARAH B. WEINSTEIN a.k.a.           )
24 "execsecaaimg@hotmail.com," an individual; )
   RACHAEL E. SILVER, an individual; and )
25 DIEDRE MOORE, an individual,        )
                                       )
26            Defendants.              )

27 **AFFIDAVIT OF NATHAN R. REINMILLER**

28     I, Nathan R. Reinmiller., being sworn under oath depose and state as follows:

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

**ALVERSON, TAYLOR, MORTENSEN & SANDERS**
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1.  I am an attorney licensed to practice in the State of Nevada.

2.  I represent the defendants Patricia L. Hough, M.D., David L. Fredrick; Association of American International Medical Graduates, Inc., SABA University School of Medicine Foundation, Education Information Consultants, Inc., Educational International Consultants, LLC, and Pankaj Desai, M.D. in this matter

3.  I have never spoken with, been in contact with, or been asked to represent Sarah Weinstein, Rachael Silver, Diedre Moore or Thomas Moore, M.D., who are named as defendants but described in the Complaint as being the "false identities" (Para. 12) or "fictitious identities" (Para. 65) of other named defendants.

4.  I have never represented or agreed to represent Sarah Weinstein, Rachael Silver, Diedre Moore or Thomas Moore, M.D., and even if they exist, which plaintiff claims is not the case, I do not wish to represent them. Moreover, I have never determined if representing each or any of them would create a conflict of interest with the clients that I do represent.

Signed under the pains and penalties of perjury this 5th day of September, 2006.

_____
NATHAN R. REINMILLER

SUBSCRIBED and SWORN to before me
this 5th day of September, 2006.

_____
NOTARY PUBLIC

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
JULIE A. KRAIG
Appt. No. 96-5882-1
My Appt. Expires Dec. 18, 2008

N:\nathan.grp\Z-Client\15989\15989reinmiller-afft-reply.wpd

2