1  NATHAN R. REINMILLER, ESQ.
   Nevada Bar No. 6793
2  ALVERSON, TAYLOR,
   MORTENSEN & SANDERS
3  7401 W. Charleston Boulevard
   Las Vegas, NV 89117
4  Tel: (702) 384-7000
   Fax: (702) 385-7000
5  Attorney for Defendants
   PATRICIA L. HOUGH, M.D.;
6  DAVID L. FREDRICK; and
   ASSOCIATION OF AMERICAN
7  INTERNATIONAL MEDICAL
   GRADUATES, INC.
8
                    UNITED STATES DISTRICT COURT
9
                        DISTRICT OF NEVADA
10                              ****

11  ST. MATTHEW'S UNIVERSITY         )   Case No.:  CV-S-05-0848-RCJ (LRL)
    (CAYMAN) LTD., a Cayman Islands  )
12  company,                         )
                                     )   **CERTIFICATE OF MAILING**
13              Plaintiff,           )
                                     )
14  v.                               )
                                     )
15  SABA UNIVERSITY SCHOOL OF        )
    MEDICINE FOUNDATION, a Netherland-)
16  Antilles company; MEDICAL UNIVERSITY)
    OF THE AMERICAS, a St. Kitts & Nevis)
17  company; EDUCATION INFORMATION   )
    CONSULTANTS, INC., a Massachusetts)
18  corporation; EDUCATIONAL         )
    INTERNATIONAL CONSULTANTS, LLC,  )
19  a Massachusetts limited liability company;)
    PATRICIA L. HOUGH, M.D., an individual,)
20  and d.b.a. "Saba University School of)
    Medicine"; DAVID L. FREDRICK, an )
21  individual; PANKAJ DESAI, M.D., an)
    individual; ASSOCIATION OF AMERICAN)
22  INTERNATIONAL MEDICAL            )
    GRAUDATES, INC., a Nevada corporation,)
23  a.k.a. "aaimg@yahoo.com"; THOMAS )
    MOORE, M.D. a.k.a.               )
24  "presaaimg@hotmail.com" and      )
    "crocdoc2004@netzero.net," an individual;)
25  SARAH B. WEINSTEIN a.k.a.        )
    "execsecaaimg@hotmail.com,: an individual;)
26  RACHAEL E. SILVER, an individual; and)
    DIEDRE MOORE, an individual,     )
27                                   )
                Defendants.          )
28  _____  )

## CERTIFICATE OF MAILING

I hereby certify that on this 5th day of September, 2006, I did deposit in the United States Post Office, with postage fully prepaid thereon, a copy of the **REPLY MEMORANDUM IN SUPPORT OF MOTION OF PATRICIA L. HOUGH TO REMOVE DEFAULT OF SARAH WEINSTEIN, RACHAEL SILVER, DIEDRE MOORE AND THOMAS MOORE, M.D. AND IN OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR COSTS AND FEES AND FOR ORDER REQUIRING ATTORNEY REINMILLER TO SERVE AS AAIMG DEFENDANTS' COUNSEL OF RECORD** and **AFFIDAVIT OF NATHAN R. REINMILLER** addressed to:

Karl S. Kronenberger, Esq.
Terri R. Hanley, Esq.
KRONENBERGER & ASSOCIATES
220 Montgomery St., Ste. 1920
San Francisco, CA 94104
*Attorney for Plaintiff*

_____
An Employee of ALVERSON, TAYLOR,
MORTENSEN & SANDERS

N:\nathan.grp\Z-Client\15989\pleadings\15989cert-svc-reply-motion-remove-default.wpd