**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086)
F. Christopher Austin (Bar No. 6559)
Ronald D. Green Jr. (Bar No. 7360)
3773 Howard Hughes Parkway, Suite 500 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
**KRONENBERGER HANLEY, LLP**
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
220 Montgomery Street, Suite 1920
San Francisco, California 94101
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.**, a Cayman Islands company,<br><br>Plaintiff,<br>v.<br><br>**SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION**, a Netherland-Antilles company; **MEDICAL UNIVERSITY OF THE AMERICAS**, a St. Kitts & Nevis company; **EDUCATION INFORMATION CONSULTANTS, INC.**, a Massachusetts corporation; **EDUCATIONAL INTERNATIONAL CONSULTANTS, LLC**, a Massachusetts limited liability company; **PATRICIA L. HOUGH, M.D.** an individual, and d.b.a. "Saba University School of Medicine"; **DAVID L. FREDRICK**, an individual; **PANKAJ DESAI, M.D.**, an individual; **ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC.**, a Nevada corporation, a.k.a. "aaimg@yahoo.com"; **THOMAS MOORE, M.D.** a.k.a. "presaaimg@hotmail.com" and "crocdoc2004@netzero.net," an individual; **SARAH B. WEINSTEIN** a.k.a. "execsecaaimg@hotmail.com," an individual; **RACHAEL E. SILVER**, an individual; and **DIEDRE MOORE**, an individual,<br><br>Defendants. | Case No. CV-S-05-0848-BES<br><br>**JOINT MOTION FOR STAY OF ALL PROCEEDINGS** |

Plaintiff in the above-captioned matter, St. Matthew's University (Cayman), Ltd. ("SMU"), and defendants Saba University School of Medicine Foundation ("Saba University"); the Association of American Medical School Graduates, Inc. ("AAIMG"), Education Information Consultants, Inc. ("EIC, INC."); Educational International Consultants, LLC ("EIC, LLC"), David L. Fredrick, Patricia L. Hough, M.D., and Pankaj Desai, M.D. (the "Defendants") (together, the "Parties"), hereby jointly request this Court to stay all actions in light of pending settlement discussions, for a period of one hundred and twenty (120) days in accordance with the form of proposed order submitted herewith. In support of this motion, the Parties respectfully represent as follows:

1.  SMU filed the within action in the United States District Court for the District of Nevada captioned <u>St. Matthew's University (Cayman) Ltd v. SABA University School of Medicine Foundation et al</u>, Civil Action No. CV-S-05-0848-RCJ (LRL) (the "Litigation"), and the Parties have been actively engaged in the prosecution of the claims and defenses presented in the Litigation since the inception of this matter;

2.  The Parties have determined that it is their mutual best interest to engage in good faith settlement discussions with the goal of finally resolving and settling, once and for all, any and all of the claims and defenses presented in the Litigation on terms that are fair and just to all Parties;

3.  In furtherance of this goal, the Parties wish to avoid the substantial cost and expense associated with continuing with this Litigation during the time that the Parties will be actively engaged in good faith settlement discussions;

4.  The Parties represent that they have entered into a written standstill agreement pursuant to the terms of which each of the Parties has agreed, subject to this Court's approval, to suspend all further activities in connection with the prosecution or defense of this matter, including, without limitation, the filing of any motions, discovery, subpoena or service upon or the addition any parties to the

1 Litigation;

2  5. The Parties have additionally agreed that they will not commence or
3 prosecute, or cause to be commenced or prosecuted, any new or existing litigation
4 between any of the parties in any jurisdiction prior to the termination date of any stay
5 entered by the Court in this matter;

6  6. The Parties believe that a stay of these proceedings for a period of 120
7 days, upon the terms and conditions set forth in the attached proposed form of order
8 staying proceedings, will afford the Parties the best opportunity to resolve the claims
9 and defenses presented in the Litigation and to maximize the cost savings to the
10 Parties;

11  7. The Parties further represent that no party to this Litigation will be
12 prejudiced by the requested stay, and that the requested stay will serve the interests
13 of conserving judicial resources;

14  8. The Parties have agreed that the filing of this motion shall not be
15 deemed to operate as or effect a waiver of any claims or defenses that any party
16 was entitled to assert or has asserted prior to this motion, including, without
17 limitation, any and all defenses based on lack of personal jurisdiction.

18 /
19 /
20 /
21 /
22 /
23 /
24 /
25 /
26 /
27 /
28 /

JOINT MOTION TO STAY PROCEEDINGS

1     WHEREFORE, the Parties respectfully request that this Court enter an order
2 staying these proceedings upon the terms and conditions reflected in the attached
3 proposed form of Order.
4 RESPECTFULLY SUBMITTED:
5 Dated: 9/13 , 2006     GREENBERG TRAURIG, LLP

7 By: _____
8 Mark G. Tratos, Esq.
    F. Christopher Austin, Esq.
9 Ronald D. Green, Jr., Esq.
    GREENBERG TRAURIG, LLP
10 3773 Howard Hughes Parkway, Ste. 500 N
11 Las Vegas, Nevada 89109
    Tel: 702-792-3773
12 Counsel for Plaintiff ST. MATTHEW'S
13 UNIVERSITY (CAYMAN), LTD.

14 Dated: 9/13 , 2006     ALVERSON TAYLOR MORTENSEN & SANDERS

16 By: _____
17 Bruce A. Alverson, Esq.
    Nathan Reinmiller, Esq.
18 ALVERSON TAYLOR MORTENSEN & SANDERS
    7401 West Charleston Blvd.
19 Las Vegas, Nevada 89117
    Tel.: 702-384-7000
20 Counsel for Defendants
21 ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC., SABA
22 UNIVERSITY SCHOOL OF MEDICINE
    FOUNDATION, LTD., MEDICAL UNIVERSITY OF
23 THE AMERICAS, EDUCATION INFORMATION
    CONSULTANTS, INC., EDUCATIONAL
24 INTERNATIONAL CONSULTANTS, LLC,
25 PATRICIA L. HOUGH, M.D., DAVID L.
    FREDRICK, and PANKAJ DESAI, M.D.
26
27
28