| | |
|---|---|
| 1 | **GREENBERG TAURIG LLP**<br>Mark G. Tratos (Bar No. 1086) |
| 2 | F. Christopher Austin (Bar No. 6559)<br>Ronald D. Green Jr. (Bar No. 7360) |
| 3 | 3773 Howard Hughes Parkway, Suite 500 North<br>Las Vegas, Nevada 89169 |
| 4 | Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002 |
| 5 | **KRONENBERGER HANLEY, LLP**<br>Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*) |
| 6 | Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)<br>220 Montgomery Street, Suite 1920 |
| 7 | San Francisco, California  94101<br>Telephone: (415) 955-1155 |
| 8 | Facsimile: (415) 955-1158<br>Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 11 | ST. MATTHEW'S UNIVERSITY | |
| 12 | (CAYMAN) LTD., a Cayman Islands company, | Case No. CV-S-05-0848-BES |
| 13 | Plaintiff, | **PROPOSED ORDER STAYING PROCEEDINGS** |
| 14 | v. | |
| 15 | SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company; MEDICAL | |
| 16 | UNIVERSITY OF THE AMERICAS, a St. Kitts & Nevis company; EDUCATION | |
| 17 | INFORMATION CONSULTANTS, INC., a Massachusetts corporation; | |
| 18 | EDUCATIONAL INTERNATIONAL CONSULTANTS, LLC, a Massachusetts | |
| 19 | limited liability company; PATRICIA L. HOUGH, M.D. an individual, and d.b.a. | |
| 20 | "Saba University School of Medicine"; DAVID L. FREDRICK, an individual; | |
| 21 | PANKAJ DESAI, M.D., an individual; ASSOCIATION OF AMERICAN | |
| 22 | INTERNATIONAL MEDICAL GRADUATES, INC., a Nevada | |
| 23 | corporation, a.k.a. "aaimg@yahoo.com"; THOMAS MOORE, M.D. a.k.a. | |
| 24 | "presaaimg@hotmail.com" and "crocdoc2004@netzero.net," an | |
| 25 | individual; SARAH B. WEINSTEIN a.k.a. "execsecaaimg@hotmail.com," an | |
| 26 | individual; RACHAEL E. SILVER, an individual; and DIEDRE MOORE, an | |
| 27 | individual, | |
| 28 | Defendants. | |

PROPOSED ORDER STAYING PROCEEDINGS

Upon consideration of the Joint Motion Requesting a Stay of All Proceedings, this Court enters the following Order:

**ORDERED, ADJUDGED AND DECREED**

1. The Parties' Joint Motion Requesting a Stay of All Proceedings is hereby granted.

2. All matters concerning the present Action as to all Parties shall be stayed for a period of one hundred and twenty (120) days from the Effective Date of this Order (the "Termination Date"). This shall include any motions, discovery or disclosures, mandatory or discretionary conferences, and any dates scheduled, or dates as yet to be scheduled, for any pending motions or petitions.

3. This Order shall automatically expire upon the Termination Date, unless extended by further order of the Court upon motion filed by any party.

4. Any party may move at any time for an order terminating this stay for good cause shown.

5. Nothing in this Order shall be construed or offered as an admission of the existence of any proper claim or defense to a claim, and all claims and rights shall be tolled during the requested stay.

6. Nothing in this Order shall be deemed to operate as or effect a waiver of any claims or defenses that any party was entitled to assert or has asserted prior to the entry of this Order, including, without limitation, any and all defenses based on lack of personal jurisdiction.

/
/
/
/
/
/
/

PROPOSED ORDER STAYING PROCEEDINGS

Quirk & Tratos
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

7. Any and all statutory, common law, rule based, or other deadline that would otherwise occur during the period of the stay are hereby enlarged by the number of days that this case is stayed.

**IT IS SO ORDERED.**

DATED: _____, 2006

_____
UNITED STATES DISTRICT JUDGE

/ / /

RESPECTFULLY SUBMITTED:

Dated: 9/13, 2006

GREENBERG TRAURIG, LLP

By: _____
Mark G. Tratos, Esq.
F. Christopher Austin, Esq.
Ronald D. Green, Jr., Esq.
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada 89109
Tel: 702-792-3773
Counsel for Plaintiff ST. MATTHEW'S UNIVERSITY (CAYMAN), LTD.

Dated: 9/13, 2006

ALVERSON TAYLOR MORTENSEN & SANDERS

By: _____
Bruce A. Alverson, Esq.
Nathan Reinmiller, Esq.
ALVERSON TAYLOR MORTENSEN & SANDERS
7401 West Charleston Blvd.
Las Vegas, Nevada 89117
Tel.: 702-384-7000
Counsel for Defendants
ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC., SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, LTD., MEDICAL UNIVERSITY OF THE AMERICAS, EDUCATION INFORMATION CONSULTANTS, INC., EDUCATIONAL INTERNATIONAL CONSULTANTS, LLC, PATRICIA L. HOUGH, M.D., DAVID L. FREDRICK, and PANKAJ DESAI, M.D.