**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086) (*Local Counsel*)
F. Christopher Austin (Bar No. 6559) (*Local Counsel*)
Ronald D. Green, Jr. (Bar No. 7360) (*Local Counsel*)
3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada 89169
Tel: (702) 792-3773
Fax: (702) 792-9002

**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
150 Post Street, Suite #520
San Francisco, CA 94018-4707
Tel:   (415) 955-1155
Fax:   (415) 955-1158

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.**, a Cayman Islands company,<br><br>         Plaintiff,<br><br>v.<br><br>**SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION**, a Netherland-Antilles company, et al,<br><br>         Defendants. | Case No. 2:05-CV-00848-BES-LRL<br><br>**NOTICE OF CHANGE OF FIRM NAME, FIRM ADDRESS AND CONTACT INFORMATION** |

TO:   ALL INTERESTED PARTIES AND THEIR COUNSEL

  PLEASE TAKE NOTICE that the law firm of **KRONENBERGER HANLEY, LLP** has changed its name to **KRONENBERGER BURGOYNE, LLP**. Additionally, notice is given that the firm's address and telephone numbers have changed as follows:

  150 Post Street, Suite #520
  San Francisco, CA 94018-4707
  Tel:   (415) 955-1155
  Fax:   (415) 955-1158

1.
NOTICE OF FIRM NAME, FIRM ADDRESS AND CONTACT INFORMATION

| | |
|---|---|
| 1 | DATED: December 5, 2006         GREENBERG TRAURIG, LLP |
| 2 | |
| 3 | By: _____<br>Mark G. Tratos |
| 4 | F. Christopher Austin<br>Ronald D. Green, Jr. |
| 5 | Designated Local Counsel for Plaintiff<br>ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD. |

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE OF CHANGE OF FIRM NAME, FIRM ADDRESS AND CONTACT INFORMATION** on:

Nathan R. Reinmiller, Esq.
Alverson, Taylor, Mortensen & Sanders
7401 West Charleston Boulevard
Las Vegas, Nevada 89117-1401
Fax: (702) 385-7000

by causing a full, true, and correct copy thereof to be sent by the following indicated method or methods, on the date set forth below:

☒ by mailing in a sealed, first-class postage-prepaid envelope, addressed to the last-known office address of the attorney, and deposited with the United States Postal Service at Las Vegas, Nevada.

☐ by hand delivery.

☐ by sending via overnight courier in a sealed envelope.

☐ by faxing to the attorney at the fax number that is the last-known fax number.

☐ by electronic mail to the last known e-mail address.

DATED: December 5, 2006.

_____
An employee of Greenberg Traurig, LLP

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 500 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)