1  **GREENBERG TRAURIG LLP**
   Mark G. Tratos (Bar No. 1086) (*Local Counsel*)
2  F. Christopher Austin (Bar No. 6559) (*Local Counsel*)
   Ronald D. Green, Jr. (Bar No. 7360) (*Local Counsel*)
3  3773 Howard Hughes Parkway, Ste. 500 North
   Las Vegas, Nevada 89169
4  Tel: (702) 792-3773
   Fax: (702) 792-9002
5
   **KRONENBERGER BURGOYNE, LLP**
6  Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
   150 Post Street, Suite #520
7  San Francisco, CA  94018-4707
   Tel:    (415) 955-1155
8  Fax:   (415) 955-1158
   Attorneys for Plaintiff

9                              **UNITED STATES DISTRICT COURT**

10                                    **DISTRICT OF NEVADA**

| | |
|---|---|
| 11  **ST. MATTHEW'S UNITED STATES DISTRICT COURT**  **ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.**, a Cayman Islands company, | Case No. 2:05-CV-00848-BES-LRL |
| Plaintiff, | **JOINT MOTION TO EXTEND STAY OF ALL PROCEEDINGS** |
| vs. | |
| **SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION**, a Netherland-Antilles company; **MEDICAL UNIVERSITY OF THE AMERICAS**, a St. Kitts & Nevis company; **EDUCATION INFORMATION CONSULTANTS, INC.**, a Massachusetts corporation; **EDUCATIONAL INTERNATIONAL CONSULTANTS, LLC**, a Massachusetts limited liability company; **PATRICIA L. HOUGH, M.D.** an individual, and d.b.a. "Saba University School of Medicine"; **DAVID L. FREDRICK**, an individual; **PANKAJ DESAI, M.D.**, an individual; **ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC.**, a Nevada corporation, a.k.a. "aaimg@yahoo.com"; **THOMAS MOORE, M.D.** a.k.a. "presaaimg@hotmail.com" and "crocdoc2004@netzero.net," an individual; **SARAH B. WEINSTEIN** a.k.a. "execsecaaimg@hotmail.com," an individual; **RACHAEL E. SILVER**, an individual; and **DIEDRE MOORE**, an individual, | |
| Defendants. | |

1  Plaintiff in the above-captioned matter, St. Matthew's University (Cayman), Ltd. ("SMU"), and appearing defendants Saba University School of Medicine Foundation ("Saba University"); the Association of American Medical School Graduates, Inc. ("AAIMG"), Education Information Consultants, Inc. ("EIC, INC."); Educational International Consultants, LLC ("EIC, LLC"), David L. Fredrick, Patricia L. Hough, M.D., and Pankaj Desai, M.D. (the "Appearing Defendants"), (together, the "Parties"), hereby jointly request this Court to extend its previous order staying all actions in light of pending settlement discussions, until and including February 2, 2007, in accordance with the form of proposed order submitted herewith.  In support of this motion, the Parties respectfully represent as follows:

1. SMU filed the within action in the United States District Court for the District of Nevada captioned <u>St. Matthew's University (Cayman) Ltd v. SABA University School of Medicine Foundation et al</u>, Civil Action No. CV-S-05-0848-RCJ(LRL) (the "Litigation"), and have been actively engaged in the prosecution of the claims and defenses presented in the Litigation since the inception of this matter;

2. The Parties have determined that it is their mutual best interest to engage in good faith settlement discussions with the goal of finally resolving and settling, once and for all, and all of the claims and defenses presented in the Litigation on terms that are fair and just to all Parties;

3. In furtherance of this goal, the Parties wish to avoid the substantial cost and expense associated with continuing with this Litigation during the time that the Parties will be actively engaged in good faith settlement discussions;

4. The Parties represent that they have entered into a written standstill agreement pursuant to the terms of which each party to this Litigation has agreed, subject to this Court's approval, to suspend all further activities in connection with the prosecution or defense of this matter, including, without limitation, the filing of any motions, discovery, subpoena or service upon or the addition any Parties to the Litigation;

/

JOINT MOTION TO EXTEND STAY

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 500 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

5. The Parties have additionally agreed agree that they will not commence or prosecute, or cause to be commenced or prosecuted, any new or existing litigation between any of the Parties in any jurisdiction prior to the termination date of any stay entered by the Court in this matter;

6. The Parties have been actively engaged in good faith discussions regarding a resolution of this matter during the stay ordered by the Court and have made substantial progress toward a resolution of this matter. The Parties respectfully represent that an extension of the stay until February 2, 2007 will afford the Parties the additional time needed to conclude their discussions;

7. The Parties further represent that no party to this Litigation will be prejudiced by the requested stay, and that the requested stay will serve the interests of conserving judicial resources.

WHEREFORE, the Parties respectfully request that this Court enter an order extending the previous stay to and including February 2, 2007 upon the terms and conditions reflected in the attached proposed form of Order.

Respectfully Submitted,

Dated: Jan. 12, 2007

GREENBERG TRAURIG, LLP

By: _____

Mark G. Tratos, Esq.
F. Christopher Austin, Esq.
Ronald D. Green, Jr., Esq.
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada 89109
Tel: 702-792-3773
Counsel for Plaintiff ST. MATTHEW'S UNIVERSITY (CAYMAN), LTD.

JOINT MOTION TO EXTEND STAY

| | | |
|---|---|---|
| 1 | Dated: 1/11, 2007 | **ALVERSON TAYLOR MORTENSEN & SANDERS** |
| 2 | | By: _____ |
| 3 | | Bruce A. Alverson, Esq. |
| 4 | | Nathan Reinmiller, Esq. |
| | | ALVERSON TAYLOR MORTENSEN & SANDERS |
| 5 | | 7401 West Charleston Blvd. |
| 6 | | Las Vegas, Nevada 89117 |
| | | Tel.: 702-384-7000 |
| 7 | | Counsel for Defendants |
| | | ASSOCIATION OF AMERICAN INTERNATIONAL |
| 8 | | MEDICAL GRADUATES, INC., SABA UNIVERSITY |
| 9 | | SCHOOL OF MEDICINE FOUNDATION, LTD., |
| | | MEDICAL UNIVERSITY OF THE AMERICAS, |
| 10 | | EDUCATION INFORMATION CONSULTANTS, INC., |
| | | EDUCATIONAL INTERNATIONAL CONSULTANTS, |
| 11 | | LLC, PATRICIA L. HOUGH, M.D., DAVID L. FREDRICK, and PANKAJ DESAI, M.D. |

JOINT MOTION TO EXTEND STAY