|   |   |
|---|---|
| 1 | **GREENBERG TRAURIG LLP** |
|   | Mark G. Tratos (Bar No. 1086) (*Local Counsel*) |
| 2 | F. Christopher Austin (Bar No. 6559) (*Local Counsel*) |
|   | Ronald D. Green, Jr. (Bar No. 7360) (*Local Counsel*) |
| 3 | 3773 Howard Hughes Parkway, Ste. 500 North |
|   | Las Vegas, Nevada 89169 |
| 4 | Tel: (702) 792-3773 |
|   | Fax: (702) 792-9002 |

**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
150 Post Street, Suite #520
San Francisco, CA  94018-4707
Tel:    (415) 955-1155
Fax:   (415) 955-1158

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company,

Plaintiff,

vs.

SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company; MEDICAL UNIVERSITY OF THE AMERICAS, a St. Kitts & Nevis company; EDUCATION INFORMATION CONSULTANTS, INC., a Massachusetts corporation; EDUCATIONAL INTERNATIONAL CONSULTANTS, LLC, a Massachusetts limited liability company; PATRICIA L. HOUGH, M.D. an individual, and d.b.a. "Saba University School of Medicine"; DAVID L. FREDRICK, an individual; PANKAJ DESAI, M.D., an individual; ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC., a Nevada corporation, a.k.a. "aaimg@yahoo.com"; THOMAS MOORE, M.D. a.k.a. "presaaimg@hotmail.com" and "crocdoc2004@netzero.net," an individual; SARAH B. WEINSTEIN a.k.a. "execsecaaimg@hotmail.com," an individual; RACHAEL E. SILVER, an individual; and DIEDRE MOORE, an individual,

Defendants.

Case No. 2:05-CV-00848-BES-LRL

**ORDER STAYING PROCEEDINGS**

1.

ORDER STAYING PROCEEDINGS

1  Upon consideration of the Joint Motion to Extend a Stay of All Proceedings, this Court
2  enters the following Order:

3  **ORDERED, ADJUDGED AND DECREED**

4  1. The Parties' Joint Motion to Extend a Stay of All Proceedings is hereby
5  granted.

6  2. All matters concerning the present Action as to all Parties shall be stayed to
7  and including February 2, 2007 (the "Termination Date"). This shall include any discovery
8  or disclosures, mandatory or discretionary conferences, and any dates scheduled, or dates
9  as yet to be scheduled, for any pending motions or petitions.

10  3. This Order shall automatically expire upon the Termination Date and all
11  proceedings shall thereupon recommence, unless extended by further order of the Court
12  upon motion filed by any party.

13  4. Any party may move at any time for an order terminating this stay for good
14  cause shown.

15  5. Nothing in this Order shall be construed or offered as an admission of the
16  existence of any proper claim or defense to a claim, and all claims and rights shall be tolled
17  during the requested stay.

18  6. Nothing in this Order shall be deemed to operate as or effect a waiver of any
19  claims or defenses that any party was entitled to assert prior to the entry of this Order,
20  including any and all defenses based on lack of personal jurisdiction.

21  7. The due date for any response to any discovery request that occurs while the
22  case is stayed is hereby enlarged by the amount of time that the case is stayed.

23  /
24  /
25  /
26  /
27  /
28  /

ORDER STAYING PROCEEDINGS

8. Any and all statutory, common law, rule based, or other deadline that would otherwise occur during the period of the stay are hereby enlarged by the number of days that case is stayed.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
DATED: _____

Respectfully Submitted,

GREENBERG TRAURIG, LLP

By: _____
Mark G. Tratos
F. Christopher Austin
Ronald D. Green, Jr.
Designated Local Counsel for Plaintiff
ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 500 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **ORDER STAYING PROCEEDINGS** on:

Nathan R. Reinmiller, Esq.
Alverson, Taylor, Mortensen & Sanders
7401 West Charleston Boulevard
Las Vegas, Nevada 89117-1401
Fax: (702) 385-7000

by causing a full, true, and correct copy thereof to be sent by the following indicated method or methods, on the date set forth below:

- ☒ by mailing in a sealed, first-class postage-prepaid envelope, addressed to the last-known office address of the attorney, and deposited with the United States Postal Service at Las Vegas, Nevada.
- ☐ by hand delivery.
- ☐ by sending via overnight courier in a sealed envelope.
- ☐ by faxing to the attorney at the fax number that is the last-known fax number.
- ☐ by electronic mail to the last known e-mail address.

DATED: January 12th 2007.

_____
An employee of Greenberg Traurig, LLP

**CERTIFICATE OF SERVICE**