**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086)
F. Christopher Austin (Bar No. 6559)
Ronald D. Green, Jr. (Bar No. 7360)
3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada 89109
Tel: (702) 792-3773
Fax: (702) 792-9002

**KRONENBERGER HANLEY, LLP**
Karl. S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
220 Montgomery Street, Suite 1920
San Francisco, California 94104
Tel: (415) 955-1155
Fax: (415) 955-1158
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*-\*

| | |
|---|---|
| ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company, | Case No.: CV-S-05-0848-RCJ(LRL) |
| Plaintiff, | |
| vs. | |
| SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company; MEDICAL UNIVERSITY OF THE AMERICAS, a St. Kitts & Nevis company; EDUCATION INFORMATION CONSULTANTS, INC., a Massachusetts corporation; EDUCATIONAL INTERNATIONAL CONSULTANTS, LLC, a Massachusetts limited liability company; PATRICIA L. HOUGH, M.D. an individual, and d.b.a. "Saba University School of Medicine"; DAVID L. FREDRICK, an individual; PANKAJ DESAI, M.D., an individual; ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC., a Nevada corporation, a.k.a. | **ORDER STAYING PROCEEDINGS** |

"aaimg@yahoo.com"; THOMAS MOORE, M.D. )
a.k.a. "presaaimg@hotmail.com" and )
"crocdoc2004@netzero.net," an individual; )
SARAH B. WEINSTEIN a.k.a. )
"execsecaaimg@hotmail.com," an individual; )
RACHAEL E. SILVER, an individual; and )
DIEDRE MOORE, an individual, )
                                            Defendants. )

Upon consideration of the Joint Motion to Extend a Stay of All Proceedings, this Court enters the following Order:

### ORDERED, ADJUDGED AND DECREED

1. The Parties' Joint Motion to Extend a Stay of All Proceedings is hereby granted.

2. All matters concerning the present Action as to all Parties shall be stayed to and including February 9, 2007 (the "Termination Date"). This shall include any discovery or disclosures, mandatory or discretionary conferences, and any dates scheduled, or dates as yet to be scheduled, for any pending motions or petitions.

3. This Order shall automatically expire upon the Termination Date and all proceedings shall thereupon recommence, unless extended by further order of the Court upon motion filed by any party.

4. Any party may move at any time for an order terminating this stay for good cause shown.

5. Nothing in this Order shall be construed or offered as an admission of the existence of any proper claim or defense to a claim, and all claims and rights shall be tolled during the requested stay.

6. Nothing in this Order shall be deemed to operate as or effect a waiver of any claims or defenses that any party was entitled to assert prior to the entry of this Order, including

any and all defenses based on lack of personal jurisdiction.

      7.     The due date for any response to any discovery request that occurs while the case is stayed is hereby enlarged by the amount of time that the case is stayed.

      8.     Any and all statutory, common law, rule based, or other deadline that would otherwise occur during the period of the stay are hereby enlarged by the number of days that case is stayed.

      **ENTERED** as an Order of this Court this _____ day of February, 2007.

**ENTER:**　　　　　　　　　　　　　　　　　　　**BY ORDER:**

_____　　　　　　　_____

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of ALVERSON, TAYLOR, MORTENSEN & SANDERS and that on the __2__ day of February, 2007, I caused to be served a true and correct copy of the document described herein via Case Management/Electronic Case Filing, and addressed to the following:

**Document Served:**   *ORDER STAYING PROCEEDINGS*

**Person(s) Served:**

Karl S. Kronenberger, Esq.
Terri R. Hanley, Esq.
KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94018-4707
*Attorney for Plaintiff*

Mark G. Tratos, Esq.
F. Christopher Austin, Esq.
Ronald D. Green, Esq.
3773 H. Hughes Parkway, Suite 500N
Las Vegas, NV 89169
Attorneys for Plaintiff

_____
An Employee of Alverson, Taylor, Mortensen & Sanders