**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086)
F. Christopher Austin (Bar No. 6559)
Ronald D. Green, Jr. (Bar No. 7360)
3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada 89109
Tel: (702) 792-3773
Fax: (702) 792-9002

**KRONENBERGER HANLEY, LLP**
Karl. S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
220 Montgomery Street, Suite 1920
San Francisco, California 94104
Tel: (415) 955-1155
Fax: (415) 955-1158
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*-\*

| | |
|---|---|
| ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company, | Case No.: CV-S-05-0848-BES(LRL) |
| Plaintiff, | |
| vs. | **ORDER STAYING PROCEEDINGS** |
| SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company; MEDICAL UNIVERSITY OF THE AMERICAS, a St. Kitts & Nevis company; EDUCATION INFORMATION CONSULTANTS, INC., a Massachusetts corporation; EDUCATIONAL INTERNATIONAL CONSULTANTS, LLC, a Massachusetts limited liability company; PATRICIA L. HOUGH, M.D. an individual, and d.b.a. "Saba University School of Medicine"; DAVID L. FREDRICK, an individual; PANKAJ DESAI, M.D., an individual; ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC., a Nevada corporation, a.k.a. | |

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
FEB - 6 2007
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1  "aaimg@yahoo.com"; THOMAS MOORE, M.D.  )
2  a.k.a. "presaaimg@hotmail.com" and       )
   "crocdoc2004@netzero.net," an individual; )
3  SARAH B. WEINSTEIN a.k.a.                )
   "execsecaaimg@hotmail.com," an individual; )
4  RACHAEL E. SILVER, an individual; and    )
   DIEDRE MOORE, an individual,             )
5                                            )
                                             )
6                      Defendants.           )

7
8       Upon consideration of the Joint Motion to Extend a Stay of All Proceedings, this Court
9  enters the following Order:

10                          **ORDERED, ADJUDGED AND DECREED**

11      1.  The Parties' Joint Motion to Extend a Stay of All Proceedings is hereby granted.

12      2.  All matters concerning the present Action as to all Parties shall be stayed to and
13  including February 9, 2007 (the "Termination Date").  This shall include any discovery or
14
15  disclosures, mandatory or discretionary conferences, and any dates scheduled, or dates as yet to
16  be scheduled, for any pending motions or petitions.

17      3.  This Order shall automatically expire upon the Termination Date and all
18  proceedings shall thereupon recommence, unless extended by further order of the Court upon
19  motion filed by any party.
20
21      4.  Any party may move at any time for an order terminating this stay for good cause
22  shown.

23      5.  Nothing in this Order shall be construed or offered as an admission of the
24  existence of any proper claim or defense to a claim, and all claims and rights shall be tolled
25  during the requested stay.
26
27      6.  Nothing in this Order shall be deemed to operate as or effect a waiver of any
28  claims or defenses that any party was entitled to assert prior to the entry of this Order, including

any and all defenses based on lack of personal jurisdiction.

7. The due date for any response to any discovery request that occurs while the case is stayed is hereby enlarged by the amount of time that the case is stayed.

8. Any and all statutory, common law, rule based, or other deadline that would otherwise occur during the period of the stay are hereby enlarged by the number of days that case is stayed.

**ENTERED** as an Order of this Court this 6th day of February, 2007.

**ENTER:**                                      **BY ORDER:**