**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086) (*Local Counsel*)
F. Christopher Austin (Bar No. 6559) (*Local Counsel*)
Ronald D. Green, Jr. (Bar No. 7360) (*Local Counsel*)
3773 Howard Hughes Parkway, Ste. 500 North
Las Vegas, Nevada 89169
Tel: (702) 792-3773
Fax: (702) 792-9002

**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
150 Post Street, Suite #520
San Francisco, CA 94018-4707
Tel:   (415) 955-1155
Fax:   (415) 955-1158
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company,<br>Plaintiff,<br>vs.<br>SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company; MEDICAL UNIVERSITY OF THE AMERICAS, a St. Kitts & Nevis company; EDUCATION INFORMATION CONSULTANTS, INC., a Massachusetts corporation; EDUCATIONAL INTERNATIONAL CONSULTANTS, LLC, a Massachusetts limited liability company; PATRICIA L. HOUGH, M.D. an individual, and d.b.a. "Saba University School of Medicine"; DAVID L. FREDRICK, an individual; PANKAJ DESAI, M.D., an individual; ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC., a Nevada corporation, a.k.a. "aaimg@yahoo.com"; THOMAS MOORE, M.D. a.k.a. "presaaimg@hotmail.com" and "crocdoc2004@netzero.net," an individual; SARAH B. WEINSTEIN a.k.a. "execsecaaimg@hotmail.com," an individual; RACHAEL E. SILVER, an individual; and DIEDRE MOORE, an individual,<br>Defendants. | Case No. 2:05-CV-00848-BES-LRL<br><br>**JOINT MOTION FOR STAY OF ALL PROCEEDINGS** |

JOINT MOTION FOR STAY OF ALL PROCEEDINGS

Plaintiff in the above-captioned matter, St. Matthew's University (Cayman), Ltd. ("SMU"), and appearing defendants Saba University School of Medicine Foundation ("Saba University"); the Association of American Medical School Graduates, Inc. ("AAIMG"), Education Information Consultants, Inc. ("EIC, INC."); Educational International Consultants, LLC ("EIC, LLC"), David L. Fredrick, Patricia L. Hough, M.D., and Pankaj Desai, M.D. (the "Appearing Defendants"), (together, the "Parties"), hereby jointly request this Court to stay all actions in light of a pending settlement agreement, until and including June 30, 2007, in accordance with the form of proposed order submitted herewith. In support of this motion, the Parties respectfully represent as follows:

1. SMU filed the within action in the United States District Court for the District of Nevada captioned <u>St. Matthew's University (Cayman) Ltd v. SABA University School of Medicine Foundation et al</u>, Civil Action No. CV-S-05-0848-RCJ(LRL) (the "Litigation"), and have been actively engaged in the prosecution of the claims and defenses presented in the Litigation since the inception of this matter;

2. The Parties represent that they have entered into comprehensive agreement that includes a) a corporate transaction ("Transaction") between the Parties, and b) an agreement to settle all the disputes in the Litigation that will become binding upon the closing ("Closing") of the Transaction, such Closing to occur before June 30, 2007. The Parties further represent that there are several prerequisite events that must occur before a Closing, and such events include, among other things, the lapse of certain statutory waiting periods related to the Transaction, and the Parties obtaining certain acknowledgements from foreign jurisdictions.

3. It is in the interest of all of the Parties for the Transaction to reach the Closing. In furtherance of this goal, the Parties wish to avoid the substantial cost and expense associated with continuing with this Litigation during the time that the Parties will be actively engaged in a good faith attempt to move the Transaction to the Closing, which, if such Closing occurs, will be followed by a stipulated request by all the Parties to the Court to dismiss the Litigation;

JOINT MOTION FOR STAY OF ALL PROCEEDINGS

| | |
|---|---|
| 1  Dated: February 22, 2007 | **ALVERSON TAYLOR MORTENSEN & SANDERS** |
| 2 | By:  |
| 3 | Bruce A. Alverson, Esq. |
| 4 | Nathan Reinmiller, Esq. |
|   | ALVERSON TAYLOR MORTENSEN & SANDERS |
| 5 | 7401 West Charleston Blvd. |
|   | Las Vegas, Nevada 89117 |
| 6 | Tel.: 702-384-7000 |
| 7 | Counsel for Defendants |
|   | ASSOCIATION OF AMERICAN INTERNATIONAL |
| 8 | MEDICAL GRADUATES, INC., SABA UNIVERSITY |
|   | SCHOOL OF MEDICINE FOUNDATION, LTD., |
| 9 | MEDICAL UNIVERSITY OF THE AMERICAS, |
|   | EDUCATION INFORMATION CONSULTANTS, INC., |
| 10 | EDUCATIONAL INTERNATIONAL CONSULTANTS, |
| 11 | LLC, PATRICIA L. HOUGH, M.D., DAVID L. FREDRICK, and PANKAJ DESAI, M.D. |

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 500 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4. The Parties respectfully represent that a stay of these proceedings until June 30, 2007, upon the terms and conditions set forth in the attached proposed form of order staying proceedings, will afford the Parties the additional time needed to move the Transaction to a Closing;

5. The Parties further represent that no party to this Litigation will be prejudiced by the requested stay, and that the requested stay will serve the interests of conserving judicial resources;

6. The Parties have further agreed that neither the filing of this joint motion nor the filing of any previous joint motion shall be deemed to operate as or effect a waiver of any claims or defenses that any party was entitled to or has asserted prior to the filing of this or any previous joint motion to stay, including, without limitation, any and all defenses based on lack of personal jurisdiction.

WHEREFORE, the Parties respectfully request that this Court enter an order staying these proceedings upon the terms and conditions reflected in the attached proposed form of Order.

Respectfully Submitted,

Dated: February 22, 2007

GREENBERG TRAURIG, LLP

By: _____

Mark G. Tratos, Esq.
F. Christopher Austin, Esq.
Ronald D. Green, Jr., Esq.
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada 89109
Tel: 702-792-3773
Counsel for Plaintiff ST. MATTHEW'S UNIVERSITY (CAYMAN), LTD.

JOINT MOTION FOR STAY OF ALL PROCEEDINGS