1  **GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086) (*Local Counsel*)
2  F. Christopher Austin (Bar No. 6559) (*Local Counsel*)
Ronald D. Green, Jr. (Bar No. 7360) (*Local Counsel*)
3  3773 Howard Hughes Parkway, Ste. 500 North
Las Vegas, Nevada 89169
4  Tel: (702) 792-3773
Fax: (702) 792-9002
5
**KRONENBERGER BURGOYNE, LLP**
6  Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
150 Post Street, Suite #520
7  San Francisco, CA  94018-4707
Tel:    (415) 955-1155
8  Fax:    (415) 955-1158

9  Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11

12  ST. MATTHEW'S UNIVERSITY
(CAYMAN) LTD., a Cayman Islands
company,

Case No. 2:05-CV-00848-BES-LRL

13              Plaintiff,

**ORDER STAYING PROCEEDINGS**

14      vs.

15  SABA UNIVERSITY SCHOOL OF
MEDICINE FOUNDATION, a Netherland-
16  Antilles company; MEDICAL
UNIVERSITY OF THE AMERICAS, a St.
17  Kitts & Nevis company; EDUCATION
INFORMATION CONSULTANTS, INC., a
18  Massachusetts corporation;
EDUCATIONAL INTERNATIONAL
19  CONSULTANTS, LLC, a Massachusetts
limited liability company; PATRICIA L.
20  HOUGH, M.D. an individual, and d.b.a.
"Saba University School of Medicine";
21  DAVID L. FREDRICK, an individual;
PANKAJ DESAI, M.D., an individual;
22  ASSOCIATION OF AMERICAN
INTERNATIONAL MEDICAL
23  GRADUATES, INC., a Nevada
corporation, a.k.a. "aaimg@yahoo.com";
24  THOMAS MOORE, M.D. a.k.a.
"presaaimg@hotmail.com" and
25  "crocdoc2004@netzero.net," an
individual; SARAH B. WEINSTEIN a.k.a.
26  "execsecaaimg@hotmail.com," an
individual; RACHAEL E. SILVER, an
27  individual; and DIEDRE MOORE, an
individual,
28              Defendants.

1.

ORDER STAYING PROCEEDINGS

*Left margin (vertical):* GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 500 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

1    Upon consideration of the Joint Motion Requesting a Stay of All Proceedings, this

2  Court enters the following Order:

3                  **ORDERED, ADJUDGED AND DECREED**

4        1.    The Parties' Joint Motion Requesting a Stay of All Proceedings is hereby

5  granted.

6        2.    All matters concerning the present Action as to all Parties shall be stayed to

7  and including June 30, 2007 (the "Termination Date").  This shall include any discovery or

8  disclosures, mandatory or discretionary conferences, and any dates scheduled, or dates as

9  yet to be scheduled, for any pending motions or petitions.

10        3.    This Order shall automatically expire upon the Termination Date and all

11  proceedings shall thereupon recommence, unless extended by further order of the Court

12  upon motion filed by any party, or the Parties resolve and settle all claims and defenses

13  presented in the case.

14        4.    Any party may move at any time for an order terminating this stay for good

15  cause shown.

16        5.    Nothing in this Order shall be construed or offered as an admission of the

17  existence of any proper claim or defense to a claim, and all claims and rights shall be tolled

18  during the requested stay.

19        6.    Nothing in this Order shall be deemed to operate as or effect a waiver of any

20  claims or defenses that any party was entitled to assert prior to the entry of this Order,

21  including, without limitation, any and all defenses based on lack of personal jurisdiction.

22        7.    The due date for any response to any discovery request that occurs while the

23  case is stayed is hereby enlarged by the amount of time that the case is stayed.

24  /

25  /

26  /

27  /

28  /

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 500 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

2.

ORDER STAYING PROCEEDINGS

1    8.    Any and all statutory, common law, rule based, or other deadline that would

2    otherwise occur during the period of the stay are hereby enlarged by the number of days

3    that case is stayed.

4                                                           IT IS SO ORDERED

5

6                                                    _____
                                                     UNITED STATES DISTRICT JUDGE

7                                                    DATED: _____

8    Respectfully Submitted,

9    **GREENBERG TRAURIG, LLP**

10   By: _____

11       Mark G. Tratos
         F. Christopher Austin
12       Ronald D. Green, Jr.
         Designated Local Counsel for Plaintiff
13       ST. MATTHEW'S UNIVERSITY
         (CAYMAN) LTD.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3.

ORDER STAYING PROCEEDINGS

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 500 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

1

## CERTIFICATE OF SERVICE

2    I hereby certify that I served the foregoing **ORDER STAYING PROCEEDINGS** on:

3        Nathan R. Reinmiller, Esq.
         Alverson, Taylor, Mortensen & Sanders
4        7401 West Charleston Boulevard
         Las Vegas, Nevada  89117-1401
5        Fax:  (702) 385-7000

6    by causing a full, true, and correct copy thereof to be sent by the following indicated

7    method or methods, on the date set forth below:

8        ☒    by mailing in a sealed, first-class postage-prepaid envelope, addressed to the
              last-known office address of the attorney, and deposited with the United
9             States Postal Service at Las Vegas, Nevada.

10       ☐    by hand delivery.

11       ☐    by sending via overnight courier in a sealed envelope.

12       ☐    by faxing to the attorney at the fax number that is the last-known fax number.

13       ☐    by electronic mail to the last known e-mail address.

14

15   DATED:  February 22, 2007.

16                                           _____
17                                           An employee of Greenberg Traurig, LLP

18

19

20

21

22

23

24

25

26

27

28

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 500 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

CERTIFICATE OF SERVICE