GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 500 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company,<br><br>Plaintiff,<br><br>vs.<br><br>SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company; MEDICAL UNIVERSITY OF THE AMERICAS, a St. Kitts & Nevis company; EDUCATION INFORMATION CONSULTANTS, INC., a Massachusetts corporation; EDUCATIONAL INTERNATIONAL CONSULTANTS, LLC, a Massachusetts limited liability company; PATRICIA L. HOUGH, M.D. an individual, and d.b.a. "Saba University School of Medicine"; DAVID L. FREDRICK, an individual; PANKAJ DESAI, M.D., an individual; ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC., a Nevada corporation, a.k.a. "aaimg@yahoo.com"; THOMAS MOORE, M.D. a.k.a. "presaaimg@hotmail.com" and "crocdoc2004@netzero.net," an individual; SARAH B. WEINSTEIN a.k.a. "execsecaaimg@hotmail.com," an individual; RACHAEL E. SILVER, an individual; and DIEDRE MOORE, an individual,<br><br>Defendants. | Case No. 2:05-CV-00848-BES-LRL<br><br>**ORDER STAYING PROCEEDINGS** |

1.

Upon consideration of the Joint Motion Requesting a Stay of All Proceedings, this Court enters the following Order:

**ORDERED, ADJUDGED AND DECREED**

1. The Parties' Joint Motion Requesting a Stay of All Proceedings is hereby granted.

2. All matters concerning the present Action as to all Parties shall be stayed to and including June 30, 2007 (the "Termination Date"). This shall include any discovery or disclosures, mandatory or discretionary conferences, and any dates scheduled, or dates as yet to be scheduled, for any pending motions or petitions.

3. This Order shall automatically expire upon the Termination Date and all proceedings shall thereupon recommence, unless extended by further order of the Court upon motion filed by any party, or the Parties resolve and settle all claims and defenses presented in the case.

4. Any party may move at any time for an order terminating this stay for good cause shown.

5. Nothing in this Order shall be construed or offered as an admission of the existence of any proper claim or defense to a claim, and all claims and rights shall be tolled during the requested stay.

6. Nothing in this Order shall be deemed to operate as or effect a waiver of any claims or defenses that any party was entitled to assert prior to the entry of this Order, including, without limitation, any and all defenses based on lack of personal jurisdiction.

7. The due date for any response to any discovery request that occurs while the case is stayed is hereby enlarged by the amount of time that the case is stayed.

/
/
/
/
/

8. Any and all statutory, common law, rule based, or other deadline that would otherwise occur during the period of the stay are hereby enlarged by the number of days that case is stayed.

IT IS SO ORDERED

/s/ Sandoval

_____
UNITED STATES DISTRICT JUDGE

DATED: _____