UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD., a Cayman Islands company,**

Plaintiff,

vs.

**SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, a Netherland-Antilles company; MEDICAL UNIVERSITY OF THE AMERICAS, a St. Kitts & Nevis company; EDUCATION INFORMATION CONSULTANTS, INC., a Massachusetts corporation; EDUCATIONAL INTERNATIONAL CONSULTANTS, LLC, a Massachusetts limited liability company; PATRICIA L. HOUGH, M.D. an individual, and d.b.a. "Saba University School of Medicine"; DAVID L. FREDRICK, an individual; PANKAJ DESAI, M.D., an individual; ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC., a Nevada corporation, a.k.a. "aaimg@yahoo.com"; THOMAS MOORE, M.D. a.k.a. "presaaimg@hotmail.com" and "crocdoc2004@netzero.net," an individual; SARAH B. WEINSTEIN a.k.a. "execsecaaimg@hotmail.com," an individual; RACHAEL E. SILVER, an individual; and DIEDRE MOORE, an individual,**

Defendants.

Case No. 2:05-CV-00848-BES-LRL

**DISMISSAL STIPULATION**

Upon agreement of the parties, by and through the undersigned counsel, the within matter may be dismissed with prejudice, no costs to any party.

RESPECTFULLY SUBMITTED,

Dated: April 5, 2007

**GREENBERG TRAURIG, LLP**

By: ______________________________

Mark G. Tratos (Bar No. 1086)
F. Christopher Austin (Bar No. 6559)
Ronald D. Green, Jr. (Bar No. 7360)
3773 Howard Hughes Parkway, Ste. 500 North
Las Vegas, Nevada 89169
Tel: (702) 792-3773
Fax: (702) 792-9002
Counsel for Plaintiff ST. MATTHEW'S UNIVERSITY (CAYMAN), LTD.

Dated: April 5, 2007

**KRONENBERGER BURGOYNE, LLP**

By: ______________________________

Karl. S. Kronenberger (Pro Hac Vice)
150 Post Street, Suite #520
San Francisco, California 94018-4707
Tel: (415) 955-1155
Fax: (415) 955-1158
Counsel for Plaintiff ST. MATTHEW'S UNIVERSITY (CAYMAN), LTD.

Dated: April _____, 2007

**ALVERSON TAYLOR MORTENSEN & SANDERS**

By:

______________________________

Nathan R. Reinmiller (Bar No. 6793)
7401 West Charleston Blvd.
Las Vegas, Nevada 89117
Tel: (702) 384-7000
Fax: (702) 385-7000
Counsel for Defendants
ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC., SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, LTD., MEDICAL UNIVERSITY OF THE AMERICAS, EDUCATION INFORMATION CONSULTANTS, INC., EDUCATIONAL INTERNATIONAL CONSULTANTS, LLC, PATRICIA L. HOUGH, M.D., DAVID L. FREDRICK, and PANKAJ DESAI, M.D.

Dated: April _____, 2007

**BOWDITCH & DEWEY, LLP**

By: ______________________________

Michael P. Angelini, Esq. (Pro Hac Vice)
311 Main Street
Worcester, Massachusetts 01615
Tel: (508) 926-3400
Fax: (508) 798-3537
Counsel for Defendants
ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC., SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, LTD., MEDICAL UNIVERSITY OF THE AMERICAS, EDUCATION INFORMATION CONSULTANTS, INC., EDUCATIONAL INTERNATIONAL CONSULTANTS, LLC, PATRICIA L. HOUGH, M.D., DAVID L. FREDRICK, and PANKAJ DESAI, M.D.

Dated: April 9, 2007

**ALVERSON TAYLOR MORTENSEN & SANDERS**

By: ______________________

Nathan R. Reinmiller (Bar No. 6793)
7401 West Charleston Blvd.
Las Vegas, Nevada 89117
Tel: (702) 384-7000
Fax: (702) 385-7000
Counsel for Defendants
ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC., SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, LTD., MEDICAL UNIVERSITY OF THE AMERICAS, EDUCATION INFORMATION CONSULTANTS, INC., EDUCATIONAL INTERNATIONAL CONSULTANTS, LLC, PATRICIA L. HOUGH, M.D., DAVID L. FREDRICK, and PANKAJ DESAI, M.D.

Dated: April ______, 2007

**BOWDITCH & DEWEY, LLP**

By: ______________________

Michael P. Angelini, Esq. (Pro Hac Vice)
311 Main Street
Worcester, Massachusetts 01615
Tel: (508) 926-3400
Fax: (508) 798-3537
Counsel for Defendants
ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES, INC., SABA UNIVERSITY SCHOOL OF MEDICINE FOUNDATION, LTD., MEDICAL UNIVERSITY OF THE AMERICAS, EDUCATION INFORMATION CONSULTANTS, INC., EDUCATIONAL INTERNATIONAL CONSULTANTS, LLC, PATRICIA L. HOUGH, M.D., DAVID L. FREDRICK, and PANKAJ DESAI, M.D.